# EXHIBIT 1

US012063402B2

(12) **United States Patent**
McMillan

(10) **Patent No.:**    **US 12,063,402 B2**
(45) **Date of Patent:**    *Aug. 13, 2024

(54) **METHODS AND APPARATUS TO CORRELATE CENSUS MEASUREMENT DATA WITH PANEL DATA**

(71) Applicant: **The Nielsen Company (US), LLC**, New York, NY (US)

(72) Inventor: **F. Gavin McMillan**, Tarpon Springs, FL (US)

(73) Assignee: **The Nielsen Company (US), LLC**, New York, NY (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/600,254**

(22) Filed:    **Mar. 8, 2024**

(65)    **Prior Publication Data**

US 2024/0214622 A1    Jun. 27, 2024

**Related U.S. Application Data**

(63) Continuation of application No. 18/498,171, filed on Oct. 31, 2023, which is a continuation of application
(Continued)

(51) **Int. Cl.**
*H04N 21/258*    (2011.01)
*H04N 21/61*    (2011.01)

(52) **U.S. Cl.**
CPC . *H04N 21/25883* (2013.01); *H04N 21/25841* (2013.01); *H04N 21/6175* (2013.01)

(58) **Field of Classification Search**
CPC ....... H04N 21/25883; H04N 21/25841; H04N 21/6175
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,796,952 A | 8/1998 | Davis et al. |
| 5,862,325 A | 1/1999 | Reed et al. |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102665110 A | 9/2012 |
| CN | 101681469 B | 8/2016 |
(Continued)

OTHER PUBLICATIONS

United States Patent and Trademarks Office, "Non-final Office Action," issued in connection with U.S. Appl. No. 15/458,399, mailed Mar. 12, 2018, 10 pages.
(Continued)

*Primary Examiner* — Michael B. Pierorazio

(57)    **ABSTRACT**

Methods, apparatus, and systems are disclosed to correlate census measurement data with panel data. An example system includes accessing means to access a message sent from a requesting device in response to accessing media that includes a tag causing the requesting device to send the message to a monitoring entity with an identification of a geographic location of the requesting device and media identifying information. The example system also includes identification means to determine locations of a plurality of panelist homes and compare the geographic location of the requesting device with the locations of the panelist homes. The example system also includes associating means to identify a user of the requesting device as a panelist residing at the first panelist home and associate the media identifying information with panelist data associated with the first one of the panelist homes.

**30 Claims, 14 Drawing Sheets**



US 12,063,402 B2

Page 2

## Related U.S. Application Data

No. 17/121,286, filed on Dec. 14, 2020, now Pat. No. 12,003,799, which is a continuation of application No. 16/167,014, filed on Oct. 22, 2018, now Pat. No. 10,869,075, which is a continuation of application No. 15/458,399, filed on Mar. 14, 2017, now Pat. No. 10,148,987, which is a continuation of application No. 14/132,626, filed on Dec. 18, 2013, now Pat. No. 9,635,404.

(60)  Provisional application No. 61/815,544, filed on Apr. 24, 2013.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,138,155 | A | 10/2000 | Davis et al. | |
| 6,286,046 | B1 | 9/2001 | Bryant | |
| 6,418,470 | B2 | 7/2002 | Blumenau | |
| 6,529,952 | B1 | 3/2003 | Blumenau | |
| 6,543,051 | B1 * | 4/2003 | Manson | G08B 27/008 |
| | | | | 725/108 |
| 6,611,835 | B1 | 8/2003 | Huang et al. | |
| 6,684,240 | B1 * | 1/2004 | Goddard | H04N 21/4751 |
| | | | | 707/999.005 |
| 6,708,215 | B1 | 3/2004 | Hingorani et al. | |
| 6,763,386 | B2 | 7/2004 | Davis et al. | |
| 6,931,397 | B1 | 8/2005 | Sundaresan | |
| 7,200,673 | B1 | 4/2007 | Augart | |
| 7,216,149 | B1 | 5/2007 | Briscoe et al. | |
| 7,299,050 | B2 | 11/2007 | Delany et al. | |
| 7,451,229 | B2 | 11/2008 | Klemets et al. | |
| 7,475,352 | B2 | 1/2009 | Yolleck et al. | |
| 7,523,409 | B2 | 4/2009 | Yolleck et al. | |
| 7,600,014 | B2 | 10/2009 | Russell et al. | |
| 7,602,277 | B1 * | 10/2009 | Daly | G08B 27/005 |
| | | | | 455/414.3 |
| 7,643,564 | B2 * | 1/2010 | Sheynman | H04L 63/10 |
| | | | | 725/38 |
| 7,681,215 | B2 * | 3/2010 | Kim | H04N 21/4383 |
| | | | | 725/71 |
| 7,870,279 | B2 * | 1/2011 | Chuang | H04L 9/40 |
| | | | | 725/35 |
| 7,917,154 | B2 | 3/2011 | Fortescue et al. | |
| 8,020,083 | B1 | 9/2011 | Kembel et al. | |
| 8,078,651 | B2 | 12/2011 | Desai et al. | |
| 8,078,691 | B2 | 12/2011 | Zhang et al. | |
| 8,181,194 | B2 | 5/2012 | Houston | |
| 8,191,007 | B1 | 5/2012 | Veloz, III | |
| 8,238,922 | B2 | 8/2012 | Parameswar | |
| 8,250,598 | B2 * | 8/2012 | Velazquez | H04N 21/6405 |
| | | | | 725/35 |
| 8,370,489 | B2 | 2/2013 | Mazumdar et al. | |
| 8,401,003 | B1 | 3/2013 | Petit-Huguenin et al. | |
| 8,478,904 | B2 | 7/2013 | Jungck | |
| 8,499,065 | B2 | 7/2013 | Ross et al. | |
| 8,532,607 | B2 * | 9/2013 | Sennett | H04W 4/02 |
| | | | | 340/539.18 |
| 8,560,675 | B2 | 10/2013 | Honnold et al. | |
| 8,572,645 | B2 * | 10/2013 | Kim | H04N 20/82 |
| | | | | 725/38 |
| 8,577,392 | B1 | 11/2013 | Pai et al. | |
| 8,607,295 | B2 | 12/2013 | Bhatia et al. | |
| 8,631,473 | B2 | 1/2014 | Bhatia et al. | |
| 8,635,674 | B2 | 1/2014 | Bhatia et al. | |
| 8,667,520 | B2 | 3/2014 | Bhatia et al. | |
| 8,682,904 | B1 | 3/2014 | Weber | |
| 8,717,608 | B2 | 5/2014 | Takahashi | |
| 8,745,655 | B2 * | 6/2014 | Reddy | H04N 21/814 |
| | | | | 725/31 |
| 8,806,519 | B2 | 8/2014 | Scellato et al. | |
| 8,825,085 | B1 | 9/2014 | Boyle et al. | |
| 8,965,326 | B2 | 2/2015 | Michaelis et al. | |
| 9,106,976 | B2 * | 8/2015 | Emerson | H04N 21/4627 |

| | | | | |
|---|---|---|---|---|
| 9,826,359 | B2 | 11/2017 | Splaine et al. | |
| 10,057,718 | B2 | 8/2018 | Splaine et al. | |
| 10,148,987 | B2 | 12/2018 | McMillan | |
| 10,412,547 | B2 | 9/2019 | Splaine et al. | |
| 10,681,497 | B2 | 6/2020 | Splaine et al. | |
| 10,869,075 | B2 | 12/2020 | McMillan | |
| 11,197,125 | B2 | 12/2021 | Splaine et al. | |
| 2001/0021994 | A1 * | 9/2001 | Nash | H04N 7/163 |
| | | | | 348/E5.122 |
| 2002/0038349 | A1 | 3/2002 | Perla et al. | |
| 2002/0083468 | A1 * | 6/2002 | Dudkiewicz | H04N 21/4755 |
| | | | | 348/473 |
| 2002/0124252 | A1 * | 9/2002 | Schaefer | H04N 21/6131 |
| | | | | 348/E7.071 |
| 2002/0129368 | A1 * | 9/2002 | Schlack | H04N 21/44016 |
| | | | | 348/E7.071 |
| 2002/0143933 | A1 | 10/2002 | Hind et al. | |
| 2002/0188944 | A1 * | 12/2002 | Noble | H04N 21/812 |
| | | | | 725/39 |
| 2002/0188949 | A1 * | 12/2002 | Wang | H04N 21/4668 |
| | | | | 725/50 |
| 2003/0018977 | A1 * | 1/2003 | McKenna | H04N 21/462 |
| | | | | 725/115 |
| 2003/0066069 | A1 * | 4/2003 | Mankovich | H04N 21/4431 |
| | | | | 725/9 |
| 2003/0070167 | A1 | 4/2003 | Holtz et al. | |
| 2003/0115301 | A1 | 6/2003 | Koskimies | |
| 2003/0187677 | A1 | 10/2003 | Malireddy et al. | |
| 2003/0216133 | A1 * | 11/2003 | Poltorak | G08B 27/008 |
| | | | | 455/404.1 |
| 2003/0225858 | A1 | 12/2003 | Keohane et al. | |
| 2005/0055685 | A1 * | 3/2005 | Maynard | H04N 21/8193 |
| | | | | 717/122 |
| 2005/0086685 | A1 * | 4/2005 | Rahman | H04L 9/40 |
| | | | | 340/531 |
| 2006/0212792 | A1 | 9/2006 | White et al. | |
| 2006/0234672 | A1 * | 10/2006 | Adler | H04W 76/50 |
| | | | | 455/404.1 |
| 2006/0265416 | A1 | 11/2006 | Seki et al. | |
| 2007/0047520 | A1 * | 3/2007 | Byers | H04M 7/006 |
| | | | | 370/352 |
| 2007/0121651 | A1 * | 5/2007 | Casey | H04L 67/565 |
| | | | | 370/466 |
| 2007/0150273 | A1 * | 6/2007 | Yamamoto | G10L 15/22 |
| | | | | 704/E15.04 |
| 2007/0162448 | A1 | 7/2007 | Jain et al. | |
| 2007/0260589 | A1 | 11/2007 | Yugami | |
| 2007/0271375 | A1 | 11/2007 | Hwang | |
| 2007/0280446 | A1 * | 12/2007 | Hsieh | H04L 12/66 |
| | | | | 379/93.23 |
| 2008/0005686 | A1 | 1/2008 | Singh | |
| 2008/0046562 | A1 | 2/2008 | Butler | |
| 2008/0086559 | A1 | 4/2008 | Davis et al. | |
| 2008/0126420 | A1 | 5/2008 | Wright et al. | |
| 2008/0134043 | A1 * | 6/2008 | Georgis | H04L 67/104 |
| | | | | 348/E7.071 |
| 2008/0243822 | A1 | 10/2008 | Campbell et al. | |
| 2008/0255944 | A1 | 10/2008 | Shah et al. | |
| 2009/0150925 | A1 * | 6/2009 | Henderson | H04N 7/163 |
| | | | | 725/34 |
| 2009/0158382 | A1 * | 6/2009 | Shaffer | H04N 21/4825 |
| | | | | 725/131 |
| 2009/0177768 | A1 | 7/2009 | Kind et al. | |
| 2009/0217324 | A1 * | 8/2009 | Massimi | H04H 60/46 |
| | | | | 725/9 |
| 2009/0239497 | A1 * | 9/2009 | Sennett | H04W 4/90 |
| | | | | 455/404.1 |
| 2009/0247110 | A1 * | 10/2009 | Sennett | H04W 4/90 |
| | | | | 340/539.1 |
| 2009/0247114 | A1 * | 10/2009 | Sennett | H04W 76/50 |
| | | | | 455/404.1 |
| 2009/0247116 | A1 * | 10/2009 | Sennett | H04W 4/90 |
| | | | | 455/404.2 |
| 2009/0271514 | A1 | 10/2009 | Thomas et al. | |
| 2009/0300695 | A1 * | 12/2009 | White | H04N 5/76 |
| | | | | 725/109 |
| 2009/0328063 | A1 | 12/2009 | Corvera et al. | |

**US 12,063,402 B2**

Page 3

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0058395 A1* | 3/2010 | Goergen | H04N 21/4516 725/58 |
| 2010/0060789 A1* | 3/2010 | Aoki | G09G 5/14 725/33 |
| 2010/0077092 A1 | 3/2010 | Akaboshi | |
| 2010/0131835 A1 | 5/2010 | Kumar et al. | |
| 2010/0185940 A1 | 7/2010 | Popp et al. | |
| 2010/0186029 A1* | 7/2010 | Kim | H04H 20/93 725/33 |
| 2010/0268540 A1 | 10/2010 | Arshi et al. | |
| 2010/0268573 A1 | 10/2010 | Jain et al. | |
| 2010/0312596 A1 | 12/2010 | Saffari et al. | |
| 2010/0313142 A1 | 12/2010 | Brown | |
| 2011/0041090 A1 | 2/2011 | Seolas et al. | |
| 2011/0060845 A1 | 3/2011 | Jungck | |
| 2011/0078703 A1 | 3/2011 | Dokovski et al. | |
| 2011/0082984 A1 | 4/2011 | Yuan | |
| 2011/0087780 A1 | 4/2011 | McCann et al. | |
| 2011/0088058 A1* | 4/2011 | Velazquez | H04N 21/64322 725/33 |
| 2011/0119100 A1 | 5/2011 | Ruhl et al. | |
| 2011/0126251 A1* | 5/2011 | LaFreniere | H04N 21/4788 725/110 |
| 2011/0126257 A1* | 5/2011 | Goergen | H04N 21/4532 725/132 |
| 2011/0131604 A1* | 6/2011 | Van Hoff | H04N 21/4112 725/38 |
| 2011/0202888 A1 | 8/2011 | Rusu et al. | |
| 2011/0246641 A1 | 10/2011 | Pugh et al. | |
| 2011/0251902 A1 | 10/2011 | Nagarajayya | |
| 2012/0030338 A1 | 2/2012 | Zhang et al. | |
| 2012/0047203 A1 | 2/2012 | Brown et al. | |
| 2012/0059696 A1 | 3/2012 | Theberge et al. | |
| 2012/0066378 A1 | 3/2012 | Lui et al. | |
| 2012/0102522 A1* | 4/2012 | Long | H04W 76/50 725/33 |
| 2012/0158954 A1 | 6/2012 | Heffernan et al. | |
| 2012/0174144 A1 | 7/2012 | Flores Xavier et al. | |
| 2012/0239407 A1 | 9/2012 | Lynch et al. | |
| 2012/0324101 A1 | 12/2012 | Pecjack et al. | |
| 2013/0036434 A1 | 2/2013 | Shkedi et al. | |
| 2013/0111512 A1 | 5/2013 | Scellato et al. | |
| 2013/0151339 A1 | 6/2013 | Kim et al. | |
| 2013/0212188 A1 | 8/2013 | Duterque et al. | |
| 2013/0274936 A1* | 10/2013 | Donahue | H02J 13/00034 700/291 |
| 2013/0281047 A1* | 10/2013 | Daly | H04H 20/71 455/404.1 |
| 2013/0311478 A1 | 11/2013 | Frett et al. | |
| 2013/0332962 A1 | 12/2013 | Moritz et al. | |
| 2014/0019589 A1 | 1/2014 | Ross et al. | |
| 2014/0068411 A1 | 3/2014 | Ross et al. | |
| 2014/0148116 A1* | 5/2014 | Alman | H04W 4/90 455/404.1 |
| 2014/0244997 A1* | 8/2014 | Goel | H04W 12/084 713/155 |
| 2014/0278934 A1 | 9/2014 | Gutierrez | |
| 2015/0032905 A1 | 1/2015 | Celebi et al. | |
| 2015/0098554 A1 | 4/2015 | Winterbottom et al. | |
| 2016/0112522 A1 | 4/2016 | Abello et al. | |
| 2016/0295300 A1* | 10/2016 | Alman | H04N 21/41407 |
| 2016/0323706 A1 | 11/2016 | Splaine et al. | |
| 2017/0188068 A1 | 6/2017 | McMillan | |
| 2018/0359605 A1 | 12/2018 | Splaine et al. | |
| 2019/0378161 A1 | 12/2019 | Gutierrez | |
| 2022/0027776 A1* | 1/2022 | Trenkle | H04N 21/26603 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2989801 B1 | 1/2018 |
| JP | 2012216196 A | 11/2012 |
| KR | 20120082390 A | 7/2012 |

OTHER PUBLICATIONS

United States Patent and Trademarks Office, "Non-final Office Action," issued in connection with U.S. Appl. No. 16/167,014, mailed Apr. 28, 2020, 23 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 14/880,381, mailed on Feb. 1, 2017, 7 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 15/818,715, mailed on Dec. 26, 2017, 8 pages.

United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 16/105,805, mailed on Feb. 19, 2019, 7 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 16/105,805, mailed on Sep. 14, 2018, 9 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 16/565,372, mailed on Oct. 15, 2019, 7 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 16/896,176, mailed on Dec. 7, 2020, 10 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 17/543,648, mailed on Nov. 20, 2023, 10 pages.

International Searching Authority, "International Search Report and the Written Opinion of the International Searching Authority," issued in connection with corresponding International Patent Application No. PCT/US2014/029803, mailed Aug. 26, 2014, 7 pages.

Scripting and Ajax, published by WrC.org published 2010, edited by Dominique Hazael-Massieux, retrieved from <http://www.w3.org/standards/webdesign/script.Html>, 3 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 13/841,762, filed Jan. 30, 2015, 32 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 13/841,762, filed Aug. 28, 2015, 37 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 12/895,288, dated Jul. 5, 2012, 12 pages.

United States Patent and Trademark Office, "Restriction Requirement", issued in connection with U.S. Appl. No. 13/953,176, dated Aug. 22, 2014, 6 pages.

United States Patent and Trademark Office, "Non-Final Office Action", issued in connection with U.S. Appl. No. 13/953,176, dated Nov. 6, 2014, 7 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 13/630,818, filed Nov. 24, 2014, 23 pages.

United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 13/630,818, filed Apr. 9, 2015, 29 pages.

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 13/630,818, filed Sep. 16, 2015, 44 pages.

United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 13/841,762, filed Mar. 25, 2016, 26 pages.

United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 13/841,762, filed Dec. 29, 2016, 33 pages.

United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 13/841,762, filed Mar. 12, 2018, 36 pages.

United States Patent and Trademark Office, "Notice of Allowance," issued in connection with U.S. Appl. No. 14/880,381, on Jul. 19, 2017, 5 pages.

United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 13/630,818, filed Apr. 4, 2017, 58 pages.

## US 12,063,402 B2

Page 4

(56)                    **References Cited**

OTHER PUBLICATIONS

United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 13/841,762, on Sep. 14, 2017, 38 pages.
United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 16/005,650, on May 11, 2020, 32 pages.
United States Patent and Trademark Office, "Final Office Action," issued in connection with U.S. Appl. No. 16/005,560, mailed on Sep. 10, 2020, 33 pages.
United States Patent and Trademark Office, "Non-Final Office Action," issued in connection with U.S. Appl. No. 16/005,650, mailed on Feb. 23, 2021, 27 pages.
M. Thomson, et al., HTTP Geolocation, Internet-Draft, Mar. 7, 2011, pp. 1-10, GeoPriv, 10 pages.
Stack Overflow, Is it Possible to get a (rough) Mobile Phone Location from a HTTP Request, Article, Jan. 7, 2010, 2 pages.
United States Patent and Trademark Office, "Non-Final Rejection," issued in connection with U.S. Appl. No. 18/498,171, on May 15, 2024, 13 pages.

* cited by examiner

U.S. Patent

Aug. 13, 2024     Sheet 1 of 14

US 12,063,402 B2



FIG. 1



U.S. Patent

Aug. 13, 2024

Sheet 2 of 14

US 12,063,402 B2

FIG. 2

U.S. Patent     Aug. 13, 2024     Sheet 3 of 14     US 12,063,402 B2



FIG. 3



FIG. 3A



FIG. 4

U.S. Patent

Aug. 13, 2024

Sheet 6 of 14

US 12,063,402 B2



| | REQUESTED WEBSITE | DEVICE LOCATION | TIMESTAMP | POSSIBLE PANEL DATA? |
|---|---|---|---|---|
| 510 | HOST1.COM | 41.87989, -87.637158 | 11/10/2013 9:15:00 AM | YES |
| 512 | HOST2.COM | N/A | 11/10/2013 9:45:05 AM | NO |
| 514 | HOST3.COM | 42.031022, -88.033502 | 11/11/2013 8:47:16 PM | YES |
| 516 | HOST2.COM | 41.87989, -87.637158 | 11/15/2013 10:12:06 PM | YES |
| 518 | HOST4.COM | 39.739167, -104.984722 | 11/20/2013 11:59:49 AM | YES |

500    502    504    506    508

FIG. 5

U.S. Patent

Aug. 13, 2024

Sheet 7 of 14

US 12,063,402 B2

600

602   603   604   605   606   608   610   612

| PANELIST IDENTIFIER | REFERENCE TYPE | REFERENCE LOCATION | REFERENCE AREA | GENDER | AGE | CITY OF RESIDENCE | RELATIONSHIP STATUS |
|---|---|---|---|---|---|---|---|
| 10001 | DUPLEX | 41.87989, -87.637160 | RADIUS = 12 FEET | M | 50-54 | CHICAGO ILLINOIS | MARRIED |
| 10002 | HOUSE | 41.748056, -88.165556 | RADIUS = 30 FEET | F | 35-39 | NAPERVILLE ILLINOIS | MARRIED |
| 10003 | APARTMENT | 39.739166, -104.984720 | RADIUS = 13 FEET | F | 18-34 | DENVER COLORADO | SINGLE |
| 10003 | GYM | 39.711433, -104.938967 | RADIUS = 45 FEET | F | 18-34 | DENVER COLORADO | SINGLE |
| 10003 | VACATION HOME | 28.415833, -81.298889 | RADIUS = 36 FEET | F | 18-34 | ORLANDO FLORIDA | SINGLE |

616  618  620  622  624

FIG. 6

U.S. Patent     Aug. 13, 2024     Sheet 8 of 14     US 12,063,402 B2

700

| | CENSUS OR PANEL DATA? | PANELIST IDENTIFIER | REQUESTED WEBSITE | DEVICE LOCATION | TIMESTAMP | CITY OF RESIDENCE |
|---|---|---|---|---|---|---|
| 720 | PANEL | 10001 | HOST1.COM | 41.87989, -87.637158 | 11/10/2013 9:15:00 AM | CHICAGO ILLINOIS |
| 722 | CENSUS | N/A | HOST2.COM | N/A | 11/10/2013 9:45:05 AM | N/A |
| 724 | CENSUS | N/A | HOST3.COM | 42.031022, -88.033502 | 11/11/2013 8:47:16 PM | N/A |
| 726 | PANEL | 10001 | HOST2.COM | 41.87989, -87.637158 | 11/15/2013 10:12:06 PM | CHICAGO ILLINOIS |
| 728 | PANEL | 10003 | HOST4.COM | 39.739167, -104.984722 | 11/20/2013 11:59:49 AM | DENVER COLORADO |

702     704     706     708     710     712

FIG. 7

U.S. Patent        Aug. 13, 2024        Sheet 9 of 14        US 12,063,402 B2



FIG. 8



900
START
902
PREPARE TAGGED MEDIA IMPRESSIONS LOG
904
PREPARE PANELISTS LOG
906
IDENTIFY REFERENCE LOCATIONS ASSOCIATED WITH PANELISTS
908
CALCULATE DISTANCE BETWEEN REFERENCE LOCATION AND DEVICE LOCATION
910
DEVICE LOCATION WITHIN REFERENCE AREA?
NO
YES
916
END OF PANELISTS LOG?
NO
YES
912
MARK IMPRESSION AS PANEL DATA
918
MARK IMPRESSION AS CENSUS DATA
914
ASSOCIATE IMPRESSION WITH PANELIST IDENTIFIER
920
CONTINUE CORRELATING IMPRESSIONS WITH PANELISTS?
YES
NO
922
GENERATE REPORT
END

FIG. 9

APPLET
1000





FIG. 10

U.S. Patent     Aug. 13, 2024     Sheet 12 of 14     US 12,063,402 B2



FIG. 11



FIG. 12



FIG. 13

US 12,063,402 B2

1

## METHODS AND APPARATUS TO CORRELATE CENSUS MEASUREMENT DATA WITH PANEL DATA

### CROSS-REFERENCE TO RELATED APPLICATIONS

This disclosure is a continuation of U.S. patent application Ser. No. 18/498,171, filed on Oct. 31, 2023, which is a continuation of U.S. patent application Ser. No. 17/121,286, filed on Dec. 14, 2020, which is a continuation of U.S. patent application Ser. No. 16/167,014, filed on Oct. 22, 2018, issued as U.S. Pat. No. 10,869,075, which is a continuation of U.S. patent application Ser. No. 15/458,399, filed on Mar. 14, 2017, issued as U.S. Pat. No. 10,148,987, which is a continuation of U.S. patent application Ser. No. 14/132,626, filed on Dec. 18, 2013, issued as U.S. Pat. No. 9,635,404, which claims the benefit of U.S. Provisional Patent Application No. 61/815,544, filed on Apr. 24, 2013, each of which is hereby incorporated herein by reference in their entirety.

### FIELD OF THE DISCLOSURE

This disclosure relates generally to audience measurement, and, more particularly, to methods and apparatus to correlate census measurement data with panel data.

### BACKGROUND

Audience measurement of media (e.g., any type of content and/or advertisements such as broadcast television and/or radio, stored audio and/or video played back from a memory such as a digital video recorder or a digital video disc, a webpage, audio and/or video presented (e.g., streamed) via the Internet, a video game, etc.) often involves collection of media identifying data (e.g., signature(s), fingerprint(s), code(s), tuned channel identification information, time of exposure information, etc.) and people data (e.g., user identifier(s), demographic data associated with audience member(s), etc.). The media identifying data and the people data can be combined to generate, for example, media exposure data indicative of amount(s) and/or type(s) of people that were exposed to specific piece(s) of media.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram of an example system constructed in accordance with the teachings of this disclosure to correlate census measurement data with panel data.

FIG. **2** is a diagram of an example message path illustrating metering of tagged media.

FIG. **3** is a diagram of an example message path illustrating correlating census measurement data with panel data.

FIG. **3A** is a diagram of an example environment constructed in accordance with the teachings of this disclosure to correlate census measurement data with panel data.

FIG. **4** is a block diagram of an example implementation of the audience measurement entity server of FIG. **1** that may facilitate correlation of census measurement data with panel data.

FIG. **5** is an example data table storing data representing tagged media impressions that may be collected by the example audience measurement entity server of FIGS. **1-4**.

FIG. **6** is an example data table that may be stored by the audience measurement entity server of FIGS. **1-4**.

2

FIG. **7** is an example data table storing data representing tagged media impressions correlated with panel samples that may be collected by the example audience measurement entity server of FIGS. **1-4**.

FIG. **8** is a flowchart representative of example machine-readable instructions that may be executed to initiate logging tagged impressions.

FIG. **9** is a flowchart representative of example machine-readable instructions that be executed to determine whether to correlate tagged media impressions with registered panelists.

FIG. **10** is an example tag including pseudo code that may be executed to generate a beacon in response to accessing tagged media at a client device.

FIG. **11** is a flowchart representative of example machine-readable instructions that may be executed to generate a beacon at a client device.

FIG. **12** is a flowchart representative of example machine-readable instructions that may be executed to generate a beacon in response to accessing tagged media at a client device.

FIG. **13** is a block diagram of an example processing platform capable of executing the example machine-readable instructions **8**, **9**, **11** and/or **12** to implement the example audience measurement entity server of FIGS. **1-4**.

### DETAILED DESCRIPTION

Example methods, systems and apparatus disclosed herein may be used to measure audience exposure and/or interaction with online media accessed by users. For example, techniques disclosed herein enable correlating census measurement data in panel samples.

Monitoring impressions of online media (e.g., website content, audio, video text, etc. such as an advertisement, a streaming program, etc.) is useful for generating impression statistics for the online media. As used herein, an impression is defined to be an event in which a home or individual is exposed to the corresponding media (e.g., content and/or advertisement). Thus, an impression represents a home or an individual having been exposed to media (e.g., an advertisement, content, a group of advertisements and/or a collection of content). A quantity of impressions or impression count, with respect to online media, is the total number of times media (e.g., an advertisement, an advertisement campaign, a streaming program, etc.) has been accessed by a web population (e.g., the number of times the media is accessed as decreased by, for example, pop-up blockers and/or increased by, for example, retrieval from local cache memory). A user device (e.g., a mobile device), via a browser that renders media or a non-browser based application that presents media, requests the online media from a media provider (e.g., one or more content providers and/or advertising entities) by sending a hypertext transfer protocol (HTTP) request to an Internet address defined by a uniform resource locator (URL) specified by the media provider (e.g., a content provider and/or advertising entity). To enable monitoring of user access to Internet resources, in some examples, participating media providers (e.g., publishers of websites, advertisement providers, etc.) insert or embed a tag within the source (e.g., Hypertext Markup Language (HTML) code) of their respective media. The tag may include Java, JavaScript and/or other executable instructions, which cause the media access to be recorded by an audience measurement entity when the tag executes on a requesting mobile device.

US 12,063,402 B2

3

Methods, apparatus and systems for tagging media in the manner described above are disclosed in U.S. Pat. No. 6,108,637, by Blumenau, entitled "Content Display Monitor," which is hereby incorporated by reference in its entirety. Because a tag is embedded in the HTML defining a webpage and/or referenced by a pointer in the HTML of a webpage, the tag is executed whenever a web browser renders the corresponding media (e.g., the webpage). Typically, a tag will cause the browser to send a request (sometimes referred to herein as a beacon) to a data collection facility such as an audience measurement entity server that is associated with the audience measurement entity. In some examples, the beacon is an HTTP request (e.g., an HTML GET request, an HTML POST request, etc.). The beacon enables monitoring data reflecting information about the media access to be tracked. To this end, the beacon carries identification information to be collected, compiled and/or analyzed at the audience measurement entity. The identification information may include a user agent string to identify the user device on which the media is requested, a media identifier to identify the media with which the tag is associated (e.g., a website address), a host identifier to identify the host (e.g., web server) with which the requested media is associated (e.g., a vendor identifier (VID)), a timestamp to identify the dates/times at which the media is requested, accessed and/or received, one or more command identifiers identifying control commands (e.g., pause, play, stop, etc.) acted upon the media, etc.

Tags such as those described above may facilitate the collection of census like data. In other words, because every (or nearly every) browser that accesses the tagged media will respond to the tag by sending the beacon (or communication) to the audience measurement entity, every (or nearly every) access to the online media (even to cached media using such tags) will be known by the audience measurement entity. Moreover, the collection of this data does not require the use of a special browser, or of special metering software, at the user devices. Rather, because a beacon may appear to a conventional commercially available browser (e.g., Mozilla® Firefox®, Microsoft® Internet Explorer®, Google Chrome™ browser, etc.) as any other request to retrieve Internet media (e.g., as a request to obtain content or advertisement material to be displayed as part of the webpage) or transmit data, any such browser will participate in the audience measurement process without requiring modification. As a result, tagging enables collection of data from panelists and non-panelists alike. Therefore, data collected via a tagging approach such as that described above, is described herein as census data or census measurement data. Although examples disclosed herein are described in connection with browser-based interfaces used to present online media, disclosed techniques may also be used in connection with non-browser based applications that render media such as service-specific applications (e.g., client applications to stream media).

It is useful, however, to link demographics and/or other user information to the census data. For example, companies and/or individuals want to understand the reach and effectiveness of the media (e.g., content and/or advertisements) that they produce. For example, media that is associated with larger numbers of exposures and/or larger numbers of occurrences of an association may be considered more effective at influencing user behavior. Because census-based data includes users who are not panelists, panelist identifiers are not collected and/or identified from such users. Some census based systems collect impression data at the server level. Collecting information at the server level enables an

4

accurate measure of information served by the monitored servers, but does not enable distinguishing media impressions from panelists and non-panelists or exposure to cached media (e.g., content served once and accessed one or more subsequent times from local memory). While servers may log an Internet Protocol (IP) address of a device that requested the information, IP addresses are prone to change (e.g., are dynamically assigned) and/or requests may come through proxy servers that mask the identity of the originally requesting device. Thus, server logs do not typically uniquely identify the requesting device and/or the user making the request.

To address this issue, audience measurement entities (sometimes referred to herein as "ratings entities") traditionally determine online media reach and frequency based on registered panel members. That is, an audience measurement entity enrolls people that consent to being monitored into a panel. In such panelist-based systems, demographic information is obtained from a user when, for example, the user joins and/or registers for the panel. The demographic information (e.g., race, age or age range, gender, income, home location, education level, etc.) may be obtained from the user, for example, via a telephone interview, an in-person interview, by having the user complete a survey (e.g., an online survey), etc. In some examples, demographic information may be collected for a home. For example, demographic information for a panel home may indicate age ranges of members in a panel home without identifying the number of members in each of the age ranges. Thus, the granularity of the demographic information may depend on whether the demographic information is for a panelist or multiple individuals in a panel home. As used herein, the term "panelist" is generic to both a panelist and a panel home.

Companies such as The Nielsen Company (US), LLC utilize on-device meters to monitor usage of cellphones, tablets (e.g., iPads™) and/or other computing devices (e.g., PDAS, laptop computers, etc.). An on-device meter (ODM) is typically implemented by software that collects data of interest concerning usage of the monitored device. For example, the ODM may collect data indicating media access activities (e.g., website names, dates/times of access, click-stream data and/or other media identifying information (e.g., webpage content, advertisements, etc.)) to which the panelist is exposed. This data is uploaded, periodically or aperiodically, to a data collection facility such as the audience measurement entity server. The data collected by a meter is referred to herein as ODM data or panelist data. ODM data is advantageous in that it can be linked to demographic information because the panelist has provided their demographics as part of the registration and the activity data collected by the ODM can, thus, be associated with that demographic information via, for example, a panelist identifier included in the ODM data transmitted to the audience measurement entity.

Typically, an entity such as The Nielsen Company (US), LLC that monitors and/or reports the usage of online media (e.g., content, advertisements or other types of media) operates as a neutral third party. That is, the audience measurement entity does not provide content and/or advertisements to end users. This un-involvement with the media ensures the neutral status of the audience measurement entity and, thus, enhances the trusted nature of the data it collects. Further, to ensure that panel members remain unbiased in their media access, it is important to the audience measurement entity that the panel members are not identified by other entities such as a content provider and/or

US 12,063,402 B2

5

advertising entity. That is, to insure that the reports generated by the audience measurement entity are not skewed by content providers and/or advertising entities that may bias panelists, it is advantageous to collect monitoring information in a manner that protects the anonymity of the panelist and does not include identifiers (e.g., a panelist telephone number, a panelist social security number, a panelist name, etc.) that may be used to identify specific panelists.

Example methods, systems and apparatus disclosed herein may be used to collect monitoring information at a census level, and then correlate the census measurement data with panel samples. Examples disclosed herein facilitate collecting monitoring information at a census level by tracking the monitoring information included in beacons that are transmitted to the audience measurement entity server in response to media requests.

Example methods, systems and apparatus disclosed herein cause the beacon transmitted to the audience measurement entity server to include a location identifier. The location identifier may then be used to associate the corresponding monitoring information (e.g., media impression) with a panelist. Examples disclosed herein accomplish this by including device location information in the beacon that is associated with the geographic location at which the media was requested by the user device.

Examples disclosed herein facilitate comparing the device location included in the monitoring information to reference locations associated with the panelists. Reference locations correspond to geographic locations for a panelist home. For example, the reference locations may be global positioning system (GPS) coordinates. In some examples, a reference location may be obtained when a user joins and/or registers for a panel. For example, the reference location may be obtained by a technician who visits the home of the panelist to install metering equipment at the panelist home. For example, the technician may use a positioning system (e.g., a GPS wide area augmentation system (WAAS) enabled receiver) to obtain, for example, GPS coordinates for the panelist home. In some examples, the metering equipment may include a positioning system and/or include a wired and/or wireless network interface to receive location data from a nearby positioning system and/or transmit location data to user devices within the panelist home. In some such examples, the metering equipment may periodically and/or aperiodically transmit location data to the audience measurement entity server. In addition, when the metering equipment includes a positioning system, the audience measurement entity may identify when the metering equipment is moved to a new location (e.g., outside the panelist home) based on a change in the location data received from the metering equipment.

When comparing the device location to reference locations, examples disclosed herein determine the distance between the device location and a reference location stored at the audience measurement entity. If the distance between the locations is less than a threshold, the user is considered to be requesting media from within the panelist home, and, based on this conclusion, examples disclosed herein proceed to associate the census data with a panelist identifier. The panelist identifier may then be used to associate demographic information to the monitoring information. For example, the age of a panelist may be used to determine an age range of viewers likely to watch a television show. In the illustrated examples, when the beacon is sent to the audience measurement entity server in response to rendering tagged media, the beacon includes the location identifier (e.g., the

6

device location), and the impression entry logged at the audience measurement entity server includes the location identifier.

FIG. 1 is an illustration of an example environment 100 in which examples disclosed herein may be implemented to correlate census measurement data with panel data. The example environment 100 of FIG. 1 includes an audience measurement entity (AME) server 102, a media hosting server 104 and a client device 106. In some examples, the AME server 102 is implemented using multiple devices and/or the media hosting server 104 is implemented using multiple devices. For example, the AME server 102 and/or the media hosting server 104 may include disk arrays or multiple workstations (e.g., desktop computers, workstation servers, laptops, etc.) in communication with one another. In the illustrated example, the AME server 102 is in selective communication with the media hosting server 104 and/or the client device 106 via one or more wired and/or wireless networks represented by network 108. Example network 108 may be implemented using any suitable wired and/or wireless network(s) including, for example, one or more data buses, one or more Local Area Networks (LANs), one or more wireless LANs, one or more cellular networks, the Internet, etc. As used herein, the phrase "in communication," including variances thereof, encompasses direct communication and/or indirect communication through one or more intermediary components and does not require direct physical (e.g., wired) communication and/or constant communication, but rather additionally includes selective communication at periodic or aperiodic intervals, as well as one-time events.

In the illustrated example of FIG. 1, an audience measurement entity operates and/or hosts the example AME server 102. The AME of the illustrated example is an entity that monitors and/or reports access to tagged media. The AME server 102 of the illustrated example is a server and/or database that collects and/or receives monitoring information related to tagged media (e.g., media having inserted or embedded executable instructions that causes the media view (e.g., impression) to be recorded by, for example, the AME server 102). The AME of the illustrated example is a neutral entity that is not involved with the distributing of media.

In the illustrated example of FIG. 1, a media provider operates and/or hosts the media hosting server 104 that responds to requests for media that may include tags. For example, the media provider may engage the AME to collect and/or monitor information related to media associated with the media provider. Such a media provider may wish to use tagged media in a media campaign to determine the effectiveness of the media campaign. In some examples, the information returned in response to the request for media includes an instruction (e.g., tag) to inform the AME server 102 of the accessing of tagged media. In some examples, the information returned in response to the request for media includes a reference to a tag and/or executable monitoring instructions. For example, the tag and/or executable monitoring instructions may be hosted at the AME server 102, which enables the AME to directly control the content of the tag and/or executable monitoring instructions. In some examples, the tag and/or executable monitoring instructions are hosted at the media hosting server 104. By including a reference to a tag and/or executable monitoring instructions in the media, the content of the tag (e.g., executable monitoring instructions) may be changed at any time without modifying the media. For example, the tag and/or executable monitoring instructions may be updated to improve effi-

US 12,063,402 B2

7
8

ciency of collecting information for tagged media by updating the executable instructions hosted at the AME server **102** and/or the media hosting server **104**. As shown above, the tag may reside wholly in the media or may be distributed between the media and the AME server and/or the hosting server. Tagged media may, thus, include an executable monitoring instruction that serves as a tag or a reference to monitoring instructions stored at an external location such as a server. In the later case, the reference may be considered a first tag or portion of a tag and the external instruction may be considered a second tag or a portion of a tag. In some examples, the media hosting server **104** is operated and/or hosted by a third party. In addition, for simplicity, only one media hosting server **104** is shown in FIG. **1**, although multiple media hosting servers are likely to be present.

In the illustrated example of FIG. **1**, the client device **106** is a smartphone (e.g., an Apple® iPhone®, a Motorola™ Moto X™, a Nexus 5, an Android™ platform device, etc.). However, any other type of device may additionally or alternatively be used such as, for example, a tablet (e.g., an Apple® iPad™, a Motorola™ Xoom™, etc.), a laptop computer, a desktop computer, a camera, an Internet compatible television, a smart TV, etc. The client device **106** of FIG. **1** (sometimes referred to herein as a "user device" or "mobile device") is used to access (e.g., request, receive, render and/or present) online media that is tagged and returned by the media hosting server **104**. For example, the user may execute a web browser on the client device **106** to request streaming media (e.g., via an HTTP request) from the media hosting server **104**. In response to accessing the tagged media, media impression information, including device location information, is sent to the AME server **102**.

As discussed above, a media provider may engage the AME to collect and/or monitor information related to media associated with the media provider. For example, the media provider may want to compare the performances of three distinct pieces of media (e.g., media A, B, and C) to one another and/or to other media and/or to an expected or desired performance (e.g., reach and/or frequency) of the three pieces of media (e.g., media A, B and C). In the illustrated example of FIG. **1**, the AME server **102** includes an example tag handler **110** to facilitate tagging media A, B and C to enable the AME server **102** to track when media is requested by, for example, the client device **106**. In the illustrated example, the tag handler **110** of FIG. **1** provides tags and/or references to tags to the media hosting server **104** for inserting into media. For example, the tag handler **110** may provide the media hosting server **104** an example tag A to include (e.g., insert, embed, etc.) in the media A, a tag B to include in the media B, and a tag C to include in the media C. As discussed above, a tag may be a reference to monitoring instructions such that the reference, but not the instructions are embedded in the media. Alternatively, the tag may be the executable monitoring instructions and may be located directly in the media and/or at an external location accessible to the media.

In the illustrated example, the tag handler **110** generates a tag that is later included in media hosted by the media hosting server **104**. Based on the preferences of the media provider and or the AME, the tag handler **110** generates a tag that achieves the goals of the media provider and/or the AME. The tag handler **110** generates tags that enable the AME server **102** to collect and/or receive monitoring information related to the tagged media (e.g., media A, B and C). In some examples, the generated tags are then stored in a data structure such as a lookup table, and used by the tag handler **110** to facilitate tagging media.

In some examples, the tag handler **110** generates the tags A, B, C and instructs the media hosting server **104** to include the tags A, B, C into the corresponding media A, B, C. In other examples, the tag handler **110** generates the tags A, B, C and embeds the tags A, B, C into the corresponding media A, B, C and then provides the tagged media (e.g., the media A including tag A, the media B including tag B, the media C including tag C) to the media hosting server **104**. In some examples, the tag handler **110** generates the tags A, B, C and instructs the media hosting server **104** to include references to the tags A, B, C in the corresponding media A, B, C. For example, the media hosting server **104** may embed a tag A reference into the media A, a tag B reference into the media B, and a tag C reference into the media C. The tag references (A, B, C) may then be used to request the corresponding tag (A, B, C). For example, when the media A including the tag A reference is accessed at the client device **106**, the client device **106** may also send a request for the tag A using the tag A reference. In some such examples, the tag handler **110** generates the tags (e.g., tags A, B, C) and tag references (e.g., references to the tags A, B, C) and provides the tag references (e.g., references to the tags A, B, C) to the media hosting server **104** to insert into the corresponding media (e.g., media A, B, C) while the tag handler **110** stores the tags (e.g., tags A, B, C). Thus, when the client device **106** accesses the media including the tag reference, the client device **106** uses the tag reference to request the corresponding tag from the tag handler **110**. In other examples, the tag handler **110** provides the tags A, B, C and the tag references (e.g., references to the tags A, B, C) to the media hosting server **104**. In some examples, the tag handler **110** generates the tags A, B, C and provides to the media hosting server **104** the tags A, B, C to include in the corresponding media A, B, C and instructions to generate references to the tags A, B, C. For example, the media hosting server **104** may host the media to be tracked (e.g., media A, B, C), the tags A, B, C, generate references to the tags A, B, C, and embed the references A, B, C into the corresponding media A, B, C. In some examples, when the client device **106** accesses the media including the tag reference, the client device **106** requests the corresponding tag from the media hosting server **104**. Thus, for example, when executable instructions of a tag need to be updated (e.g., replaced with executable instructions that improve efficiency in collecting media monitoring information), neither the media nor the reference to the tag included in the media needs to be modified. Rather, the tag handler **110** enables modifying only the tag on the server side (e.g., the instructions referenced by the tag included in the media).

FIG. **2** is a diagram of an example message path illustrating metering of tagged media. In the illustrated example of FIG. **2**, the example client device **106** transmits a media request **202** for media to the example media hosting server **104** via a browser **200**. In some examples, the media request **202** includes a user agent identifying characteristics of the browser **200** and/or the client device **106** such as a browser identifier, a device identifier, etc. The media hosting server **104** of the illustrated example includes media (e.g., a website, an image, a video, etc.) that, when requested by the browser **200**, causes the media hosting server **104** to respond with media **204** including a tag **206**. The tagged media **204** of the illustrated example includes executable instructions such as an applet (e.g., the tag **206**) that, when executed by the browser **200**, cause the browser **200** to send a communication (or beacon) including monitoring information (e.g., census measurement data) to the AME server **102**. The tag **206** may be included in the requested media in accordance

US 12,063,402 B2

9

with the teachings of Blumenau, U.S. Pat. No. 6,108,637. Accordingly, the browser 200 transmits an example beacon 210 to the AME server 102. In some such examples, the beacon 210 is a "dummy request" in that it is not actually intended to return data. Instead, the beacon 210 is used to carry monitoring information to the AME server 102. In some examples, the beacon 210 is implemented as an HTTP POST message, an HTTP GET message, or similar message used in present and/or future HTTP protocols. In the illustrated example, the beacon 210 includes a location identifier 212 (e.g., data specifying a device location corresponding to the geographic location at which the media was accessed), a media identifier 214 (e.g., data specifying the media 204) and a timestamp 216 corresponding to the date and/or time for when the media was accessed (e.g., data specifying when the media 204 was accessed).

In the illustrated example of FIG. 2, the client device 106 includes the positioning system 208 to enable identification of the geographic location of the client device 106. The positioning system 208 of the illustrated example is implemented by a global positioning system (GPS). In some examples, the positioning system 208 uses the Wide Area Augmentation System (WAAS) and may accurately determine the location of the client device 106 between three and five feet. In some examples, the positioning system 208 determines the geographic location (e.g., GPS coordinates) based on signals received from satellites representative of the positions of the satellites in relation to the location of the client device 106. However, in some other examples, the positioning system 208 determines location based on positions of cellular radio towers in relation to the location of the client device 106 (e.g., using a triangulation method). However, any other past, present and/or future method for determining the device location of the client device 106 (e.g., cellular tower triangulation, Wi-Fi data, GPS data sent from another device using a wired and/or wireless network interface such as Bluetooth®, etc.) may be used by the client device 106 to provide location information of the client device 106 when accessing the requested media.

The AME server 102 of the illustrated example records that a request (e.g., the beacon 210) was received and also records any data contained in the beacon 210 (e.g., the location identifier 212, the media identifier 214, the timestamp 216, a cookie, etc.). The AME server 102, in some examples, responds to the request with an acknowledgement message. In some examples, the acknowledgement message requests and/or sets a cookie in the client device 106 to, for example, enable identification of subsequent beacons from the same client device.

FIG. 3 is a diagram of another example message path illustrating metering of tagged media. In the illustrated example of FIG. 3, example metering equipment 302 is installed in a panelist home. The example metering equipment 302 of the illustrated example includes a meter positioning system 304 that is implemented by a global positioning system such as a GPS WAAS enabled receiver. In the illustrated example, the meter positioning system 304 determines the geographic location 308A of the metering equipment 302 based on signals (e.g., clock signals) received from three or more GPS satellites 306 representative of the positions of the satellites in relation to the location of the meter positioning system 304. The example metering equipment 302 may periodically and/or aperiodically transmit geographic location data 308A, 308B obtained and/or derived by the meter positioning system 304 from signals received from the GPS satellites 306 to the AME server 102. In the example of FIG. 3, the geographic location data 308A,

10

308B are the same geographic location data at two different points in time. Geographic location data 308A is the geographic location data when provided by the GPS satellites 306 to the meter positioning system 304. Geographic location data 308B is the geographic location data when provided by the metering equipment 302 to the AME server 102. The example AME server 102 of the illustrated example of FIG. 1 stores the geographic location data 308B as reference location data 308B for the corresponding panelist in a panelists log.

In the illustrated example of FIG. 3, the media hosting server 104 responds to media requests by client devices 106, 107 with tagged media. In the illustrated example, the example media hosting server 104 sends to the client device 106 media including a tag 310, and sends to the client device 107 media including a tag 311. As described above, the tags 310, 311 are executable instructions (e.g., an applet) that cause media monitoring information to be sent to the AME 102. In some examples, the tags are links to such executable instructions.

More specifically, in response to presenting the requested media including the tag 310, the client device 106 executes the executable instructions (e.g., the tag 310), which causes the client device 106 to send a beacon 312 to the AME server 102. In addition, executing the tag 310 causes the client device 106 to identify a geographic location of the client device 106. In the illustrated example, the positioning system 208 of the client device 106 enables identification of the device location of the client device 106. In the illustrated example, the client device 106 obtains device location data 314 (e.g., GPS coordinates) from the positioning system 208 based on signals received from the GPS satellites 306. The example client device 106 of FIG. 3 then transmits the device location data 314 as a location identifier to the AME server 102 in the beacon 312.

In a similar manner, in response to presenting the requested media including the tag 311, the client device 107 executes the tag 311, which causes the client device 107 to send a beacon 313 to the AME server 102. In addition, executing the executable instructions 311 causes the client device 107 to identify a geographic location of the client device 107. In the illustrated example of FIG. 3, the client device 107 does not include a positioning system, but may receive location information from a proximate device. In the illustrated example, the metering equipment 302 broadcasts geographic location information 315 that may be received by nearby devices. For example, the metering equipment 302 of the illustrated example broadcasts the geographic location information 315 via a Bluetooth® interface. In some such examples, if the client device 107 also includes a Bluetooth interface, the client device 107 receives the geographic location information 315 from the metering equipment 302 and transmits the geographic location information 315 to the AME 102 as a location identifier in the beacon 313.

In some examples, a client device transmitting a beacon to the AME server 102 may not include a positioning system and/or a geographic location information receiving interface (e.g., a Bluetooth interface) and/or the application requesting the media (e.g., the browser 200) may not have access to the positioning system of the client device. In some such examples, the client device transmits the beacon to the AME server 102 without a location identifier. When processing a beacon without a location identifier, the AME server 102 marks the monitoring information included in the beacon as census data.

US 12,063,402 B2

11

In the illustrated example of FIG. **3**, to determine whether to correlate monitoring information included in a beacon to a registered panelist, the AME server **102** compares the device location included in the location identifier to reference locations associated with registered panelists. For example, if the device location is within a threshold distance of a reference location, the panelist identifier corresponding to the reference location may be associated with the monitoring information corresponding to the location identifier received with the beacon. Otherwise, the monitoring information is marked as census data.

In some examples, the AME server **102** compares device locations to reference areas associated with the registered panelists. The associated reference area of a panelist corresponds to a geographic area around a reference location. In some examples, the reference area varies based on known information about the panelist home (or other location (e.g., job, favorite hangouts, etc.)) and the corresponding reference location. In some examples, reference locations (e.g., job, favorite hangouts, etc.) are determined by collecting geographical locations from a portable meter and/or a computing device (e.g., cellphone, tablet, PDA, laptop computer, etc.) including an on-device meter (ODM) (e.g., an ODM utilized by The Nielsen Company (US), LLC) carried by a registered panelist. In some examples, the size of a reference area depends on whether the panelist home is an apartment, a house, etc., and the site of the geographic area surrounding the reference location depends on the location of the metering equipment in the panelist home. For example, if the metering equipment **302** is known to be located against an exterior wall of the panelist home, reference area **316** may be positioned around the reference location data **308**B so that the reference location data **308**B is near an edge of the reference area **316** rather than in the center of the reference area **316**. Further, although the reference area **316** is represented as an ellipse in the illustrated example, the reference area **316** may be another shape such as a circle, a hexagon, or any other suitable shape.

In the illustrated example, the example AME server **102** uses reference locations associated with registered panelists to compare to the device locations included in beacons received from client devices to determine whether to associate the corresponding monitoring information with a registered panelist. For example, the AME server **102** of the illustrated example determines whether the device locations data **314**, **315** included in the corresponding beacons **312**, **313** are within the reference area **316**. If a device location is within the reference area associated with a registered panelist, the AME server **102** associates the monitoring information from the corresponding beacon with the corresponding registered panelist. For example, monitoring information included in the beacon **313** may be correlated with a panelist associated with the reference location data **308**B because the AME server **102** determines that the device location **315** is within the reference area **316** corresponding to that panelist. In contrast, if the device location is not within the reference area associated with a registered panelist, the AME server **102** marks the corresponding monitoring information as census data. For example, the AME server **102** of the illustrated example marks the monitoring information included in the beacon **312** as census data because the device location data **314** is not within the reference area **316**.

FIG. **3**A is an illustration of an example environment **340** in which examples disclosed herein may be implemented to correlate census measurement data with panel data. The example environment **340** of the illustrated example includes an example household **350** (e.g., a house) located

12

within an example yard **352** and an example household **360**A, **360**B (e.g., duplex apartments) located within an example yard **362**. In the illustrated example of FIG. **3**A, members of the household **350** and members of the household **360**B are panelists who have consented to being monitored (e.g., included in a panel), and have provided demographics information, either about the household (e.g., the household **350** is a panelist home) or about individual members of the household (e.g., the household **350** includes panelists **1**, **2**, and **3**). The member(s) of the household **360**A of the illustrated example have not consented to being panelists, and thus, demographics information for those members is not known.

In the illustrated example of FIG. **3**A, the example household **350** is associated with a reference location **354**. The reference location **354** may be collected via a meter including a positioning system such as a GPS enabled device (e.g., the example meter **302** of FIG. **3**), from a device including a positioning system that is proximate to a meter in the household **350**, by a technician using a positioning system who visited the household **350**, etc. In the illustrated example of FIG. **3**A, the example household **350** is also associated with a reference area **356**. The example reference area **356** of FIG. **3**A is an approximation of the area of the household **350** in which a member of the household **350** may request and/or access media (e.g., via the example client device **106** of FIGS. **1**-**3**). In the illustrated example, the reference area **356** is determined using an example radius **355**.

In a similar manner, the example household **360**B of FIG. **3**A is associated with a reference location **364**, which may be collected via, for example, a meter including a positioning system (e.g., a GPS enabled device), from a device including a positioning system that is proximate to a meter in the household **360**B, by a technician using a positioning system who visited the household **360**B, etc. In the illustrated example of FIG. **3**A, the example household **360**B is associated with a reference area **366**. The example reference area **366** is an approximation of the area of the household **360**B in which a member of the household **360**B may request and/or access media (e.g., via the example client device **106**). In the illustrated example, the reference area **356** is determined using an example radius **365**.

As described above, the area of a reference area may vary based on known information about the associated household. For example, the AME server **102** may vary the radius **355**, **365** used to determine the reference areas **356**, **366** based on the household type. For example, as the household **350** is known to be a house, the example AME server **102** may assume that the household **350** is located within the yard **352**, and, based on this conclusion, the AME server **102** may use a radius **355** that extends beyond the perimeter of the physical structure of the household **350** (e.g., beyond the walls) without the reference area **356** overlapping with another household. Thus, when the AME server **102** receives a beacon including device location information positioned within the reference area **356**, the AME server **102** associates the corresponding monitoring information with the demographic information associated with the household **350**.

In contrast, the household **360**B is known to be a duplex apartment, and the example AME server **102** can use this information to determine that the household **360**B likely shares a wall with another household (e.g., the household **360**A). For some purposes, the AME server **102** uses the radius **365**, which is less than the radius **355** and does not extend beyond the walls of the household **360**B, thereby

US 12,063,402 B2

13

reducing the probability of the reference area 366 overlapping with another household. As a result, device location information positioned within the reference area 366 can be correctly credited to the household 360B and not erroneously credited to a neighbor.

Although the reference areas 356, 366 of FIG. 3A are determined using a radius, many other methods of determining the reference area are possible. For example, two or more GPS coordinates may be used to calculate a reference area that is a rectangle, a hexagon, etc.

FIG. 4 is a block diagram of an example implementation of the AME server 102 of FIGS. 1-3. The example AME server 102 of the illustrated example includes the example tag handler 110, an example beacon handler 402, an example beacon parser 404, an example decrypter 406, an example tagged impression logger 408, an example location handler 410, an example distance calculator 412, an example comparator 414, an example panelist associator 416, an example data storer 418, an example data store 420, an example reporter 422 and an example time stamper 424. As discussed above, the AME server 102 includes the example tag handler 110 to facilitate tagging media. For example, the tag handler 110 may instruct the media hosting server 104 to insert the tag 206 (which may be a reference to an external tag) into the media 204. For example, the tag handler 110 may provide the media hosting server 104 executable instructions (e.g., the tag 206, an applet, etc.) to embed into the media 204. In some examples, the tag handler 110 instructs the media hosting server 104 to insert a reference to the tag 206 into the media 204 and the tag is hosted outside the media. In some such examples, when the client device 106 accesses the media 204, the client device 106 also sends a request for the tag 206 using the reference. In the illustrated example, when the tag handler 110 instructs the media hosting server 104 to insert a reference to the tag 206, the tag 206 may be hosted at the media hosting server 104 and/or at the AME server 102.

In the illustrated example of FIG. 4, the AME server 102 includes the example beacon handler 402 to facilitate communication with client devices (e.g., the client device 106 of FIGS. 1-3). For example, the beacon handler 402 may receive dummy requests (e.g., beacons) from the client device 106 executing the executable instructions (e.g., the tag 206). In some examples, the beacon handler 402 receives the beacon 210 from the browser 200 of FIG. 2. In some examples, the beacon handler 402 sends an acknowledgement response to the browser 200 in response to receiving the beacon 210. In other examples, no response is provided.

In the illustrated example of FIG. 4, the AME server 102 includes the example beacon parser 404 to extract location information included in the beacon 210. For example, the beacon parser 404 may identify the location identifier 212 of FIG. 2. In some examples, the beacon parser 404 may identify a user agent identifying the browser 200 and/or the client device 106. For example, the user agent may include a network address, a media access control (MAC) address, a telephone number, etc. associated with the client device 106. In some examples, the beacon parser 404 may identify a media identifier identifying the media that was received in the media response 206 of FIG. 2 (e.g., the media identifier 214 (FIG. 2)). In some examples, the beacon parser 404 may identify and/or set a cookie enabling identification of subsequent beacons from the same client device. In some examples, the beacon parser 404 may be unable to identify a location identifier in the beacon 210. For example, when the beacon 210 is sent from a client device that does not

14

include a positioning system and/or does not have access to a positioning system, the beacon 210 will not have the location identifier.

In the illustrated example of FIG. 4, the AME server 102 includes the example decrypter 406 to decrypt information in the beacon 210. For example, information included in the beacon 210 may be encrypted. For example, the executable tag 206 may cause the browser 200 to encrypt the device location information and/or the monitoring information prior to including the location identifier 212 in the beacon 210. In this manner, personal data such as precise location data that may identify where a user is accessing media is protected. In some such examples, the decrypter 406 may be used to decrypt the information included in the beacon 210 prior to the beacon parsing 404 parsing the beacon 210.

In the illustrated example of FIG. 4, the AME server 102 includes the example tagged impression logger 408 to credit (or log) impressions to media based on the monitoring information included in the beacon 210. For example, the tagged impression logger 408 may list the corresponding media (e.g., via one or more media identifiers) in a data structure. In some examples, the tagged impression logger 408 appends and/or prepends additional information crediting the identified media with an exposure. For example, the tagged impression logger 408 may identify a media source from which the media was received (e.g., a vendor identifier, a URL, etc.), a network address of the client device 106 and/or an identifier of the client device 106 (e.g., an international mobile equipment identity (IMEI) number, a cookie, a MAC address, etc.). In addition, the tagged impression logger 408 may append a timestamp from the example time stamper 424 indicating the date and/or time when the beacon 210 was received by the AME server 102. This timestamp may be in addition to a timestamp applied at the client device to identify the media access time.

In the illustrated example of FIG. 4, the AME server 102 includes the example location handler 410 to determine reference locations to which to compare to the device location extracted from the beacon 210. As described above, a reference location corresponds to a geographic location of a panelist home. In the illustrated example, the reference locations are stored in the data store 420 along with a panelist identifier and/or additional panelist information associated with a panelist. For example, the panelist information may include demographic information (e.g., gender, age group, race, income, level of education, etc.) collected from a user when the user joins or registers for the panel.

The location handler 410 of the illustrated example of FIG. 4 uses a data structure (e.g., a lookup table) stored in the example data store 420 to identify reference locations associated with the registered panelists. A registered panelist may be associated with one or more reference locations and/or reference areas (e.g., a house area, a work area, a vacation home area, etc.). In some examples, the location handler 410 filters reference locations based on the extracted device location. For example, the location handler 410 may parse the reference locations stored in the data store 420 and identify the reference locations that have the same (or nearly the same) longitude coordinates or latitude coordinates of the device location specified in the beacon.

In the illustrated example of FIG. 4, the AME server 102 includes the example distance calculator 412 to calculate the distance between a device location extracted from a beacon by the beacon parser 404 and one or more reference location(s) obtained from the location handler 410. For example, the

US 12,063,402 B2

15                                                                    16

distance calculator **412** may use any distance-calculating algorithm to determine the distance between the two locations.

In the illustrated example of FIG. **4**, the AME server **102** includes the example comparator **414** to compare the distance calculated by the example distance calculator **412** to a threshold. The example comparator **414** of the example of FIG. **4** outputs a message indicating whether to associate the corresponding monitoring information with a panelist based on the comparison based on whether the threshold is satisfied (e.g., the calculated distance is within the threshold).

In some examples, the comparator **414** compares the extracted device location to a reference area based on a reference location. In some examples, the attributes of the reference area (e.g., size, geographic area, center, shape, etc.) are selected based on panelist information such that different reference areas have different attributes. For example, if a first reference location corresponds to an apartment unit and a second reference location corresponds to a ranch-style house, the example comparator **414** may determine a reference area surrounding the first reference location that is smaller than a reference area surrounding the second reference location to ensure the first reference area does not extend into a third party's living space. The example comparator **414** determines whether the device location is within the reference area (e.g., within a radius as discussed in connection with FIG. **3A**) in order to decide whether to credit the media exposure to the corresponding panelist or label the exposure as census data.

In the illustrated example of FIG. **4**, the AME server **102** includes the example panelist associator **416** to associate monitoring information extracted by the beacon parser **404** with a panelist. In the illustrated example, when the comparator **414** determines that the distance between a device location and a reference location is less than a threshold distance and/or that the device location is within a reference area including a corresponding reference location, the example panelist associator **416** associates the monitoring information (e.g., the media exposure) included in the beacon **210** with a registered panelist. For example, the panelist associator **416** may use a lookup table to determine a panelist identifier corresponding to the reference location. However, other methods to determine the registered panelist may additionally or alternatively be used. In some examples, the panelist associator **416** appends additional panelist information to the corresponding media impression logged by the tagged impression logger **412**. For instance, in the example of FIG. **4**, the panelist associator **416** appends demographic information to the tagged impression logger.

In some examples, the panelist associator **416** may be unable to associate monitoring data with a registered panelist. For example, the comparator **414** may output a message indicating that the corresponding device location was not within the threshold distance of the reference locations in the panel. In some other examples, the beacon parser **404** may not provide a device location. In some such examples, the panelist associator **416** attributes this to a non-panelist media impression and associates the monitoring information included in the beacon **210** as census data. In the illustrated example, the panelist associator **416** appends a label indicating that the corresponding media impression logged by the tagged impression logger **408** is census data.

In the illustrated example of FIG. **4**, the example data storer **418** stores monitoring information received from the beacon parser **404**, the media impression logged by the tagged impression logger **408** and/or panelist identifying information received from the panelist associator **416**.

The example data store **420** of FIG. **4** may be implemented by any storage device and/or storage disc for storing data such as, for example, flash memory, magnetic media, optical media, etc. Furthermore, the data stored in the data store **420** may be in any data format such as, for example, binary data, comma delimited data, tab delimited data, structured query language (SQL) structures, etc. While in the illustrated example the data store **420** is illustrated as a single database, the data store **420** may be implemented by any number and/or type(s) of databases.

In the illustrated example of FIG. **4**, the reporter **422** generates reports based on the collected monitoring information. In some examples, the reports are presented to the media provider(s) and/or other entities. The reports may identify different aspects of media usage such as, for example, how many impressions the media received and demographics associated with those impressions.

The example time stamper **424** of FIG. **4** includes a clock and a calendar. The example time stamper **424** associates a time period (e.g., 1:00 a.m. Central Standard Time (CST) to 1:01 a.m. (CST) and a date (e.g., Jan. 1, 2013) with each generated tagged impression entry from the tagged impression logger **408** by, for example, appending the period of time and the date information to an end of the data in the impression entry, including the media impressions identified as census data by the panelist associator **416**.

While an example manner of implementing the AME server **102** of FIGS. **1-3** is illustrated in FIG. **4**, one or more of the elements, processes and/or devices illustrated in FIG. **4** may be combined, divided, re-arranged, omitted, eliminated and/or implemented in any other way. Further, the example media hosting server **104**, the example client device **106**, the example client device **107**, the example tag handler **110**, the example beacon handler **402**, the example beacon parser **404**, the example tagged impression logger **408**, the example location handler **410**, the example distance calculator **412**, the example comparator **414**, the example panelist associator **416**, the example data storer **418**, the example data store **420**, the example reporter **422**, the example time stamper **424** and/or, more generally, the example AME server **102** of FIGS. **1-3** may be implemented by hardware, software, firmware and/or any combination of hardware, software and/or firmware. Thus, for example, any of the example media hosting server **104**, the example client device **106**, the example client device **107**, the example tag handler **110**, the example beacon handler **402**, the example beacon parser **404**, the example tagged impression logger **408**, the example location handler **410**, the example distance calculator **412**, the example comparator **414**, the example panelist associator **416**, the example data storer **418**, the example data store **420**, the example reporter **422**, the example time stamper **424** and/or, more generally, the example AME server **102** could be implemented by one or more analog or digital circuit(s), logic circuits, programmable processor(s), application specific integrated circuit(s) (ASIC(s)), programmable logic device(s) (PLD(s)) and/or field programmable logic device(s) (FPLD(s)). When reading any of the apparatus or system claims of this patent to cover a purely software and/or firmware implementation, at least one of the example media hosting server **104**, the example client device **106**, the example client device **107**, the example tag handler **110**, the example beacon handler **402**, the example beacon parser **404**, the example tagged impression logger **408**, the example location handler **410**, the example distance calculator **412**, the example comparator **414**, the example panelist associator **416**, the example data storer **418**, the example data store **420**, the example

US 12,063,402 B2

17                                                          18

reporter **422** and/or the example time stamper **424** is/are hereby expressly defined to include a tangible computer readable storage device or storage disk such as a memory, a digital versatile disk (DVD), a compact disk (CD), a Blu-ray disk, etc. storing the software and/or firmware. Further still, the example AME server **102** of FIGS. **1-3** may include one or more elements, processes and/or devices in addition to, or instead of, those illustrated in FIG. **4**, and/or may include more than one of any or all of the illustrated elements, processes and devices.

FIG. **5** is an example data table **500** storing data representing tagged media impressions that may be collected by the example AME server **102** of FIGS. **1-4**. In the illustrated example of FIG. **5**, the data table **500** identifies a requested website **502**, a device location **504**, a timestamp from the client device of the request **506** and a possible panel data flag **508** indicating whether an impression is panel data or is census data. In the illustrated example, the AME server **102** extracts the device location from the location identifier **212** of the beacon **210** when the location identifier is present. For example, the impression entry **510** indicates that a user requested the website (Host1.com) at 9:15:00 AM on Nov. 10, 2013, from a device location with GPS coordinates (41.87989, −87.637158). Further, since the impression entry **510** includes a device location, the impression entry **510** is flagged as possible panel data, depending on whether the device location satisfies a threshold (e.g., the calculated distance between the device location and a reference location is within the threshold) and/or the device location is positioned within a reference area. In contrast, in the impression entry **512**, the user who accessed the website (Host2.com) at 9:45:05 AM on Nov. 10, 2013, did so with a client device that did not provide device location information for the client device when it provided the beacon. As a result, the impression entry **512** is flagged as census data (e.g., not possible panel data). In some examples, the data table **500** may include additional information such as device identifiers (e.g., a telephone number of the client device, a media access control (MAC) address of the client device, a serial number of the client device, etc.), a vendor identifier (e.g., the person/entity to which the website **502** is registered), a browser identifier, a control action identifier (e.g., a control action such as play, stop, pause, etc. that triggers a media request), a cookie, etc.

FIG. **6** is an example data table **600** that may be stored by the example AME server **102** of FIGS. **1-4** to facilitate associating monitoring information with panelist information. In the illustrated example of FIG. **6**, the data table **600** associates a panelist identifier **602** with a reference type **603** (e.g., a house, an apartment, an office building, etc.) and a reference location **604**. For example, in row **616**, the panelist identifier (10001) is associated with the reference location provided by the GPS coordinates (41.87989, −87.637158). Further, in row **616**, the reference location **604** corresponds to a duplex apartment. As discussed above, the reference location **604** may be obtained by, for example, a technician visiting a panelist home, metering equipment included in the panelist home and/or metering hardware (e.g., a portable meter) or software (e.g., an on-device meter included in a monitored device) that is in possession of the panelist. In addition, the example data table **600** includes a reference area **605** that corresponds to the reference type **603**. For example, the radius may vary based on whether the reference type is a house, an apartment, a gym, etc. Further, the example data table **600** includes demographic information associated with the registered panelists. For example, the data table **600** of FIG. **6** includes a gender identifier **606**, an

age range **608**, a city of residence **610** and a relationship status **612** for the panelists included in the data table **600**. Thus, for example, in row **620**, a registered panelist with the panelist identifier (10003) is associated with the reference location provided by GPS coordinates (39.739166, −104.984720), and is also a female between the ages of 18 and 34, who lives in Denver, Colorado, and is single. In some examples, a panelist is associated with two or more reference locations. In some such examples, the different reference locations may correspond to known locations where the panelists accesses media. For example, in row **620**, the reference location **604** is associated with an apartment the panelist may live at; in row **622**, the reference location **604** is associated with a gym the panelist frequents; and, in row **624**, the reference location **604** is associated with a vacation home that the panelists owns. In this manner, correlating census data with panel data is not limited to a single location. Rather, census data collected at different locations may be correlated with the same panel data. In some examples, the data table **600** may include additional information associated with the reference location such as the type of residence (e.g., an apartment unit, a house, etc.), whether the metering equipment is located near an external wall, etc. In some examples, the data table **600** may include more demographic information associated with the registered panelists such as, for example, race, income, level of education completed, occupation, etc. By using geographic locations for the tagged media system and the panelists log, user privacy of the panelist is protected. For example, personally-identifying information is not revealed while transmitting information (e.g., the monitoring information) to the AME server **102** and/or the client device **106**. Further, in some examples, the location identifiers, the monitoring information and/or the beacon **210** may be encrypted for increased privacy.

FIG. **7** illustrates an example data table **700** representing correlated media impressions collected by the AME server **102** of FIGS. **1-4**. In the illustrated example of FIG. **7**, the data table **700** is an aggregated table including the tagged media impressions from the example data table **500** and panelist information from the example data table **600**. For example, row **720** of FIG. **7** corresponds to row **510** of FIG. **5**. In the illustrated example, the example data table **700** identifies whether the impression was credited as census or panelist data **702** (e.g., whether the monitoring information corresponds to activity of a panelist or a non-panelist), a panelist identifier **704** (if applicable), a requested website **706**, a device location **708**, a timestamp of the media request **710**. The example data table **700** also identifies demographic information retrieved from the example data table **600** (e.g., city of residence **712**).

The panelist identifier column **704** of the illustrated example of FIG. **7** corresponds to an identifier for a registered panelist. For example, when the AME server **102** determines that monitoring information extracted from a beacon may be correlated to a registered panelist, the AME server **102** may use the data table **600** of FIG. **6** and append the corresponding panelist identifier to the corresponding impression entry in the data table **700**. In some examples, when a panelist is identified, the AME server **102** may append additional demographic information from the data table **600** to the impression entry. For example, the AME server **102** may append the gender, age range, relationship status, etc. of the panelist to the corresponding impression entry in the data table **700**.

In the illustrated example of FIG. **7**, identifying whether the exposure was monitored via census data or panelist data

US 12,063,402 B2

19

702 may be beneficial for analysis purposes. For some purposes, census data may include information pertaining to panelists and non-panelists.

The panelist identifier **704** of the illustrated example of FIG. **7** identifies the panelists that requested the media. While in the illustrated example the panelist identifier **704** is used, any other information that may be used to identify the panelist may additionally or alternatively be used such as, for example, a mobile device identifier (e.g., a MAC address), a panelist name, a telephone number, a cookie, etc. While in the illustrated example the requested website **706** is used, any additional or alternative information may be used to identify the media that was requested such as, for example, the vendor identifier, the tag encoded in the media **204**, etc.

The timestamp column **710** of the illustrated example of FIG. **7** represents a date and/or time when information associated with the media (e.g., a website) was requested. However, the timestamp column **710** may alternatively represent a time when the requested media was rendered (e.g., displayed, presented, etc.) by the client device **106**. Storing a timestamp (e.g., date and/or time) enables analysis of when users request particular media (e.g., to determine issues such as whether users are more likely to request media from a news website (e.g., www.cnn.com) on a weekend, during a weekday, etc.).

Flowcharts representative of example machine readable instructions for implementing the AME server **102** of FIGS. **1**-**4** are shown in FIGS. **8**, **9**, **11** and **12**. In this example, the machine readable instructions comprise a program for execution by a processor such as the processor **1312** shown in the example processor platform **1300** discussed below in connection with FIG. **13**. The program may be embodied in software stored on a tangible computer readable storage medium such as a CD-ROM, a floppy disk, a hard drive, a digital versatile disk (DVD), a Blu-ray disk, or a memory associated with the processor **1312**, but the entire program and/or parts thereof could alternatively be executed by a device other than the processor **1312** and/or embodied in firmware or dedicated hardware. Further, although the example program is described with reference to the flowcharts illustrated in FIGS. **8**, **9**, **11** and **12**, many other methods of implementing the example AME sever **102** may alternatively be used. For example, the order of execution of the blocks may be changed, and/or some of the blocks described may be changed, eliminated, or combined.

As mentioned above, the example processes of FIGS. **8**, **9**, **11** and/or **12** may be implemented using coded instructions (e.g., computer and/or machine readable instructions) stored on a tangible computer readable storage medium such as a hard disk drive, a flash memory, a read-only memory (ROM), a compact disk (CD), a digital versatile disk (DVD), a cache, a random-access memory (RAM) and/or any other storage device or storage disk in which information is stored for any duration (e.g., for extended time periods, permanently, for brief instances, for temporarily buffering, and/or for caching of the information). As used herein, the term tangible computer readable storage medium is expressly defined to include any type of computer readable storage device and/or storage disk and to exclude propagating signals and to exclude transmission media. As used herein, "tangible computer readable storage medium" and "tangible machine readable storage medium" are used interchangeably. Additionally or alternatively, the example processes of FIGS. **8**, **9**, **11** and/or **12** may be implemented using coded instructions (e.g., computer and/or machine readable instructions) stored on a non-transitory computer and/or

20

machine readable medium such as a hard disk drive, a flash memory, a read-only memory, a compact disk, a digital versatile disk, a cache, a random-access memory and/or any other storage device or storage disk in which information is stored for any duration (e.g., for extended time periods, permanently, for brief instances, for temporarily buffering, and/or for caching of the information). As used herein, the term non-transitory computer readable medium is expressly defined to include any type of computer readable storage device and/or storage disk and to exclude propagating signals and to exclude transmission media. As used herein, when the phrase "at least" is used as the transition term in a preamble of a claim, it is open-ended in the same manner as the term "comprising" is open ended.

The example program of FIG. **8** initiates logging tagged impressions at the example AME server **102** (FIGS. **1**-**4**). The example program of FIG. **8** begins at block **802** when the AME server **102** receives the beacon **210** from the client device **106** in response to the tag **206** (e.g., executable instructions) included in the media **204** being executed by a client device. For example, the beacon handler **402** (FIG. **4**) may receive the beacon **210**. In some examples, the beacon handler **402** transmits an acknowledgement message in response to receiving the beacon **210** to the device that sent the beacon. In other examples, no response is provided, but the data contained in the beacon is logged.

At block **804**, the beacon parser **404** determines whether the monitoring information (e.g., the location identifier **212**, the media identifier **214**, the timestamp **216**, a cookie, etc.) included in the beacon **210** is encrypted. For example, a location identifier **212** included in the beacon **210** may be encrypted using advanced encryption standard (AES) algorithms to protect the privacy of the user. If, at block **804**, the beacon parser **404** determines that the monitoring information is encrypted, then, at block **806**, the decrypter **406** decrypts the monitoring information. For example, the decrypter **406** may use AES algorithms to decrypt the monitoring information.

If, at block **804**, the beacon parser **804** determines the monitoring information is not encrypted or after the decrypter **406** decrypts the monitoring information at block **806**, control proceeds to block **808** at which the beacon parser **404** parses the monitoring information included in the beacon **210** for a location identifier **212**. If, at block **810**, the beacon parser **404** finds the location identifier **212**, then, at block **812**, the beacon parser **404** extracts a device location included in the location identifier **212**. The device location may be used to determine whether to correlate the monitoring information with a panelist.

If, at block **810**, the beacon parser **404** does not find a location identifier **212** or after the beacon parser **404** extracts the device location from the location identifier **212** at block **812**, control proceeds to block **814** at which the tagged impression logger **408** stores a record of the monitored information provided by the beacon **210**. For example, the beacon parser **404** may extract a requested media identifier (e.g., a URL address), a vendor identifier, etc. that may be included in the beacon **210**. At block **815**, the tagged impression logger **408** flags the record as possible panel data or census data. For example, if the beacon parser **404** extracted the device location from the location identifier **212**, the tagged impression logger **408** flags the record as possible panel data. Otherwise, if the beacon parses **404** did not find a location identifier **212**, the tagged impression logger **408** flags the record as census data.

At block **816**, the time stamper **424** associates a time period (e.g., 1:00 AM Central Standard Time (CST) to 1:01

US 12,063,402 B2

21                                                                22

AM CST) and date (e.g., Jan. 1, 2013) with the tagged media impression. For example, the time stamper **424** may append the period of time and date information to an end of the impression entry in the data store **420** and/or may provide the period of time and date information to the data storer **418**.

At block **818**, the AME server **102** determines whether to continue processing beacons. If, at block **818**, the AME server **102** determines to continue processing beacons (e.g., the beacon handler **402** is continuing to receive beacons as a result of a tag included in a media response), control returns to block **802** to receive another beacon **210** from the client device **210** in response to executing executable instructions in the tag **206** included in the media **204**. Otherwise, if, at block **818**, the AME server **102** determines to end processing beacons (e.g., due to a server shutdown event, etc.), the example process **800** of FIG. **8** then ends.

The example program **900** of FIG. **9** determines whether to correlate tagged media impression with registered panelists, and marks the tagged media impression as either census data or panel data, accordingly. The example program of FIG. **9** begins at block **902** at which the reporter **422** prepares the tagged media impressions log to be combined with panelist information. For example, the reporter **422** may identify the media impressions in the tagged media impressions log that include device locations based on whether the tagged media impression is flagged as census data or possible panel data. Similarly, at block **904**, the reporter **422** prepares the panelists log for combining with the tagged media impressions log. For example, the reporter **422** may utilize the data table **600** to associate the tagged media impression with a panelist identifier.

At block **906**, the location handler **410** identifies reference locations associated with the registered panelists to compare to the device location information included in the tagged media impressions log. For example, the location handler **410** may parse the reference locations stored in the data table **600** in the data store **420** and identify the reference locations that have the same (or nearly the same) longitude coordinates or latitude coordinates as the device location information.

At block **908**, the distance calculator **412** calculates the distance between a reference location and a device location. If, at block **910**, the comparator **414** determines that the device location is within a reference area associated with the reference location, then, at block **912**, the panelist associator **416** marks the corresponding impression as panel data. At block **914**, the panelist associator **416** uses the data table **600** to associate the impression with a panelist identifier. Control then proceeds to block **920** to determine whether to continue correlating impressions with panel data.

Returning to block **910**, if the comparator **414** determines that the device location is not within the reference area associated with the reference location, then, at block **916**, the AME server **102** determines if it is at the end of the panelists log. For example, the location handler **410** may determine whether there are additional reference locations in the data table **600** to test against the device location information. If, at block **916**, the location handler **410** determines it is not at the end of the reference locations to test (e.g., there are additional reference locations in the data table **600**), control returns to block **908** to calculate the distance between another reference location and the device location. Otherwise, if, at block **916**, the location handler **410** determines it is at the end of the panelists log (e.g., there are no more additional reference locations to test against the device location information), then, at block **918**, the panelist asso-

ciator **416** marks the corresponding impression as census data. Control then proceeds to block **920** to determine whether to continue correlating impressions with panel data.

At block **920**, the AME server **102** determines whether to continue correlating impressions with panelists. If, at block **920**, the AME server **102** determines to continue correlating impressions with panel data (e.g., the tagged media impressions log includes additional device locations to test, etc.), control returns to block **906** to identify reference locations associated with panel data. Otherwise, if, at block **920**, the AME server **102** determines to end correlating impressions with panel data (e.g., there are no additional tagged media impressions to check), then, at block **922**, the reporter **422** generates a report and the process **900** of FIG. **9** ends.

FIG. **10** is an example applet **1000** including pseudo code that may be executed to generate a beacon in response to accessing tagged media at a client device. For example, the applet **1000** may be embedded in the media **204**. In the illustrated example of FIG. **10**, the applet **1000** includes an example monitoring information retrieval section **1002** and an example beacon transmission section **1004**. In the illustrated example, the monitoring information retrieval section **1002** defines the values of the monitoring information (e.g., the location identifier **212**, the media identifier **214**, the timestamp **216**) included in the beacon **210**. For example, the monitoring information retrieval section **1002** includes an example location identifier defining block **1006**, an example media identifier defining line **1008** and an example timestamp defining line **1010**. The example location identifier defining block **1006** of FIG. **10** determines whether the client device **106** has access to a location application programming interface (API) and defines the value for the location identifier **212** accordingly. For example, when the client device **126** has access to the location API, line **1006A** retrieves device location information via the location API and stores the value for the location identifier **212**. Otherwise, if the client device **126** does not have access to the location API, line **1006B** stores a value indicating that no device location is provided (e.g., a null or empty value, "False," "N/A," "0," etc.). In the illustrated example, the media identifier defining line **1008** retrieves media identification information from the media **204** and stores the value for the media identifier **214**. In the illustrated example, the timestamp defining line **1010** retrieves date and time information for the media request and stores the value for the timestamp **216**.

In the illustrated example of FIG. **10**, the example applet **1000** includes the example beacon transmission section **1004** to generate the beacon **210** and to transmit the beacon **210** to, for example, the AME server **102**. For example, example beacon generating line **1012** uses the location identifier **212**, the media identifier **214** and the timestamp **216** to define the beacon **210**. At example beacon transmitting line **1014**, the applet **1000** causes the client device **106** to transmit the beacon **210** to, for example, the AME server **102**. In some examples, the applet **1000** logs the beacon **210** and transmits one or more beacons **210** at a later time. For example, the applet **1000** may cause the client device **106** to periodically (e.g., every 24 hours) transmit logged beacons **210** to the AME server **102**.

The example program **1100** of FIG. **11** illustrates an example method that may be executed by a computing device of an audience measurement entity to collect monitoring information from tagged media. The example program of FIG. **11** begins at block **1102** when the tag handler **110** instructs the example media hosting server **104** to insert a reference to an executable tag in the media **204**. For

US 12,063,402 B2

23                                                    24

example, the tag handler **110** may cause the media hosting server **104** to include a dummy image in the media **204** that the media hosting server **104** desires to monitor. At block **1104**, the tag handler **110** receives a request for the executable tag from the client device **106**. For example, the media hosting server **104** may respond to a request for media from the client device **106** with the media **204** including the reference. When the client device **106** presents the media **204**, the tag handler **110** receives the client device request for the executable tag in response to the reference. In some implementations, block **1104** may not be included. For example, the tag handler **110** may provide the media hosting server **104** the tag **206** along with the reference and, thus, when the client device **106** presents the media **204**, the media hosting server **104** receives the client device request for the executable tag in response to execution of the reference. In some other implementations, the tag handler **110** may provide the tag **206** and instruct the media hosting server **104** to embed the tag **206** into the corresponding media **204**. Thus, when the client device **106** presents the media **204**, no request is made by the client device **106** for an executable tag. Rather, the client device **106** executes the tag **206**, which is already present in the media. At block **1106**, the tag handler **110** transmits the executable tag to the client device **106**. For example, the tag handler **110** may retrieve the executable tag **206** from the data store **420** and communicate the executable tag **206** to the client device **106**. An example executable tag **206** is described in further detail below in connection with FIG. 12.

At block **1108**, the AME server **102** receives the beacon **210** from the client device **106**. For example, the client device **106** generates the beacon **210** in response to executing the executable tag **206** and transmits the beacon **210** to the AME server **102**. The example process of FIG. 11 then ends.

The example program **1200** of FIG. 12 illustrated the operation of an example tag in generating an example beacon in response to being executed due to an access to the tagged media **204**. Thus, the example program of FIG. 12 may be used to implement the executable tag **206**. The example program of FIG. 12 begins at block **1202** when the executable tag **206** causes the client device **106** to retrieve media identification information from the media **204**. For example, the media hosting server **104** may encode the media identification information (e.g., a watermark, a signature, metadata, etc.) into the media **204** that the client device **106** decodes when accessing the media **204**. At block **1204**, the executable tag **206** causes the client device **106** to request access to a location application programming interface (API) of the client device **106**. For example, the client device **106** may request permission from a user to access the location API. If, at block **1206**, access to the location API is granted, then, at block **1208**, the client device **106** retrieves the device location information of the client device via the location API. In some examples, the authorization is granted once and future requests are not needed to access the location API

If, at block **1206**, access to the location API is not granted (e.g., the user denies the request) or after the client device **106** retrieves the device location information at block **1208**, then, at block **1210**, the executable tag **206** causes the client device **106** to retrieve date and time information for the media request. For example, the client device **106** may include a calendar and clock that the client device **106** accesses to retrieve the date and time information. At block **1212**, the executable tag **206** causes the client device **106** to generate the beacon **210**. For example, the beacon **210** may

generate the location identifier **212** to identify the device location information, generate the media identifier **214** to identify the media identification information, generate the timestamp **216** to identify the date and time information, and package the location identifier **212**, the media identifier **214** and the timestamp **216** into the beacon **210**. At block **1214**, the executable tag **206** causes the client device **106** to transmit the beacon **210** to the AME server **102**. The example process of FIG. 12 then ends.

FIG. **13** is a block diagram of an example processor platform **1300** capable of executing the instructions of FIGS. **8**, **9**, **11** and/or **12** to implement the example AME server **102** of FIGS. **1-4**. The processor platform **1300** can be, for example, a server, a personal computer, a mobile device (e.g., a cell phone, a smart phone, a tablet such as an iPad™), a personal digital assistant (PDA), an Internet appliance, a DVD player, a CD player, a digital video recorder, a Blu-ray player, a gaming console, a personal video recorder, a set top box, or any other type of computing device.

The processor platform **1300** of the illustrated example includes a processor **1312**. The processor **1312** of the illustrated example is hardware. For example, the processor **1312** can be implemented by one or more integrated circuits, logic circuits, microprocessors or controllers from any desired family or manufacturer.

The processor **1312** of the illustrated example includes a local memory **1313** (e.g., a cache). The processor **1312** of the illustrated example is in communication with a main memory including a volatile memory **1314** and a non-volatile memory **1316** via a bus **1318**. The volatile memory **1314** may be implemented by Synchronous Dynamic Random-dom Access Memory (SDRAM), Dynamic Random Access Memory (DRAM), RAMBUS Dynamic Random Access Memory (RDRAM) and/or any other type of random access memory device. The non-volatile memory **1316** may be implemented by flash memory and/or any other desired type of memory device. Access to the main memory **1314**, **1316** is controlled by a memory controller.

The processor platform **1300** of the illustrated example also includes an interface circuit **1320**. The interface circuit **1320** may be implemented by any type of interface standard, such as an Ethernet interface, a universal serial bus (USB), and/or a PCI express interface.

In the illustrated example, one or more input devices **1322** are connected to the interface circuit **1320**. The input device(s) **1322** permit(s) a user to enter data and commands into the processor **1312**. The input device(s) can be implemented by, for example, an audio sensor, a microphone, a camera (still or video), a keyboard, a button, a mouse, a touchscreen, a track-pad, a trackball, isopoint and/or a voice recognition system.

One or more output devices **1324** are also connected to the interface circuit **1320** of the illustrated example. The output devices **1324** can be implemented, for example, by display devices (e.g., a light emitting diode (LED), an organic light emitting diode (OLED), a liquid crystal display, a cathode ray tube display (CRT), a touchscreen, a tactile output device, a printer and/or speakers). The interface circuit **1320** of the illustrated example, thus, typically includes a graphics driver card, a graphics driver chip or a graphics driver processor.

The interface circuit **1320** of the illustrated example also includes a communication device such as a transmitter, a receiver, a transceiver, a modem and/or network interface card to facilitate exchange of data with external machines (e.g., computing devices of any kind) via a network **1326**

US 12,063,402 B2

25                                                                  26

(e.g., an Ethernet connection, a digital subscriber line (DSL), a telephone line, coaxial cable, a cellular telephone system, etc.).

The processor platform **1300** of the illustrated example also includes one or more mass storage devices **1328** for storing software and/or data. Examples of such mass storage devices **1328** include floppy disk drives, hard drive disks, compact disk drives, Blu-ray disk drives, RAID systems, and digital versatile disk (DVD) drives.

The coded instructions **1332** of FIGS. **8**, **9**, **11** and/or **12** may be stored in the mass storage device **1328**, in the volatile memory **1314**, in the non-volatile memory **1316**, and/or on a removable tangible computer readable storage medium such as a CD or DVD.

From the foregoing, it will be appreciated that example methods, apparatus and articles of manufacture have been disclosed which collect monitoring information at a census level, while allowing the census level monitoring information to be correlated with panelist data, and, while protecting the privacy of the panelist and the anonymity of the panelist.

Although certain example methods, apparatus and articles of manufacture have been disclosed herein, the scope of coverage of this patent is not limited thereto. On the contrary, this patent covers all methods, apparatus and articles of manufacture fairly falling within the scope of the claims of this patent.

The invention claimed is:

**1**. A computing system comprising:

a processor; and

a non-transitory computer-readable storage medium, having stored thereon program instructions that, upon execution by the processor, cause performance of a set of operations comprising:

accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval, wherein the demographic information is based on a server:

receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone; and

determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database;

accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval; and

associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval.

**2**. The computing system of claim **1**, wherein the positioning system of the mobile phone is a global positioning system.

**3**. The computing system of claim **1**, wherein the positioning system of the mobile phone is a wireless network positioning system.

**4**. The computing system of claim **1**, wherein the reference area is defined by a geographic boundary that encompasses the reference location, and wherein the reference area is shaped as at least one of: a circle or a polygon.

**5**. The computing system of claim **1**, wherein the reference location is a gym.

**6**. The computing system of claim **1**, wherein the reference location is a place of business.

**7**. The computing system of claim **1**, wherein the reference area defines a media exposure environment associated with the reference location, and wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area.

**8**. The computing system of claim **1**, wherein the reference database further comprises an indication of a building type associated with the reference location, and wherein the set of operations further comprises determining the reference area based on the building type.

**9**. The computing system of claim **1**, wherein the set of operations further comprises retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area.

**10**. The computing system of claim **1**, wherein the set of operations further comprises associating a timestamp with the media identifying information, wherein the timestamp indicates a time at which media content corresponding to the media identifying information is accessed at the reference location.

**11**. The computing system of claim **1**, wherein the set of operations further comprises estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating.

**12**. A non-transitory computer-readable storage medium, having stored thereon program instructions that, upon execution by a processor, cause performance of a set of operations comprising:

accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval, wherein the demographic information is based on a server:

receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone; and

determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database;

accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval; and

associating the media identifying information with the demographic information responsive to determining

US 12,063,402 B2

27

that the media content was presented within the reference area during at least the portion of the time interval.

**13.** The non-transitory computer-readable storage medium of claim **12**, wherein the reference area is defined by a geographic boundary that encompasses the reference location, and wherein the reference area is shaped as at least one of: a circle or a polygon.

**14.** The non-transitory computer-readable storage medium of claim **12**, wherein the reference location is a gym.

**15.** The non-transitory computer-readable storage medium of claim **12**, wherein the reference location is a place of business.

**16.** The non-transitory computer-readable storage medium of claim **12**, wherein the reference area defines a media exposure environment associated with the reference location, and wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area.

**17.** The non-transitory computer-readable storage medium of claim **12**, wherein the reference database further comprises an indication of a building type associated with the reference location, and wherein the set of operations further comprises determining the reference area based on the building type.

**18.** The non-transitory computer-readable storage medium of claim **12**, wherein the set of operations further comprises retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area.

**19.** The non-transitory computer-readable storage medium of claim **12**, wherein the set of operations further comprises associating a timestamp with the media identifying information, wherein the timestamp indicates a time at which media content corresponding to the media identifying information is accessed at the reference location.

**20.** The non-transitory computer-readable storage medium of claim **12**, wherein the set of operations further comprises estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating.

**21.** A method comprising:

accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval, wherein the demographic information is based on a server:

receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile

28

phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone; and

determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database;

accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval; and

associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval.

**22.** The method of claim **21**, wherein the positioning system of the mobile phone is a global positioning system.

**23.** The method of claim **21**, wherein the reference area is defined by a geographic boundary that encompasses the reference location, and wherein the reference area is shaped as at least one of: a circle or a polygon.

**24.** The method of claim **21**, wherein the reference location is a gym.

**25.** The method of claim **21**, wherein the reference location is a place of business.

**26.** The method of claim **21**, wherein the reference area defines a media exposure environment associated with the reference location, and wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area.

**27.** The method of claim **21**, wherein the reference database further comprises an indication of a building type associated with the reference location, and further comprising determining the reference area based on the building type.

**28.** The method of claim **21**, further comprising retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area.

**29.** The method of claim **21**, further comprising associating a timestamp with the media identifying information, wherein the timestamp indicates a time at which media content corresponding to the media identifying information is accessed at the reference location.

**30.** The method of claim **21**, further comprising estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating.

\* \* \* \* \*

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIDEOAMP, INC., )<br>)<br>Defendant. ) | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF VIRGINIA LEE

I, Virginia Lee, declare as follows:

## INTRODUCTION AND ENGAGEMENT

1.      I have been retained on behalf of The Nielsen Company (US), LLC ("Nielsen") to offer technical opinions relating to United States Patent No. 12,063,402 ("the '402 patent").

2.      I have no financial interest in either party to, or in the outcome of, the above-styled proceeding. I am being compensated for my work as an expert on an hourly basis at my standard consulting rate. My compensation is not dependent on the outcome of these proceedings or the content of my opinions.

## PERSON OF ORDINARY SKILL IN THE ART

3.      In my opinion, a person of ordinary skill in the art ("POSA") in the field of the Asserted Patents would have a working knowledge of the software and/or hardware of audience measurement and tracking systems. The POSA would have gained this knowledge through an undergraduate degree in an applicable engineering field (for example, electrical or computer engineering or computer science) and at least three years of work experience in relevant fields or through a graduate degree in an applicable engineering field.

**MY EXPERTISE**

4.      My CV, attached to this declaration as Exhibit 1, demonstrates my expertise in the field of the Patents. In particular, I have a bachelor's degree in Engineering Science, which is a multi-discipline, five-year undergraduate degree encompassing Computer Science, Electrical Engineering, and Mathematics. I also have over a decade of relevant work experience in the field. During that time, I led and took part in multiple design projects for enhancements to TV audience measurement systems, TV program collection and verification systems, and TV/online advertising measurement systems.

**INFORMATION CONSIDERED**

5.      I have reviewed the '402 patent. Counsel has informed me that I should consider that patent through the lens of one skilled in the art of the field of the patent at the time of the priority dates of the patent, and I have done so.

6.      I have assumed the priority date is the date of their ultimate parent. However, my analysis would not change if the priority date were deemed to be another date close to the filing date of these applications or the date of the '402 patent's provisional application.

7.      My analyses are based on my education and work experience, in addition to my investigation and study of materials of the '402 patent.

**THE ASSERTED PATENT**

8.      The '402 Patent and its claims are directed to, among other things, systems, methods, and apparatuses for improving the field of audience measurement technology. Specifically, the patent claims improve audience measurement by associating media content exposure data with audience member demographics, including expanding the places and circumstances where such measurement can accurately occur. Such places may include locations

2

outside the home, within the home itself, or in specific environments such as offices, bars, and restaurants.

9.     The invention improves audience measurement technology by allowing the connection of audience demographics to media impressions. In previous systems, "[c]ollecting information at the server level enables an accurate measure of information served by the monitored servers, but does not enable distinguishing media impressions from panelists and non-panelists or exposure to cached media (*e.g*., content served once and accessed one or more subsequent times from local memory)." Ex. 1, 3:67-4:5.

10.     "Census data" is audience measurement data collected without associated demographic data when the system cannot connect media consumption to particular individuals or demographics. Ex. 1, 3:63-4:4. In the invention, rather than collecting solely census data, the invention allows associating media content with audience demographics.

11.     The invention enables audience measurement entities ("AMEs") to use location to associate media content playing at a reference location with the demographics of the people consuming the content. The invention involves, among other things, receiving information about media content being played at a particular reference location. That location could be a panelist's home, other places frequented by the panelist, or a business such as a gym, bar, or restaurant. Also received is an audience member's location and an identifier of the audience member's mobile device. The invention determines whether the audience member's location corresponds to the reference location, thereby determining that the audience member is an individual who has been exposed to the known media content being presented at that reference location. The invention then associates the demographics of the audience member (accessed via the identity of the audience member or the identifier of the mobile device) with the media content being

3

presented at the reference location. Ex. 1, 1:42-45 ("The media identifying data and the people

data can be combined to generate, for example, media exposure data indicative of amount(s)

and/or type(s) of people that were exposed to specific piece(s) of media."); 1:39-41 ("people data

(e.g., user identifier(s), demographic data associated with audience member(s), etc.)."); 19:6-10

("While in the illustrated example the panelist identifier 704 is used, any other information that

may be used to identify the panelist may additionally or alternatively be used such as, for

example a mobile device identifier…a telephone number…etc."). As the '402 patent explains,

media content includes "any type of content and/or advertisements such as broadcast television

and/or radio, stored audio and/or video played back from a memory such as a digital video

recorder or a digital video disc, a webpage, audio and/or video presented (e.g., streamed) via the

Internet, a video game, etc." Ex. 1, 1:31-36.

12.    The asserted claims recite receiving a message from a mobile phone that contains

(1) the phone's location and (2) its identifier. The '402 patent describes the client device (*e.g.*, a

mobile phone) transmitting information identifying itself: "[T]he media request 202 includes a

user agent identifying … the client device 106 such as … a device identifier, etc." Ex. 1, 8:54-

57; 13:56-59 ("[T]he user agent may include a network address, a media access control (MAC)

address, a telephone number, etc. associated with the client device 106."); *see also* 14:29-31 ("an

identifier of the client device 106 (e.g., an international mobile equipment identity (IMEI)

number, a cookie, a MAC address, etc.)."); 19:7-10 ("[A]ny other information that may be used

to identify the panelist may additionally or alternatively be used such as, for example, a mobile

device identifier (e.g., a MAC address), a panelist name, a telephone number, a cookie, etc.").

The client device can be a smartphone ("mobile device"). Ex. 1, 7:16-18 ("[T]he client device

106 is a smartphone (e.g., an Apple® iPhone®, a Motorola™ Moto X™, a Nexus 5, an Android™ platform device, etc.).").

13.     A mobile device's identifier is associated with demographic information of the mobile device's user. *See e.g.*, Ex. 1, 4:13-20 ("audience measurement entities (sometimes referred to herein as 'ratings entities') traditionally determine online media reach and frequency based on registered panel members. That is, an audience measurement entity enrolls people that consent to being monitored into a panel. In such panelist-based systems, demographic information is obtained from a user when, for example, the user joins and/or registers for the panel."); 8:54-57 ("the media request 202 includes a user agent identifying characteristics of the browser 200 and/or the client device 106 such as a browser identifier, a device identifier, etc."); 13:56-59 ("the user agent may include a network address, a media access control (MAC) address, a telephone number, etc. associated with the client device 106."); 17:36-44 ("the data table 500 may include additional information such as device identifiers (e.g., a telephone number of the client device, a media access control (MAC) address of the client device, a serial number of the client device, etc.)"); 18:24-27 ("the data table 600 may include more demographic information associated with the registered panelists such as, for example, race, income, level of education completed, occupation, etc."); 19:6-10 ("While in the illustrated example the panelist identifier 704 is used, any other information that may be used to identify the panelist may additionally or alternatively be used such as, for example, a mobile device identifier (e.g., a MAC address), a panelist name, a telephone number, a cookie, etc."). Cell phone companies and others store information associating a mobile device identifier with an individual's demographic information. *See* Ex. 1, 1:31-45; 5:60-62; 19:6-10. Information connecting mobile device identifiers to demographics may also be available from third party companies. Demographic

5

information may include information about "race, age or age range, gender, income, home location, education level, etc." Ex. 1, 4:21-22.

14.     The claims recite comparing the audience member's mobile device's location to a reference area. A "reference area" is a geographic area of any shape or size. Ex. 1, 11:35-38 ("[A]lthough the reference area 316 is represented as an ellipse in the illustrated example, the reference area 316 may be another shape such as a circle, a hexagon, or any other suitable shape."); *see also* 13:6-10. A reference area may correspond to the user's home or office or a gym, an office building, or other public space. Ex. 1, 17:60-64; 26:10-11 ("[T]he reference location is a place of business."). When an audience member's location matches a known reference area, it becomes known that this audience member has been exposed to the particular media content being presented at the reference location. In one example, when the reference area is a bar, determining that the audience member is in that bar (*i.e.,* determining that the audience member's location falls within the reference area of the bar) results in knowing that the audience member has been exposed to the media content playing on a television at that bar when the audience member was there.

15.     The claims recite accessing media identifying information identifying the media content being presented at the reference location during a time interval. In other words, the invention describes knowing what media content is presented at a reference location (*e.g.*, business location such as a bar or restaurant) at a particular time. As an example, this data might show that a television in a particular bar displayed Monday Night Football from 9 pm to 11 pm.

16.     The claims recite associating media identifying information with the audience member's demographic information. In particular, the '402 patent describes using location to associate media content with particular individuals and their demographics. "Audience

measurement of media … often involves collection of media identifying data (*e.g*., signature(s), fingerprint(s), code(s), tuned channel identification information, time of exposure information, etc.) and people data (*e.g*., user identifier(s), demographic data associated with audience member(s), etc.). The media identifying data and the people data can be combined to generate, for example, media exposure data indicative of amount(s) and/or type(s) of people that were exposed to specific piece(s) of media." Ex. 1, 1:31-45. As the '402 patent explains, "when the AME server 102 receives a beacon including device location information positioned within the reference area 356, the AME server 102 associates the corresponding monitoring information with the demographic information associated with the household 350." Ex. 1, 12:55-60.

17.    Because monitoring information associated with demographic information provides more insight into media content's audience and is more valuable and precise than census data, the invention improves audience measurement technology.  Ex. 1, 18:66-19:1 ("[I]dentifying whether the exposure was monitored via census data or panelist data 702 may be beneficial for analysis purposes.").

18.    Substantial media content is consumed outside the home, including in public venues such as bars and restaurants and other business establishments. Not knowing the demographics of who is exposed to out-of-home content leaves a substantial gap in the specificity of audience measurement data and results in census data rather than the more useful data associated with demographic information. *See* Ex. 1, 18:43-46; 18:66-19:3 ("identifying whether the exposure was monitored via census data or panelist data 702 may be beneficial for analysis purposes."). This issue can be particularly important for sports programming where large numbers of viewers commonly watch in bars and restaurants.

19.     The invention in the '402 patent improves audience measurement technology by solving problems relating to audience measurement, including out-of-home measurement. The invention allows the measurement of more useful data associating content with audience demographics rather than the less insightful census data. This technological solution has real-world implications, as information about the demographics of an audience is important to media content providers and their advertisers.

20.     The invention improves audience measurement technology by allowing monitoring in a way that was not previously done and, as such, is a specific technological solution to prior art problems. Prior art technology had limitations in its ability to associate known media content information with demographic information (*e.g.*, measuring out-of-home audiences). For example, in certain circumstances, while a prior art audience measurement entity might have known what media content was playing on televisions in certain places, it had no way to correlate that content to audience demographics at that place. It therefore had to rely on manual self-reporting or settle for less valuable and precise census data.

21.     The invention recognizes that a mobile device commonly has access to and can report its location, which can be within a reference area. For example, for a bar at a known location that has a television playing known content, the invention can determine whether a particular audience member is present at the reference location and exposed to the content. When it is determined that a particular audience member is present at the reference location, the identifier of the audience member's mobile device may be used to retrieve the audience member's demographic information and to associate that demographic information with the known content. The invention is thus a specific technological solution to prior art problems (including measuring out-of-home viewing) that had been previously unsolved.

22.     As of the '402 patent's provisional application's filing on April 24, 2013, and also as of the non-provisional parent's filing on December 18, 2013, it was not well-understood, routine, or conventional among those of skill in the art to measure media audiences by associating demographic data with media content using location, as claimed in all claims of the '402 Patents. *See e.g.*, Ex. 1, '402 Patent, Claims. For example, claim 1 recites, among other things, "associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval." In other words, the invention correlates media content and viewer demographics using location.

23.     In addition, the claimed combination of elements was not well-understood, routine, or conventional as of April 24, 2013, or as of December 18, 2013. In the prior art, location and a mobile device identifier had not been used as a means of associating the media content with demographic information. In other words, as of April 24, 2013, and as of December 18, 2013, the claimed technique of correlating media content to audience demographics using location was not well-understood, routine, or conventional among those of skill in the art.

24.     The manner in which this invention operates demonstrates that it was not well-understood, routine, or conventional before the invention. For example, an audience member with a mobile phone may be present in a business, such as a bar (*e.g.*, a reference location), and be exposed to certain media there. The audience member's phone, via an app that the audience member has installed on their phone (such as a weather app), tracks their location (*e.g.*, their geographic location). The location-tracking app on the audience member's phone sends a message to a server with the location of the phone (*e.g.*, its GPS components) and its identifier (*e.g.*, its phone number or other identifier). This identifier allows the system to retrieve

demographic information about the audience member/phone user. The audience member's demographics are available from various sources, including those accessible by the audience member's phone and phone number (*e.g.*, an identifier associated with the mobile phone) such as from their cell provider. The system determines that the GPS components received from the phone fall within an area of interest, in this case, a particular bar (*e.g.*, a reference location). *Id.* In addition, automated content monitoring (such as ACR or STB monitoring) associated with the bar's TVs identify and record the media playing in the bar (*e.g.*, media identifying information). Using the record of what media content was playing in the bar while the phone user was there, the system associates the media identifying information with the audience member's demographic information. This is done repeatedly for multiple audience members.

25.    In reciting a particular way to improve audience measurement, all the claims of the '402 patent recite the combination of (1) receiving an identifier of a mobile device that is associated with demographic data about the mobile device user, (2) receiving the mobile device's location, (3) accessing media identifying information about media content presented within the reference area during a period of time, and (4) associating the demographic data with the media identifying information. As of April 24, 2013, and as of December 18, 2013, this combination of elements was not well-understood, routine, or conventional in the prior art.

26.    Moreover, all the claims of the '402 patent recite a particular way of associating demographic information and media content data. In particular, the claims require making that association in a particular way—using the mobile device's location to determine whether the audience member's mobile device is in a reference area where known media content is being presented. The claims then recite associating the media content being presented with demographics associated with the mobile device identifier.

10

27.     The invention and the claims do not preempt other ways of associating media content data with demographics or other ways of measuring audiences. For example, when a person is out of the home, a manual diary can be used. In addition, out-of-home systems could be used that do not involve location or that do not use location to associate demographic information with media content. Alternatively, a person's mobile device could determine the media the person is exposed to by generating fingerprints from ambient audio and send those fingerprints to a server where they would be matched against reference fingerprints. Or an alternate system could record only census data—*i.e.*, measurement data lacking demographics. By incorporating a specific technique, the claims are limited to a specific process for determining media information and demographic information and do not preempt approaches that use other techniques or other ways of measuring audiences.

28.     All the claims of the '402 patent are directed toward a technological improvement in audience measurement that applies to computer systems as a whole by using location to correlate demographics and media content to improve media measurement. As such, all the '402 patent's claims recite a particular means of measuring audiences and their demographics, not just the desired result of measuring audience demographics.

29.     The claims of the '402 patent improve technical functionality in audience measurement technology itself, not on economic or other tasks that use a computer in its ordinary capacity. The invention improves media measurement technology to increase data value and the breadth of data collection by correlating media content with its audience's demographics. All the claims therefore recite an improved audience measurement process, system, and method for producing a certain result in a certain way and not solely the result or effect produced.

30.     The '402 patent and its claims do not recite processes and systems that can be performed in a human mind. All the claims recite data analysis and associating of data in a manner that cannot be performed in a human mind.

## **CONCLUSION**

31.     I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge.


Dated: <u>April 1, 2025</u>                                _____

                                                                                Virginia Lee

# EXHIBIT 3

**Exhibit 3**

<u>U.S. Patent No. 12,063,402</u>

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| A computing system comprising:<br><br>a processor; and<br><br>a non-transitory computer-readable storage medium, having stored thereon program instructions that, upon execution by the processor, cause performance of a set of operations comprising: | VideoAmp offers an out of home ("OOH") product. VideoAmp announced in the first quarter of 2022 that VideoAmp was developing an OOH product. "We will include OOH in 2H 2022 or 2023." Ex. 8, NCBUniversal Measurement Framework, Look Book V.1, /https://together.nbcuni.com/wp-content/uploads/sites/3/2022/02/NBCU-Measurement-Framework-Look-Book-V1-Feb-2022-1.pdf p. 112.<br><br>VideoAmp has since developed an OOH product. *See, e.g.*, Ex. 9, Jenny Wall, VideoAmp Chief Marketing Officer, https://www.youtube.com/watch?v=ygfILqGFbz0, at 6:45-7:40, June 20, 2024; Ex. 10, Adria Jewell, VideoAmp VP Product Methodology, VAMPFRONT 2024 Product Roadmap, https://videoamp.com/video/pv/2024-product-roadmap/, 0:45-1:40, March 28, 2024 ("We're building an industry-first approach to out of home measurement"). Adria Jewell, VideoAmp's VP Product Methodology, described how VideoAmp's OOH product combines geolocation information from the cell phones of people visiting bars and restaurants with the content displayed on connected TVs at those locations:<br><br>> We look at 2.5 million smart TVs and over 55,000 bars and restaurants-a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events.<br><br>Ex. 10, Adria Jewell, VideoAmp VP Product Methodology, "2024 Product Roadmap," presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>For geolocation information, VideoAmp's OOH product was designed to leverage Motionworks, as explained by Josh Chasin in a LinkedIN Post immediately following his departure from VideoAmp, where he was Chief Measurability Officer from 2020 to January 2024. |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | **Josh Chasin's Post**<br><br>**Josh Chasin**<br>Ephron Award winner " Ad Age Media Maven " Champion and architect of alternative cross-platfo...<br>6mo<br><br>When I interviewed at VideoAmp, I told Ross McCray two things.<br><br>First, i told him that they were in a competitively crowded bucket of TV data/measurement/attribution/activation companies, and that there was a much less crowded and more lucrative bucket, currency ratings. "You could win over here," I said, gesturing to where I'd indicated that first bucket was, "but what have you really won?"<br><br>Second, I noted that in currency, typically 90% of the revenues come from sell side-- a space they had yet to crack. But, I said, that was ok, because it was a whole new revenue pool to tap.<br><br>So in my first 2+ years at VideoAmp, I focused on two things: moving us into the currency bucket, and penetrating sell side. (My last 2 years, I focused on "winning at currency.")<br><br>As for making us a currency company, among other things I drafted a roadmap for the methodology that would make us state of the art. Because this is a thing I know how to do. They are still working off that roadmap today; it's why the data makes sense, and it's the methodology they'll begin sharing with the MRC auditor this month. I will always be proud of that (and I was honored to work with the good people in Product and data science who made it manifest.)<br><br>As far as sell side was concerned, it was the first thing I threw myself into. But I needed a partner. Once we hired my friend Bryan Goski to handle sell side sales, I had one. I remember we would go to every single TV programmer meeting together, listening, building the talk track. Fast forward to today; we pretty much ran the table among TV network companies. Taking nothing away from Bryan, but I take pride in that too. (I even got them into local, but that took a lot of persuasion.) I also designed the Out of Home product in partnership with my pal Kym Frank from MotionWorks.<br><br>Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi. |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | Upon information and belief, the computing system that VideoAmp and its vendors use for its OOH product includes at least one processor and a non-transitory storage medium. The non-transitory storage medium stores instructions that, upon execution by the processor, cause performance of operations described below, including and in relation to, determining out-of-home viewing.<br><br>The computing system used for VideoAmp's OOH product is the claimed computing system. |
| accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval, | VideoAmp accesses demographic information of audience members. "VideoAmp provides demographic and advanced audience measurement for linear, digital, and crossplatform content and campaigns." Ex. 7, "Convergent TV Measurement Guide," CIMM p. 57.<br><br>VideoAmp measures audience members including audience members using a mobile phone. For example, "VideoAmp today announced its ability to measure audience reach and frequency for YouTube across CTV, desktop and mobile." Ex. 12, "VideoAmp to Measure Deduplicated YouTube Reach and Frequency," Press Release, https://videoamp.com/press/videoamp-to-measure-deduplicated-youtube-reach-and-frequency/; *see also,* Ex. 7, "Convergent TV Measurement Guide: Understanding Innovation in Video Measurement," CIMM p. 60 ("VideoAmp measured mobile and desktop via digital identifiers such as cookies and device IDs captured via measurement pixel or publisher digital ad log files."); Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/ (VideoAmp collects "identifiers (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address)").<br><br>VideoAmp tracks the location of its audience members, including those with mobile phones, and their demographics. "We augment such TV Viewership data with other information that we license from third party data providers, which may include information about demographics (including gender and ethnicity), age, location information, inferred interests, purchases, and information regarding the probability and nature of connections between devices (such as smartphones, tablets, computers, game consoles, and Internet-connected TVs) (together with TV Viewership Data, "Licensed Data")." Ex. 13, VideoAmp Privacy Policy, https://videoamp.com/privacy-policy/. VideoAmp collects and uses "[g]eolocation data (such as city, state or zip code, including inferred location from IP address)" and "precise geolocation |

3

**Exhibit 3**

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | data." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/. VideoAmp accesses geolocation data of mobile phones based on a physical boundary of a bar or restaurant: VideoAmp uses ". . . geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap at 1:15, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/.<br><br>VideoAmp uses multiple sources including Experian to create identity graphs to aggregate demographic information about its audience members. *See* Ex. 16, "Identity Resolution: Why It's Crucial for Cross-Platform Audience Measurement," VideoAmp, https://videoamp.com/blog/identity-resolution-why-its-crucial-for-cross-platform-audience-measurement/; *see also,* Ex. 17, "Experian Syndicated Audiences," Experian, p. 51, https://www.experian.com/content/dam/marketing/na/assets/ems/marketing-services/documents/guides/Experian_Syndicated_Audience_Guide.pdf ("Experian uses data sourced from mobile application developers and publishers, data aggregators, mobile ad networks, and exchanges as a foundation in the development of our mobile location audiences."). VideoAmp partners with multiple first-party and third-party providers to aggregate demographic information as part of their identity solution. Ex. 15, "VideoAmp Introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement," Press Release, https://videoamp.com/press/videoamp-introduces-valid-the-big-data-and-technology-engine-powering-their-advanced-currency-adoption-and-growth-in-media-measurement/ ("Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience."). VideoAmp also "receive[s] demographic information from data licensors such as gender, ethnicity and age" and a "consumer's racial or ethnic origin." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/.<br><br>As described above and below, VideoAmp accesses geolocation data of mobile phones based on a physical boundary of a bar or restaurant (*e.g.*, the claimed "*reference area*") "at the time of those events" (*e.g.*, the claimed "*during a time interval*"). |

**Exhibit 3**

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | The VideoAmp computing system "access[es] demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval." |
| wherein the demographic information is based on a server:<br><br>receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone; and | As cited previously, VideoAmp measures mobile devices using digital identifiers and receives geo-location data. *See* Ex. 7, "Convergent TV Measurement Guide: Understanding Innovation in Video Measurement," CIMM p. 60; *see also,* Ex. 14, VideoAmp, Privacy Notice, https://videoamp.com/us-privacy-notice/; *see also,* Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:15 (VideoAmp uses ". . . geolocation data to identify the number of people in those bars and restaurants at the time of those events while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership.") (emphasis added); *see also,* Ex. 13, VideoAmp Privacy Policy, https://videoamp.com/privacy-policy/; Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/ (VideoAmp collects "identifiers (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address)").<br><br>VideoAmp partners with multiple first-party and third-party providers to aggregate demographic information as part of their identity solution. Ex. 15, "VideoAmp Introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement," Press Release, https://videoamp.com/press/videoamp-introduces-valid-the-big-data-and-technology-engine-powering-their-advanced-currency-adoption-and-growth-in-media-measurement/ ("Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience.").<br><br>VideoAmp's OOH product was developed in partnership with Motionworks (Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi), and upon information and belief, VideoAmp is leveraging Motionworks' data and/or products to supplement and/or aggregate VideoAmp's data. |

**Exhibit 3**

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | Motionworks offers a product called Placecast® that provides "[v]isitation insights for places of all types and sizes" and "granular timing metrics, audience insights and visitor behaviors." Ex. 18, Placecast, Motionworks, https://www.mworks.com/placecast/.<br><br>"Motionworks has unique partnerships with mobile location providers sourcing robust data from first-party apps." Ex. 20, "Data Inputs and Cleansing," Motionworks, https://docs.mworks.com/docs/methods-people-data-inputs. "The primary source of mobile location data Motionworks acquires is provided by multiple Software Development Kit (SDK) aggregators. These aggregators rely on location information collected apps installed on mobile devices. Motionworks has a continuous stream of data coming from multiple SDK aggregators." Ex. 20, "Data Inputs and Cleansing," Motionworks, https://docs.mworks.com/docs/methods-people-data-inputs. "Motionworks maintains a panel of mobile devices from which all data products and solutions are built. These are the most valuable devices providing consistent, frequent, and reliable location data over the course of a week. Devices in the Motionworks panel have stable enough patterns of activity to establish home neighborhoods (U.S. Census block groups), reasonable travel and activity patterns, and they are geographically balanced." Ex. 24, "Identification of the Panel," Motionworks, https://docs.mworks.com/docs/methods-people-panel. "Motionworks® has access to thousands of demographic and behavior profiles to help you understand not just how many people see your inventory, but what they buy, where they shop, and what causes they are passionate about." Ex. 25, https://www.mworks.com/out-of-home/; also Ex. 26, https://docs.mworks.com/docs/ref-segments ("Demographics").<br><br>Additionally, "the location data received is tied to a Motionworks identifier. Since Motionworks sources data from multiple providers, a single device may show up with a series of pings from one aggregator and additional new pings from another provider – creating an even more holistic view of the locations that the device visited over a period of time." Ex. 20, https://docs.mworks.com/docs/methods-people-data-inputs. |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | 

Ex. 29, Screenshot from https://www.youtube.com/watch?v=wc-syNSRG3Y at 4:00; *see also* Ex. 27, Motionworks Placecast Webinar - March 2024, https://www.youtube.com/watch?v=xwLf92-6oVs at 4:00.

The identifier and demographic information that Videoamp's computing system accesses is based on a server "receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone." |
| [wherein the demographic information is based on a server:]

determining that the geographic location of the mobile phone is within the reference area | "VideoAmp also has gotten praise from executives on both the sell and buy side for a first-of-its-kind out-of-home measurement system it's rolling out, focused on sports programming. VideoAmp's system matches location signals from consumer mobile devices to programming on TV sets in bars and restaurants to allow for passive audience measurement." Ex. 6, https://adage.com/article/measurement/videoamp-ceo-ross-mccray-steps-down-company-lays-20-staff/2535441 |

**Exhibit 3**

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database; | Since VideoAmp's OOH product was developed in partnership with Motionworks, upon information and belief, VideoAmp is leveraging Motionworks' data and/or products to supplement and/or aggregate VideoAmp's data. Motionworks offers a product called Placecast® that provides "[v]isitation insights for places of all types and sizes" and "granular timing metrics, audience insights and visitor behaviors." Ex. 18, *Placecast*, Motionworks, https://www.mworks.com/placecast/. Using Motionworks's Placecast® product, a user may select a location such as a restaurant or create their own polygon to measure who visits the area within the polygon. Ex. 22, https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard. "Placecast™ allows users to request and review place-based visits data. This includes visitation to specific places or regions for specific periods of time." Ex. 18, https://www.mworks.com/placecast/. Placecast® provides: "Weekly, daily, and hourly metrics[,] Historical data back to January 2019[,] Visitor Location of Residence[,] Frequency of visitation[,] Venue dwell time[,] Event-based measurement for specific days & times[,] Measurement across all sizes and types of places, from regional analysis to custom spaces created in our platform." Ex. 18, https://www.mworks.com/placecast/. <br><br> In Motionworks' Placecast®, a user may select a location such as a restaurant ("*reference area*") or create their own polygon ("*reference area*") to measure, as shown below. |

**Exhibit 3**

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| |  6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard.<br><br>A user (such as VideoAmp) can draw a polygon of varying size to receive data about who visits the area within the polygon. Once created, the polygon is saved in a database so that it may be used at a later time. *See* Ex. 21, *Motionworks Platform: Workspaces Video*, https://www.youtube.com/watch?v=OeVXme8TfMs. This video shows using a stored location (Buffalo Wild Wings) that was generated in the previous training video.<br><br>Once the references have been set, Placecast® allows VideoAmp to aggregate information from a plurality of sources to determine who is visiting the reference area, when, and for how long, which is then displayed on the Placecast® dashboard. For example, on the Placecast® dashboard, a user may see demographics (age, income, local v. nonlocal, race, gender, etc.). |

**Exhibit 3**

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>*See* Ex. 36, Screenshot of Placecast® Dashboard. Placecast® uses mobile location data to determine who was in the polygon ("*reference area*"). *See* below screenshot. |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>Ex. 29, Screenshot from https://www.youtube.com/watch?v=wc-syNSRG3Y.<br><br>Motionworks provides APIs that allow its customers to retrieve Placecast® data, such as that above. Ex. 35, https://support.mworks.com/hc/en-us/articles/7692753676173-Overview-Placecast ("Reporting and visualization tools for Placecast™ are accessible from our proprietary data enablement platform. Additionally, Motionworks' API enables businesses to use their own platforms to further extend the value of their data and systems."); Ex. 18, https://www.mworks.com/placecast/ (same).<br><br>While Motionworks anonymizes mobile device location for privacy concerns, it receives geographic data from mobile devices which can be compared to various polygons ("*reference areas*"), once anonymized in accordance with their privacy policy. *See screenshot above.* From there, VideoAmp and Motionworks can aggregate from their other data sources to create demographic profiles of the people visiting the reference areas at specific times. |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | As described above, VideoAmp receives geolocation of mobile devices from first-party and third-party data sets. VideoAmp also receives ACR and set-top-box information for the devices of interest (OOH devices) such as televisions at a sports bar.<br><br>VideoAmp worked with Kym Frank (who is the CXO of Motionworks and in the image of the screenshot above) to develop their OOH solution. Upon information and belief, VideoAmp collaborates with Motionworks to map people to devices at certain OOH locations using a feature such as the polygon ("*reference area*") at specific times. VideoAmp can then determine what the OOH location was playing while a particular person was at the OOH location.<br><br>The demographic information that VideoAmp accesses is based on a server: "determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database." |
| accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval; and | VideoAmp "brings together unique data characteristics from Set-Top-Box (STB) data commingled with Automatic Content Recognition (ACR) data to create the largest and most robust linear television and OTT dataset powering the advanced television market today." Ex. 23, "VideoAmp Releases Commingled TV Viewership Dataset," Press Release, https://videoamp.com/press/press-release-videoamp-releases-commingled-tv-viewership-dataset/.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | be able to really work with the leagues, with the licensors, and with the brands that buy on that programming….. <br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot. <br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0. <br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-1:23. <br><br>VideoAmp's computing system accesses "media identifying information associated with media content presented within the reference area during at least a portion of the time interval." |
| associating the media identifying information with the demographic information responsive to determining that | VideoAmp is a currency company and in the business of producing TV viewership data. Ex. 28, VALID, VideoAMP, https://videoamp.com/valid/. VideoAmp's currency includes OOH viewing. Ex. 30, Webinar, "Getting Real with Sports TV Viewership," https://videoamp.com/video/webinars/getting-real-with-sports-tv-viewership/ at 45:47. |

Exhibit 3

| Claim 1 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| the media content was presented within the reference area during at least the portion of the time interval. | This year at their conference called Vampfront, VideoAmp announced their OOH product in their 2024 Product Roadmap. "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-1:23.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's OOH product associates media identifying information (*e.g.*, a sports game on a television in a sports bar) with demographic information of people at the sports bar (*e.g.*, a male, 18-25 years old) using geolocation data in order to create a currency to transact on (as described by CMO of VideoAmp).<br><br>VideoAmp's computing system is "associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval" in order to create a currency around their OOH product. |

Exhibit 3

| Claim 2 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The computing system of claim 1, wherein the positioning system of the mobile phone is a global positioning system. | VideoAmp receives geolocation information for mobile phones from licensors, such as MotionWorks.<br><br>VideoAmp collects and uses "[g]eolocation data (such as city, state or zip code, including inferred location from IP address)" and "precise geolocation data." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/.<br><br>"Precise Location Information is data that describes the precise geographic location of a device derived through any technology that is capable of determining with reasonable specificity the actual physical location of an individual or device, such as GPS-level latitude-longitude coordinates or location-based radio frequency signal triangulation." Ex. 31, NAI Code of Conduct, §I.L at 8.<br><br>"The primary source of mobile location data Motionworks acquires is provided by multiple Software Development Kit (SDK) aggregators. These aggregators rely on location information collected apps installed on mobile devices. Motionworks has a continuous stream of data coming from multiple SDK aggregators." Ex. 20, https://docs.mworks.com/docs/methods-people-data-inputs. "Motionworks has unique partnerships with mobile location providers sourcing robust data from first-party apps. These data streams also provide access to verified visits and transactional check-ins." *Id.*<br><br>Videoamp uses a system "wherein the positioning system of the mobile phone is a global positioning system." |

| Claim 4 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The computing system of claim 1,<br><br>wherein the reference area is defined by a geographic boundary | VideoAMP partnered with Kym Frank of Motionworks for its OOH system. Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi. |

Exhibit 3

| Claim 4 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| that encompasses the reference location, | Motionworks Placecast® product allows a user (such as VideoAmp) to define the reference area "by a geographic boundary that encompasses the reference location."<br><br><br><br>6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard.<br><br>VideoAmp practices "wherein the reference area is defined by a geographic boundary that encompasses the reference location." |
| and wherein the reference area is shaped as at least one of: a circle or a polygon. | Placecast® allows a user (such as VideoAmp) to define the reference area "by a geographic boundary that encompasses the reference location" and the reference area may be in the shape of a polygon. |

16

Exhibit 3

| Claim 4 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| |  6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard<br><br>VideoAmp practices: "wherein the reference area is defined by a geographic boundary that encompasses the reference location, and wherein the reference area is shaped as at least one of: a circle or a polygon." |

| Claim 6 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The computing system of claim 1, wherein the reference location is a place of business. | For VideoAmp's OOH product, VideoAmp "look[s] at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. |

Exhibit 3

| Claim 6 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | Bars and restaurants are a places of business. Therefore, VideoAmp practices "wherein the reference location is a place of business." |

| Claim 7 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The computing system of claim 1, wherein the reference area defines a media exposure environment associated with the reference location, | VideoAmp has an OOH product, as described in VideoAmp's 2024 Product Roadmap. One example use of VideoAmp's OOH product is a restaurant (*e.g.*, the claimed "*reference area*") with one or more televisions (*e.g.*, the claimed "*media exposure environment*"). "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. VideoAmp practices "wherein the reference area defines a media exposure environment associated with the reference location." |
| and wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area. | VideoAmp compares its ACR data and Set-top-box information associated with the one or more televisions at the restaurant to determine what the user of the mobile phone was watching at the restaurant. "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. "The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of |

Exhibit 3

| Claim 7 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>    Sports is must-have programming…. It does show the immense value of sports.<br>    And for us at VideoAmp, frequently when we go to clients, they really want<br>    another sports product…. We're building that. A lot of sports is viewed out-of-<br>    home. And we use geolocation; we use ACR; we use a number of different<br>    methods to more accurately measure and locate where viewership is happening.<br>    And that's wildly attractive to a number of parties. It's attractive to advertisers.<br>    It's attractive to publishers. It's attractive to the leagues…. So when we fully<br>    roll out our sports product versus what's out there, we feel that we're going to<br>    be able to really work with the leagues, with the licensors, and with the brands<br>    that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp practices "wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area." |

Exhibit 3

| Claim 9 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The computing system of claim 1, wherein the set of operations further comprises<br><br>retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area. | VideoAmp retrieves television data such as ACR and Set-top-box data to determine what people are watching as part of their OOH product.<br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>    Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp practices "wherein the set of operations further comprises retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area." |

Exhibit 3

| Claim 11 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The computing system of claim 1, wherein the set of operations further comprises<br><br>estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating. | "[W]hat events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events . . . a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming….. |

Exhibit 3

| Claim 11 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp's OOH product is designed to count out of home viewership. VideoAmp identifies media content and identifies the number of people in the OOH location while the media content is being played at the OOH location, which is "estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating." |

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| A non-transitory computer-readable storage medium, having stored thereon program instructions that, upon execution by a processor, cause performance of a set of operations comprising: | VideoAmp offers an out of home ("OOH") product. VideoAmp announced in the first quarter of 2022 that VideoAmp was developing an OOH product. "We will include OOH in 2H 2022 or 2023." Ex. 8, NCBUniversal Measurement Framework, Look Book V.1, /https://together.nbcuni.com/wp-content/uploads/sites/3/2022/02/NBCU-Measurement-Framework-Look-Book-V1-Feb-2022-1.pdf p. 112.<br><br>VideoAmp has since developed an OOH product. *See, e.g.*, Ex. 9, Jenny Wall, VideoAmp Chief Marketing Officer, https://www.youtube.com/watch?v=ygfILqGFbz0, at 6:45-7:40, June 20, 2024; Ex. 10, Adria Jewell, VideoAmp VP Product Methodology, VAMPFRONT 2024 Product Roadmap, https://videoamp.com/video/pv/2024-product-roadmap/, 0:45-1:40, March 28, 2024 ("We're building an industry-first approach to out of home measurement").  Adria Jewell, VideoAmp's VP Product Methodology, described how VideoAmp's OOH product combines geolocation information from the cell phones of people visiting bars and restaurants with the content displayed on connected TVs at those locations:<br><br>We look at 2.5 million smart TVs and over 55,000 bars and restaurants-a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events.<br><br>Ex. 10, Adria Jewell, VideoAmp VP Product Methodology, "2024 Product Roadmap," presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. |

**Exhibit 3**

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | For geolocation information, VideoAmp's OOH product was designed to leverage Motionworks, as explained by Josh Chasin in a LinkedIN Post immediately following his departure from VideoAmp, where he was Chief Measurability Officer from 2020 to January 2024. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | Upon information and belief, VideoAmp and its vendors' non-transitory computer-readable storage medium stores instructions that, upon execution by the processor, cause performance of operations described below, including and in relation to, determining out-of-home viewing.<br><br>The non-transitory computer-readable storage medium used for VideoAmp's OOH product is the claimed computing system. |
| accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval, | VideoAmp accesses demographic information of audience members. "VideoAmp provides demographic and advanced audience measurement for linear, digital, and crossplatform content and campaigns." Ex. 7, "Convergent TV Measurement Guide," CIMM p. 57.<br><br>VideoAmp measures audience members including audience members using a mobile phone. For example, "VideoAmp today announced its ability to measure audience reach and frequency for YouTube across CTV, desktop and mobile." Ex. 12, "VideoAmp to Measure Deduplicated YouTube Reach and Frequency," Press Release, https://videoamp.com/press/videoamp-to-measure-deduplicated-youtube-reach-and-frequency/; *see also,* Ex. 7, "Convergent TV Measurement Guide: Understanding Innovation in Video Measurement," CIMM p. 60 ("VideoAmp measured mobile and desktop via digital identifiers such as cookies and device IDs captured via measurement pixel or publisher digital ad log files."); Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/ (VideoAmp collects "identifiers (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address)").<br><br>VideoAmp tracks the location of its audience members, including those with mobile phones, and their demographics. "We augment such TV Viewership data with other information that we license from third party data providers, which may include information about demographics (including gender and ethnicity), age, location information, inferred interests, purchases, and information regarding the probability and nature of connections between devices (such as smartphones, tablets, computers, game consoles, and Internet-connected TVs) (together with TV Viewership Data, "Licensed Data")." Ex. 13, VideoAmp Privacy Policy, https://videoamp.com/privacy-policy/. VideoAmp collects and uses "[g]eolocation data (such as city, state or zip code, including inferred location from IP address)" and "precise geolocation data." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/. VideoAmp |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | accesses geolocation data of mobile phones based on a physical boundary of a bar or restaurant: VideoAmp uses ". . . geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap at 1:15, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/.<br><br>VideoAmp uses multiple sources including Experian to create identity graphs to aggregate demographic information about its audience members. *See* Ex. 16, "Identity Resolution: Why It's Crucial for Cross-Platform Audience Measurement," VideoAmp, https://videoamp.com/blog/identity-resolution-why-its-crucial-for-cross-platform-audience-measurement/; *see also,* Ex. 17, "Experian Syndicated Audiences," Experian, p. 51, https://www.experian.com/content/dam/marketing/na/assets/ems/marketing-services/documents/guides/Experian_Syndicated_Audience_Guide.pdf ("Experian uses data sourced from mobile application developers and publishers, data aggregators, mobile ad networks, and exchanges as a foundation in the development of our mobile location audiences."). VideoAmp partners with multiple first-party and third-party providers to aggregate demographic information as part of their identity solution. Ex. 15, "VideoAmp Introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement," Press Release, https://videoamp.com/press/videoamp-introduces-valid-the-big-data-and-technology-engine-powering-their-advanced-currency-adoption-and-growth-in-media-measurement/ ("Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience."). VideoAmp also "receive[s] demographic information from data licensors such as gender, ethnicity and age" and a "consumer's racial or ethnic origin." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/.<br><br>As described above and below, VideoAmp accesses geolocation data of mobile phones based on a physical boundary of a bar or restaurant (*e.g.*, the claimed "*reference area*") "at the time of those events" (*e.g.*, the claimed "*during a time interval*"). |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | VideoAmp's non-transitory computer-readable storage medium "access[es] demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval." |
| wherein the demographic information is based on a server:<br><br>receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone; and | As cited previously, VideoAmp measures mobile devices using digital identifiers and receives geo-location data. *See* Ex. 7, "Convergent TV Measurement Guide: Understanding Innovation in Video Measurement," CIMM p. 60; *see also,* Ex. 14, VideoAmp, Privacy Notice, https://videoamp.com/us-privacy-notice/; *see also,* Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:15 (VideoAmp uses ". . . geolocation data to identify the number of people in those bars and restaurants at the time of those events while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership.") (emphasis added); *see also,* Ex. 13, VideoAmp Privacy Policy, https://videoamp.com/privacy-policy/; Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/ (VideoAmp collects "identifiers (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address)").<br><br>VideoAmp partners with multiple first-party and third-party providers to aggregate demographic information as part of their identity solution. Ex. 15, "VideoAmp Introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement," Press Release, https://videoamp.com/press/videoamp-introduces-valid-the-big-data-and-technology-engine-powering-their-advanced-currency-adoption-and-growth-in-media-measurement/ ("Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience.").<br><br>VideoAmp's OOH product was developed in partnership with Motionworks (Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi), and upon information and belief, VideoAmp is leveraging Motionworks' data and/or products to supplement and/or aggregate VideoAmp's data. |

**Exhibit 3**

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | Motionworks offers a product called Placecast® that provides "[v]isitation insights for places of all types and sizes" and "granular timing metrics, audience insights and visitor behaviors." Ex. 18, Placecast, Motionworks, https://www.mworks.com/placecast/.<br><br>"Motionworks has unique partnerships with mobile location providers sourcing robust data from first-party apps." Ex. 20, "Data Inputs and Cleansing," Motionworks, https://docs.mworks.com/docs/methods-people-data-inputs. "The primary source of mobile location data Motionworks acquires is provided by multiple Software Development Kit (SDK) aggregators. These aggregators rely on location information collected apps installed on mobile devices. Motionworks has a continuous stream of data coming from multiple SDK aggregators." Ex. 20, "Data Inputs and Cleansing," Motionworks, https://docs.mworks.com/docs/methods-people-data-inputs. "Motionworks maintains a panel of mobile devices from which all data products and solutions are built. These are the most valuable devices providing consistent, frequent, and reliable location data over the course of a week. Devices in the Motionworks panel have stable enough patterns of activity to establish home neighborhoods (U.S. Census block groups), reasonable travel and activity patterns, and they are geographically balanced." Ex. 24, "Identification of the Panel," Motionworks, https://docs.mworks.com/docs/methods-people-panel. "Motionworks® has access to thousands of demographic and behavior profiles to help you understand not just how many people see your inventory, but what they buy, where they shop, and what causes they are passionate about." Ex. 25, https://www.mworks.com/out-of-home/; also Ex. 26, https://docs.mworks.com/docs/ref-segments ("Demographics").<br><br>Additionally, "the location data received is tied to a Motionworks identifier. Since Motionworks sources data from multiple providers, a single device may show up with a series of pings from one aggregator and additional new pings from another provider – creating an even more holistic view of the locations that the device visited over a period of time." Ex. 20, https://docs.mworks.com/docs/methods-people-data-inputs. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>Ex. 29, Screenshot from https://www.youtube.com/watch?v=wc-syNSRG3Y at 4:00; *see also* Ex. 27, Motionworks Placecast Webinar - March 2024, https://www.youtube.com/watch?v=xwLf92-6oVs at 4:00.<br><br>The identifier and demographic information that VideoAmp's non-transitory computer-readable storage medium accesses is based on a server: "receiving a message . . . , wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone." |
| [wherein the demographic information is based on a server:]<br><br>determining that the geographic location of the mobile phone is within the reference area | "VideoAmp also has gotten praise from executives on both the sell and buy side for a first-of-its-kind out-of-home measurement system it's rolling out, focused on sports programming. VideoAmp's system matches location signals from consumer mobile devices to programming on TV sets in bars and restaurants to allow for passive audience measurement." Ex. 6, https://adage.com/article/measurement/videoamp-ceo-ross-mccray-steps-down-company-lays-20-staff/2535441 |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database; | Since VideoAmp's OOH product was developed in partnership with Motionworks, upon information and belief, VideoAmp is leveraging Motionworks' data and/or products to supplement and/or aggregate VideoAmp's data. Motionworks offers a product called Placecast® that provides "[v]isitation insights for places of all types and sizes" and "granular timing metrics, audience insights and visitor behaviors." Ex. 18, *Placecast*, Motionworks, https://www.mworks.com/placecast/. Using Motionworks's Placecast® product, a user may select a location such as a restaurant or create their own polygon to measure who visits the area within the polygon. Ex. 22, https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard. "Placecast™ allows users to request and review place-based visits data. This includes visitation to specific places or regions for specific periods of time." Ex. 18, https://www.mworks.com/placecast/. Placecast® provides: "Weekly, daily, and hourly metrics[,] Historical data back to January 2019[,] Visitor Location of Residence[,] Frequency of visitation[,] Venue dwell time[,] Event-based measurement for specific days & times[,] Measurement across all sizes and types of places, from regional analysis to custom spaces created in our platform." Ex. 18, https://www.mworks.com/placecast/.<br><br>In Motionworks' Placecast®, a user may select a location such as a restaurant ("*reference area*") or create their own polygon ("*reference area*") to measure, as shown below. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard.<br><br>A user (such as VideoAmp) can draw a polygon of varying size to receive data about who visits the area within the polygon. Once created, the polygon is saved in a database so that it may be used at a later time. *See* Ex. 21, *Motionworks Platform: Workspaces Video*, https://www.youtube.com/watch?v=OeVXme8TfMs. This video shows using a stored location (Buffalo Wild Wings) that was generated in the previous training video.<br><br>Once the references have been set, Placecast® allows VideoAmp to aggregate information from a plurality of sources to determine who is visiting the reference area, when, and for how long, which is then displayed on the Placecast® dashboard. For example, on the Placecast® dashboard, a user may see demographics (age, income, local v. nonlocal, race, gender, etc.). |

**Exhibit 3**

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| |  *See* Ex. 36, Screenshot of Placecast® Dashboard. Placecast® uses mobile location data to determine who was in the polygon ("*reference area*"). *See* below screenshot. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| |  Ex. 29, Screenshot from https://www.youtube.com/watch?v=wc-syNSRG3Y. Motionworks provides APIs that allow its customers to retrieve Placecast® data, such as that above. Ex. 35, https://support.mworks.com/hc/en-us/articles/7692753676173-Overview-Placecast ("Reporting and visualization tools for Placecast™ are accessible from our proprietary data enablement platform. Additionally, Motionworks' API enables businesses to use their own platforms to further extend the value of their data and systems."); Ex. 18, https://www.mworks.com/placecast/ (same). While Motionworks anonymizes mobile device location for privacy concerns, it receives geographic data from mobile devices which can be compared to various polygons ("*reference areas*"), once anonymized in accordance with their privacy policy. *See screenshot above.* From there, VideoAmp and Motionworks can aggregate from their other data sources to create demographic profiles of the people visiting the reference areas at specific times. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | As described above, VideoAmp receives geolocation of mobile devices from first-party and third-party data sets. VideoAmp also receives ACR and set-top-box information for the devices of interest (OOH devices) such as televisions at a sports bar.<br><br>VideoAmp worked with Kym Frank (who is the CXO of Motionworks and in the image of the screenshot above) to develop their OOH solution. Upon information and belief, VideoAmp collaborates with Motionworks to map people to devices at certain OOH locations using a feature such as the polygon ("*reference area*") at specific times. VideoAmp can then determine what the OOH location was playing while a particular person was at the OOH location.<br><br>The demographic information that VideoAmp accesses is based on a server: "determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database."<br><br>The demographic information that VideoAmp's non-transitory computer-readable storage medium accesses is based on a server: "determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database." |
| accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval; and | VideoAmp "brings together unique data characteristics from Set-Top-Box (STB) data commingled with Automatic Content Recognition (ACR) data to create the largest and most robust linear television and OTT dataset powering the advanced television market today." Ex. 23, "VideoAmp Releases Commingled TV Viewership Dataset," Press Release, https://videoamp.com/press/press-release-videoamp-releases-commingled-tv-viewership-dataset/.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>    Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want |

34

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | VideoAmp's non-transitory computer-readable storage medium accesses "media identifying information associated with media content presented within the reference area during at least a portion of the time interval." |
| associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval. | VideoAmp is a currency company and in the business of producing TV viewership data. Ex. 28, VALID, VideoAMP, https://videoamp.com/valid/. VideoAmp's currency includes OOH viewing. Ex. 30, Webinar, "Getting Real with Sports TV Viewership," https://videoamp.com/video/webinars/getting-real-with-sports-tv-viewership/ at 45:47.

This year at their conference called Vampfront, VideoAmp announced their OOH product in their 2024 Product Roadmap. "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.

"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.

VideoAmp's OOH product associates media identifying information (*e.g.*, a sports game on a television in a sports bar) with demographic information of people at the sports bar (*e.g.*, a male, |

Exhibit 3

| Claim 12 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | 18-25 years old) using geolocation data in order to create a currency to transact on (as described by CMO of VideoAmp). *Id*.<br><br>VideoAmp's non-transitory computer-readable storage medium is "associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval" in order to create a currency around their OOH product. |

| Claim 13 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The non-transitory computer-readable storage medium of claim 12,<br><br>wherein the reference area is defined by a geographic boundary that encompasses the reference location, | VideoAMP partnered with Kym Frank of Motionworks for its OOH system. Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi.<br><br>Motionworks Placecast® product allows a user (such as VideoAmp) to define the reference area "by a geographic boundary that encompasses the reference location."<br><br><br><br>6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard. |

**Exhibit 3**

| Claim 13 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | VideoAmp practices: "wherein the reference area is defined by a geographic boundary that encompasses the reference location." |
| and wherein the reference area is shaped as at least one of: a circle or a polygon. | Placecast® allows a user (such as VideoAmp) to define the reference area "by a geographic boundary that encompasses the reference location" and the reference area may be in the shape of a polygon.<br><br><br><br>6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard<br><br>VideoAmp practices: "wherein the reference area is defined by a geographic boundary that encompasses the reference location, and wherein the reference area is shaped as at least one of: a circle or a polygon." |

Exhibit 3

| Claim 15 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The non-transitory computer-readable storage medium of claim 12,<br><br>wherein the reference location is a place of business. | For VideoAmp's OOH product, VideoAmp "look[s] at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>Bars and restaurants are a places of business. Therefore, VideoAmp practices "wherein the reference location is a place of business." |

| Claim 16 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The non-transitory computer-readable storage medium of claim 12, wherein the reference area defines a media exposure environment associated with the reference location, | VideoAmp has an OOH product, as described in VideoAmp's 2024 Product Roadmap. One example use of VideoAmp's OOH product is a restaurant (*e.g.*, the claimed "*reference area*") with one or more televisions (*e.g.*, the claimed "*media exposure environment*").<br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>VideoAmp practices "wherein the reference area defines a media exposure environment associated with the reference location." |
| and wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile | VideoAmp compares its ACR data and Set-top-box information associated with the one or more televisions at the restaurant to determine what the user of the mobile phone was watching at the restaurant.<br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with |

Exhibit 3

| Claim 16 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| phone is within the reference area. | geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming….. |

Exhibit 3

| Claim 16 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp practices "wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area." |

| Claim 18 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The non-transitory computer-readable storage medium of claim 12, wherein the set of operations further comprises<br><br>retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area. | VideoAmp retrieves television data such as ACR and Set-top-box data to determine what people are watching as part of their OOH product.<br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands |

Exhibit 3

| Claim 18 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp practices "wherein the set of operations further comprises retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area." |

| Claim 20 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The non-transitory computer-readable storage medium of claim 12, wherein the set of operations further comprises<br><br>estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating. | "[W]hat events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events . . . a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. |

Exhibit 3

| Claim 20 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp's OOH product is designed to count out of home viewership. VideoAmp identifies media content and identifies the number of people in the OOH location while the media content is being played at the OOH location, which is "estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating." |

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| A method comprising: | VideoAmp offers an out of home ("OOH") product. VideoAmp announced in the first quarter of 2022 that VideoAmp was developing an OOH product. "We will include OOH in 2H 2022 or 2023." Ex. 8, NCBUniversal Measurement Framework, Look Book V.1, /https://together.nbcuni.com/wp-content/uploads/sites/3/2022/02/NBCU-Measurement-Framework-Look-Book-V1-Feb-2022-1.pdf p. 112.<br><br>VideoAmp has since developed an OOH product. *See, e.g.*, Ex. 9, Jenny Wall, VideoAmp Chief Marketing Officer, https://www.youtube.com/watch?v=ygfILqGFbz0, at 6:45-7:40, June 20, 2024; Ex. 10, Adria Jewell, VideoAmp VP Product Methodology, VAMPFRONT 2024 Product Roadmap, https://videoamp.com/video/pv/2024-product-roadmap/, 0:45-1:40, March 28, 2024 ("We're building an industry-first approach to out of home measurement"). Adria Jewell, VideoAmp's VP Product Methodology, described how VideoAmp's OOH product combines |

**Exhibit 3**

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | geolocation information from the cell phones of people visiting bars and restaurants with the content displayed on connected TVs at those locations:<br><br>We look at 2.5 million smart TVs and over 55,000 bars and restaurants-a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events.<br><br>Ex. 10, Adria Jewell, VideoAmp VP Product Methodology, "2024 Product Roadmap," presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>For geolocation information, VideoAmp's OOH product was designed to leverage Motionworks, as explained by Josh Chasin in a LinkedIN Post immediately following his departure from VideoAmp, where he was Chief Measurability Officer from 2020 to January 2024. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | 

Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi. |

45

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | VideoAmp is performing the claimed method. |
| accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval, | VideoAmp accesses demographic information of audience members. "VideoAmp provides demographic and advanced audience measurement for linear, digital, and crossplatform content and campaigns." Ex. 7, "Convergent TV Measurement Guide," CIMM p. 57.

VideoAmp measures audience members including audience members using a mobile phone. For example, "VideoAmp today announced its ability to measure audience reach and frequency for YouTube across CTV, desktop and mobile." Ex. 12, "VideoAmp to Measure Deduplicated YouTube Reach and Frequency," Press Release, https://videoamp.com/press/videoamp-to-measure-deduplicated-youtube-reach-and-frequency/; *see also*, Ex. 7, "Convergent TV Measurement Guide: Understanding Innovation in Video Measurement," CIMM p. 60 ("VideoAmp measured mobile and desktop via digital identifiers such as cookies and device IDs captured via measurement pixel or publisher digital ad log files."); Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/ (VideoAmp collects "identifiers (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address)").

VideoAmp tracks the location of its audience members, including those with mobile phones, and their demographics. "We augment such TV Viewership data with other information that we license from third party data providers, which may include information about demographics (including gender and ethnicity), age, location information, inferred interests, purchases, and information regarding the probability and nature of connections between devices (such as smartphones, tablets, computers, game consoles, and Internet-connected TVs) (together with TV Viewership Data, "Licensed Data")." Ex. 13, VideoAmp Privacy Policy, https://videoamp.com/privacy-policy/. VideoAmp collects and uses "[g]eolocation data (such as city, state or zip code, including inferred location from IP address)" and "precise geolocation data." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/. VideoAmp accesses geolocation data of mobile phones based on a physical boundary of a bar or restaurant: VideoAmp uses ". . . geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | 10, 2024 Product Roadmap at 1:15, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/.

VideoAmp uses multiple sources including Experian to create identity graphs to aggregate demographic information about its audience members. *See* Ex. 16, "Identity Resolution: Why It's Crucial for Cross-Platform Audience Measurement," VideoAmp, https://videoamp.com/blog/identity-resolution-why-its-crucial-for-cross-platform-audience-measurement/; *see also*, Ex. 17, "Experian Syndicated Audiences," Experian, p. 51, https://www.experian.com/content/dam/marketing/na/assets/ems/marketing-services/documents/guides/Experian_Syndicated_Audience_Guide.pdf ("Experian uses data sourced from mobile application developers and publishers, data aggregators, mobile ad networks, and exchanges as a foundation in the development of our mobile location audiences."). VideoAmp partners with multiple first-party and third-party providers to aggregate demographic information as part of their identity solution. Ex. 15, "VideoAmp Introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement," Press Release, https://videoamp.com/press/videoamp-introduces-valid-the-big-data-and-technology-engine-powering-their-advanced-currency-adoption-and-growth-in-media-measurement/ ("Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience."). VideoAmp also "receive[s] demographic information from data licensors such as gender, ethnicity and age" and a "consumer's racial or ethnic origin." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/.

As described above and below, VideoAmp accesses geolocation data of mobile phones based on a physical boundary of a bar or restaurant (*e.g.*, the claimed "*reference area*") "at the time of those events" (*e.g.*, the claimed "*during a time interval*").

VideoAmp is performing "accessing demographic information indicative of a characteristic of an audience member associated with a mobile phone located within a reference area associated with a reference location during a time interval." |
| wherein the demographic information is based on a server: | As cited previously, VideoAmp measures mobile devices using digital identifiers and receives geo-location data. *See* Ex. 7, "Convergent TV Measurement Guide: Understanding Innovation in |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| receiving a message sent from the mobile phone associated with the audience member, wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone; and | Video Measurement," CIMM p. 60; *see also*, Ex. 14, VideoAmp, Privacy Notice, https://videoamp.com/us-privacy-notice/; *see also*, Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:15 (VideoAmp uses ". . . geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership.") (emphasis added); *see also*, Ex. 13, VideoAmp Privacy Policy, https://videoamp.com/privacy-policy/; Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/ (VideoAmp collects "identifiers (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address)").

VideoAmp partners with multiple first-party and third-party providers to aggregate demographic information as part of their identity solution. Ex. 15, "VideoAmp Introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement," Press Release, https://videoamp.com/press/videoamp-introduces-valid-the-big-data-and-technology-engine-powering-their-advanced-currency-adoption-and-growth-in-media-measurement/ ("Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience.").

VideoAmp's OOH product was developed in partnership with Motionworks (Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi), and upon information and belief, VideoAmp is leveraging Motionworks' data and/or products to supplement and/or aggregate VideoAmp's data.

Motionworks offers a product called Placecast® that provides "[v]isitation insights for places of all types and sizes" and "granular timing metrics, audience insights and visitor behaviors." Ex. 18, Placecast, Motionworks, https://www.mworks.com/placecast/.

"Motionworks has unique partnerships with mobile location providers sourcing robust data from first-party apps." Ex. 20, "Data Inputs and Cleansing," Motionworks, |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | https://docs.mworks.com/docs/methods-people-data-inputs. "The primary source of mobile location data Motionworks acquires is provided by multiple Software Development Kit (SDK) aggregators. These aggregators rely on location information collected apps installed on mobile devices. Motionworks has a continuous stream of data coming from multiple SDK aggregators." Ex. 20, "Data Inputs and Cleansing," Motionworks, https://docs.mworks.com/docs/methods-people-data-inputs. "Motionworks maintains a panel of mobile devices from which all data products and solutions are built. These are the most valuable devices providing consistent, frequent, and reliable location data over the course of a week. Devices in the Motionworks panel have stable enough patterns of activity to establish home neighborhoods (U.S. Census block groups), reasonable travel and activity patterns, and they are geographically balanced." Ex. 24, "Identification of the Panel," Motionworks, https://docs.mworks.com/docs/methods-people-panel. "Motionworks® has access to thousands of demographic and behavior profiles to help you understand not just how many people see your inventory, but what they buy, where they shop, and what causes they are passionate about." Ex. 25, https://www.mworks.com/out-of-home/; also Ex. 26, https://docs.mworks.com/docs/ref-segments ("Demographics"). <br><br> Additionally, "the location data received is tied to a Motionworks identifier. Since Motionworks sources data from multiple providers, a single device may show up with a series of pings from one aggregator and additional new pings from another provider – creating an even more holistic view of the locations that the device visited over a period of time." Ex. 20, https://docs.mworks.com/docs/methods-people-data-inputs. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>Ex. 29, Screenshot from https://www.youtube.com/watch?v=wc-syNSRG3Y at 4:00; *see also* Ex. 27, Motionworks Placecast Webinar - March 2024, https://www.youtube.com/watch?v=xwLf92-6oVs at 4:00.<br><br>The identifier and demographic information that Videoamp's uses is based on a server "receiving a message . . . , wherein the message comprises a geographic location of the mobile phone and an identifier associated with the mobile phone, wherein the identifier is associated with the demographic information, and wherein the geographic location of the mobile phone is derived from a positioning system of the mobile phone." |
| [wherein the demographic information is based on a server:]<br><br>determining that the geographic location of the mobile phone is within the reference area associated with the reference | "VideoAmp also has gotten praise from executives on both the sell and buy side for a first-of-its-kind out-of-home measurement system it's rolling out, focused on sports programming. VideoAmp's system matches location signals from consumer mobile devices to programming on TV sets in bars and restaurants to allow for passive audience measurement." Ex. 6, https://adage.com/article/measurement/videoamp-ceo-ross-mccray-steps-down-company-lays-20-staff/2535441 |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database; | Since VideoAmp's OOH product was developed in partnership with Motionworks, upon information and belief, VideoAmp is leveraging Motionworks' data and/or products to supplement and/or aggregate VideoAmp's data. Motionworks offers a product called Placecast® that provides "[v]isitation insights for places of all types and sizes" and "granular timing metrics, audience insights and visitor behaviors." Ex. 18, *Placecast*, Motionworks, https://www.mworks.com/placecast/. Using Motionworks's Placecast® product, a user may select a location such as a restaurant or create their own polygon to measure who visits the area within the polygon. Ex. 22, https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard. "Placecast™ allows users to request and review place-based visits data. This includes visitation to specific places or regions for specific periods of time." Ex. 18, https://www.mworks.com/placecast/. Placecast® provides: "Weekly, daily, and hourly metrics[,] Historical data back to January 2019[,] Visitor Location of Residence[,] Frequency of visitation[,] Venue dwell time[,] Event-based measurement for specific days & times[,] Measurement across all sizes and types of places, from regional analysis to custom spaces created in our platform." Ex. 18, https://www.mworks.com/placecast/.<br><br>In Motionworks' Placecast®, a user may select a location such as a restaurant ("*reference area*") or create their own polygon ("*reference area*") to measure, as shown below. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | 6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard.<br><br>A user (such as VideoAmp) can draw a polygon of varying size to receive data about who visits the area within the polygon. Once created, the polygon is saved in a database so that it may be used at a later time. *See* Ex. 21, *Motionworks Platform: Workspaces Video*, https://www.youtube.com/watch?v=OeVXme8TfMs. This video shows using a stored location (Buffalo Wild Wings) that was generated in the previous training video.<br><br>Once the references have been set, Placecast® allows VideoAmp to aggregate information from a plurality of sources to determine who is visiting the reference area, when, and for how long, which is then displayed on the Placecast® dashboard. For example, on the Placecast® dashboard, a user may see demographics (age, income, local v. nonlocal, race, gender, etc.). |

**Exhibit 3**

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>*See* Ex. 36, Screenshot of Placecast® Dashboard. Placecast® uses mobile location data to determine who was in the polygon ("*reference area*"). *See* below screenshot. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>Ex. 29, Screenshot from https://www.youtube.com/watch?v=wc-syNSRG3Y.<br><br>Motionworks provides APIs that allow its customers to retrieve Placecast® data, such as that above. Ex. 35, https://support.mworks.com/hc/en-us/articles/7692753676173-Overview-Placecast ("Reporting and visualization tools for Placecast™ are accessible from our proprietary data enablement platform. Additionally, Motionworks' API enables businesses to use their own platforms to further extend the value of their data and systems."); Ex. 18, https://www.mworks.com/placecast/ (same).<br><br>While Motionworks anonymizes mobile device location for privacy concerns, it receives geographic data from mobile devices which can be compared to various polygons ("*reference areas*"), once anonymized in accordance with their privacy policy. *See screenshot above.* From there, VideoAmp and Motionworks can aggregate from their other data sources to create demographic profiles of the people visiting the reference areas at specific times. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | As described above, VideoAmp receives geolocation of mobile devices from first-party and third-party data sets. VideoAmp also receives ACR and set-top-box information for the devices of interest (OOH devices) such as televisions at a sports bar.<br><br>VideoAmp worked with Kym Frank (who is the CXO of Motionworks and in the image of the screenshot above) to develop their OOH solution. Upon information and belief, VideoAmp collaborates with Motionworks to map people to devices at certain OOH locations using a feature such as the polygon ("*reference area*") at specific times. VideoAmp can then determine what the OOH location was playing while a particular person was at the OOH location.<br><br>The demographic information that VideoAmp accesses is based on a server: "determining that the geographic location of the mobile phone is within the reference area associated with the reference location by comparing the geographic location of the mobile phone to the reference area associated with the reference location, wherein the reference location is stored in a reference database." |
| accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval; and | VideoAmp "brings together unique data characteristics from Set-Top-Box (STB) data commingled with Automatic Content Recognition (ACR) data to create the largest and most robust linear television and OTT dataset powering the advanced television market today." Ex. 23, "VideoAmp Releases Commingled TV Viewership Dataset," Press Release, https://videoamp.com/press/press-release-videoamp-releases-commingled-tv-viewership-dataset/.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | be able to really work with the leagues, with the licensors, and with the brands that buy on that programming….. <br><br> Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot. <br><br> "The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0. <br><br> "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. <br><br> VideoAmp performs "accessing media identifying information associated with media content presented within the reference area during at least a portion of the time interval." |
| associating the media identifying information with the demographic information responsive to determining that the media content was presented | VideoAmp is a currency company and in the business of producing TV viewership data. Ex. 28, VALID, VideoAMP, https://videoamp.com/valid/. VideoAmp's currency includes OOH viewing. Ex. 30, Webinar, "Getting Real with Sports TV Viewership," https://videoamp.com/video/webinars/getting-real-with-sports-tv-viewership/ at 45:47. |

Exhibit 3

| Claim 21 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| within the reference area during at least the portion of the time interval. | This year at their conference called Vampfront, VideoAmp announced their OOH product in their 2024 Product Roadmap. "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's OOH product associates media identifying information (e.g., a sports game on a television in a sports bar) with demographic information of people at the sports bar (e.g., a male, 18-25 years old) using geolocation data in order to create a currency to transact on (as described by CMO of VideoAmp).<br><br>VideoAmp is performing "associating the media identifying information with the demographic information responsive to determining that the media content was presented within the reference area during at least the portion of the time interval" in order to create a currency around their OOH product. |

Exhibit 3

| Claim 22 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The method of claim 21,<br><br>wherein the positioning system of the mobile phone is a global positioning system. | VideoAmp receives geolocation information for mobile phones from licensors, such as MotionWorks.<br><br>VideoAmp collects and uses "[g]eolocation data (such as city, state or zip code, including inferred location from IP address)" and "precise geolocation data." Ex. 14, "Privacy Notice," VideoAmp, https://videoamp.com/us-privacy-notice/.<br><br>"Precise Location Information is data that describes the precise geographic location of a device derived through any technology that is capable of determining with reasonable specificity the actual physical location of an individual or device, such as GPS-level latitude-longitude coordinates or location-based radio frequency signal triangulation." Ex. 31, NAI Code of Conduct, §I.L at 8.<br><br>"The primary source of mobile location data Motionworks acquires is provided by multiple Software Development Kit (SDK) aggregators. These aggregators rely on location information collected apps installed on mobile devices. Motionworks has a continuous stream of data coming from multiple SDK aggregators." Ex. 20, https://docs.mworks.com/docs/methods-people-data-inputs. "Motionworks has unique partnerships with mobile location providers sourcing robust data from first-party apps. These data streams also provide access to verified visits and transactional check-ins." *Id.*<br><br>Videoamp uses a system "wherein the positioning system of the mobile phone is a global positioning system." |

| Claim 23 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The method of claim 21,<br><br>wherein the reference area is defined by a geographic boundary that encompasses the reference location, | VideoAMP partnered with Kym Frank of Motionworks for its OOH system. Ex. 19, Josh Chasin, LinkedIN post, https://www.linkedin.com/posts/joshchasin_when-i-interviewed-at-videoamp-i-told-ross-activity-7149815862567337985-hFSi.<br><br>Motionworks Placecast® product allows a user (such as VideoAmp) to define the reference area "by a geographic boundary that encompasses the reference location." |

Exhibit 3

| Claim 23 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | <br><br>6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard.<br><br>VideoAmp practices "wherein the reference area is defined by a geographic boundary that encompasses the reference location." |
| and wherein the reference area is shaped as at least one of: a circle or a polygon. | Placecast® allows a user (such as VideoAmp) to define the reference area "by a geographic boundary that encompasses the reference location" and the reference area may be in the shape of a polygon. |

Exhibit 3

| Claim 23 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| |  6. The user now has an option to clear the polygon or save polygon before the save option is enabled<br><br>Ex. 22, Screenshot from https://support.mworks.com/hc/en-us/articles/22004747755917-2-How-to-Add-a-Place-for-Placecast-Dashboard<br><br>VideoAmp practices: "wherein the reference area is defined by a geographic boundary that encompasses the reference location, and wherein the reference area is shaped as at least one of: a circle or a polygon." |

| Claim 25 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The method of claim 21, wherein the reference location is a place of business. | For VideoAmp's OOH product, VideoAmp "look[s] at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. |

Exhibit 3

| Claim 25 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | Bars and restaurants are a places of business. Therefore, VideoAmp practices "wherein the reference location is a place of business." |

| Claim 26 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The method of claim 21, wherein the reference area defines a media exposure environment associated with the reference location, | VideoAmp has an OOH product, as described in VideoAmp's 2024 Product Roadmap. One example use of VideoAmp's OOH product is a restaurant (e.g., the claimed "*reference area*") with one or more televisions (e.g., the claimed "*media exposure environment*"). <br><br> "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. <br><br> VideoAmp practices "wherein the reference area defines a media exposure environment associated with the reference location." |
| and wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area. | VideoAmp compares its ACR data and Set-top-box information associated with the one or more televisions at the restaurant to determine what the user of the mobile phone was watching at the restaurant. <br><br> "We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23. <br><br> "The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of |

Exhibit 3

| Claim 26 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| | people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>    Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp practices "wherein the media identifying information is associated with media content presented at the media exposure environment while the mobile phone is within the reference area." |

Exhibit 3

| Claim 28 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The method of claim 21, further comprising retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area. | VideoAmp retrieves television data such as ACR and Set-top-box data to determine what people are watching as part of their OOH product.<br><br>"We look at 2.5 million smart-tvs and over 55,000 bars and restaurants- a number that grows every week. In order to understand what events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events all while maintaining privacy. We believe our approach will deliver a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-1:23.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming…..<br><br>Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp practices "wherein the set of operations further comprises retrieving the media identifying information corresponding to media content accessed at the reference location while the mobile phone is within the reference area." |

Exhibit 3

| Claim 30 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
| The method of claim 21, further comprising estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating. | "[W]hat events are playing where and combine that with geolocation data to identify the number of people in those bars and restaurants at the time of those events . . . a more holistic, accurate, and representative picture of out of home viewership." Ex. 10, 2024 Product Roadmap, presented at VAMPFRONT, https://videoamp.com/video/pv/2024-product-roadmap/ at 1:06-23.<br><br>"The biggest thing is out of home viewing that it doesn't capture sometimes with a panel. So our legacy provider has a product that measures in bars and restaurants. So we can actually accurately get how many people's eyeballs really watched it because a lot of people co-view and a lot of people go to bars and go to other people's homes. Our product relies not on [sic]; it relies on actually bars and restaurants, like thousands of them, that we pull in the TV data versus having to listen like it's a little listen and see if a game is on. So our product is more sophisticated. Its commingled data. We have like three or four partners that we bring in. So we think ours is more accurate better fidelity and we're hoping that advertisers will it'll be more valuable what they buy if they transact on us with the sports product." Ex. 9, "Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO," SPORT BEACH 2024, at 6:45-7:35 https://www.youtube.com/watch?v=ygfILqGFbz0.<br><br>VideoAmp's current Chief Executive Officer Peter Liguori described its OOH product and how valuable it is to VideoAmp to be able to offer such a product:<br><br>Sports is must-have programming…. It does show the immense value of sports. And for us at VideoAmp, frequently when we go to clients, they really want another sports product…. We're building that. A lot of sports is viewed out-of-home. And we use geolocation; we use ACR; we use a number of different methods to more accurately measure and locate where viewership is happening. And that's wildly attractive to a number of parties. It's attractive to advertisers. It's attractive to publishers. It's attractive to the leagues…. So when we fully roll out our sports product versus what's out there, we feel that we're going to be able to really work with the leagues, with the licensors, and with the brands that buy on that programming….. |

**Exhibit 3**

| Claim 30 | VideoAmp, Inc. ("VideoAmp") |
|---|---|
|  | Ex. 11, Peter Liguori, The Right Spot – Evan Shapiro, at 34:30 (Jan. 26, 2024), https://eshap.substack.com/p/the-right-spot.<br><br>VideoAmp's OOH product is designed to count out of home viewership. VideoAmp identifies media content and identifies the number of people in the OOH location while the media content is being played at the OOH location, which is "estimating a quantity of impressions of media content corresponding to the media identifying information based on the associating." |

# EXHIBIT 4

News Center  >  Product

# Nielsen Expands National Out-Of-Home Panel, Bringing Coverage to 100%* of U.S. TV Households

🕐 3 minute read | February 2024         Share

**Expansion provides industry with the most comprehensive OOH viewing measurement available**

**NEW YORK – February 1, 2024 –** Nielsen, a global leader in audience measurement, data and analytics, announced that it will expand coverage of its National TV out-of-home (OOH) panel in 2024 in order to fully represent all U.S. TV households.

For nearly a decade, Nielsen has been capturing viewing that occurs outside of the home, including airports, hotels, bars and restaurants. Through proprietary Portable People Meter (PPM) Wearables technology, Nielsen has delivered metrics for out-of-home audiences to ensure clients can track viewer consumption regardless of the platform, screen or location. By adding additional homes to the PPM Wearables footprint, Nielsen's OOH coverage will expand from 65% to 100%.

Capturing this viewing audience is critical for genres of television that people tend to watch communally, particularly sporting events, which continue to grow as one the most important programming genres in live television. Nielsen data shows that in 2023, fans in the U.S. spent more than 1.7 trillion minutes watching games from the five most-watched sports leagues.

As people's consumption of streaming TV grows – to 36% of total television usage as of December 2023, according to Nielsen's The Gauge – the importance of measuring live sports and other "appointment" viewing on both linear and streaming also grows. With streaming services increasingly tapping into the live sports space, there is additional demand for measurement of this audience. Nielsen is the only measurement provi

positioned to accurately meet the needs of increased demand and competition for scarce sports programming.

"Nielsen is highly focused on innovating in order to better serve our clients and ensure our measurement accounts for the full landscape of television consumption," said Deirdre Thomas, Chief Product Officer, Audience Measurement at Nielsen. "We understand how important it is for our clients to be able to have the most complete picture of the audience, especially for special events like the Super Bowl."

"We are appreciative of Nielsen's efforts to make out-of-home measurement more complete, providing a much clearer picture of the true audience for all television viewing and especially sports viewership," said Paul Ballew, chief data and analytics officer of the NFL. "For years we have been consistent in our belief that major sports events, like the upcoming Super Bowl LVIII, are often viewed with family and friends in large gatherings and this expanded out-of-home viewership will be crucial to measuring those events."

Nielsen plans to provide impact data in Q4 2024, in time for Super Bowl LIX.

＊Note: This number excludes Alaska and Hawaii

## About Nielsen

Nielsen shapes the world's media and content as a global leader in audience measurement, data and analytics. Through our understanding of people and their behaviors across all channels and platforms, we empower our clients with independent and actionable intelligence so they can connect and engage with their audiences—now and into the future. Nielsen operates around the world in more than 55 countries. Learn more at www.nielsen.com and connect with us on social media (Twitter, LinkedIn, Facebook and Instagram).

## Contact:

Doug Serton

doug.serton@nielsen.com



# Stay in the loop

**Keep up-to-date with our weekly newsletter, Media Pulse.**

Email address

Subscribe

By clicking on 'Subscribe', I agree to Nielsen's Privacy Notice and Terms of Use.

---

Solutions

About Nielsen

SEC Filings

Locations

Careers

Insights

News Center

   

Copyright © 2024 The Nielsen Company (US), LLC. All Rights Reserved.

Privacy notice | Terms of use | Do not sell or share my personal information
Limit the use of my sensitive personal information
Nielsen Marketing Cloud Privacy Statement | Integrity Helpline | Health Privacy Notice



# EXHIBIT 5

Company

# A Letter From Our Founder

Ross McCray, Founder of VideoAmp

VideoAmp Team, Clients, Shareholders & Partners –



We have always believed humanity will thrive when every person on the planet has access to the world's library of media entertainment, educational information and independent thought. A high majority of humankind cannot afford to pay for these services directly with subscription fees, making a healthy advertising ecosystem required with an equitable 3-way value exchange between the consumer, content provider and advertiser.

We started VideoAmp 10 years ago because we believed this was at risk. We believed legacy media measurement and currency companies were the source of an ineffective advertising ecosystem. We believed they were egregiously misrepresenting the truth of consumer behavior, making all advertising and media less valuable while also unnecessarily putting all consumer privacy at risk.

Our mission since day 1 has been to increase the value of advertising in order to help humanity maintain and grow access to the world's library of media entertainment, educational information and independent thought. We have committed our last 10 years to redefine the way media is valued, bought and sold. We have worked tirelessly to achieve our mission and invented new technologies that have since become the gold standard in protecting consumer privacy for the entire industry.

The last founder letter I wrote in 2021 marked a significant milestone for VideoAmp. There were massive seachanges in our industry and everyone was finally fed up with legacy media currency companies destroying the

ecosystem. We declared our position and announced we would double down and focus the company on this generational opportunity to become the new standard and leader of all modern media currencies.

Today I am releasing another founder letter that marks a new milestone. Almost 3-years later, we have moved from an intention of becoming a media currency to becoming the leading modern media currency in the United States. We have now proven over and over again that when using a modern media currency, everyone wins. Marketers increase the return of their advertising investment, media sellers increase their revenues from media and consumers gain better experiences with the privacy they deserve.

We have since announced partnerships and have gone live with most of the world's largest media companies:
from Amazon, Disney, YouTube, Warner Bros. Discovery, Facebook/Instagram, NBCU, Paramount, Weather Channel, TelevisaUnivision, Hallmark and more. We have seen over 1,400% year over year growth of VideoAmp media currency transactions in 2023 and next year looks even bigger. Over 1,000 advertisers have already booked billions of dollars of guarantees on our currency in 2024.

I could not be prouder of the blood, sweat and tears that have gone into these accomplishments from our team, clients and partners. You have all been the innovators and early adopters. The early and late majority are now following your footsteps. You are the dream and lifeblood of all entrepreneurs. Without all of your deep conviction, belief and courage to bet on a better way – none of this would have happened.

VideoAmp is now the well-established leader in modern media measurement, currency and optimization. Our company has grown up and is now entering a new phase of scale, maturity and operations. With deep contemplation and mindfulness, I believe this milestone also marks the natural time to transition from a founder-led company to a world class company that can thrive for over 100 years without a reliance on its Founder.

As of today, I am stepping down as CEO and announcing the Executive Team that will lead our company going forward.

This was an extremely hard and emotional decision for me. I always knew after starting VideoAmp – if we were successful – this day would come. I

have wished and dreaded for this day to come for 10 years. I love this service. I love our mission, employees, clients and partners. But it is time for me to pass the baton and return back to my original love and roots of earlier stage company building.

I continue to be deeply committed to VideoAmp for the long term. I will remain active and a part of our company as our Founder, Board Member and Shareholder. I look forward to working with you all in this new way.

I am proud to announce our new Executive Team:

1.   Peter Liguori will become our Executive Chairman
     a.   *Previously CEO of Tribune Media, COO of Discovery Communication and Chairman of Fox Entertainment. Also served on the Board of Yahoo! and MGM*

2.   Peter Bradbury will newly join us as our Chief Commercial & Growth Officer
     a.   *Previously Chief Commercial Officer of Nielsen, including over 26-years at Nielsen*

3.   Tony Fagan will be promoted to President of Technology & Strategy
     a.   *Previously CTO of VideoAmp for two and a half years, and a senior leader at Google for 15-years running data science and engineering teams and creating products for advertising planning, optimization and measurement*

4.   Josh Hudgins will be promoted to Chief Product Officer
     a.   *Previously EVP of Product and a senior leader at Google for 10-years overseeing products for Google Search and Google Ads*

5.   Paul Ross as our CFO and Board Member
     a.   *Previously in the role for 3-years and was the CFO of the Trade Desk for 6-years, taking the company public and growing shareholder value in the years following the IPO*

6.   Jenny Wall as our Chief Marketing Officer
     a.   *Joined VideoAmp 1-year ago. Previously the CMO at Nickelodeon, Gimlet Media (Spotify) and senior marketing roles at Netflix and Hulu*

7.   Marisa Peters as our Chief People Officer

a.  *Has been in this role for over 4-years. Previously the CPO at Atom Tickets and senior global HR leader at Amazon and Sony Pictures*

8.  Hari Sankar as our Chief Data Officer

   a.  *Has been with VideoAmp for nearly 7-years, previously overseeing product and other operational functions*

Peter Liguori, our new Executive Chairman, has already partnered with us for years at VideoAmp as a board member and active advisor. He has been invaluable to our team. He has earned complete trust from me and is one of the best leaders I have met in my life. He is a proven operational leader and is perfect for scaling VideoAmp in this next phase. Prior to VideoAmp, he was CEO of Tribune Media, where he led the purchase of metadata for Gracenote and its eventual sale to Nielsen. Before that, he was COO of Discovery Communications, Chairman of FOX Entertainment when the network was ranked #1 for four consecutive years under his leadership, and CEO of FX Networks. He has also served on the boards of world class companies like Yahoo! and MGM.

Five years ago, I wrote the below in his offer letter to join our board as our first Independent Director:

*You get the business mission intimately and share our sense of urgency to strike while the iron is hot. The time is now and we are in a position of strength. I believe you can add a lot of value to our next chapter of growth and I can learn a lot from you personally.*

Peter accepted our offer and he replied to me with:

*I completely share your enthusiasm for what we can do together in unlocking the value that you have created and will create in this space. I have faith in you. Comfort with you. And root for you.*

Five years later, we were right. I can't believe the things we have done together. While a lot of things have changed, some things haven't.

Peter, I have faith in you. Comfort with you. And root for you.

I always knew we would figure it out. But 10 years ago, as a 22-year old, broke founder, with a terrible track record – I could have never imagined this.

*A prospective angel investor's instagram post almost 10 years ago when VideoAmp was one week old*:



# EXHIBIT 6

The Wayback Machine - https://web.archive.org/web/20240908075839/https://adage.com/article/measurement/vi...

 Menu



Don't Miss

Agency Review Tracker

Global Auto Marketing Awards

Join top marketing leaders live

Football marketing updates

Small Agency Awards winners

Measurement 

# VIDEOAMP CEO STEPS DOWN AS COMPANY LAYS OFF 20% OF STAFF

Measurement company also hires former senior Nielsen exec as part of shakeup

By Jack Neff. Published on January 04, 2024.

 Share article    



Credit: VideoAmp

VideoAmp is shaking up senior management and laying off nearly 20% of its workforce as the company girds for a longer and increasingly bruising battle with Nielsen over TV measurement.

The headcount reduction comes as VideoAmp Founder Ross McCray steps aside as CEO, shifting to a board member and shareholder, and board member Peter Liguori , former CEO of Tribune Media, becomes executive chairman. Liguori is also a former chief operating officer of Discovery Communications, CEO of the FX Network and chairman of Fox Entertainment.

**Check out the latest Ad Age events and award programs**

VideoAmp also has named 25-year Nielsen veteran Peter Bradbury, who left last year from that company's top sales position, as its new chief commercial and growth officer.

That move comes along with the promotions of two senior VideoAmp tech executives, both veterans of Google, to new roles and titles. Tony Fagan, previously chief technology officer, has been named president of technology and strategy. Josh Hudgin, who was exec VP of product, becomes the new chief product officer.

The



VideoAmp Founder Ross McCray steps aside as CEO.  Credit: VideoAmp

senior management shakeup comes with a second, and bigger, wave of layoffs for VideoAmp since September, following a first round that reduced headcount by 10%. Around that time, Michael Parkes, VideoAmp's former president, who had overseen sales and marketing duties, stepped aside into a board role. Parkes has since left the board.

***Also read: 12 milestones that reshaped measurement in 2023***

VideoAmp in a statement attributed the changes to its goal "to streamline operations and dedicate focus to future growth and high-value partnership in the year ahead." The moves "position VideoAmp to continue leading the rapid industry evolution in media measurement and advanced currencies," according to the statement.

**More from Ad Age**

**Google shuts 1% of cookies—how ad tech players are preparing**

Garett Sloane

**How WhatsApp is trying to help brands connect with consumers**

Garett Sloane

**80 ad execs predict 2024 industry trends**

Ad Age Staff

VideoAmp coupled news of layoffs and C-suite changes with a big outside hire of an executive who was a fixture at rival Nielsen for more than a quarter century. In a statement, Bradbury gave his new company a vote of confidence in the measurement race.

"I am excited to join the VideoAmp team, which has created the new currency standard and I look forward to leading our efforts to rapidly expand our footprint across the industry," Bradbury said. "VideoAmp has quickly emerged as the preferred source of measurement for multiple highly respected, forward-thinking industry leaders, and I am excited to build on that foundation."

## Growing financial pressure

Others in the measurement industry and those close to VideoAmp, however, pointed to signs of growing financial distress, exacerbated by Nielsen's decision in October to continue supporting its legacy panel-based data and average commercial minute currency (C3 and C7) for TV measurement.

In doing so, Nielsen essentially kicked the can down the road to 2025 or later for adopting new big data metrics, where VideoAmp and other players such as iSpot.tv and Comscore compete on a more even playing field. Nielsen also is consuming agency resources that could be used to work with rival currencies by putting essentially three options of its own on the market, including its own big data-plus panel product either for legacy ratings or individual commercial minutes, said agency and industry executives.

VideoAmp has invested heavily on a bet that it would begin taking significant market share as a currency in TV deals starting in the coming upfront. According to estimates by executives familiar with data, labor costs and contracts in the industry, VideoAmp, prior

to the moves announced today, was burning as much as $75 million in cash annually. These people question whether the company has the financial resources to continue competing into 2025 without getting a far more substantial share of TV currency in the coming upfront.

VideoAmp's "Series G" round of financing in September was mostly credit, coming from Vista Credit Partners, and people in the industry said it came at rates as high as 15%, which VideoAmp executives denied, without citing a number.

But the whole measurement industry is dogged by higher interest rates and tougher credit constraining investment capital. The riskiest tranche of bond debt issued in late 2022 to back the private equity takeover of Nielsen came at an 11% interest rate and more recently has traded at 13%, according to people familiar with the matter.



Peter Bradbury and Peter Liguori  Credit: Peter Bradbury via LinkedIn; VideoAmp

Liguori's increasingly high profile on behalf of VideoAmp since June had fueled speculation that he would take on a leadership role and McCray would be ousted as CEO. Several industry executives also said Liguori has been working to sell VideoAmp, which executives of the company denied.

VideoAmp and iSpot executives have had talks about a possible combination, but those didn't advance, according to people familiar with the matter. VideoAmp executives denied having talks with iSpot, and iSpot declined to comment.

Nielsen also isn't interested in buying VideoAmp, according to a person familiar with the matter. Other potential strategic buyers are a less obvious fit, and high interest rates make a private equity takeout unlikely, according to people familiar with the matter.

Spokespeople for Nielsen and Elliott Investment Management, the lead private equity firm in the group that owns Nielsen, declined to comment.

**More on TV measurement**

**12 milestones that reshaped measurement in 2023**

Jack Neff

**Comscore, iSpot and VideoAmp get JIC's conditional certification for currency measurement**

Jack Neff

**VideoAmp laying off 10% of workforce in the latest measurement shakeup**

Jack Neff

## Progress despite finances

Financial pressures aside, VideoAmp has established itself as the primary rival to Nielsen in TV currency, offered as an option by the widest number of TV networks plus Amazon Prime and YouTube, and the only option from Byron Allen's Allen Media Group. The latter deal, announced in June, has meant a broader range of agencies and clients trading on VideoAmp, at least if they want to buy The Weather Channel.

While Comscore and iSpot.tv also received conditional certification from the Joint Industry Committee for currency measurement earlier this year, VideoAmp scored higher than either, according to people familiar with the matter.

And while McCray acknowledged in an October discussion at the Performance Driven Marketing Institute-West conference that the Allen deal was unprofitable, it did help

VideoAmp toward being used as a currency in $2 billion of TV deals in the past year, albeit in a U.S. TV market that's bigger than $80 billion annually.

In a letter to employees announcing his decision to step down, McCray said currency bookings on VideoAmp rose 15-fold last year, with more than 1,000 clients booking guarantees.

Given that more agencies and marketers have been able to see VideoAmp data alongside Nielsen in making deals, they have a broader understanding of the differences. Reviews have been mixed, and some agency executives balk at the higher audience numbers VideoAmp shows compared to Nielsen panel and even compared to Nielsen's big data-plus panel product.

But even one agency skeptic about trading on VideoAmp said: "The industry as a whole has come out and said they believe Nielsen is not capturing viewership correctly. But when we see numbers that are different than Nielsen, everybody's like, well, that can't be right, because Nielsen says so, falling back on the sword we're criticizing."

Directionally, VideoAmp and Nielsen's big data both show substantial increases in overall audiences, particularly in 18-49 age demographic and with minority audiences, according to agency executives. But the increases with VideoAmp are higher. Views among agency executives differ on whether that reflects Nielsen's numbers being closer to the truth, or whether its reliance on its panel to model the big data results amounts to "data smoothing" that simply makes the errors in prior panel-based measurement look smaller.

VideoAmp also has gotten praise from executives on both the sell and buy side for a first-of-its-kind out-of-home measurement system it's rolling out, focused on sports programming. VideoAmp's system matches location signals from consumer mobile devices to programming on TV sets in bars and restaurants to allow for passive audience measurement. Nielsen and iSpot rely on Portable People Meters or the Tunity app to measure out-of-home audiences, and both systems require active participation of some kind by panelists, which can lead to more undercounting.

"We have moved from an intention of becoming a media currency to becoming the leading modern media currency in the United States," McCray said in his letter to employees. "VideoAmp is now the well-established leader in modern media measurement, currency and optimization. Our company has grown up and is now entering a new phase of scale, maturity and operations. With deep contemplation and mindfulness, I believe this milestone also marks the natural time to transition from a founder-led company to a world-class company that can thrive for over 100 years without a reliance on its founder."

## Media measurement blog
### Tracking TV, social and digital updates

Click here

**In this article:**

Ad Measurement     Ad Tech     Advanced TV     Agency News     Amazon

Data-Driven Marketing     Digital Video     Google     Measurement     Media

Research     Sports Marketing     Streaming Video/TV     TV



## Jack Neff

Jack Neff, editor at large, covers household and personal-care marketers, Walmart and market research. He's based near Cincinnati and has previously written for the Atlanta Journal Constitution, Bloomberg, and trade publications covering the food, woodworking and graphic design industries and worked in corporate communications for the E.W. Scripps Co.

Follow     View all articles by this author

# WHAT TO READ NEXT

Inside Nielsen's push to incorporate streamers' first-party data into measurement

Snap to let entertainment brands track whether ads increase viewership



**The Weather Channel strikes upfront deals entirely on Nielsen alternative**

**Paramount picks iSpot.tv as TV currency alternative to Nielsen**

# JOIN US

**Subscribe Now**     **Renew**     **Get Datacenter**

Copyright © 1994-2024     Crain Communications     Privacy Statement     Terms of Use     About Us     Advertise     Reprints     Help Desk     Ad Choices     Careers at Crain     Privacy Request

Ad Age     Creativity     Amp     Datacenter     Resources     Events     On the Move     Latest Issue     Newsletters     Contact Us

# EXHIBIT 7



# CONVERGENT TV MEASUREMENT GUIDE

**Understanding Innovation in Video Measurement**

Coalition for Innovative Media Measurement (CIMM)

www.cimm-us.org

# CONTENTS

Introduction to the Guide                                              03

Caveats and Qualifications                                            04

Foreword                                                              05


Chapters

I.   Evolution of an Industry                                         06

II.  Understanding Media Currency                                     08

III. Looking Under the Hood                                          12

IV.  Measurement Today: What We Discovered                          15

V.   Profiles of Measurement Providers                              19

       •  605                                                       19

       •  Comscore                                                  24

       •  Innovid                                                   31

       •  iSpot                                                     36

       •  LiveRamp Data+Math                                        41

       •  Nielsen                                                   46

       •  Samba TV                                                  52

       •  VideoAmp                                                  57

VI.  Partnering with Measurement Providers                          62


About the Author                                                    70

Appendices                                                          71

# Introduction to the Guide

CIMM's Convergent TV Measurement Guide is intended to provide a broad overview of the offerings and methodologies provided by many of the leading TV measurement providers operating in the US market. It is based on an extensive, six-month process of engagement with the industry and peer review by a wide range of leading industry stakeholders. It represents the most comprehensive review of existing measurement solutions available in the market today, providing a detailed overview of eight measurement providers in the Measurement Providers Profile section, unpacking the data and methodologies used to create their respective solutions.

We hope this Guide will help industry participants to understand the changes facing the television ecosystem and the business needs of marketers, ad buyers and ad sellers that are driving new measurement solutions.

In preparing this Guide, we found that the gap between television and digital advertising is narrower than it's ever been, thanks to measurement innovation by the leading measurement providers profiled here. Measurement innovation enables television, a historically upper funnel sales channel, to compete more effectively with digital media and other lower funnel sales channels. Measurement innovation enables television to prove itself in an increasingly convergent digital ad ecosystem.

Measurement providers are embracing the need for radical transformation, to address the desire of marketers for speed, audience-based targeting, granular insights, and more precise performance measurements. Marketers value objective, third party measurement to negotiate pricing of ads inventory, to reach audiences relevant to their brands, to continuously optimize TV ad investments, and to continuously measure performance across platforms. Measurement providers are powering linear TV and streaming ad investments with advanced measurement solutions to accelerate revenue growth for both brands and publishers.

We believe the guide presents a positive, insightful overview of a fast-changing, competitive marketplace. It is, perhaps inevitably, long and detailed – measurement is complex and often challenging, and the guide reflects this.

The Coalition of Innovative Media Measurement (CIMM) wishes to express its sincere thanks to the participating measurement providers and our team of expert reviewers. Without the detailed responses to CIMM's request for information by measurement providers, and their willingness to explain and share, this Guide would not be possible. Without the feedback from our expert reviewers, this Guide would not be possible.

# Caveats and Qualifications

## A Brief Note on Our Approach

The Guide was prepared through a process of extensive engagement with the profiled measurement providers and peer review by seasoned industry experts. All providers were given various opportunities to review and sign-off their own profiles. The profiles have not been subject to independent audits.

One of the objectives of the Guide was to provide a (blinded) comparison of actual ad campaign or content audience estimates, so that users of the Guide can better understand the range of reporting differences across providers. However, it was not possible to provide ad campaign delivery comparisons, because measurement providers measure ad campaigns for different brands at different times so "apples-to-apples" comparisons are not possible.

Regarding content measurement comparisons, not all providers measure content, and not all providers who measure content permitted their examples to be included. Across campaign measurement examples, there were differences in reporting granularity. Across content measurement examples, the measurements were directionally similar but substantially different on an absolute basis. There is more detail about these findings in Chapter IV: Measurement Today: What We Discovered.

We include lists of questions that marketers should ask measurement providers as they evaluate their services. Leading measurement providers are individually profiled in this Guide to highlight their capabilities and methodologies. The Appendix is designed to help with acronyms and definitions.



## A Snapshot in Time

Inevitably, the guide represents a snapshot in time. Measurement providers are continually improving and innovating their services. Users of measurement services should connect directly with the providers to ensure they have the latest updates to data, methodologies, and features of each service. This Guide represents measurement provider capabilities as of December 31, 2022.

4



# Foreword

Clay Christensen's The Innovator's Dilemma created a breakthrough in understanding innovation, how innovators disrupt market leaders and how market leaders successfully innovate. Success happens when disruptive technologies are applied in novel ways to offer new markets products with superior performance. While the new markets may be smaller and lower-margin at first, innovations eventually enter larger and higher-margin markets of the market leaders, disrupting them.

The compelling analysis in this book is playing out today in the video measurement space. The disruptive technologies are digital and data at scale. The superior performance attributes are many, including unprecedented audience insights, faster, more accurate decision-making, faster, more flexible media performance measurement, and the promise of lower operating costs. Per the Christensen playbook, measurement innovations were first adopted largely on the buy-side, a smaller market for market leaders. Now as we read the measurement initiative announcements by virtually all major publishers, we see the innovations entering the larger and higher margin sell-side marketplace, disrupting the industry.

Innovation is hard work, but at the same time has the force of inevitability. I hope this Convergent TV Measurement Guide provides an appreciation of new entrants and market leaders alike, and what it takes to innovate. Many thanks to Helen Katz at Publicis, Bharad Ramesh and Yee Pang at GroupM and Paul Donato at ARF for their thoughtful insights and careful review of this Guide. A sincere thank you as well to the participating measurement providers. Without the detailed responses by measurement providers, and their willingness to explain and share, this Guide would not be possible. Thank you to Jon Watts at CIMM for his leadership and foresight. Jon has a keen understanding of our industry and how to steward meaningful change. Without Jon's leadership, this Guide would not have been possible.

Joan FitzGerald

CEO Data ImpacX



5



# Evolution of an Industry

Our definition of television has expanded dramatically, beyond linear TV to "Convergent Video," which includes television in more forms, including connected TV, advanced TV, digital video, dynamically inserted video advertising, addressable advertising, 'over-the-top', streaming and more. Marketers demand new measurement solutions addressing Convergent TV to bridge the gap between digital and television advertising. Television traditionally offers impacts including engagement, attention, and persuasiveness of sight-sound-and-motion advertising. Digital advertising offers the promise of granular insights, advanced targeting, and rapid optimization. How do we get the best of digital and TV from our investment in television advertising?

Moreover, there has been a tectonic shift in brand ad spending. Marketers have made an unmistakable shift from ad spend that builds "upper funnel" impacts such as brand awareness, likeability, and consideration to spend that builds "lower funnel" impacts to generate sales closer to the consumer's exposure to the ad. This shift makes video measurement innovation even more critical for historically upper funnel channels like linear TV and streaming because marketers are holding all channels accountable to measurable business results.

## Lower Funnel Ad Investment in Upper Funnel Channels

"Upper funnel" and "lower funnel" refers to where the consumer is in their purchase journey. In the upper funnel, marketers build brand awareness, likability, and consideration, so that when a consumer is in the lower funnel -- ready to purchase -- they're more likely to choose the brand.

Marketers understand that to influence the consumer's decision at the point of purchase requires marketing at the beginning, middle and end of their brand journey. Investment in upper funnel marketing channels is essential to brand health and revenue, and even accelerates lower funnel channel performance. However, marketers are holding all channels accountable to their business results regardless of their place in the funnel. Channels without adequate measurement are losing investment.

Marketers also know that few marketing channels are as effective in telling the brand story as sight-sound-and motion video advertising. Video advertising can create virtual memories of brand experiences that persuade the consumer at the point of sale. Marketers know that video advertising can be superior at engaging the consumer with a persuasive message that can carry through the consumer journey to the point of purchase, achieving sales objectives but also building brand equity with long-term benefits.

Understanding the contribution of upper funnel marketing channels in the consumer journey presents a measurement challenge for marketers. Measurement is where "lower funnel" marketing channels, including search and display advertising, have a competitive advantage. This is because the relationship between an ad exposure or search activity and the consumer's subsequent action, such as a website visit, store visit or online purchase, can be directly observed.

Where spend-to-revenue events cannot be directly observed, intermediary metrics such as ad impressions are used to guide attribution.

Upper funnel channels, such as linear TV and streaming, may not have as clear spend-to-revenue visibility. The ad exposure might occur on one platform – such as a TV set – and the consumer behavior may happen on a different platform – such as mobile or desktop computer. The impact of the ad impressions builds over time, so the ad exposure may happen many weeks before the revenue event and there may be many marketing touchpoints reaching the consumer in-between.

The providers profiled in this Guide have stepped up to the challenge of creating measurement for visibility in these channels, including linear television, connected TV and streaming. They do so using data, ad tech, human ingenuity, and a good deal of math.





# Understanding Media Currency

What is media "currency"? Simply put, media currency is the metric that ad buyers and ad sellers agree to use to negotiate advertising price and volume. Just as countries select and value their individual currencies on which transactions occur, so do media buyers and sellers agree on what they will use as the 'standard'. However, currency is not synonymous with measurement. That is, the currency does not have to provide the actual count of ad exposure or the true count of content viewing. The currency also does not necessarily have to measure performance, that is, whether the ad was effective or efficient, nor is it required to help marketers find audiences that are the most relevant to the brand. Instead, currency is simply the agreed-upon metric in the pricing negotiation.

## The Currency Upgrade

Many of the providers in this Guide started their measurement journey to measure ad campaign performance, to connect TV viewing with advanced audiences and to provide more accurate cross-platform, cross-channel measures of ad campaign delivery. The question today is: can these new measurement solutions also be used as currency to negotiate ad pricing and volume, in addition to measuring performance, targeting audiences, and measuring cross-channel ad campaign reach?

As currency, metrics should provide a standardized measure of value that that is the same over time and that is relatively predictable to support planning. A currency metric must be stable, reliable, and consistent so that a transaction made in one time period can be evaluated on the same basis in a different time period. Currency answers questions such as: If I bought *X*, did the publisher deliver *X*? Did *X* cost more or less than the prior period? How do the metrics track compared to what I previously used as currency? Moreover, the methodology to get to currency measurement is complex and must be understood and transparent to users.

## Metrics

Marketers utilize various metrics to measure the effectiveness and efficiency of video advertising.

## ROAS

Marketers love Return On Ad Spend (ROAS), and for good reason. ROAS is a measure that shows how much revenue was earned for every dollar invested in advertising in each channel. ROAS is widely used by marketers to measure ad investment effectiveness and efficiency using multi-touch attribution or market mix modeling.

ROAS is not currency, however. ROAS contains revenue information that is proprietary to the marketer and therefore not usually available for ad buyers and ad sellers to use as currency. In addition, most attribution and modeling are also proprietary to the measurement provider.

## Ad Impressions

Because ROAS is typically proprietary, ad buyers and sellers tend to use metrics that measure the efficiency of audience delivery as currency instead. Ad impressions and cost-per-thousand impressions (CPM) are commonly used currency metrics today.

Legacy currency metrics tended to be channel-specific. For example, linear TV used average audience and cost-per-rating point (CPP) have been used as currency metrics for decades.

However, the ascendency of digital media caused channels like TV to standardize on currency metrics that enable more effective comparisons across digital and TV platforms: impressions and CPM.

There is a healthy debate in the media industry about the definition of an ad impression. A digital display ad that appears on the webpage for a fraction of a second is not equivalent to a television advertisement that the consumer could watch for 30 seconds. Both could be counted as one impression, even though they aren't identical. Measurement providers can have a different number of seconds before a video advertisement is counted, or they can leave that decision up to the marketer. Organizations such as the Media Rating Council (MRC) and Interactive Advertising Bureau (IAB) have developed guidelines to set standards in this area.

## Unduplicated Reach and Frequency

Many of the measurement providers in this Guide were founded to solve the increasingly difficult challenge of measuring the unique reach of an ad campaign across multiple media platforms. Before that, cross-platform reach was largely estimated using mathematical techniques such as fusion or random duplication calculations. Measurement providers invested in the ad tech required to match very large television datasets with census-level digital data to directly observe cross-platform reach instead of estimating it though modeling.

Although ad impressions are the currency metric for ad buyer-seller negotiations, that solves only part of the media puzzle. Marketers demand reach (the unique, unduplicated number or percent of people or households exposed to the ad) and frequency (among those exposed to an ad, the average number of times a person or household was exposed) metrics to understand ad exposure by consumers as individuals and how much ad exposure is too little, too much or just enough.

9

## Measuring Outcomes

Measurement providers in this Guide looked to large viewing datasets to develop more effective, granular measurements of the impact of advertising. Prior to the availability of very large television datasets, the impact of television advertising was measured using surveys and econometric modeling, which time-aligns ad delivery with brand sales to statistically measure cause and effect relationships. Unfortunately, it could take months or years to have enough data for reliable measurements, and the results produced only very broad, very blunt overall effectiveness measures.

The availability of large TV datasets enabled television viewing households to be matched to behavioral data such as website visits, store visits and purchase, which help provide more granular, network, program, and audience-specific measures of impact to measure and optimize ad spending across channels.

The measurement providers in this Guide have developed attribution and sales effects measurements to help marketers understand the impact of television and digital advertising. They enable data access through a dashboard, and/or direct data feeds and integrations with third-party software. Some are making the data available in a raw, un-tabulated form in data clean rooms for marketers to do their own analytics.

## Advanced Targeting

One of the key benefits of measurement innovation is advanced targeting. This enables the marketer to go beyond the legacy demographics such as age and gender that have been traditionally used to buy linear TV and use audiences that are more relevant to the specific brand, such as past purchasers, purchase intenders, store visitors and category purchasers. Targeting that uses advanced audiences helps marketers reach consumers for whom the brand is more relevant, or those who are in-market and more likely to purchase.

## Optimization

Another key benefit of measurement innovation is improved optimization. This is where marketers test, learn and optimize, finding channels predicted to over-perform, measuring performance, and then moving dollars from under-performing to over-performing channels. Measurement providers profiled in this Guide offer more frequent reporting so that decisions about channels and spend can be made in-flight. Instead of a brand lift and reach and frequency 'report card' only at the end of a marketer's campaign, measurement providers can make updates throughout. More frequent reporting is a significant benefit and puts upper funnel marketing on a more level-playing field with lower funnel channels.

## Ads vs Content for Measurement

## The Promise of Ads for Measurement

Marketers increasingly plan, optimize and measure based on ad campaign delivery metrics. The marketer typically has full access to ad delivery data across their marketing channels. Ad campaign delivery measurement is usually the only way marketers can obtain a comprehensive measure of the brand's ad exposure and ad performance on a cross-platform and cross-channel basis. The digital data are available quickly, often immediately or overnight. In addition, questions about the ads themselves are the most important ones for marketers. Where the ad was delivered (what content), is usually a secondary consideration.

Using ads exposure for measurement holds great promise for the media industry, and measurement providers in this Guide have built services to deliver on that promise. Ad-based measurement could be more effective if there were greater collaboration across marketers to share measurements, with the expectation that brand identity would be masked. Collaboration would help overcome challenges of visibility, transparency, and lack of industry benchmarks.

**Visibility.** Ads measurement on platforms other than linear TV is proprietary to the marketer, so one marketer's performance can't be used by other marketers for analysis and learning. This is less of a problem for marketers that have a large roster of brands or for marketers that make very large video ad investments. It is more of a challenge for marketers with fewer brands and lower levels of video ad investment. It's challenging to use ad campaign measurements as the basis to negotiate advertising pricing if marketers do not have visibility into all publisher ad inventory available to buy.

**Benchmarks.** Except for linear TV, marketers can only measure channels that they buy with sufficient ad volume. Optimization is a continuous exercise in trial and error where marketers reduce investment in underperforming channels and make investment in new and over-performing channels. The process can be inefficient, with marketers discovering which channels are performing through trial-and-error. You can't measure what you don't buy and there are undoubtedly strong investment opportunities that marketers and their media agencies simply can't identify until inventory is purchased and runs.

**Transparency.** CIMM's Getting Attribution Right study[1] found significant differences in attribution results for linear TV across attribution providers. The paper concluded that the issues were the result of input data and methodology. The study highlighted the importance of transparency in data and methods that are relevant to the currency measurement ecosystem (and an important goal of this paper).

Another level of transparency includes content identification. Ads measurement does not always provide visibility into the content in which the ad runs. Content and context are important to the effectiveness of advertising with research demonstrating that content that drives audience engagement also drives greater attention and sales effects due to advertising[2]. In addition, marketers have brand safety concerns, and understanding content is important to exclude advertising from content that doesn't align with values such as diversity, equity, and inclusion.

## Advantages of Content Measurement

Content measurement (and ads measurement that is grounded in content measurement) provides estimates of audience size and composition by publisher, network, title, and station for media planning applications. This helps buyers understand which content is likely to have the most effective ad inventory for the brand and enables publishers to make more effective programming decisions. If content is reported on a syndicated basis, where publishers are all reported at the same time and with the same metrics, this can provide a common basis for negotiation across the entire portfolio of content choices.

Moreover, content measurement enables marketers to identify advertising opportunities in advance, prior to making their actual ad investments. Content measurement can help marketers identify contextual opportunities and programming with large enough audiences to create cultural touchpoints for their brands and increase engagement and effectiveness.

Unfortunately, syndicated content measurement is generally available only for linear TV and not available, or available with only limited measurement, for streaming or digital platforms. Streaming content measurement is typically on a case-by-case basis and is often dependent upon the permission of the streaming app owner. Some providers report streaming when it's consumed using Over-The-Top (OTT) devices such as Roku, Amazon Fire, Apple TV, Chromecast, but not from apps that are pre-installed on the Smart TV set.

Additionally, most streaming content measurement is only for programs that originate on linear TV. The linear title on streaming might be measured for only a short time after the title ran on linear TV. On mobile and desktop devices, streaming app consumption requires permission (and SDK integration) by the streaming app owner. Like CTV, measurement of streaming content on mobile and desktop devices is limited.

---

[1] Coalition for Innovative Media Measurement (CIMM) Getting Attribution Right: An Exploration and Best Practices for Television Data Inputs in Attribution Modeling, September 2020.

[2] Unveiling the ARF Context Effects Models and ROI, Audience Measurement Conference 2017, Tue-Bacon/Stipp (thearf-org-unified-admin.s3.amazonaws.com)



# Looking Under the Hood

The measurement providers in this Guide have made rapid advances in technology, data, and methodology to make advanced video measurement a reality.

## Common Ingredients

There are common ingredients across measurement providers, but a deeper look under the hood shows that the specifics of each ingredient and how they are deployed vary greatly. At a high level, there are common ingredients across the providers:

- Large, multi-million data footprints, including MVPD Set Top Box (STB) and/or Smart TV Automated Content Recognition (ACR) data to measure linear TV and CTV.

- Census-level data capture of CTV, digital and addressable ad impressions.

- Robust ad tech stack and ad tech partnerships that enable measurement of cross-platform ads performance, reduce complexity of implementation, and preserve consumer privacy.

- Robust methodologies to measure viewing holistically across the national U.S. population.

## Data at Scale

Convergent TV measurement starts with data at scale. Data at scale is essential for TV to compete with digital advertising on an audience targeting and performance measurement basis. For the purposes of this Guide, Linear TV means video and advertising on a television set that is delivered via MVPD or OTA and that is consumed as-scheduled by the programming provider or on a time-shifted basis (DVR and VOD). Streaming refers to video and advertising consumption on a Smart TV set that is delivered via streaming app or OTT device.

Linear TV consumption data has these main sources:

- Set top box devices (STBs) commonly used by households to access subscription services from MVPDs, including cable, satellite, and telecom programming distributors

- Automated Content Recognition (ACR) technology that is embedded in "Smart TVs," which are TV sets with an Internet connection

- Opt-in consumer research panels

- Program schedules and meta data that are matched to the underlying viewership data to indicate the content consumed

- Log file records of ads served to the consumer's TV, used primarily to measure addressable advertising by MVPDs

Measurement providers use one or all of the above data sources. Recently, the ANA and WFA  recommended a combined ACR/STB 'big data' and consumer panel approach for measurement.

## "TV Big Data" Advantages

The availability of millions of STB and ACR devices has dramatically improved the measurability and targetability of television. Sample sizes are in the millions from each measurement provider, enabling granular measurements of even narrow consumer targets and lightly viewed content. The data can be matched to databases containing consumer purchase behavior, interests, and other characteristics to define target audiences, as well as sales, location, and website visitation data. This data matching yields insights about video advertising effectiveness, efficiency, and performance.

## "TV Big Data" Challenges

Not all homes in the U.S. have TV sets that produce STB or ACR data, so the datasets that measurement providers license for use are not inherently representative of the total U.S. population. Not all television sets in the household are measured, especially in ACR datasets. STB and ACR data detect device tune-in, which does not tell us who and how many people are viewing.

The ARF DASH study estimates that twelve percent  of U.S. households consume linear TV over-the-air (OTA) using an antenna or similar device. These households are therefore excluded from MVPD STB data. The DASH study estimates that 13 million U.S. households do not have broadband internet at home. These households are excluded from Smart TV ACR data which require a broadband internet service. There are sub-populations in the U.S. where these conditions are more likely to be present. These groups are under-represented or not represented in STB and /or ACR data.

Accurate assignment of demographics and other consumer attributes is also a challenge when using STB and ACR data. Most consumer attribute data is assigned to viewing records using one or more match processes. The basis for the match can introduce inaccuracy (e.g.: the accuracy of the device graph information). The attribute data itself may be inaccurate or not timely.

## Consumer Research Panels

For the purposes of this report, consumer research panels are defined as fully consented groupings of consumers who have opted-in to longitudinal, electronic measurement of their video consumption. Many of the measurement providers in this Guide use, or are in the process of using, consumer

research panels to calibrate and/or validate STB and ACR TV datasets, but not for stand-alone measurements.

Consumer research panels can be a valuable as a source for insights, validation, and calibration of other datasets. Using panels, TV viewing measurement is typically at the persons and household level, instead of household-only measurement. Attempt can be made to recruit to include all segments of the population, including those that could be missing or under-represented in STB and ACR data, such as OTA households and non-broadband households. Panel data is based on opt-in from the consumer. Reporting the measurements does not require the permission of the publisher or advertiser.

A significant challenge in using consumer research panels is the relatively small sample size, which limits their effectiveness in applications such as "stand-alone" measurement, targeting and outcomes measurement. Panels can be subject to non-response and other biases, where some segments of the population don't participate or don't participate at the same level as other segments of the population and are therefore under-represented or not represented in the measurements.

It's worth noting that not all measurement providers use consumer research panels, and if they use them, they are used for a range of purposes. Many measurement providers use panels as a source of calibration, to account for missing or under-represented consumers and to better reflect total consumption of video. However, not all measurement providers believe that a panel is, or even can be, a "source of truth" for measurement.

Survey-based data, such as the ARF DASH study, have emerged as important sources of universe estimates and consumer behaviors that relate to streaming and MVPD subscriptions. These data can enable measurement providers to adjust their data to better reflect the streaming and linear TV universe.

## Ad logs for addressable MVPD advertising

Addressable advertising via an MVPD are ads delivered to the TV set based on the characteristics of the household. While all digital, streaming and CTV advertising is natively addressable, local, and national cable television advertising is typically delivered to all households within the MVPD footprint. Addressable advertising started in MVPD VOD and has expanded using Linear TV ad overlays, to show an addressable ad instead of the linear ad.

To include addressable advertising via MVPDs on a 'census' measurement basis, MVPDs typically provide ad logs to the measurement providers.

[3] For definitions including MVPD and STB, please see the Appendix.
[4] For definitions including ACR and CTV, please see the Appendix.
[5] Association of National Advertisers www.ana.net and World Federation of Advertisers Cross-Media Measurement - World Federation of Advertisers (wfanet.org)
[6] Advertising Research Foundation (ARF) Universe Study of Device and Account Sharing (DASH)



14



# Measurement Today: What We Discovered

One of the original objectives of the Guide was to provide a (blinded) comparison of actual ad campaign delivery and/or content measurements across providers so that users could better understand the range of reporting differences.

"Apples-to-apples" (same brand / same time period / same creative) ad campaign delivery comparisons were not possible, because measurement providers measure different brands at different times. It was possible, however, to see differences in the level of granularity reported, as well as the metrics used, and the platforms reported.

## Comparison of Ad Campaign Delivery Metrics Across Providers

All providers report the key impressions, reach and frequency metrics at the household-level for ad campaigns. There are differences in the extent to which cumulative reach across time is reported. These differences also included the extent to which providers report "unique" reach, which is the incremental reach delivered by, for example, a network, time period or ad unit, that is not also delivered by another network, time period or ad unit in the campaign. Not all providers report persons. Not all providers report "legacy" television metrics GRP and Average Audience.

15

- Ad impressions (000)
- Unduplicated reach (000)
- Cumulative unduplicated reach (ex: by day, week, month, campaign period)
- Unique reach (i.e., incremental reach for the network, time period, ad unit, etc.)
- Unduplicated reach as percent of universe
- Average frequency
- Frequency distribution
- GRP
- Average Audience
- Households and/or Persons

## Ad Campaign Delivery Breakouts

There are a wide range of dimensions used to break-out different insights in reports across measurement providers. No surprise, all providers report dimensions such as creative, programs/titles where available, ad lengths and a dimension of time. However, there are significant differences across measurement providers. The measurement provider may not be able to or have agreements in place that are necessary to collect ad impressions from specific sources/sellers. There are differences in geographic reporting, coverage of devices and platforms and the extent to which "Only-Only-Both" measurements are reported.

Here are common breakouts used in ad campaign delivery reports:

- Device (TV, CTV, mobile, desktop)
- Platform (AVOD, SVOD, Linear TV, FAST, etc.)
- "Only-Only-Both" (such as Linear TV Only, Digital Only, Both TV and Digital)
- Geography
- Inventory type (Linear TV, addressable, programmatic, direct)
- Inventory source/seller
- Programs/titles
- Creatives
- Ad lengths

- Time period/dayparts
- Audiences
- Households and/or Persons demographics
- TV viewer segments
- Day, day of week, week, month, and total campaign period

## Comparison of Content Measurement Across Providers

Each measurement provider received a list of specific airings of video programs from CIMM and were asked to provide measurements for each airing. The objective was to enable "apples-to-apples" comparisons of measurements across providers. However, it's important to note that not all providers measure content. Marketers and ad agencies lean heavily into ad campaign delivery measurement, so the priority for almost all measurement providers has been innovation in ad campaign measurement with a secondary focus on content measurement. Unfortunately, not all providers who measure content permitted their examples to be included in this Guide. To provide value to readers, we elected to evaluate what was provided but not publish the actual measurement examples due to the limitations above.

Many of the measurement providers profiled in this Guide start with a similar measurement framework, including millions of measured TV households, millions or billions of digital ad exposure observations, a device graph and sources of demographics and audiences. However, these similarities mask significant methodological differences that are described in the Measurement Provider Profiles section of this Guide.

When comparing content measurement examples, we found that the measurements were directionally similar but substantially different on an absolute basis. In other words, the differences in viewing within each measurement provider's dataset fell in expected patterns of larger and smaller audience sizes. However, in terms of absolute, numerical counts of audience size across providers,

there were significant differences across the providers, and the magnitude of differences was high, even double, or triple or more.

These size of the differences in reported audience estimates are difficult to explain. However, there are critical methodological differences across measurement providers that are likely the source of differences that include:

- The size and representativeness of the TV data footprint

- The size and representativeness of the matched data containing both digital and TV consumption that are typically the basis for de-duplicating viewing

- Whether viewing from all TV sets in the household is included and, if missing, how the missing TV set viewing is accounted for

- Whether viewing from other devices, such as mobile and desktop, is included

- The extent to which OTA, non-broadband, and households with ethnic or other characteristics are included and, if missing or under-represented, how the household types are accounted for

- The accuracy of the definition of a household, and how stable it is over time

- The accuracy of the match between digital and TV devices in the household

- The accuracy of the match between sources of demographics or audience data and the devices in the household

- Whether ad exposure is the basis for content measurement or whether content consumption is measured independently of ads

- The accuracy of the ad exposure and/or content detection technology

- The method used to extrapolate to the full U.S. population

- The accuracy of demographic and audience data

- The method to estimate persons and/or co-viewing

- The accuracy of TV ad schedules

- Whether the provider reports pre-telecast program titles, i.e., the schedule that is planned to run and subject to change, such as live sports), or as-run program titles (i.e., the actual programs and times)

- The sources of digital ad exposure data

- Other differences that are included but not limited to those described in this Guide.



17



# Measurement Provider Profiles

The eight industry-leading measurement providers profiled in this section of the Guide are powering linear TV and streaming ad investments with objective, third-party measurement to measure audiences and performance and accelerate revenue growth for both brands and publishers.

Below is a detailed profile of the eight measurement providers, unpacking the data and methodologies used to create their respective solutions.



# Profiles of Measurement Providers

## 1. 605

### 605 Company Statement

605 is an independent TV viewership, measurement, and attribution company. We have one of the largest and richest nationally representative multi-source viewership datasets in the industry, providing the scale needed for innovative linear TV and cross-platform solutions that quantify media investment strategies. They are unique in that their multi-source viewership data set is matchable, deterministic, and reported at the aggregated household level while leveraging census-based methods in a privacy compliant manner.

605's products include 605 DR1VE, 605 PLATF0RM, and 605 IMP4CT: planning, measurement, and attribution products, respectively. These self-service products offer powerful insights as well as audience-level reporting across linear TV, DVR, and VOD. Through 605's custom solutions, the systems are also capable of providing Cross-platform studies by ingesting the exposure files provided by clients (i.e., digital, addressable, CTV, etc.).

605's measurement reporting delivers efficiency metrics such as reach, frequency, average audience, index, unique reach, ad completion rate, and more. These efficiency metrics and reports fuel planning insights, inform

19

in-flight campaign optimizations and provide analytics solutions.

605's attribution reports provide effectiveness metrics that help quantify the outcomes driven by ad campaigns. These reports include metrics such as sales lift, visits, transactions, website conversions and more that tie campaign exposure to an outcome. They can also utilize survey data, clients' first-party data and/or website pixel data for more bespoke, multi-dimension attribution solutions.

605's methodology is built on modern architecture that enables 100% deterministic matching rights for advanced insights. At a high level, household-level TV viewership data, ad source data, and programming data is received on a nightly basis. Utilizing the 34 million household data footprint along with ID resolution partners, 605 can deterministically match exposure data across channels for measurement and attribution. 605 is then able to attribute performance to cross-channel screens and content to outcomes by utilizing their proprietary weighting methodology that projects all viewership to be nationally representative.

605 is dedicated to independence, scientific rigor, and results across all deliverables. With a growing business, 605 aims to provide solutions for all industries, serving both buy- and sell-side with transparent data and processes.

## What 605 measures (high-level description)

605 provides measurement and attribution for linear TV and cross platform ad campaigns. 605 measures linear TV viewership, content and ads data using 34 million U.S. households sourced from Smart TV (ACR) and MVPD (STB) households. 605 can connect to and ingest OTT and/or digital data from clients/partners. 605 has existing data connections with most major addressable providers and can ingest exposure logs directly from addressable providers. If the addressable partner is not able to provide ad exposure data for all exposed households, 605 can project the known exposures to represent the wider exposed audience in final reporting.

First-party outcome data is sent directly to 605 from their clients. Third-party data is either sourced directly from existing 605 partnerships or from a third-party data provider specified by the client. 605 has an always-on data feed of PlaceIQ mobile location data, received on a nightly basis. Sales data is sourced directly from clients or from Catalina/Affinity, and Automotive data is sourced from Polk. For web pixel solutions, 605 works with Experian or LiveRamp to have the data sent into their environment on a nightly basis. This data is confidential and used in client-specific instances only; the data is not publicly available for use through our products.

All incoming data is passed through Experian, who serves as 605's data spine, to resolve the IDs and match to a 605 household ID.

## 605 Methodology

## Data footprint

605's data is based on a combination of licensed STB data and ACR Vizio smart TV data covering 34 million viewership households. 605 reports that on average, 18 million of the total 34 million households qualify for reporting in a 30-day period.

## Ad impressions

605 utilizes Hive as its ad occurrence source data. To qualify for an ad exposure, the viewer has to be exposed to the ad for three seconds or more. Note that this is a parameter that can be adjusted by the client, as the threshold for viewing can be as small as 1 second or as large as the client would like.

Digital ad impressions are captured via a pixel tag installed by publishers. The data is then sent to 605 as this enables all impressions to be captured and utilized for measurement or attribution. Clients can also share ad-as-run / exposure files with us throughout the campaign or at the end for measurement and attribution.

## Competitive ad exposure

605 reports competitive ad exposure across linear TV channels. 605 does not report competitive digital ad exposure data.

## Content viewing

605 utilizes Gracenote for linear TV program schedules and for programming metadata. The program schedule data is matched to linear TV viewership consumption to assign program titles and network/station level.

As a managed service, 605 can provide clients with cross platform content viewership consumption and behaviors, as well as audience-level content breakouts across network, series, platform, daypart and more.

## Persons and Households

All 605 data is measured at the household-level. 605 deterministically matches each viewing home to its Experian household to attach demographic characteristics. They then balance the data using U.S. Census American Community Survey (ACS) and ARF DASH Survey, projecting to U.S. TV households.

## Cross-platform unduplicated reach

605's cross platform measurement methodologies allow measurement of ad exposure on individual and overlapping platforms. This is achieved by matching of linear TV and cross platform data to the 605 identity spine at the household level and using cross platform weighting methodologies. 605 is also able to ingest impression logs (with relevant identifiers) and/or place a pixel on media/websites for cross screen tracking and measurement.

Deduplication is performed using both deterministic and modeling techniques. Deterministically, 605 leverages the Experian identity spine to identify multiple sources of data for the same household. Additionally, they utilize specially designed cross-platform weighting methodologies to assess and report reach for Only/Only/Both platform combinations.

## Device Graph

Experian serves as 605's identity spine, however, 605 is partner-agnostic and can work with any partner dataset that is able to be matched through an ID resolution and data safe haven provider. 605 also works with device graph partners (Experian/LiveRamp) for digital tracking through pixels and can resolve raw event level log files.

Roadmap: 605 is evaluating opportunities to work with Blockgraph as an identity operating system for converged TV.

## Universe Estimates

605 uses the U.S. Census American Community Survey and ARF's DASH study as the sources of U.S. population estimates.



21

## Weighting

605 weights the data to 120 million U.S. TV households; households are projected using a combination of survey and U.S. Census data. 605 applies household weights to balance, adjust, and project the viewership data to correct for biases in the raw data and to ensure that published metrics mirror the overall population as closely as possible.

The result resembles the demographic and viewership profile of the U.S. TV household population as a whole. To achieve this, 605 uses ranking weighting to calculate a weight for every qualified home. These weights aim to represent a similar segment of unmeasured households among US TV households.

## Demographics and Audiences

605 uses Experian as the source of Demographic data.

For advanced audiences, 605 has a "Target Builder" feature in the product that enables users to create custom targets that can include viewership behaviors, demographics and psychographic attributes, purchase habits, lifestyle and more. The viewership attributes can be based on national ads, national networks and series, dayparts, time of day, and, if viewed live or time-shifted, on DVRs or VOD.

Clients can also send 605 their first party data / audience segments to be uploaded into the product for use or utilize 605's third party data partners such as Polk, Catalina, PlaceIQ for syndicated and custom segment creation.

## Integrations

605 is integrated with OpenAP, which enables clients to upload ad impressions without a pixel tag or log files. Integrations are also underway with Xandr buying systems and Conviva.

605's integration with Conviva will provide digital streaming data from approved programmers. The collaboration leverages Conviva's streaming events and 605's linear and time-shifted advertising and content data to de-duplicate content and ad consumption.

605 can connect / ingest any other OTT and/ or digital data at any cadence from client/ partners (given that supplementary exposure files are provided and keyed on a matchable ID that can be linked to a 605 ID via a third-party matching partner).

Roadmap 605 continuously reviews additional sources of data and sees the ability to add incremental capabilities through collaboration, incremental data licensing and/or planning partnerships currently under negotiation.

## Accreditation

605 is not currently seeking Media Rating Council (MRC) accreditation.

## Mobile and Desktop devices

Ad exposure on mobile and desktop devices is dependent upon a publisher or advertiser pixel tag.

## Dealing with measurement challenges: 605

## Non-broadband households

Non-broadband households are included in the STB viewership data that is the basis for 605 measurements.

## Over-the-air only (OTA) households

605 does not collect viewing from homes without MVPD or broadband service. 605 weighting methodology considers factors to predict a home's viewing behavior, including a home's dominant video input type of Cable/ Satellite/Telco, OTA, or CTV/Other.

## Households with multiple TV sets

605 has households with multiple TV sets from both MVPD/STB households and Smart TV/ ACR households. 605 uses weighting to project the data to account for multiple TV sets per

household. When multiple data sources report viewing for the same device, 605 only includes the measurement from one provider.

Roadmap: Inclusion of incremental tuning events for devices reported by two data providers.

## Hispanic households

605 uses Experian as the source of demographics, including identification of Hispanic households. 605 uses weighting to represent Hispanic households.

## Privacy

605 receives privacy-compliant household data and does not receive nor have access to PII information. 605 relies on Experian crosswalks where all PII is stripped, and all of the data is matched on Experian IDs. These Experian IDs are then matched back to persistent 605 HH IDs before being sent into the 605 environment for use.

## Deprecation of Digital IDs

605 reports that they use commercially available, industry leading third-party identity resolution partners that provide privacy compliant, identity resolution, data transfer and crosswalk solutions. This allows 605 to connect and transfer data between partners. 605 does not independently resolve IDs or cookies.

## Streaming Apps

605 does not measure content viewed in streaming apps, except for recent broadcast content that is identified by VIZIO/Inscape.

Roadmap: 605's integration with Conviva will provide digital streaming data from approved programmers. The collaboration leverages Conviva's streaming events and 605's linear and time-shifted advertising and content data.

## "Walled Gardens"

605 does not include aggregated ad impressions measurements from platforms such as Google and Facebook.

## Invalid Traffic (IVT)

605 does not use an IVT solution to screen digital ad impressions, however, 605 can integrate third-party ad fraud solutions if provided by the client.

## Time-shifted Viewing

605 includes time-shifted VOD and DVR measurements. MVPD STB data partners identify DVR and VOD viewing in their datasets.

## Local measurement

Local measurement / attribution is scoped through 605's Managed Services for feasibility. Since all of 605's reporting is reported at the aggregate household viewership level, 605 ties local viewership to Markets of interest and project the analysis to be nationally representative.

## 605 Roadmap

One of 605's core values is the ability to be data agnostic and allow partners to bring their own data for measurement and attribution, including linear, digital, and addressable sources. 605 is continuously vetting new partners and technologies (i.e., data clean rooms, sandbox environments, connected portals) for integration and will continue to do so in the future to ensure that we will be able to deliver on those core values. 605 currently supports campaign measurement and attribution for industry linear addressable initiatives such as Go Addressable and Project OAR and can bring this data together with linear and OTT.





## 2. Comscore

## Comscore Company Statement

Comscore is a trusted partner for planning, transacting, and evaluating media across platforms. With the most comprehensive data assets across digital, linear TV, Connected TV (CTV) and theatrical viewership, we are a powerful third-party source for reliable deduplicated measurement of cross-platform audiences. Today, our product offerings are both platform-specific (TV, digital, CTV) and cross-platform.

An example of our cross-platform products is Comscore Campaign Ratings (CCR), a cross-platform measurement solution providing advertisers with a complete view of their video investment across screens for an accurate understanding of true reach and frequency. CCR allows advertisers to measure deduplicated reach, UVs, and frequency across all screens – linear, CTV, CTV, desktop, and mobile. CCR also accounts for co-viewing on TV and CTV platforms, provides demographic distribution and person-level insights for each platform and overall campaign.

An example of our platform-specific measurement is Comscore TV. Below are a few key points that differentiate Comscore TV from our competitors.

We have one methodology covering local and national measurement. Put simply, we measure consumption at the zip-code level across all 210 local markets, and our national measurement numbers are the sum total of local market measurement. This is important for a lot of reasons – it means that we're providing an accurate representation of content and ad consumption whether you're looking at the local or national level. It also means that clients can evaluate the delivery of national campaigns at the local/zip code level with the same accuracy as they can at the national level. We are the only measurement provider in the market who can say this.

Scale – Comscore brings scale to our measurement from sourcing data via a variety of methods. We integrate directly with publishers to observe their video and web visitation events to form our digital census network. This digital census network collects more than 50 billion digital events per day, including 21 million mobile digital events per day. Those publisher integrations are further augmented by passive data collection from devices. We collect set-top box data from 35 million households. We collect Smart TV data from 13 million TV sets. Finally, Comscore collects information from panels, including digital consumption data from our one-million-person opt-in panel (which covers desktop/laptop usage, tablets, and mobile devices) and our Total Home Panel.

This scale improves the accuracy of our measurement data, so our clients can be confident that they know how many people their content or campaigns reach. Additionally, the collection of digital data unrelated to TV measurement helps us improve the quality

of our TV measurement data by informing processes like our device graph.

We've been delivering currency-grade measurement both nationally and locally for over a decade. That experience means that we know where currency data needs to reside, and as a result our data is deeply integrated with third-party processors (e.g., Media Ocean), sell side exchanges (e.g., OpenAP), SQAD, audit firms, rep firms, etc.

## What Comscore measures (high-level description)

Comscore measures content consumption and ad campaign delivery and outcomes for linear TV, CTV and digital platforms using advanced audiences. Measurement is for each delivery platform individually (linear TV/CTV, mobile, desktop) and on a cross-platform basis. Comscore provides measurement on a national basis and across 210 local markets.

Comscore linear TV measurement is based on viewing from 35 million MVPD homes from Comcast, Charter/Spectrum, Cox, Dish, AT&T U-verse and DIRECTV. DVR is captured from Dish, Comcast, and DIRECTV households. VOD is captured from 55 million households crossing additional MVPDs. Comscore measures CTV linear TV and time-shifted consumption from 13 million households, for both reporting and calibration. In some cases, Comscore provides streaming app content measurement.

For ads campaign reporting, these data are combined with digital ad impressions from ad server integrations, pixel tags and publisher-provided ad logs from CTV, mobile and desktop devices.

Comscore uses a blind-to-Comscore third-party match process with Experian to match demographics to MVPD STB households. Comscore uses various matching providers to onboard advanced first party and third-party audiences and digital ad impressions data. Data are weighted to the total U.S. household and persons populations and total ad impressions universe.

Comscore measures duplication within platform by observing it in multiple "single source" datasets. These observations provide training data into Comscore's de-duplication algorithms; the estimates are then applied to the weighted linear TV content measurements and linear TV and digital ad measurements.

Comscore fields online surveys (250,000 completes) in 210 local markets to collect information on TV viewing differences according to mode of consumption (cable, satellite, OTA, streaming, etc.), number of subscribers and types of services, including information about corresponding demographic breakouts. These data are used to weight and adjust the linear TV measurements.

Comscore uses Smart TV data to observe overlap between CTV households and digital ad impressions, as well as calibration of methodology such as to correctly assign viewing duration where the MVPD STB is on but the television set is off.

Initial estimates from Comscore TV reporting are available in 48 hours. Reports and data are available through a dashboard, data feeds and BI/API integrations and in ad buyer and ad seller systems, including MediaOcean, WideOrbit, FreeWheel and HudsonMX. Initial estimates from Comscore TV reporting are available in a 48-hour basis. Comscore content measurement is available on a syndicated basis. Cross-platform ads campaign delivery measurement is available on a proprietary basis.

## Comscore Methodology

## Data footprint

Comscore linear TV measurement is based on a footprint of 35 million MVPD STB homes from Comcast, Charter/Spectrum, Cox, Dish, AT&T U-verse and DIRECTV. DVR is captured from Dish, Comcast, and DIRECTV households. VOD is captured from 55 million households crossing many additional MVPDs. Comscore measures CTV linear TV and time-shifted consumption from 13 million households. Comscore claims that all 35 million MVPD

households are based upon a qualifier of reporting in the last five weeks.

Comscore maintains a 26,000 person U.S. mobile panel of which 24,000 qualify for reporting in a 30-day period. Comscore maintains a 320,000 person US desktop panel of which 238,500 qualify for reporting in a 30-day period.

Comscore maintains a "Total Home Panel" of over 7,000 recruited, opted-in households in which a meter is installed in the household's internet router. This meter observes desktop/laptop, mobile device, and connected TV traffic that passes through the home router.

Comscore conducts surveys in 210 local markets (250,000 completes) to capture information about viewing consumption and services. Comscore established an STB Laboratory to test and validate data from MVPD STB, CTV streaming devices and Smart TVs.

## Ad impressions

For linear TV ad impressions, Comscore matches Kinetiq ad occurrence / ad schedule data using timestamps to the MVPD STB linear TV (including DVR and MVPD VOD) consumption data. Addressable MVPD ad impressions are captured via MVPD-provided ad logs. Digital ad impressions are captured via ad server integrations or pixel tags, which enables a census of digital ad impressions to be captured.

Ad campaign delivery measurements include unduplicated reach, frequency, impressions, and other metrics. Comscore reports ad campaign delivery for persons and households. Persons are assigned to linear TV and digital data using the methodology described in the Persons and Households section of this document.

TV ads measurement covers national U.S. ads and local affiliate ads. A TV ad impression is defined as viewing for 5 seconds or more.

Ad exposure measurement on mobile and desktop devices is dependent upon a publisher pixel tag or publisher/brand-provided ad log files. Comscore measures streaming app consumption on CTV, mobile or desktop devices with permission of the streaming app owner where the app owner integrates Comscore SDK (software development kit).

Roadmap: Comscore has existing campaign measurement solutions for "Programmer Addressable" / "National Addressable", which measure a total campaign, including MVPD-inserted addressable advertising within a programmer's national ad campaign.

## Content consumption

Comscore sources linear TV program schedule data from Red Bee Media (formerly FYI). The program schedule data is matched to linear TV and DVR events based on timestamp to assign program titles and network/station. Metadata is also provided by Red Bee Media.

Comscore reports linear TV consumption and (separately) reports streaming consumption based on permission from streaming app owners. Comscore claims to report streaming content consumption, including program titles data, for 8 of the 29 streaming sources/apps on the CIMM streaming app list.

## Competitive data

For linear ad campaigns, Comscore provides competitive information on ad campaign delivery. For digital ad campaigns, Comscore does not report competitive ad schedules or ad campaign delivery. For digital ad campaigns, measurement is proprietary to the client.



# Persons and Households

Comscore measures persons and households in ads measurement and households in content measurement. For persons measurement, a 20 million household subset of STB households are matched to deterministic persons rosters. Persons are probabilistically assigned to the household for ad campaign delivery measurement using the personification methodologies below.

1. Household viewing rosters containing demographics are created for more than 20 million Comscore STB households via blind matches with third-party partners. The viewing behavior in different types of households (that is, households with different numbers of people of various demographics) is used to tease out the person-level behavior signals embedded in these household-level observations. An innovative data science algorithm then calculates viewing propensities for different person-level demographics.

2. These propensities are then applied to the full viewing data set using demographics and content metadata (such as network, genre, actual and/or 'like' telecasts).

3. The resulting persons viewing is projected / weighted to the total U.S. population.

For cross-platform measurement, Comscore assigns age and gender demographics to desktop and mobile ad impressions. These demographics are probabilistically determined at the cookie/unique ID level based on observed visitation behavior, using these data assets:

1. Impression-Level census data, which collects cookie/unique ID information for impressions tracked and served on a given campaign.

2. Comscore's desktop panel, measuring demographics of a site's visitors to infer demography of cookies/unique IDs visiting the sites.

3. Third-party demographic data, which includes cookie/unique ID-level data from several partners.

These three inputs, along with an understanding of the demographic distribution of internet users at large, are considered using a Bayesian framework to determine the probability that each cookie and unique ID belongs to a specific age and gender.

# Cross-platform unduplicated reach

Comscore utilizes multiple "single-source" datasets to observe overlap between platforms. These observations are used to create training sets for Comscore's de-duplication algorithms. The data points from the single-source cross-platform datasets are stitched together across platforms via Comscore's propriety device graph algorithms. The resulting dataset is used to calculate unduplicated, cross-platform content consumption and ads reach and frequency measurements. The observed measurements are an input into de-duplication algorithms, which are applied to the total TV viewing and census digital measurements for the U.S. population.

For example, linear TV and digital duplication is observed from TV households where Internet devices are metered, where exposure to both platforms is captured. The data from this single source dataset is used to estimate TV-digital overlap.

Comscore uses statistical techniques such as Bayesian updating of independence-assumption priors, maximum-likelihood estimation, and other techniques as appropriate.

# Identity / Device Graph

Comscore has its own proprietary, patented device graph and partners with Experian, LiveRamp and OpenID as matching services to link additional data to Comscore's device graph.

To match MVPD STB data to demographics, advanced audiences, and digital ad impressions data, Comscore uses a blind, deterministic, third-party match process. Comscore does not have access to personally identifiable information (PII) for this process.

27

# Universe Estimates

Comscore uses data from the following sources to generate TV Household Universe Estimates: S&P Global, US Census Population Data, Comscore's proprietary Local Market TV Survey, Devonshire Ltd., and Comscore's proprietary National Enumeration Survey.

Comscore defines a TV household as a home with at least one working TV capable of delivering video using an antenna, a satellite receiver or a cable/fiber connection or set-top box.

# Weighting

Comscore households are weighted to match the Comscore universe estimates on dimensions that include viewing behavior, device characteristics, age, gender, geography, demography, ethnicity, and other dimensions.

Comscore adjusts measurements to account for viewing differences between reporting households from Comscore MVPD partners and non-reporting households such that measurements are representative of reporting and non-reporting households. Comscore estimates the differences between its distribution of reporting households versus the television universe in each of Comscore's 210 local markets using the Comscore Local Market Surveys. Comscore's audience measurement methodologies use this information to calibrate the data Comscore receives from reporting households when estimating the audience viewing of non-reporting households.

Roadmap: Comscore's future cross-platform methodology creates a synthetic single-source panel, representing all persons and households in the U.S. The methodology assigns digital and linear TV consumption (ads and content) to pre-defined, person and household "units" in the population (300 million persons and 120 million households). As digital events are received, they are allocated to the persons and household units according to behaviors and demographic distributions observed in Comscore digital panels. Similarly, TV events observed from STB and Smart TV data sets are projected to the full population and then assigned into

the same person and household units, using observed overlaps from the Total Home Panel. Comscore intends to address deprecation of digital identifiers by introducing probabilistic cross-platform measurements into its current deterministic methodology.

# Demographics and Advanced Audiences

Comscore's primary source of demographics and household characteristics is from Experian. Comscore supports consumer data from IHS Markit ("Polk") for automotive, L2 for political, IRI for consumer-packaged goods, PlaceIQ for consumer visitation to physical locations, Experian's VantageScore for creditworthiness, AmeriLINK for consumer shopping habits and more.

Comscore also has the capacity to support matched first-party data. Additionally, Comscore has incorporated the Comscore Plan Metrix survey and its behavioral taxonomy, for both local and national TV.

# Integrations

Comscore measurement is accessed via an online portal/dashboard, data feeds, BI and API integrations.

Comscore is an approved measurement company in OpenAP's XPm framework. Comscore is integrated with the OpenID to enable the activation of advanced audiences. Comscore is also integrated with publisher ad sales systems and agency planning/buying systems, including MediaOcean, WideOrbit, FreeWheel and HudsonMX.

# Accreditation

Comscore recently underwent a Media Rating Council (MRC) accreditation audit for their Comscore TV product. The scope of the audit included selected reports within Comscore TV user interface for both National and Local measurement and included the age and gender demographics. The initial phase of the MRC audit was completed at the beginning of Q4 2022, which is now being followed by additional remediation work and additional auditing of

their new vMVPD reporting strata in the first half of 2023.

## Dealing with measurement challenges: Comscore

### Non-broadband households

Comscore's STB data includes broadband and non-broadband households. Comscore receives data from different collection methods (IP, telephone, etc.) and include all such households in our measurement frame.

### Over-the-air only (OTA) households

Comscore uses data from its Local Market Consumer Surveys to project OTA only viewing on a station-by-station basis. The adjustments account for households with access only to broadcast TV stations in the market and households that view broadcast stations in different proportions than MVPD households.

Comscore Local Market Consumer Surveys are fielded across all 210 markets and reported quarterly to collect information on TV viewing differences according to mode of consumption (cable, satellite, OTA, streaming, etc.), number of subscribers to different services and types of services, including information about corresponding demographic breakouts. The sample size is 250,000 annually.

Additionally, Comscore uses S&P Global (formerly SNL Kagan) for information on MVPD footprints, subscribers by service provider, etc. Comscore uses ZIP code demographics data from Devonshire Ltd.

Roadmap: Beginning in January 2023, Comscore's OTA calibrations will leverage Smart TV / ACR data inputs.

## Households with multiple TV sets

Comscore data is sourced from MVPDs which report tuning from all/almost all TV sets in each household. In cases where tuning data is received from a subset of TV sets (which can happen most often in DBS/satellite households), the missing tuning is estimated by comparing the viewing from "fully reporting households" to partially reporting households and apply a ratio estimator based on number of STBs present and number of STBs reporting, by network.

Comscore claims that 60% of their STB households have 2 or more devices, compared with Smart TV households where 90% report one device. Comscore utilizes Smart TV data for validation purposes, not audience measurement, which reduces the impact of Smart TV single TV set per households on Comscore measurements.

Comscore has a patent-pending method to deduplicate MVPD STB data and Smart TV/ACR data at the device level for use in a co-mingled STB/Smart TV data. The process pairs devices on a weekly basis to identify new and changing associations (e.g., consumer moves their Smart TV to a different location in the home; consumer gets a new set-top-box from MVPD).

## Hispanic households

Comscore reports Hispanic households and weights Hispanic households to their Hispanic universe estimates. Comscore uses US Census



29

data and demographics data sourced from Devonshire to estimate Hispanic universes. Hispanic viewing is identified with Comscore's MVPD match to third-party demographics sourced from Experian.

## Privacy

Comscore claims that they adhere to CCPA, COPPA and GDPR. Comscore has ISO 27001 certification for information security management and ISO 27701 certification for its privacy information management system. Comscore's privacy principles and privacy policy are available online.

## Deprecation of Digital IDs

Comscore currently uses a patented, deterministic device graph as the foundational identity management system. Comscore anticipates that a probabilistic device graph will be required as the industry moves away from persistent digital identifiers and as deterministic digital identifiers are deprecated. They are developing a probabilistic device graph to address the loss of persistent device identifiers. Comscore is using resources including the Comscore Total Home Panel to observe IDFA loss and persistent cookie loss and create a hybrid deterministic/probabilistic methodology.

Roadmap: Comscore intends to use its proprietary Total Home Panel to inform and validate the probabilistic device graph and has conducted an early test of the methodology to develop cohorts comprised of trackable and non-trackable digital identifiers.

## Streaming Apps

Streaming app content and ads consumption is measured with the cooperation of the streaming app owner. Comscore measures streaming ad exposure on 15 of the 27 ad-supported streaming apps/sources on the CIMM-provided list. Comscore measures streaming content consumption on eight of the 29 streaming apps/sources on the CIMM-provided list, including title-level identification where the content is on live TV, not on live TV and original programming.

## "Walled Gardens"

Comscore claims to partner with Walled Gardens for advertising and content measurement. Advertising campaigns running on YouTube, YouTube.com and YouTube TV can be measured in Comscore Campaign Ratings (CCR).

Roadmap: Comscore plans to incorporate Facebook reporting within CCR. Measurement of households that subscribe to a virtual MVPD (such as Hulu Live or YouTube TV) that do not also subscribe to a linear MVPD service is in "beta" reporting mode. Measurement will be based on Smart TV / ACR data and Comscore's Total Home Panel. Comscore is planning to include these vMVPD estimates in its currency measurements beginning in January 2023.

## Invalid Traffic (IVT)

Comscore uses proprietary IVT filters on all digital traffic.

## Time-shifted Viewing

Comscore reports time shifted viewing for linear TV DVR and VOD on a Live + same day, live + 1, Live+3, Live+7, Live + 15 basis.

## Local measurement

Comscore provides local measurement, covering national U.S. content and ads and local affiliate content and ads in 210 Comscore Local Markets.

## Comscore Roadmap

Comscore priority feature development on the roadmap:

(1) to include virtual MVPD measurement in TV currency metrics, as described above,

(2) including ACR data as a calibration input to TV currency metric to account for OTA viewership, and



## 3. Innovid

### Innovid Company Statement

Innovid delivers a unified view of converged TV advertising through its cross-platform, TV measurement solution, InnovidXP. Driven by over one billion video impressions processed daily and powered by the scale of our ad server that covers more than 95 million households, Innovid empowers thousands of advertisers to measure linear and CTV together – delivering a consistent, accurate analysis of ad delivery, performance and audience reach across devices and platforms, including walled gardens.

As an always-on independent global software solution, InnovidXP measures every form of TV advertising including linear, CTV and digital, addressable, and various forms of video on demand (AVOD, BVOD, etc.). The platform delivers real-time, cross-platform TV measurement, including audience demographics and attribution such as reach, frequency, unique and unduplicated reach, and outcomes. TV analytics are leveraged to inform planning and buying across linear and CTV advertising, directly driving media and creative optimizations.

The granularity of impression-based insights in the platform produces the metrics that matter to local, national, and global advertisers, assessing audience reach, along with the immediate impact and longer-

term effects of linear, CTV and converged TV campaigns. Innovid's cross-platform coverage includes more than 1,000 unique publishers globally, all 210 local DMAs and more than 75 international markets.

Real-time reporting is available at granular levels and on multiple campaign dimensions such as:

• Impression delivery

• Ad frequency

• Optimal reach and frequency

• Impression delivery and performance by creative and campaign

• Impression delivery and performance by network/publisher, day of week, time of day, genre, etc.

• Unique and unduplicated reach for CTV beyond linear and by each individual publisher and platform

• Conversions - Cost per response, cost per acquisition, etc.

• Online outcomes - web visits, registrations, sales, app downloads, etc.

• Audience

• Cross-device reach and frequency

Innovid generates revenue from three core offerings: ad serving, dynamic creative personalization and converged TV measurement. All revenue generated through the InnovidXP platform represents more

31

than 6,000 advertisers spanning CPG, Auto, Retail, DTC, Finance, Insurance, Travel, Entertainment, QSR, Education, Charities / Non-Profit, and Technology.

## What Innovid measures (high-level description)

Innovid measures the audience reach and effectiveness of TV advertising, including ad campaign delivery such as reach and frequency, the unique and unduplicated reach to understand incremental audiences across publishers and platforms, and online outcomes.

Cross-platform measurement is based on digital ad impressions from Innovid's ad server footprint and direct publisher certifications, combined with linear ad impressions data from various Smart TVs and other 3rd party data sources.

Innovid provides measurement for local, national, and global advertisers and covers all forms of TV, including linear TV, CTV, addressable and digital platforms, including some of the largest "walled gardens."

Innovid reports ad exposure on Linear TV, DVR, MVPD and VOD using data from Smart TV sets and reports streaming ad exposure on CTVs, mobile, tablet and desktop devices for most ad-supported streaming apps. Innovid also reports digital ad exposure captured via its ad server footprint, pixel tags and publisher-provided ad logs.

Innovid uses its proprietary device graph and identity framework, Innovid Key, to match linear TV ad exposure with streaming/digital ad exposure. The matched TV-digital data is the basis for cross-platform, unduplicated reach, and frequency measurement. Innovid weights households in the matched data subset to the U.S. population and projects digital ad impressions in the subset to the census of digital ad impressions captured on the ad server. Innovid works with multiple device graph providers to onboard 1st and 3rd party audiences, including TV viewership segments for advanced audience intelligence that informs targeting and activation.

Real-time reporting and data are primarily accessed via an always-on dashboard. However, clients also can receive raw data feeds or API/BI integrations. Innovid also works with industry and agency systems like OpenAP, MediaOcean, etc. Innovid measurement is not available on a syndicated basis.

## Innovid Methodology

## Data footprint

Innovid's global measurement is based on a footprint of linear and CTV households containing Smart TVs from Inscape/Vizio and other sources. Innovid claims a data footprint that has access to more than 95 million CTV households and 30 million linear TV households based on a combination of Smart TV datasets and certification across 1,000 publishers and platforms. Innovid reports that 13.5 million Inscape devices qualify for reporting on a weekly basis but did not provide number of households reporting.  Inscape reports that they have 22 million opted-in devices and approximately 1.1 devices per household. Innovid uses MVPD STB data for reports provided to MVPDs. Innovid does not identify MVPD partners.

## Ad impressions

Digital ad impressions are captured through Innovid's global ad serving solution. Additional data is collected when an ad tag is fired on a CTV device that has Innovid's proprietary SDK installed. For clients that do not use Innovid for ad serving, Innovid provides an impression tracker for implementation on third-party ad servers as well as a Response Tracker (running on advertiser websites).

For linear TV impressions, ad occurrence / ad schedule data is automatically created by a combination of proprietary and third-party ACR.

Innovid also measures MVPD addressable/DAI ad impressions.

For CTV ad impressions Innovid tracks second by second viewing as well as quartile and completes, and for linear they define an ad impression as exposure for 1 or more seconds.

## Competitive ad exposure

Innovid sources ad occurrence data from a 3rd party, which is used for measurement and attribution. Competitive intelligence is not currently core to the platform offer and is being evaluated for 2023.

## Content viewing

Innovid does not report on program viewing but does report on advertising at the program level.

## Persons and Households

Innovid measures households, defined by an IP address, and matches ad impressions to a partner device graph and to Innovid's proprietary identity solution, Innovid Key.

Persons measurement is currently being evaluated with TVision.

## Cross-platform unduplicated reach

Innovid matches ad exposure from its panel of Smart TVs to digital ad exposure using Innovid's identity framework, Innovid Key. The matching process creates a pool of households where both TV and digital ad exposures are observed, and is the basis for unduplicated, cross-platform reach and frequency calculations. The observed measurements are extrapolated to the total U.S. population and the total ad impressions universe.

CTV streaming ad impressions are captured on a census basis. Cross-platform ad impressions require the establishment of a dataset where both CTV/streaming and linear TV ad impressions are observed.

Innovid uses either Innovid Key 3p identities or cryptographically hashed, full-resolution IP addresses as the basis of the match between the linear TV and streaming/CTV ad impression datasets. The matched data is used to observe deterministic overlap between exposure on linear TV and ad exposure on CTV/streaming and to observe unique and duplicated reach. Innovid measures the unique reach of each channel (linear and CTV) at the publisher level and the overlap in ad exposure at the household level.

## Device Graph

Innovid uses Innovid Key for device graph functionality. Innovid Key's approach to household and device identification depend upon the partner (LiveRamp, OpenAP and Transunion). Innovid Key for first-party and third-party data matching.

In environments where subscriber IDs, IDFAs or other PII identity resolutions exist, Innovid has utilized Experian, Adobe, LiveRamp and others. Where no identity solution is available, such as cookie-less/ non-authenticated CTV, Innovid supports privacy compliant, hashed IP addresses for pseudo-identity. Desktop, mobile, and other devices associated with each household are linked using cryptographically hashed IP addresses matched to the viewing household.

## Universe Estimates

Nielsen is Innovid's source of U.S. regional population estimates.



33

## Weighting

CTV, mobile, and desktop impressions are not weighted as they are collected at the census level and therefore do not require weighting for extrapolation.

Linear impressions are weighted demographically in each of the 210 DMAs. Weighting coefficients are provided by Smart TV OEMs and validated against independent weighting using third-party demographic data. These are then weighted against regional demographics prior to scaling.

Scaling calculations take account of the expected number of TVs in any household, applying a logarithmic formula to adjust for the fact that not all households will have a relevant TV (i.e., one that captures viewership). Scaling can also be configured to apply demographic weighting and client-provided weightings.

## Demographics and Audiences

Innovid works with third-party data partners, such as TransUnion, to measure audience segments.

Third party segments are appended to each household and applied to impressions within the household. When first party segments are supplied at the impression level, these co-exist with the third-party segments. Measurement analysis is then presented by segment.

## Integrations

InnovidXP is accessible via an online portal/dashboard, and supports data feeds, BI tool integrations and APIs. Innovid is integrated with OpenAP.

Innovid is integrated with Mediaocean and maintains a proprietary campaign management API that can be integrated into other platforms upon client demand. Innovid lists integrations with publisher ad sales systems as "optional."

## Accreditation

Innovid is currently evaluating the recently released MRC Outcomes and Data Quality Standards. As of Q1 2023, Innovid has not moved to submit InnovidXP for accreditation, reporting that they are awaiting feedback from agency and brand partners as to the value of MRC accreditation within the measurement and outcomes space. Innovid's ad management platform, which encompasses ad serving and dynamic creative personalization, holds 10+ accreditations, related to ad impression measurement across desktop, mobile and CTV. For a full list of Innovid accreditations, please visit the MRC website.

## Mobile and Desktop

Ad exposure and TV ad performance is available cross-device, including mobile and desktop.

## Dealing with measurement challenges: Innovid

## Non-broadband households

Innovid models viewing in non-broadband households and includes it in the universe estimates to which the data is weighted. The model is not specified.

## Over-the-air only (OTA) households

Innovid models viewing in non-broadband households and includes it in the universe estimates to which the data is weighted. The model is not specified.

## Households with multiple TV sets

Innovid's approach to measurement takes into account the expected number of TVs in any household. Innovid applies a logarithmic formula to adjust for the fact that not all households will have a relevant TV (i.e., one that captures viewership).

## Hispanic households

Innovid does not report viewing by ethnicity.

## Privacy

Innovid claims that they are compliant with CCPA and GDPR.

## Deprecation of Digital IDs

The link between linear TV or CTV viewership and web outcomes does not rely on cookies. Hashed IP addresses are a proxy for household identity, and it is possible IP Address could be redacted for web users on certain devices and browsers. It is likely there will be increased obfuscation of IP addresses in the future.

Innovid supports a range of non-cookie, non-IP based identities through its Innovid Key technology. Innovid Key facilitates third-party identity resolution through LiveRamp (including ATS) and TransUnion / OpenAP with plans to add ID.5 and UID2 support. Innovid invests in approaches to identity modeling and extrapolation for cases where direct measurement is not possible.

## Streaming Apps

Many streaming apps limit or prohibit measurement via Smart TV ACR. Streaming app content and ads consumption is measured with the cooperation of the streaming app owner. Innovid measures streaming ad exposure on 24 of the 27 ad-supported streaming apps/sources on the CIMM-provided list. Innovid does not measure streaming content consumption at the title-level.

## "Walled Gardens"

Innovid includes aggregated ad impressions measurements from platforms such as Google and Meta (Facebook/Instagram).

## Invalid Traffic (IVT)

Innovid filters for GIVT across all ad impressions, including OTT ad impressions, following guidelines established by MRC.

## Time-shifted Viewing

Innovid does not measure time-shifted viewing on linear TV.

## Local measurement

Innovid can break-out 210 local television markets for reporting purposes.

## Innovid Roadmap

Innovid's roadmap is focused on unified measurement across all platforms for more accurate and consistent approach to counting and ascribing value, informing data-driven audience reach and activation, optimized media planning and buying, and creative strategy. The roadmap includes:

• Automated cross-publisher frequency management

• Converged TV age/demographic reporting

• Co-viewing for linear, CTV and Converged TV

• Cross-platform reach and frequency simulation for media planning

• Converged TV content viewership





## 4. iSpot

## iSpot Company Statement

iSpot.tv is a real-time TV measurement company used by brands and networks to measure every second of linear ads on TV and unify linear and streaming across 400 top publishers and platforms. iSpot measures the complete lifecycle of TV advertising from concept to airings and audience verification to conversion in a single platform, iSpot delivers fast, accurate and actionable insights for planning, buying, and optimizing TV.

iSpot originates measurement using its patented ad catalog, on screen verification from a panel of 40 million opted-in Smart TVs, 12 million set top boxes and a proprietary device graph that includes millions of connected phones, tablets and computers and billions of connected pixels, giving customers a complete view into ad exposures, attention metrics, business outcomes and brand lift from TV and streaming investments.

iSpot's scale, precision and expertise enable industry specific benchmarks, brand specific KPIs and emerging currencies that networks and brands can use to justify, optimize, and transact on. The company offers CTV validation products that prove the on-screen delivery and value of streaming advertising and iSpot's Unification offering is the default measurement system for CTV platforms including the Trade Desk.

- Complete Campaign Lifecycle Measurement for Advertising: iSpot measures ad campaigns from concept to conversion in a single unified platform, including creative testing, media verification, attention measurement and business outcomes including conversion, lift, foot traffic, app activity, web, and call center activity.

- Full Spectrum Ad Coverage: iSpot has a patented system for the detection, tagging and on-screen verification across linear, VOD, time shifted delivery and is expanding to include streaming, AVOD and CTV. iSpot captures TV creatives for more than 40,000 advertisers over 10+ years with 1.8M ads.

- Unified, Cross-Platform Measurement: Purpose-built to ensure uniformity and quality of data captured across all forms of linear TV and 400+ streaming publishers/DSPs that brings together millions of devices, websites, and brand-level activity.

- Competitive Insights & Benchmarking: Current and past ad performance, competitors' creatives and media plans, and industry and event-specific norms.

- Real-Time Results for Data-Driven Optimizations: Real-time in-market measurement to adjust on the fly, monitor creative wear, and measure media delivery.

- Large-Scale, Representative Panels: TV ad impressions across 40 million Smart TVs, set-top boxes, and 300+ streaming platforms/DSPs are connected to household demographic and co-viewing data, and extrapolated based on the US Census. In Q4 of 2022, iSpot made a strategic investment in TVision Insights, which gave the company exclusivity to person level data covering 900 CTV sources for the purposes of currency products. Creative assessment data is also balanced to the US Census with the largest sample sizes for rapid creative testing.

- Top Data Scientists & Media Experts: 100% US-based team of leading data scientists and highly experienced media experts.

- Industry Integration: iSpot data can be leveraged within platforms like Neustar, Oracle, Snowflake, etc., or within their own internal tools to perform advanced MTA, MMM and TV ROAS analysis. iSpot is integrated into The Trade Desk and claims to be the default system for measuring incrementality, with various integrations with TV network systems for transactions.

## What iSpot measures (high-level description)

iSpot measures program and ad campaign delivery and ad outcomes for traditional and advanced audiences, based on digital ad impressions from pixel tags, publisher-provided ad logs or direct integrations with networks. This is combined with linear TV ad impressions data from Inscape/VIZIO, LG Smart TVs and 5 other unidentified OEMs and calibrated with STB data and personified with a proprietary use case of TVision's panel. iSpot uses its proprietary ACR technology to create the ads catalog that is the basis for detecting and verifying ad impressions on Smart TVs.

iSpot measures digital content consumption based on partnership integrations with streaming apps and Conviva.

iSpot measures content consumption, ads impressions, reach and frequency and outcomes on linear TV, DVR and MVPD VOD on a national basis. This covers national broadcast TV networks, national cable TV networks, syndication covering local airings in >50% of US households and local broadcast television in 210 DMAs in their syndicated Media Measurement service.

iSpot measures CTV, mobile and desktop content, and ad impressions via its non-syndicated Unified Measurement service. Reporting is dependent upon agreement with the streaming app provider, integration with Conviva (for content) and use of a pixel tag (for ad impressions).

iSpot uses IP address as the primary method to match Linear TV households with streaming/digital ad exposure. The matched TV-digital data is the basis for unduplicated reach and frequency measurement. iSpot adjusts the data using ARF DASH for digital media usage behaviors and characteristics and STB data to provide greater household coverage. iSpot adjusts time-shifted viewing using TiVo STB data. iSpot projects the matched data to the U.S. population and ad impression universe.

Epsilon is the primary source of demographics. iSpot onboards 1st and 3rd party audiences, including TV viewership segments for targeting. Reports and data are available through a dashboard, data feeds, API/BI integrations, OpenAP and agency planning/buying systems.

## iSpot Methodology

## Data footprint

iSpot's data footprint is comprised of more than forty million opted-in Smart TVs from seven OEMs, calibrated with data from 12 million Set Top Boxes and a person-level panel of 5,800 households. iSpot has integrations with Epsilon, TransUnion and Experian and location-level data from PlaceIQ. iSpot captures digital ad impressions using server integrations and pixel data.

## Ad impressions

The process starts with an iSpot ad catalog, created using iSpot ACR technology. iSpot sends the iSpot ad catalog to VIZIO and LG to identify ad impressions from linear

37

TV stations and networks. The ad catalog enables measurement of ads that run on linear TV (including DVR and VOD), CTV or both within the VIZIO and LG data footprints. TMS is the source of supplemental metadata for ad impressions.

Digital ad impressions are captured via a pixel tag installed by publishers or server to server integrations. This enables all impressions to be captured.

## Competitive ad exposure

iSpot has a catalog of 1.9 million creatives, and ads measurement for more than 300k ads per year. This allows reporting competitive ad schedules and ad exposure sourced from its own ACR technology and ad catalog. Ads are categorized by creative, brand, industry, parent company, genre, demographic, age, daypart. Programs are categorized by airings, shows, networks, type of impression (linear, VOD, OTT). Attention metrics, network viewership, addressable ads, creative variations, and onscreen messaging are reported.

## Content viewing

iSpot measures linear TV content consumption using a proprietary method that includes ACR fingerprinting, on screen verification, show and ad pod verification. iSpot measures streaming content consumption using a similar method that also includes sensor level app data from Conviva and direct integrations with inventory owners.

iSpot reports on 27 of the 29 streaming apps on the CIMM streaming app list and reports on consumption at the app and program/title-level.

## Persons and Households

iSpot content consumption, ad campaign delivery and on-screen verification is measured based on person and households. Households are defined by a mix of verifiable signals including IP address. iSpot recently made an investment in TVision and uses the TVision panel to determine the probability of who, within the household, is in front of the TV across a variety of different household types. The probabilities describing who is in front of the TV are then applied to the household impression data using the demographics of persons living in the household. iSpot also verifies viewership using a proprietary system that references viewing behaviors, uses statistical model and persistent consumer surveys.

## Cross-platform unduplicated reach

iSpot has a Unified Measurement methodology to match ad exposure from its footprint of Smart TVs to digital ad exposure and content consumption from Smart TVs to streaming consumption. The match primarily uses IP Address. The matching process creates a pool of households where both TV and digital ad exposure or consumption is observed, and is the basis for exposure measurement and unduplicated, cross-platform reach and frequency measurements. The observed measurements are extrapolated to the total U.S. population and the total ad impressions universe.



# Identity / Device Graph

iSpot groups ad impressions data into households using Epsilon IDs. Devices are matched to households using IP Address. iSpot works with third-party device graph partners Experian, LiveRamp, Epsilon, Adobe, Oracle, TransUnion and Neustar to onboard/match first- and third-party audience segments and viewership audiences for advance targeting.

# Universe Estimates

U.S. Census is the source of U.S. population estimates. The population estimates are supplemented by the ARF DASH study (approximately 10,000 survey sample size).

# Weighting

iSpot projects their data to 122.8 million U.S. households. iSpot establishes two "panels" for the purpose of weighting to adjust for viewing by primary and secondary television sets in Smart TV households. iSpot weights the data to be demographically and geographically (market-level) representative of the U.S. population

# Demographics and Audiences

Epsilon is a source of demographics. iSpot has validated the demographics by comparing them to Oracle data. Additional validation is in progress. iSpot reports persons 2+, 18+ and multiple segments. iSpot reports persons 7+, for program ratings

iSpot onboards first- and third-party audiences through partnerships with multiple device graph vendors. Marketers can choose their preferred device graph vendor for this process.

# Integrations

iSpot measurement is accessed via an online portal/dashboard, and supports data feeds, BI tool integrations and APIs. iSpot is integrated with OpenAP and with agency planning/buying systems including The Trade Desk. iSpot data can be leveraged within platforms like Neustar, Oracle and Snowflake. iSpot is not integrated with publisher ad sales systems.

# Accreditation

iSpot is currently seeking MRC accreditation for its ad schedule/ad airings data. iSpot intends to seek accreditation for ad impressions data after ad airings accreditation.

# Mobile and Desktop

Ad exposure on mobile and desktop devices is dependent upon a publisher pixel tag or publisher/brand-provided ad log files

# Measurement challenges: iSpot

# Non-broadband households

Non-broadband households are included in the universe estimates to which the service is weighted; however, whether non-broadband households are measured is not specified.

# Over-the-air (OTA) viewing

OTA households are included in the universe estimates to which the service is weighted, however, how OTA households are measured is not specified. iSpot claims to be able to isolate OTA viewing and report on it via custom analytics.

# Households with multiple TV sets

VIZIO, LG and five other OEMs used by iSpot typically measure one OEM's TV set per household. iSpot addresses the missing viewing that could result by weighting the data as two separate "panels'' (primary TV set and secondary TV set) and adjusting viewing levels to levels observed in a footprint of 12 million Set Top Box (STB) households. The STB data enables correction for under/over reported viewing and other issues such as SD/HD viewing skews.

# Hispanic households

Hispanic households are included in the universe estimates to which the service is weighted. iSpot's data footprint consists of

more than five million Hispanic households. iSpot does not break-out ethnicity for reporting purposes in its dashboard. iSpot reports the major Spanish language networks. Spanish speaking audiences (and other ethnicities) can be broken out through custom analytics.

## Privacy

iSpot uses Smart TV data and brand-authorized data that is obtained via double opt-in with express and informed consent. iSpot claims to adhere to CPPA and COPPA and complies with the US Agreement that's governed by GDPR.

## Deprecation of Digital IDs

iSpot claims to have a methodology to improve loss of fidelity due to cookies deprecation; however, the methodology is not specified. IDs are periodically refreshed using partners such as Experian, Epsilon and LiveRamp.

## Streaming Apps

Several streaming apps prohibit or limit measurement via Smart TV ACR. iSpot does not measure ads that run in streaming apps where the app owner prohibits measurement unless the publisher or advertisers incorporates a pixel tag or provides log files of ad exposure.

iSpot measures streaming ad exposure on 27 of the 27 ad-supported streaming apps/sources on the CIMM-provided list. iSpot measures streaming content consumption on 27 of the 29 streaming apps/sources on the CIMM-provided list, including title-level identification when the content is on live TV and not on live TV. iSpot measures original programming via partnerships with networks and via Conviva.

## "Walled Gardens"

iSpot does not include aggregated ad impressions measurements from platforms such as Google and Facebook, but it has integrations with YouTube.

## Invalid Traffic (IVT)

iSpot does not currently use an IVT solution to screen digital ad impressions. Linear and streaming impressions on Smart TVs are only counted when a TV Is on, verified 'on the glass.' In the event of false impressions delivered to external streaming devices from the Smart TV when the TV if off, iSpot can detect them.

## Time-shifted Viewing

iSpot reports ad impressions as Live+Same Day only or combined with time-shifted impressions as needed. Time-shifted buckets include L+3, +7, and up to 30 days.

## Local measurement

iSpot does not provide measurement for local television markets but enables local market breakouts in the national measurement service.

## iSpot Roadmap

iSpot priority feature developments on its roadmap include:

- Network filtering to measure incremental streaming on a per-network basis
- Advance audience segment filtering within cross-platform solution for networks
- Integration with Mediaocean Prisma, Tunity, the out of home measurement system it acquired in March 2022.
- Integration with CoreMedia Systems
- Out of home (OOH) integration and ratings development
- Demographic breakouts by race within cross-platform and media measurement services
- Competitive data for streaming/CTV



# 5. LiveRamp Data+Math

## LiveRamp Data+Math Company Statement

LiveRamp is a trusted, neutral platform for the fragmented TV, CTV, and digital ecosystem. It enables clients to connect data within their enterprise and cloud solutions, collaborate with partners and activate data. With more than 500 integration partners, 160 programmatic platforms and customer experience applications, LiveRamp helps transform data into meaningful customer interactions.

Today advertisers have more choices than ever before. More devices, more viewers, more content, more platforms. Through a common, interoperable ID (RampID) that is deterministically matched in a privacy compliant manner, LiveRamp enables customers to join fragmented, disparate data sets together. The data can be distributed for measurement and be used by clients for operational, data science and self-serve measurement solutions. LiveRamp has partnerships across major television networks and digital platforms.

LiveRamp measurement applications include cross screen measurement, TV ad exposure data feed and LiveRamp Data Hub. LiveRamp measurement is enabled by LiveRamp's RampID interoperable identifier and the LiveRamp's cloud-based identity translation layer.

LiveRamp's cross-screen measurement offering, Data+Math (D+M), is a trusted dashboard offering utilized across publishers, brands, and agencies. By tapping into LiveRamp's identity graph centered around RampID, D+M provides a 360-degree view of impressions delivered to households to deliver cross-screen Reach/Frequency view - and deeper connection to business outcomes for attribution measurement.

Data+Math licenses linear TV data from Comscore and Inscape or receives Linear TV exposure data from MVPDs or media owners directly, CTV/OTT data, most major DSPs, streaming audio, and digital display publishers. The data are matched using the LiveRamp device graph, which is used to facilitate integration with client first party and third-party data for audiences and/ or conversion events data reporting. Data is reported at the household level.

LiveRamp's Vizio sourced TV Ad Exposure Feed offering allows customers to export direct data feeds of households exposed to their brand's ads or include their competitor's exposures. The feed, centralized on RampID, is cleansed, and configured so that it is readily consumable by the client's in-house analytics environments.

41

Cross-screen data from publishers and brands are also made available in LiveRamp Data Hub, a collaborative, self-service framework for custom analytics and/or activation use cases that maintains privacy controls such as reporting minimums and transparency. This program is currently a Beta offering.

Data+Math enables marketers to measure TV's impact on audiences and business outcomes at scale, across screens and across formats, Data+Math provides cross-screen reach, frequency and attribution using a customer's first-party data (such as sales, app installs, usage tracking, sign-ups), website visitation data (via a website pixel tag), app downloads, and Nielsen Catalina-sourced sales and units data.

## What LiveRamp Data+Math measures (high-level description)

Data+Math measures advertising campaign delivery and outcomes for the TV universe and advanced audiences, based on digital ad impressions from pixel tags and publisher-provided ad logs, combined with linear TV ad impressions.

Linear TV is measured via Data+Math is integration with Comscore and Vizio Inscape. Both partners provide a panel of Comscore or Vizio Inscape TV households that meet reporting qualifications to measure linear TV impressions and reach.  In addition, Data+Math can onboard a media owner's specific viewership footprint through LiveRamp where the media owner shares the footprint and exposure data.

Streaming, audio, and digital ad impressions on CTV, OTT, mobile and desktop devices are captured via pixel tags and ad server logs. Digital ad impressions are matched to the linear TV panel via LiveRamp's device graph. The TV data are the panel basis for unduplicated reach and frequency measurement. Digital ad impressions data are scaled/weighted to represent the universe of digital ad impressions.

Data+Math onboards first- and third-party audiences, including TV viewership segments,

using the LiveRamp device graph. Third-party demographics are sourced primarily from Epsilon.

## LiveRamp Data+Math Methodology:

## Data footprint

Data+Math measures TV viewership in 30 million U.S. households, sourcing data from one or more TV providers including Comscore, Ampersand, Comcast, Spectrum, DirecTV, Dish, Cox and Inscape/Vizio.

Data+Math creates an in-tab sample that is nationally representative using Comscore and Inscape households. Households are selected based on TV viewing behavior, demographics, and cross-device/web visibility. Linear TV in-tab sample that qualifies for reporting in a 30-day period: Comscore (8-10M), Inscape (3-4M), Ampersand (16-18M).

## Ad impressions

Data+Math incorporates TV ad exposure data from various sources:

- Kinetiq's ad catalog of Linear TV ad occurrence / ad schedule data: The ad occurrence data is matched to Comscore and Inscape/Vizio viewership data to identify ad exposure. The ad catalog enables measurement of ads that run on linear TV (including DVR).

- Inscape ACR (auto-content recognition) of Linear TV ad occurrence / ad schedule data: The ad occurrence data is matched to Comscore and Inscape/Vizio viewership data to identify ad exposure. The ad catalog enables measurement of ads that run on linear TV (including VOD).

- Via MVPDs and TV programmers directly through exposure files sent through LiveRamp.

Streaming and digital exposure are captured through pixel tags or ad log exposure feeds. Data+Math does not use a minimum number of seconds threshold to report streaming and digital ad impressions, however streaming

tags can be enabled with a third-party verification partner's on-view event instead of the impression event.

Roadmap: Connecting TV and digital ad exposure in clean rooms and the cloud.

## Competitive ad exposure

LiveRamp does not report cross-screen competitive ad schedules or ad exposure. LiveRamp's Vizio sourced TV Ad Exposure Feed allows customers to export data feeds of households exposed to their competitor's Linear TV ads, reporting timestamp, network, program, and creative name.

## Content viewing

Data+Math does not measure content (program level) viewing.

## Persons and Households

Data+Math provides measurement of households defined by LiveRamp's device graph. Data+Math does not measure at the persons-level.

## Cross-platform unduplicated reach

LiveRamp measurement is based on advertising campaign delivery on Comscore viewership data, Inscape/Vizio Smart TV data, or publisher provided TV exposure data, supplemented with digital ad impressions on CTV/OTT/streaming, mobile and desktop devices. Data+Math pairs exposure and attribution data to one household Ramp ID to enable unduplicated reach metrics.

1. Linear TV impressions and reach: LiveRamp creates a sample from the TV data source using in-tab rules (households must appear in TV viewership a minimum threshold per month or quarter) and qualification rules (households must appear in national demographic dataset). Each household is assigned a weight such that the sum of the weights in a sample add up to the TV viewing universe in the US. TV impressions and reach are calculated using this weighted sample.

2. Digital impressions: Digital impressions are captured via pixel tags, server ad logs or other data. Digital impressions are matched to the Linear TV sample above to calculate digital impressions within this sample. The universe of impressions in the raw digital data is used to scale up the observed, matched impressions to represent platform, property (network) and date.

3. Cross-screen Reach: In parts 1 and 2 above, a single household might have one weight for TV and different digital impressions "scale factors" depending on the platform, property, and date. To calculate cross-platform reach, scale factors are calculated for each household for all (TV and digital) impressions at the same grain of platform, property, date. The scale factors are aggregated into a single effective weight for the household, determined by its impressions on different platforms. These effective weights are then used to calculate cross platform reach.



## Device Graph

Data+Math leverages LiveRamp's RampID and identity products. For linear TV, LiveRamp anonymizes and resolves TV device IDs to LiveRamp RampIDs at the household level. When a digital ad exposure is collected with a pixel or log files, the included online IDs are processed via the LiveRamp device graph, resolving these exposures to a RampID. Data+Math matches ad exposures back to the Data+Math sample, which is also resolved to the same RampID. Cross-screen ad exposure and conversion data are matched to one household Ramp ID to enable unduplicated reach metrics.

## Universe Estimates

Nielsen is the source of U.S. population estimates.

## Weighting

National ad campaigns are typically projected to the TV household universe estimate published by Nielsen. There are cases where ad campaigns are projected to the media seller's footprint instead (such as Ampersand or Samsung).

Data+Math creates in-tab samples that are nationally representative using Comscore or Inscape households. Households are selected based on TV viewing behavior, demographics, and cross-device/web visibility.

## Demographics and Audiences

Epsilon is the primary source of demographics. LiveRamp onboards additional first- and third-party audiences through the LiveRamp device graph.

## Integrations

LiveRamp claims to have an identity infrastructure with more than 500 integrations. Data+Math is integrated with OpenAP and an approved OpenAP XPm measurement provider.

Data+Math measurement is accessed via an online portal/dashboard, API integrations, data feeds and BI tool integrations including Tableau, Looker, and Bokeh. Data+Math is not integrated with publisher ad sales systems or agency planning/buying systems.

## Accreditation

Data+Math is not currently seeking Media Ratings Council (MRC) accreditation.

## Mobile and Desktop devices

Ad exposure on CTV, OTT, streaming, mobile, and desktop devices is dependent upon a publisher pixel tag or publisher provided ad log files. The captured online IDs are matched to a household using LiveRamp's identity graph and resulting in a true view in household cross-screen reporting.

## Dealing with measurement challenges: LiveRamp Data+Math

## Non-broadband households

Measurement of non-broadband households is dependent upon the source of TV viewership data. Whether measured or unmeasured, they are included in the universe estimates to which the data is weighted.

## Over-the-air only (OTA) households

Measurement of OTA households is dependent upon the source of TV viewership data. Whether measured or unmeasured, they are included in the universe estimates to which the data is weighted.

## Households with multiple TV sets

Measurement of multiple TV sets per household is dependent upon the source of TV viewership data. Comscore includes multiple sets per household and is weighted/adjusted to represent this universe. Vizio Inscape ACR generally measures one TV set per household. Data+Math does not make its own adjustments to the data for number of television sets.

Either Comscore or Inscape/Vizio data is used in Data+Math measurements, not both, therefore Data+Math does not de-duplicate households that may contain both a Vizio TV set and an MVPD STB.

## Hispanic households

Measurement of Hispanic households is dependent upon the source of TV viewership data. Whether measured or unmeasured, they are included in the universe estimates to which the data is weighted. Data+Math believes they are getting an accurate representation of Hispanic households through their partnership with Comscore.

## Privacy

Data+Math claims that LiveRamp meets current privacy standards. Certifications for CCPA and GDPR or other privacy compliance were not specified.

## Deprecation of Digital IDs

LiveRamp reports that they are continuing to invest in premium publisher integrations, which are built on PII and non-cookie platform identifiers.

LiveRamp expects other current tracking mechanisms such as pixels or IP address alone to run into regulatory hurdles, therefore LiveRamp is supporting the ability to work between multiple identity infrastructures via clean room and cloud transcoding solutions.

## Streaming Apps

Streaming app content and ads consumption is measured with the cooperation of the streaming app owner. Data+Math measures streaming ad exposure on 19 of the 27 ad-supported streaming apps/sources on the CIMM-provided list. Data+Math does not measure streaming content consumption at the title-level.

## "Walled Gardens"

Data+Math does not include aggregated ad impressions measurements from Walled Gardens such as Google and Facebook.

## Invalid Traffic (IVT)

Data+Math does not use an IVT solution to screen digital ad impressions, however its streaming tags can be enabled with a third-party verification partner's on-view event instead of the impression event.

## Time-shifted Viewing

Measurement of time-shifted viewing is dependent upon the source of TV viewership data.

LiveRamp does not distinguish between linear TV VOD and DVR ad exposures in reporting.

## Local measurement

Data+Math does not provide measurement in local television markets.

## LiveRamp Data+Math Roadmap

LiveRamp's acquisition of DataFleets technology is the basis for enabling marketers to access data for their own data science, attribution, and analytics.

Product releases include:

*February 2023:* Beta launch of LiveRamp Data Hub in Safe Haven: Including query thresholds; controls for data governance; many-to-many collaboration.

*2023:* Upgrades to the Data+Math reporting attribution model, including longer duration and customized timeframe reporting

*2023:* Upgrades to cross-screen measurement household identity spine to include digital-only HHs (cord cutters) to allow for multiple currency and measurement providers to calculate their own metrics while still maintaining a sense of reference that is a large data set vs a proprietary panel approach.

45



## 6. Nielsen

## Nielsen Company Statement

Nielsen delivers audience measurement representative of the US population for both ads and content. Nielsen provides viewership and impact analytics primarily to media publishers and marketers and their advertising agencies for linear television, streaming and digital. Nielsen delivers comprehensive coverage of national ads – nearly 100% of linear TV ads, more than 90% of digital ads and more than 75% of CTV ads.

Audience insights are available by household, age, gender, and many other characteristics. Reported characteristics include hundreds that are collected directly from Nielsen's panels and data integrations through third party research firms or clients' first party data. Nielsen delivers de-duplicated reach and frequency measurement for ads and content via Total Ad Ratings and Total Content Ratings.

Through Nielsen's impact solutions, clients can optimize marketing ROI throughout the customer journey. Nielsen has also embarked on a transformation of its audience measurement suite of solutions to deliver Nielsen ONE – a cross-media first product suite that will launch at the end of 2022. With the involvement of several early companies participating in the Nielsen ONE Alpha program, Nielsen ONE Alpha is designed to offer both comparability and audience deduplication across all screens (linear TV, connected TV, computer and mobile).

Nielsen's areas of distinction include the following:

1. Representative – delivering audience estimates fully representative of the US population, including race, ethnicity, geography, education, cable status (with broadband only and over the air homes) and coverage of connected device providers including Hulu, Roku, Amazon and more.

2. Comprehensive and Person Level – measuring all operable TV sets in the home, all devices connected to those TV sets, all people in the home including visitors, the vast majority of content owners

3. Transparent – continually audited by an independent third party and delivering detailed methodology reviews to MRC committee for accreditation process.

Nielsen currently provides cross platform measurement and planning services for ads and content. Nielsen's solutions set is evolving to Nielsen ONE which will have comprehensive, resilient and deduplicated cross-media measurement. The platform will provide reach, frequency and other audience metrics across linear programming, streaming, connected TV (CTV) and digital channels. This will enable buying and selling of media using a single currency that is trusted, independent and standardized across the industry.

## What Nielsen measures (high-level description)

Nielsen measures content consumption and ad campaign delivery and outcomes for linear TV, CTV, and digital platforms, based on demographics and audiences for linear TV measurement and demographics and advanced audiences for ads measurement.

Nielsen linear TV content and ads measurement uses consumption data from 41,000 U.S. households / 101,000 person consumer research panel where Nielsen meters are installed for measurement. Linear TV content measurement includes DVR and MVPD VOD when the ad schedule is the same as the linear TV ad schedule. When the MVPD VOD ad schedule is not the same as the linear TV ad schedule, it is credited as "Library VOD" and reported separately from the Nielsen currency metrics.

These measures are supplemented with streaming measurement on CTV, mobile and desktop devices where the publisher uses Nielsen technology (SDK) for measurement. Ads measurement on linear TV is from the Nielsen TV panel. Ads measurement on CTV, mobile and desktop devices is based on pixel tags and client-provided ad logs.

Nielsen provides measurement on a national basis and across 210 local markets, called Designated Market Areas (DMA).

Reports and data are available through a dashboard, data feeds and BI/API integrations and in ad buyer and ad seller systems. Nielsen content measurement is available on a syndicated basis. Ads campaign delivery measurement is available on a proprietary basis.

## Nielsen Methodology

### Data footprint

Nielsen linear TV measurement (including DVR and MVPD VOD) is based on 41,000 randomly selected U.S. households (approximately 101,000 persons). 38,000 households

(94,000 persons) qualify for reporting in a 30-day period.

Nielsen provides out-of-home viewing from a 60,000-person panel where viewing is detected via a portable meter using passive (watermarking) technology. Nielsen has separate 32,000-person desktop panel, 18,000-person mobile panel and panels in local markets. The desktop and mobile panels are used to inform demography for desktop and mobile measurements.

Roadmap: Nielsen is incorporating MVPD STB and Smart TV ACR data into its Nielsen ONE measurement service. The methodology has not been specified.

## Ad impressions

Nielsen uses Nielsen AdIntel ad occurrence / ad schedules matched to Nielsen linear TV consumption data from the Nielsen TV panel to identify viewing to advertising.

Linear TV ad impressions are also detected using Nielsen's active/passive meter for advertisers that watermark the ads. Nielsen partners with Extreme Reach to automate ads watermarking. Digital ad impressions are captured via ad server integrations or pixel tags, which enables a census of digital ad impressions to be captured. Digital ad impressions are matched to linear TV ad impressions using Nielsen's device graph.

Ad campaign delivery measurements include unduplicated reach, frequency, impressions, and other metrics. Nielsen reports ad campaign delivery on a persons basis. Persons are determined from the Nielsen TV panel and projected to the digital ads universe.

A linear TV ad impression is credited as follows: the viewing source that is tuned for the majority of a minute receives credit, and any ads within that minute are receive credit for that audience. For Digital & CTV, Nielsen counts the ad impression when the pixel tag fires and provides options to apply qualifiers including MRC Viewability standard.

Roadmap: Addressable MVPD ad impressions from Dish, DirecTV, Vizio and Roku is

47

on Nielsen's roadmap. Nielsen ONE will enable inclusion of ads overlays in the measurement and sub minute measurement (15 seconds or more interval) and measurement of individual ads.

## Content consumption

Nielsen linear TV content and ads measurement is based on viewing from 41,000 randomly selected and recruited U.S. households to create a representative, longitudinal consumer research panel. TV sets in Nielsen households are installed with an active/passive meter.

The primary means of identifying content and ads on linear TV is using "passive" technology. The "passive" technology identifies watermarks in programming and ads that have been inserted by publishers and advertisers. The watermarks are matched to a dictionary of watermarks to identify the content and the advertising. "Active" technology is used where watermarks are not available. Active technology creates fingerprints of content and ads as they are viewed and matches them to a dictionary of fingerprints established by Nielsen as it monitors programming.

Once tuning events are detected, they are matched to program schedules and metadata provided by Gracenote and provided by the publishers.

Demographics are captured using a remote-control device. Households are instructed to identify whether they are in the viewing audience using a remote-control device programmed with household member names and providing for guests. Household members and guests are prompted approximately every 30 minutes to indicate whether they are in the viewing audience.

Approximately half of Nielsen households also have a streaming meter installed which captures consumption on streaming apps, reported at the total app-level. Nielsen reports program/episode-level detail for streaming providers Netflix, Amazon, Hulu, Disney+ and AppleTV.

Nielsen's primary C3 Average Audience metric is the average of minutes where the majority of each minute is advertising, capturing live and time-shifted viewing over a three-day period. VOD ads exposure outside of the C3 window is captured where MVPDs watermark the advertising, enabling the DAI feed to be identified and reported.

Roadmap: Nielsen is expanding its data footprint in an initiative called Nielsen ONE to enable measurement at a more granular level than can be achieved using a research panel alone. The initiative will incorporate MVPD STB and Smart TV ACR data. Nielsen consumer panels will be used to validate and calibrate the STB and ACR data and measure audiences missing from the STB and ACR footprints.

## Competitive data

Nielsen reports competitive ad schedules and competitive ad campaign delivery for linear TV and CTV using its TV panel. Ad campaign delivery measurement on CTV, mobile and desktop, where data collection requires pixel tag or other tech integration by the advertiser, is proprietary to the client.

## Persons and Households

Nielsen measures persons and households for linear TV and CTV content and ads measurement. Nielsen measures persons for streaming on mobile and desktop devices and digital ads measurement.

## Cross-platform unduplicated reach

Nielsen observes duplication across linear TV and streaming for persons within households installed with both the TV active/passive meter and the streaming meter. Duplication is further observed across mobile and desktop devices after the digital ad impressions and content, if applicable, are matched to the household using the Nielsen device graph.

## Device Graph

Nielsen uses its own device graph to match mobile and desktop device ads impressions to

Nielsen TV panel data. Nielsen's device graph is integrated with Experian's device graph.

Roadmap: Nielsen intends to integrate with additional third-party device graphs.

## Universe Estimates

Nielsen uses data from the U.S. Census and a proprietary Nielsen enumeration survey to generate TV Household Universe Estimates:

Nielsen defines a television household as a home with at least one operable TV/monitor with the ability to deliver video via traditional means of antennae, cable STB or Satellite receiver and/or with a broadband connection.

## Weighting

Nielsen households and persons in the TV panels are weighted to match Nielsen universe estimates on dimensions that include geography, demography, ethnicity household size and other dimensions. Weighting is also used to account for daily variations in household and persons participation. Nielsen evaluates the weighting controls annually to ensure the weighting model is consistently using the characteristics that are most related to tuning.

Nielsen reports that as of February 2022, 18 of the 25 LPM (active/passive meter) markets and 19 of 31 TV set meter markets are +/- 2 percentage points from the Universe Estimate for the following market characteristics: Hispanic, where applicable, Black, Age of Householder <35, 35-54 and 55+, Cable+, OTA, BBO, HH Size 1-2, 3-4, and 5+, Presence of any children <18.

## Demographics and Advanced Audiences

Demographics are captured directly from Nielsen panelists. For national panelists who are also measured in local markets using set meters, and for national panelists with unidentified demography, demography is assigned using a methodology called Viewer Assignment Methodology.

Additionally, Nielsen can match panelists to third-party sources of consumer data or use fusion methodologies to report additional demographics. Nielsen works with third-party providers MRI Simmons, Nielsen Catalina Solutions, Nielsen Buyer Insights, Polk, and Quotient and can support first party data integrations.

Viewer Assignment is a statistical technique that uses demographic-based tuning event in 'people meter' households and assigns demographics to tuning events in 'set meter' households where the household demographic composition is known but not the demographics for each tuning event.



## Integrations

Nielsen measurement is accessed via an online portal/dashboard, data feeds, BI and API integrations.

Nielsen is integrated with OpenAP to activate advanced audiences. Nielsen is integrated in publisher ad sales systems and agency planning/buying systems.

## Accreditation

Nielsen is currently seeking Media Rating Council (MRC) re-accreditation for its measurement services.

## Mobile and Desktop devices

Ad exposure measurement on mobile and desktop devices is dependent upon a publisher pixel tag, publisher integrations or publisher/brand-provided ad log files. Streaming app content consumption on mobile or desktop devices is dependent upon permission of the streaming app owner as is reported through separate products, including Digital Ad Ratings (DAR), Digital Content Ratings (DCR) and dTVR.

## Dealing with measurement challenges: Nielsen

## Non-broadband households

The Nielsen panel includes non-broadband households.

Roadmap: Nielsen intends to change how it uses the Nielsen panel (methodology unspecified) to fill in the gaps in MVPD STB and Smart TV data, including measurement of non-broadband.

## Over-the-air only (OTA) households

The Nielsen panel includes OTA households

Roadmap: Nielsen intends to change how it uses the Nielsen panel (methodology unspecified) to fill in the gaps in MVPD STB and Smart TV data, including measurement of OTA households.

## Households with multiple TV sets

The Nielsen panel measures all TV sets in the household.

## Hispanic households

The Nielsen panel includes Hispanic households. Nielsen uses an area probability sample, in-person recruitment, differential (higher) incentives, Bilingual (English and Spanish) field staff and recruitment materials, weighting, and other techniques to maximize participation by groups including Hispanic households.

## Privacy

Nielsen does not specify compliance with CCPA and GDPR.

## Deprecation of Digital IDs

Matching digital ad impressions to Nielsen's TV panel relies on digital IDs to establish which ad impressions and mobile and/or desktop devices belong to the same household. Nielsen's current ID resolution system is a consent-based system.

Roadmap: Nielsen intends to contextual data (metadata) to create a probabilistic device graph to address gaps in IP Address coverage. Nielsen supports use of universal identifiers such as UID2.0 and ID5 and hashed email addresses.

## Streaming Apps

Nielsen measures streaming ad exposure on 26 of the 27 ad-supported streaming apps/sources on the CIMM-provided list. Nielsen measures streaming content consumption on 26 streaming apps/sources on the CIMM-provided list including title-level identification where the content is on live TV. Nielsen measures streaming content consumption on 16 of streaming apps/sources on the CIMM-provided list including title level identification where the content is not on live TV. Nielsen measures original programming on streaming apps/sources for 6 streaming apps/sources.

Nielsen measures Vizio WatchFree, Samsung TV Plus and Roku Channel live streaming/FAST channels streaming apps.

## "Walled Gardens"

Nielsen does not include aggregated ad impressions measurements from platforms such as Google and Facebook.

## Invalid Traffic (IVT)

Nielsen does not specify IVT solutions or partners.

## Time-shifted Viewing

Nielsen reports time shifted viewing for linear TV DVR and VOD on a Live+3 and Live+7 basis.

## Local measurement

Nielsen provides local measurement, covering national U.S. content and ads and local affiliate and syndication content and ads in 210 DMAs.

## Nielsen Roadmap

Nielsen priority feature development on the roadmap is Nielsen ONE, which incorporates MVPD STB and Smart TV ACR data in the measurements.



# 7. Samba TV

## Samba TV Company Statement

Samba TV is a global leader in first-party data for TV & omni screen audiences, advertising, and analytics. Samba TV's Automated Content Recognition (ACR) software is integrated into the hardware of leading Smart TV brands (24 globally, 10 US), and provides insight into content viewership and advertising exposure across broadcast, cable, OTT, and digital media.

As a leader in cross-platform measurement today, Samba TV provides campaign measurement for top marketing, publishing, and agency clients for audience delivery, deduplicated reach and frequency, as well as business outcomes. They offer live campaign dashboards (updated every 24 hours) that clients tap into for in-flight campaign optimization, including a view of audience aggregated and deduplicated impressions by channel and by individual TV, CTV, and digital publishers. Additionally, Samba TV offers exposure-level reporting for all these metrics.

Samba TV measurement products and services are built on first-party, deterministic TV viewership data from their U.S. research panel of 3 million ACR households, normalized at the DMA level to be representative of the U.S. population geographically and demographically (age, gender, ethnicity, income). Samba TV's TV data footprint is the most diverse and

representative, as it is pulled from the greatest number of Smart TV manufacturer partners in the industry. Their U.S. panel, proprietary identity graph covering 106M U.S. HHs, and a variety of log-level and pixel integrations across the publisher/platform landscape enable their multi-channel, partner, screen, creative and tactic-level measurement products.

Samba TV's services are differentiated based on these key benefits:

- First Party Data and End-to-end Owned Tech Stack: Samba TV's ACR technology is built into the Smart TVs of manufacturing partners. They capture exposure to content and ads using their own technology assets including an identity graph, ad schedule and curated measurement panel. Samba TV's solution is fully connected end-to-end, with no loss of fidelity when measuring the overlap of ads between their TV panel and identity graph, which allows Samba TV to capture and measure more advertising insights at the most granular levels.

- Measurement Panel: Samba TV's first-party U.S. TV data footprint is diverse and representative, drawn from 10 Smart TV manufacturers who sell TVs at nearly every price point and combination of features, across a multitude of retail distribution channels. Their panel is 100% opt-in and consists of only ACR data to accurately capture the ever-evolving viewership landscape.

- Identity: Samba TV is an identity leader and service provider, with an owned and operated 106M HH US Identity Graph, which serves as the spine for their cross-channel measurement products. This identity solution takes a private graph approach that deduplicates multiple sources of identity to a single household, allowing for the clean and precise integration of multiple identity keys and numerous third-party data sets for licensors.

## What Samba TV measures (high-level description)

Samba TV measures content (programming, network, and platform) consumption across linear TV (inclusive of DVR and VOD) and streaming TV, as well as advertising impressions, reach, frequency, and outcomes across linear TV (inclusive of DVR/VOD), streaming TV, linear addressable and digital platforms. Measurement is delivered on a national basis and locally in the top 20 DMAs.

Ad exposures for linear TV, DVR, VOD, and select linear addressable and streaming, are captured via ACR technology. The majority of linear addressable TV, streaming TV, and all digital advertising across mobile, tablet and desktop screens are captured via Samba TV pixel tags and publisher-provided ad logs.

Samba TV uses its own U.S. TV panel and identity graph to match CTV and digital ad impression data to linear TV consumption and ads data. The matched results are extrapolated to the total U.S. household population and total ad impressions universe and are the basis for unduplicated reach and frequency measurement.

Experian is Samba TV's primary source of demographic info. Samba TV can onboard first- and third-party audiences, including TV viewership segments for advanced targeting.

Reports and data are available through a dashboard, data feeds and BI integrations. Samba TV licenses its raw data but does not currently offer content measurement or advertising exposure data on a syndicated basis.

## Samba TV Methodology

### Data footprint

Samba TV's TV measurement is based on a footprint of approximately 3 million households using Smart TV sets from 10 manufacturers. The manufacturers include Sony, Phillips, Sharp, Toshiba, Sanyo, Element, Magnavox, Seiki, Westinghouse, and TCL. Approximately 1.8 million of the total 3 million household footprint qualifies for reporting in a 30-day period.

### Ad impressions

Ad exposures for linear TV, DVR, VOD and select linear addressable and streaming are captured via ACR technology. The majority of linear addressable TV, streaming TV, and all digital advertising across mobile, tablet, and desktop screens, are captured via Samba TV pixel tags and publisher-provided ad logs. Social, digital radio and other walled-garden publishers work with Samba TV by providing direct API access or ad logs for deduplication and inclusion in measurement.

Linear TV ad occurrence data is supplemented with ad occurrence data from Kinetiq to increase local affiliate spots and align the data to industry-standard brand taxonomy. This enables a census of digital ad impressions to be captured. Digital ad impressions are matched to Samba TV households using Samba TV's identity graph.

An ad impression is defined as viewing for 5 seconds or more.

### Content consumption

Samba TV captures linear TV program schedule data using ACR. The program schedule data is matched to linear TV consumption data to assign program titles and network/station. Metadata is provided by Redbee Media.

Samba TV reports linear TV consumption and streaming consumption as it occurs using OTT devices (Amazon Firestick, Roku, etc.). This includes programs that run on linear TV for which there is a program schedule, and

programs that run on streaming apps that have been pre-ingested into the Samba TV system. Samba TV has an extensive streaming content library with more than 22,000 hours of content. Samba TV is currently adding more than 1,500 hours of new content per month. Content can also be specifically ingested to meet client needs.

Samba TV reports audiences to programming across linear, streaming, and FAST platforms. Samba TV supports reporting at the title, network, seller (vendor), platform and device type levels of granularity.

## Competitive data

Samba TV reports competitive ads across all linear TV channels. Streaming ad exposure is reported when collected via Samba TV ACR. Samba TV does not report competitive digital ad exposure data collected via pixel or ad log.

## Persons and Households

Samba TV measures household viewership behaviors and reports on persons within households when reporting demographics but does not personify or report ad exposures or co-viewing impressions. Experian is Samba TV's primary source for demographics, and Samba TV can onboard first- and third-party advanced audiences, including TV viewership segments for advanced targeting.

## Cross-platform unduplicated reach

Samba TV matches content consumption and ad exposure from its footprint of Smart TVs to digital ad exposure using their proprietary 106M household identity graph. The matching process creates a pool of households where both TV and digital ad exposures are observed. This is the basis for unduplicated, cross-platform reach and frequency measurements. The observed measurements are extrapolated to the total U.S. population and the total ad impressions universe.

## Identity / Device Graph

Samba TV's identity graph uses a deterministic / probabilistic hybrid matching algorithm that utilizes 70 days of historic data to match a device to a household.

Samba TV's Identity Graph is anchored around TV sets, which are an immovable household indicator. Samba TV leverages a variety of technology and partnerships to map the mobile, tablet and desktop devices in each household surrounding those TV sets. Samba TV claims that this TV-focused identity model is unique for identification and measurement of streaming TV advertising.

Identifiers are collected from Samba TV enabled televisions, Smart TV partners, and using the Samba TV pixel tag. Samba TV's identity graph utilizes IP, cookies, MAIDs, device IDs and proprietary Samba TV IDs, as well as location and timestamp, to create device and household level mappings (hashed emails on the Q4 2022 roadmap). Samba TV validates its identity graph via partnerships with Experian and LiveRamp.

Samba TV has integrations with leading identity partners (Experian, LiveRamp, Neustar, TapAd) to enrich their graph and improve the ease of onboarding customer datasets

## Universe Estimates

Samba TV sources universe estimates from Nielsen (Nielsen Local Television Market Universe Estimates and National Television Household Universe Estimates).

## Weighting

Samba TV Smart TV households are weighted to match Nielsen universe estimates and 121 U.S. households. Samba TV has Smart TVs in all 210 DMAs in the U.S. and the distribution of TVs aligns with the distribution of households in the U.S. Samba TV then weights its panel against the annual U.S. Census American Community Survey (ACS) data for geography and demographics (age, gender, ethnicity, income).

Samba TV reports that in their most recent panel, median HH weights range from 5 to 25

households in the U.S, meaning that for the DMA with the sparsest coverage within the Samba TV panel a single HH would represent at most 25 other households.

## Demographics and Advanced Audiences

Experian is Samba TV's source of household demographics. Samba TV also creates advanced audiences defined using TV viewership and ad exposure data (such as Cord-Cutters or Light/Medium/Heavy Viewers, or Sports Fans).

Samba TV onboards first- and third-party audiences for advanced targeting through partnerships with identity graph vendors including LiveRamp, Neustar, Experian and TapAd. Samba TV can also work with partners such as Transunion, Adstra and Acxiom. Marketers can choose their preferred identity graph vendor for this process.

## Integrations

Samba TV measurement is accessed via an online portal/dashboard, data feeds and BI tool integrations. Samba TV does not currently support API integrations. Samba TV is not currently integrated with OpenAP, publisher ad sales systems, and agency planning/buying systems.

## Accreditation

Samba TV is not currently seeking Media Rating Council (MRC) accreditation.

## Mobile and Desktop devices

Ad exposure on mobile and desktop devices is gathered via publisher pixel tag or publisher/brand-provided ad log files. Samba TV does not measure consumption from streaming apps on mobile or desktop devices.

## Dealing with measurement challenges: Samba TV

## Non-broadband households

Non-broadband households are not measured. They are included in the universe estimates to which the data is weighted.

## Over-the-air only (OTA) households

OTA only households are not measured. They are included in the universe estimates to which the data is weighted.

## Households with multiple TV sets

Samba TV measures one TV set per household. If there is more than one smart TV set in the household, Samba TV retains the primary television set in the measurements.

## Hispanic households

Samba TV reports that their unweighted Hispanic composition within their measurement panel closely aligns to the U.S. Census. (17.6% in Samba TV vs. 18.5% in Census). Samba TV reports a weighted Hispanic population difference of 0.0032% vs. the US Census.

## Privacy

Samba TV is certified as GDPR compliant by ePrivacy and applies the GDPR standards globally. Global application of the GDPR standards, including processing the consumer's personal information based on opt-in consent, advances Samba TV's compliance with other data protection laws. Additionally, Samba TV complies with the unique components of other applicable data protection laws such as the CCPA and its requirement to provide the consumer with a "Do Not Sell My Personal Information" website opt-out.

A certified government auditor has designated Samba TV to the Children Online Privacy Protection Act's Safe Harbor based on its compliance with COPPA.

Samba TV is ISO 27001 certified.

## Deprecation of Digital IDs

Samba TV will continue to collect signals from Samba TV HHs, which includes a unique television identifier and IP address in both the U.S. and international markets.

Digital browsing data capture will be impacted by digital ID deprecation. Samba TV says they are committed to continuing to capture or source signals that will still be available after the changes and/or lean on partners that are able to collect these signals reliably, including Experian and LiveRamp.

The Samba TV identity graph methodology is rooted in first-party, 100% opt-in ACR TV data. Samba TV does not foresee that deprecation will impact the ability to run a strong graph. Samba TV states that they are committed to being identifier-agnostic and meeting the market with identity solutions.

## Streaming Apps

Many streaming apps prohibit or limit measurement via Smart TV ACR. Samba TV measures content and ads from streaming apps on Smart TVs where the consumption occurs via an OTT device. Samba TV measures ads from streaming apps where the publisher or advertiser incorporates a pixel tag, ad server integration, or log files.

Samba TV does not measure content or ads from streaming apps that are installed / pre-installed on the Smart TV set because streaming apps generally prohibit measurement.

Samba TV measures streaming ad exposure on 27 of the 27 ad-supported streaming apps/sources on the CIMM-provided list. Samba TV measures streaming content consumption at the title-level on 29 of 29 streaming apps/sources on the CIMM-provided list where the content is on live TV and for original programming. Title-level measurement of streaming content consumption is limited for content not on live TV.

Roadmap: To provide greater insight into streaming content viewership, Samba TV is creating a re-weighted panel based on households where OTT devices are used for streaming.

## "Walled Gardens"

Samba TV does not include aggregated ad impressions measurements from platforms such as Google and Facebook in their cross-publisher reporting. Samba TV has partnerships with Facebook (and other walled environments) to enable single publisher measurement.

## Invalid Traffic (IVT)

Samba TV typically partners with MOAT for digital ad verification services but can utilize the clients preferred partner as needed. Samba TV utilizes opted-in Smart TV households that have been cross-validated by the Samba TV Identity Graph and Experian. Outliers such as abnormally high household level IP traffic and device counts are filtered from the data.

## Time-shifted Viewing

Samba TV can measure streaming AVOD, streaming SVOD, MVPD VOD, TV VOD and DVR consumption. There are limitations on distinguishing these content sources from each other when measuring linear TV-originated or syndicated content.

## Local measurement

Samba TV measurement covers national U.S. content and ads, local affiliate content and ads, and local operator/MVPD ad inventory in the top 20 DMAs.

## Samba TV Roadmap

Samba TV priority feature development on the roadmap:

- Samba TV plans to launch a new measurement platform for cross vendor reach and frequency measurement to enable deeper insights and interactivity from the delivery layer of our solutions.

- Samba TV recently launched an incremental reach dashboard designed to allow advertisers the ability to optimize digital campaigns mid-flight for more efficient reach expansion.

- Samba TV is actively developing their next generation of measurement delivery offerings to increase flexibility, surface new learnings, and improve the overall experience.



## 8. VideoAmp

## VideoAmp Company Statement

VideoAmp is an advertising measurement and optimization platform increasing the value of advertising by redefining how media is valued, bought, and sold. The VideoAmp platform automates advertising workflows, deduplicates audiences across traditional TV, streaming video, digital media, and walled gardens and connects media exposures to an advertiser's sales.

VideoAmp provides two types of measurement:

- Audience Measurement: VideoAmp enables advertisers and publishers to analyze cross-platform reach and frequency across demographic and advanced audiences and identify share-shift opportunities to maximize reach at the optimal frequency. VideoAmp provides demographic and advanced audience measurement for linear, digital, and cross-platform content and campaigns.

- Outcome Measurement: VideoAmp enables advertisers to quantify the online, offline, or tune-in conversions delivered as a result of ad exposures with Multi-Touch Attribution and Lift. VideoAmp solutions assign fair and accurate credit to each touchpoint along the consumer journey and identify the most effective partners and audiences at driving ROAS.

VideoAmp's competitive advantages lie in the following areas:

- Foundation in Cross-Platform Measurement: VideoAmp was founded in 2014 to measure audiences across platforms and capture changing viewership behaviors. VideoAmp has invested heavily in building technology to support the use of big data for cross-platform measurement, and now, currency.

- Data Quality and Methodology: VideoAmp's proprietary commingling process solves for inaccuracies and gaps in a single data source, like Smart TV or Set-Top-Box alone. VideoAmp commingles Set-Top-Box (STB) and Smart TV Automatic Content Recognition (ACR) television exposure datasets, ingesting, cleansing, and enriching to earn the dataset the label of currency-grade.

- Focus on Privacy: Along with our partners, we moved measurement towards a more secure future using privacy technologies and 'cleanrooms', making integration easy for publishers across use cases, using VideoAmp UIs and APIs to simplify, facilitating advanced measurement with fewer query constraints and allowing for more complex methodologies and requiring only one day of publisher resources.

- Holistic Workflows: VideoAmp powers workflows across the advertising ecosystem including planning, activation, measurement, and optimization.

- Interoperability: VideoAmp integrates with buy and sell side including OpenAP, Lake5, Mediaocean, Freewheel, Operative, MSA, and Star Media, with others coming.

- Industry Initiative Participation: VideoAmp commits best-in-class measurement assets, including being charter sponsor of the ARF DASH study, license to S&P's Kagan data, and participation in the HyphaMetrics Content Metrics and TVision/Gemius trials.

- Talent: VideoAmp has heavily invested in talent over the past two years, from key executive hires to bolstering engineering teams. With its exponential growth, VideoAmp has preserved a culture of high-performance with a laser-focus on creating the tools and software the buy and sell side need to make more sophisticated, data-driven decisions.

## What VideoAmp measures (high-level description)

VideoAmp measures both content and advertising, across demographic and advanced audiences, with the ability to connect advertising exposure to business outcomes through multi-touch attribution and lift. Measurement includes linear TV, streaming and digital platforms on a national and local basis to provide a holistic view of performance for both advertisers and publishers.

Cross-platform measurement consists of a variety of linear TV and digital data sources. Digital ad exposure is captured via a measurement pixel and publisher-provided ad logs, which can be integrated within a data clean room as a privacy-first, closed environment to enable matching of first party data with partner data. In addition, VideoAmp works with Conviva to provide census-level streaming content measurement.

For linear data, STB and Smart TV ACR data are comingled and deduplicated from sources including Inscape/Vizio Smart TVs, DISH STBs, TiVo STBs, Frontier STBs, and Comcast STBs. VideoAmp measures content consumption, content reach and ad impressions as well as reach and frequency and outcomes on linear TV, CTV, and digital platforms.

VideoAmp reports content and ad exposure across Linear TV, DVR, MVPD VOD on connected Smart TV sets and non-Internet connected TV sets. VideoAmp reports streaming (linear and VOD) consumption on CTVs and streaming ad exposure on CTVs, mobile and tablet, depending upon agreement with the streaming app owner.

VideoAmp leverages multiple identity providers as a multi-sourced or "commingled" identity solution. The matched TV-digital data, resolved to the VideoAmp identity graph, is the basis for unduplicated reach and frequency measurement. VideoAmp projects observed reach curves in the matched data subset to the U.S. population.

Reports and data are available through a dashboard, data feeds, API integrations and integration with OpenAP and other partners.

VideoAmp can deliver ratings datasets at different cadences depending upon use case and client need. Actualized ratings are reported 19-23 days after airing for currency guarantees Preliminary C3 ratings are delivered 5 days after air. Overnight ratings are delivered next day after air. Overnight capabilities will be expanding in 2023.

## VideoAmp Methodology

## Data footprint

VideoAmp measurement is based on a footprint of 39 million U.S. households. Measurement is based on Inscape/Vizio Smart TV sets, and Dish, Frontier, TiVo, and Comcast STB data. VideoAmp has access to other sources of MVPD STB data for reports specifically for those MVPDs. Households that resolve to a VideoAmp ID, via the multi-sourced ID graph, are included in the measurements. VideoAmp does not publicly disclose the number of households that qualify for reporting in 30 days.

## Ad impressions

Digital ad impressions are captured through a measurement pixel and publisher-provided ad logs, which can be integrated into privacy-first clean room environments. For linear TV, addressable advertising, and FAST streaming impressions, VideoAmp leverages publisher-provided as-run logs, which is a requirement for all currency deals measured and guaranteed on VideoAmp data. Kantar ad occurrence data and Gracenote program data is used for planning, testing and research purposes. FAST streaming channel ad impressions are determined using a time-based match between ad occurrence data and viewership.

VideoAmp recommends that clients use an ad impression definition as exposure for two or more consecutive seconds, as per the MRC.

## Competitive ad exposure

VideoAmp reports competitive ad exposure on linear TV from its commingled TV viewership footprint.

## Content viewing

VideoAmp provides both national and local market content measurement.

## Persons, Households

VideoAmp measures households and persons.

Currently personification is based on the household demographic composition and the viewing occurring within the household via an algorithm run against every in-tab household to assign viewership probabilities to each household member. The algorithm is trained using TVision data.

Roadmap: VideoAmp is investigating alternative techniques and tools for training the algorithm and collecting co-viewing data as enhancements to data footprints that would become currency of record in the future.

## Cross-platform unduplicated reach

VideoAmp matches ad exposure from its footprint of Smart TVs and STBs to digital ad exposure using device identifiers such as cookies, device IDs and IP addresses plus additional metadata that is resolved through multiple match sources and matched to a VideoAmp Household ID.

The matched identifiers create a pool of households where both TV and digital ad exposure is observed, and is the basis for unduplicated, cross-platform reach and frequency measurements. The observed measurements are extrapolated to the total U.S. population and the total ad impressions universe.

## Device Graph

VideoAmp leverages multiple identity providers as inputs into a multi-sourced or "commingled" identity solution. Smart TV and MVPD STB households are matched to VideoAmp household IDs. Digital ad exposure data from any source is mapped to VideoAmp household IDs using multiple identity providers including



59

Experian, LiveRamp, Transunion, Open ID, and other identity resolution providers.

## Universe Estimates

The U.S. Census is VideoAmp's source of U.S. population estimates. The ARF DASH study and S&P/Kagan are VideoAmp's sources for TV household type.

## Weighting

VideoAmp weighting dimensions include age/gender, race/ethnicity, HH size, education, and other variables. The households are weighted to the full U.S. population. VideoAmp also controls for Over the Air (OTA), bundle (i.e., cable, satellite, and vMVPD), and stream-only households.

VideoAmp's footprint includes households in every local TV market, and they report that the population in the local market generally reflects the U.S. census distribution. Market footprint distributions before and after weighting are available to clients upon request.

## Demographics and Audiences

VideoAmp supports demographic audience measurement for households and persons as well as onboarding of first, second- and third-party audiences for advanced measurement as requested by clients. VideoAmp supports creation of advanced audiences based on linear TV ad and content viewership as well which can be used for further optimization.

## Integrations

VideoAmp measurement is accessed via an online portal/dashboard and supports data feeds and APIs. In addition, VideoAmp is integrated with OpenAP and was a launch partner for XPm, as well as Mediaocean system to enable seamless billing and media execution workflows for agencies. VideoAmp is also integrated as white label solution for planning and measurement into client workflow systems.

## Accreditation

Roadmap: VideoAmp will commence the MRC process with a pre-audit in 1Q 2023.

## Mobile and Desktop

VideoAmp measured mobile and desktop via digital identifiers such as cookies and device IDs captured via measurement pixel or publisher digital ad log files.

## Dealing with measurement challenges: VideoAmp

## Non-broadband households

Non-broadband households are not included in VideoAmp measurement; however, they are included in the universe estimates to which the data is weighted.

## Over-the-air only (OTA) households

VideoAmp uses Kagan for OTA universe estimates by market and weights at the marketing or market cluster-level to represent OTA households.

## Households with multiple TV sets

VideoAmp weights the data to account for partial-TV set coverage in Smart TV households.

VideoAmp de-duplicates households that may be included in both the Inscape/Vizio Smart TV and MVPD STB data sources.

## Hispanic households

VideoAmp weights Hispanic households in the sample to the universe of Hispanic households. VideoAmp introduced a weighting enhancement to measure Spanish language sources.

## Privacy

VideoAmp claims that they are compliant with CCPR and GDPR. They do not list any certifications.

## Deprecation of Digital IDs

VideoAmp claims that the elimination of third-party cookies, persistent IP address and unavailability of device IDs does not significantly impact identity resolution solution currently. VideoAmp claims to be future proofing identity by focusing on privacy enhancing technologies, direct publisher and advertiser integrations, and the use of persistent identifiers such as hashed subscriber IDs (example: hashed emails) within secure, privacy-safe environments as a primary key for identity resolution. VideoAmp is also involved in model-based approaches that do not rely on digital identifiers, unlike the industry's current framework.

## Streaming Apps

VideoAmp streaming app measurement is dependent upon partnerships. For streaming apps that are measured, they are measured at a census-level (i.e., via server logs or measurement pixel). VideoAmp streaming app measurement does not rely on Smart TV detection.

## "Walled Gardens"

If the YouTube, Meta (Facebook, Instagram) and Amazon platforms allow direct partnership integrations, VideoAmp would be able to measure these digital platforms

## Invalid Traffic (IVT)

VideoAmp relies on publishers to filter out invalid traffic from digital data provided for measurement.

## Time-shifted Viewing

VideoAmp measures DVR playback but does not measure MVPD/Linear TV VOD

## Local measurement

VideoAmp provides measurement for local television markets.

## VideoAmp Roadmap

VideoAmp priority features development on their Roadmap includes

- Out-of-home measurement that can be optionally used for transactions

- Methodology enhancements to support Local and Addressable sources for live currency guarantees

- Continuing to expand the Commingled Identity Graph for identity resolution and demographic resolution

- UI enhancements including an insights and reporting suite for Publishers

- Additional API suite development including solutions for audience management

- Incremental development of VideoAmp clean room integrations

- Continuous iteration to deliver actualized ratings datasets more quickly, and support for always-on overnight ratings datasets





# Partnering with Measurement Providers

This section assesses the important considerations for marketers when a marketer is deciding to partner with a measurement provider.

## Business and Operational Considerations

## Business Applications

The measurement providers in this Guide each attempt to address the key business applications in media buying, selling and performance evaluation for linear TV, CTV, and digital ad investments. In addition to considerations regarding the measurements themselves, marketers, agencies and publishers should consider the following questions regarding business applications when partnering with a measurement provider.

## Media buying

*Are the measurements stable and reliable over time? Does the data cover all the investment options available to or required by the marketer? Can the measurements be integrated into my media planning and buying platform?*

## Efficiency

*When combined with cost information, do the measurements enable the marketer to understand relative costs of the investment options available and used by the marketer?*

## Media planning

*Does the data provide visibility into all the marketer investment options on a cross-platform and cross-channel basis?*

## Optimization

*Does the measurement provide enough granularity into publishers and audiences to make short-term investment decisions. Are the measurements provided with enough frequency and with a short-enough turn-around time to be operationally effective for daily or weekly decisions? How frequently are measurements available? Can the measurements be integrated into my BI tool or attribution platform?*

## Consumer insights

*Do the measurements provide unduplicated reach & frequency, to evaluate performance from a consumer's perspective, and assess the number of consumers exposed to the advertising and the number of times they were exposed?*

## Effectiveness

*Do the measurements provide lower-funnel behavioral outcomes, such as sales response or behaviors highly correlated with sales response for the brand, such as in-store or website visits? Can I access data in an un-tabulated form to use my own attribution methodologies to investigate effectiveness?*

## Measurement of Ads and/ or Content

Marketers increasingly optimize their ad spend using their brands' advertising campaign delivery metrics, instead of content consumption, because ads data are available quickly and on a cross-channel basis. Content measurement is typically available on a syndicated basis and has the visibility required to identify investment opportunities in advance of the actual ad spend and to negotiate ad pricing.



**Questions to Ask?**

*Does your measurement service include content measurement or ad campaign measurement or both? Is content measurement linear TV or linear TV and streaming? What streaming content or apps are measured? Which are reported?*

## Currency

Marketers have embraced ad campaign delivery measurement for targeting advanced audiences, optimization, and performance measurement. Measurement providers profiled in this Guide are taking these ad campaign measurements a step further to use them as the basis for currency. Legacy measurement uses a more aggregated approach, where content consumption minutes are measured along with ad consumption minutes, and where the ad minutes are then broken-out to report currency. It's clear that the future of currency is measurement of precise ads exposure, not an aggregation of minutes.



**Questions to Ask?**

*How should I think about using ad campaign measurement as currency? How is the data surfaced to ad sellers? How do my agencies use the data to negotiate pricing and to maximize efficiency?*

## Reports and Metrics

Marketers should ask measurement providers about metrics and reporting breakouts. A list of metrics and breakouts is in the Measurement Today: What We Discovered section.

## Commercial considerations

Marketers place high value on objective, third-party measurement which is generally considered measurement that is independent of the ad sales transaction process. For some providers, measurement is enabled by (and may be contingent upon) operational or ad sales considerations, such as using the provider's ad serving solution. There are differing perspectives on whether companies that sell media or leverage operational solutions to provide measurement constitute objective, third-party measurement.



*Are there commercial considerations beyond measurement, such as using your ad serving solution or buying advertising on your platform to access the measurement solution?*

**Questions to Ask?**

## Operational capacity

Operationally, measurement providers should have clear, written guidelines that include steps that the marketer and their vendors need to take for implementation. The guidelines should include approximate timing of each step, as well as any testing procedures to ensure the ad tech is correctly implemented. For example, if the measurement provider requires a tracking pixel, they should clearly communicate timing to provide it and have a support team to help implement it and test it.

In addition, if data is required for internal BI tools, or if integration with partners is required, such as media planning and buying, billing systems, you should plan for this with the measurement provider.



*Do you have written guidelines for my organization to implement your measurement solution? What is the timing for each step? What testing process do you have to make sure it's implemented correctly? Can I export the data into my internal BI tools? Is your data integrated with my media buying and planning system?*

**Questions to Ask?**

## Privacy

Marketers should have clear privacy policies and practices established and require that measurement providers have clear privacy policies and practices that are compliant with privacy regulations.



*Is your data and data operations compliant with CCPA, GDPR and/or other privacy regulations? Do you have certifications or independent audits to ensure compliance? Can you share your privacy policies and practices as it relates to measurement, including consumer opt-in/opt-out, data collection, storage, measurement, and reporting?*

**Questions to Ask?**

## Ad tech stack and partnerships

Measurement providers should have ad tech and ad tech partnerships already in place that enable data matching and audience onboarding.

The measurement provider should have experience working with the third-party data providers used by the marketer and their own device graph and/or relationships with third-party device graph providers. For example, marketers such as Quick Service

Restaurants (QSRs) may require location data to create their consumer targets and measure in-store visits. Automotive brands require auto registration data sources. Consumer Packaged Goods (CPG) requires data relationships with grocery, drug, and mass merchants.

Marketers with first-party data, such as ecommerce retailers and Direct-to-Consumer (DTC) brands, require the ability to onboard their first-party data for targeting and measurement purposes. Therefore, they should make sure that the measurement provider can accommodate this and can clearly articulate their process to adhere to privacy compliance regulations and best practices.



*Do you have experience working with [location data provider, retail data provider, other third parties to define my target audience? How does your process ensure that my first-party data is kept secure and confidential and managed for privacy compliance?*

## Device Graph

The purpose of a device graph is to link devices to households using common identifiers. Device graphs collect a matrix of identifiers that are continually updated. For example, a mobile device and a connected TV that use the same household IP address will be linked to that same household. If the IP Address changes, the change will be managed in the device graph so that the mobile device and connected TV are still linked to that household.

For video measurement on Smart TVs, IP Address is the central identifier. For video measurement from STB data, anonymized subscriber name and address is the primary identifier.

Most measurement providers work with a wide range of device graph providers that continuously capture IDs from multiple sources and match them to households. Some measurement providers also have their own device graph to support this process of 'householding'.



*What device graphs do you integrate with? Does your measurement solution integrate with my device graph provider to onboard my first-party audiences? What match rate can I expect between my first party-data and your data footprint? If I use a third-party audience, what match rate can I expect?*

## Methodology Considerations

### TV Data Footprint

Understanding the overall size of the measurement provider's data footprint is important and so are questions about the extent to which the footprint contains consumers in the marketer's target audiences. Be aware, too, that it's not the overall size of the data footprint that's important, but instead the size of the data footprint that has opted into measurement, the size of the data footprint that qualifies for reporting and the size of the data footprint that is used to observe duplicated and un-duplicated audiences.



*How many households opt into measurement? What is the sample size for my target audience that will qualify for reporting? Does my target audience percent approximately match the percent of my target in the population? What is the sample size for my audience in the 'matched data' that is used to compute unduplicated reach?*

65

## Coverage of U.S. viewers

Most measurement providers don't have access to data that is inclusive of all segments of the U.S. population. STB data covers geographic areas only where the MVPD has subscribers. Households that do not have an MVPD subscription, including Over-the-Air (OTA)-only households, will be excluded from STB data. Ad impressions can only be captured from STB data within the STB footprint, so that does not include all ad impressions. Most measurement providers who use STB data ingest ad logs from MVPDs for addressable advertising, so that the dataset contains all impressions instead of a subset.

ACR data covers specific Smart TV manufacturers. Although ACR data can have more dispersed geographic coverage than STB data, the brand of TV a consumer purchases can be influenced by factors such as income and propensity to use features like streaming, gaming, or recording/playback. ACR data measures only Internet-enabled Smart TVs specific to the manufacturer providing the data, not all TVs, in the households. If the marketer uses a pixel tag or uses the measurement provider's ad server, the pixeled/served CTV ad impressions can be captured, not just those within the CTV footprint.

To account for these deficiencies in coverage, measurement providers use weighting. Some measurement providers use supplemental consumer research panel data and/or the ARF DASH survey data to fill in the gaps.



*Does your service measure OTA-only and broadband-only households? What is the source of data about these households? What is the methodology to represent their viewing? To what extent does your measurement include representation of ethnic groups such as Hispanic persons and households? What is the geographic coverage of your measurement service and what are the skews by geography?*

**Questions to Ask?**

## Universe estimates and weighting

Many measurement providers purport to measure total U.S. households or total U.S. television households, even though the data footprint does not contain all segments of the U.S. or U.S. television household population.

To correct for missing segments of the population, and geographic and demographic under- or over-representation, all measurement providers employ some form of weighting. In addition, some measurement providers incorporate additional data to account for characteristic relevant to streaming and TV consumption, such as streaming usage and subscription information. However, if there is no data for a segment in the data footprint, weighting is not an adequate correction mechanism.

*What population does your reported data represent? What are the dimensions you use to weight your data footprint to this population? What is the source of universe estimates? Do you weight for attributes relevant to streaming and TV consumption, such as devices or streaming apps used? What is the profile of your data footprint before weighting and after weighting, to understand the representativeness of the data footprint?*

**Questions to Ask?**

## De-duplicated, cross-platform reach

All measurement providers endeavor to report unduplicated reach, as well as ad exposure frequency and impressions. Each measurement provider identifies households or people (or both) from which streaming and linear TV consumption is captured. The data is captured from different sources and methods and must therefore be matched to households to create a unified view. The matched data forms the households or people from which

unduplicated reach and frequency can be observed. From there, how the measurement provider utilizes the matched data differs from provider to provider. Generally, the measurement provider uses one of these three methodologies:

- **Option 1:** Reach and frequency are calculated based on the matched data, then the results are weighted to the observed census ad impressions (for digital and streaming) and national U.S. population (for linear TV).

- **Option 2:** The matched data are the training set for a reach and frequency model. The model is applied to the observed census digital and streaming ad impressions and the projected linear TV ad impressions.

- **Option 3:** The matched data are the training set for linear TV viewing coefficients, which establish the probability of viewing. The TV viewing coefficients are applied to households or persons from which digital and streaming ad impressions are captured, so that every household or person with digital or streaming ad impressions have a measure of TV ad exposure.



Questions to Ask?

*What is your methodology for unduplicated reach and frequency? Is the methodology deterministic (directly observed) or probabilistic (modeled based on directly observed data)? How are the measurements validated?*

## What counts as an ad impression?

Most measurement providers require a minimum number of seconds viewed to count a television or streaming ad as an ad exposure. However, there is a healthy debate in the media industry about the definition of an ad impression. A digital display ad that is viewable on the webpage for two seconds is not equivalent to a television advertisement that the consumer might watch for 30 seconds.

Both could be counted as one impression, even though they aren't equivalent. It's important that digital ad impressions are filtered for non-human traffic, such as BOT traffic and may not be viewable on the webpage. Measurement solutions should have processes or partnerships in place to filter invalid digital ad impressions from the reported data.

Industry trade associations have minimum standards for ad impressions and viewability, including the Interactive Advertising Bureau (IAB) Ad Impression Measurement Guidelines and the Media Rating Council (MRC) Viewable Impression guidelines.



Questions to Ask?

*what are the minimum seconds of viewing required for my ad to count as an impression? How do you filter digital ad impressions for invalid traffic? Do you use industry standards such as MRC or IAB to determine what counts as an ad impression?*

## Persons and Households

Persons measurement is challenging, and measurement providers are developing a wide array of methodologies to include persons in their measurements. Methodologies vary from applying a general demographic profile to the reported audience metrics to more sophisticated approaches that create probabilistic persons assignment, such as identifying the presence of the demographic segment in the household then using consumer panel or other data to establish the statistical probability that the person viewed the content or was exposed to the ad.

Marketers should also be aware that measurement providers use varying definitions of a household and cover varying numbers of TV sets per household.



*What is your definition of a household? Do you measure all devices and TV sets in the household? Does your measurement service include persons measurement? How are the persons probabilities established? Do you partner with a third-party panel or other data providers to train your algorithm? How do you validate that the persons measurements are accurate?*

**Questions to Ask?**

## Capturing All Consumption

Measuring all viewing and/or all ad impressions by persons or households is a challenge. STB data is generally a more comprehensive measure of total linear TV viewing because households tend to have a STB installed on each TV set.

However, STB data, if unadjusted, can overstate actual viewing because STBs capture tuning whether the TV is off or on. STB data may not contain end-times of the consumption event, which then need to be estimated. Measurement companies have long-established edit rules to correct for these STB data conditions. ACR data from OTT devices can be similarly affected: tuning can be captured from the OTT device when the TV set is off.

ACR data is generally a less comprehensive measure. The household may have opted-out of measurement. There may be only one Internet-enabled Smart TV in the household that is capable of measurement. If there are multiple Smart TVs, they may be from different manufacturers that are not in the measurement provider's data footprint. Not all STBs in a household may report data.

Some measurement providers use both STB and ACR data. They may be combined, or one is used to calibrate the other. Households can be present in both the STB and ACR datasets, so a process should be in place to de-duplicate the household, so that the viewing is not reported multiple times.



*(If measurement provider uses both ACR and STB): What is your methodology to combine STB and ACR data? What process do you use to deduplicate households that are in both the STB and ACR sample?*

*What methodology do you use to adjust for "STB on/TV set off" viewing events? How do you adjust for CTV where the streaming app is on but the TV set is off? How have you validated your approach? What is the average number of STBs and/or measured Smart TVs per household in your reportable sample? What is the average number on a total U.S. basis?*

**Questions to Ask?**

## Time-shifted and On Demand viewing

Most STB data contains detailed information about DVR record and playback events so that time-shifted consumption can be calculated and represented in the audience measurements. STB data often contains data about video on demand (VOD) viewing events, however, not all STB data providers include it and not all measurement providers license it.

ACR data includes any consumption on the Smart TV set; however, accurately identifying time-shifted DVR consumption and VOD consumption is a challenge. If the content is unique to a broadcast or cable network, it can be accurately credited to the broadcast or cable network. If the content is not unique to the broadcast or cable network, most providers use business rules to credit the consumption, including source used before and after the tuning event and other factors.



*Do you include time-shifted/DVR consumption and VOD consumption in your measurement service? Is the consumption broken out, combined, or included with Linear TV consumption? How do you identify the source when time-shifted viewing (TSV) or VOD content is sourced from multiple broadcast or cable networks?*

**Questions to Ask?**

## Mobile and Desktop

Most measurement providers include ad impressions from any digital device (Smart TV, mobile, desktop) in their measurement service, by virtue of pixel tags, SDKs, or server ad logs. Measuring content consumption is not common across providers and measuring content consumption on mobile and desktop devices is even less commonplace.



*Are streaming ad impressions on CTV, mobile and desktop devices included in your measurements? Are they reported by device? Are other digital ad impression types included? Do you provide content or app-level measurement for streaming?*

**Questions to Ask?**

## "Walled Gardens"

It is not typical for measurement providers to include measurements from Google, Meta (Facebook) or other platforms in their measurements. This is a significant drawback, as marketers require insights into all their channels to make meaningful comparisons prior to making investment decisions.

*How does your solution incorporate ad impressions data from search and social platforms such as Google (including YouTube), Instagram, TikTok and Facebook?*

**Questions to Ask?**

## Deprecation of Digital IDs

Identifying which devices belong to the same people and households to create the matched Linear TV and digital/streaming data is complex. Moreover, there is risk that matching methods used today are not sustainable in the future due to increasing privacy regulation and deprecation of digital IDs.

Most measurement providers have strategies in place to maintain high quality measurement in the face of digital ID deprecation. However, IP Address is highly relied upon to match digital ad impressions and audience data to both STB and ACR data. IP Addresses are increasingly non-persistent and masked, which reduces the number of households to which devices can be matched. There is concern about whether IP Address will meet what may be more stringent definitions of consumer privacy in the future. The IP Address assigned to the household by the Internet service provider can change over time. If the IP Address of the household in the TV data is different from the IP Address of the same household in the consumer attribute data, the consumer attribute data will be incorrectly applied. If the match isn't accurate, the cross-platform audiences won't be accurate either.



*What are the steps you take to validate that the TV data are matched to households accurately? What steps do you take to screen IP Addresses for accuracy, and ensure that the match between the TV data and my first and/or third-party consumer data and digital ads impressions is accurate?*

**Questions to Ask?**

69

# About the Author



**Joan FitzGerald is CEO of Data ImpacX,** a measurement and marketing effectiveness consultancy that helps make the digital transformation happen in the media & entertainment industry. Data ImpacX provides measurement, optimization, marketing and software development services for publishers, agencies, and brands. Data ImpacX helps publishers, agencies and brands succeed with data and analytics in an increasingly complex digital, TV, CTV, OTT, addressable and audio ecosystem. Joan can be reached at joan.fitzgerald@dataimpacx.com.



Data ImpacX
Accelerating Growth
dataimpacx.com



# APPENDIX: Tools of the Trade

This section provides an overview of the technologies used to capture viewing consumption data.

## ACR (Automated Content Recognition) and Connected TV (CTV)

ACR is technology in the Smart TV set that can monitor the audio and/or video as it plays on the screen. A Connected TV (CTV) is a Smart TV that is connected to the Internet.

ACR data is licensed by measurement providers from TV set manufacturers or their agents. The key ingredients to capture viewing that occurs on an Internet-enabled Smart TV set are (i) ACR viewing event signature data and (ii) the ACR dictionary data.

The ACR technology creates continuous signatures or fingerprints of the programming on the screen and sends the fingerprints and timestamp information back to a data collection center where they are matched to a dictionary of fingerprints.

The dictionary of fingerprints is created via independent TV channel monitoring stations. Publishers and marketers can also provide copies of content and ads in advance so that they can be added to the dictionary for later detection.

To identify the program viewed and the ad impression, ad and content signatures captured during viewing events are matched to the dictionary of content and ad signatures. To identify the viewing source, such as a broadcast network, cable network or TV station, the source gets credit for the viewing event where the content and time of consumption is unique to the source. If the content and time is not unique, an assignment process is used.

## ACR data matching

ACR data providers do not have a subscription relationship with the household and therefore have limited ways to uniquely identify the household. The main ACR data identifier is the home IP Address used by the Smart TV and other devices to connect to the Internet. Measurement providers use processes to filter non-residential IP Addresses from the IP Address pool, identifying high volume IP Addresses and filtering them from the data. In the future, changes to IP Address including IP Address masking and IPv6, could prevent or inhibit its use as an accurate identifier.

71

## Pixel tags. Log files, SDKs, and Ad Servers

The most common methods used to measure digital ad exposure – whether streaming, digital video, banner ads or other forms of digital advertising – is by using pixel tags, log files, SDKs (software development kits) or by using the measurement provider's ad server. When a marketer uses a pixel tag, SDK or ad server for measurement, every instance of the digital, streaming or CTV ad exposure is captured. This is often referred to as "Census" measurement, where all possible exposures or consumption events are captured.

Marketers instrument their digital ads and websites with pixel tags and SDKs provided by the measurement provider or work with the measurement provider's ad server to automate data collection. When a digital device requests the ad or content from the server, a pixel tag fires that creates a record of the activity. When the ad server is used, a record in the server log file is created for any instance of the ad delivery. Ad log files are generally used to capture MVPD addressable advertising, because the STB uses different ad serving technology than other devices.

## STB (Set Top Box)

MVPDs are Multi-channel Video Programming Delivery providers, including cable operators, satellite TV providers and telecom TV. Video is typically delivered via a "Set Top Box" (STB) that can capture consumer interactions with the box, including channel changes and timestamp information. Virtual MVPDs (vMVPDs) deliver the same programming using an Internet-connected application instead of a STB. Measurement providers license STB data directly from MVPDs or from STB data aggregators.

To capture linear TV viewing that occurs via an MVPD requires (i) the STB data, (ii) the programming schedule and (iii) the ad schedule. Note that streaming and CTV consumption are not captured via the STB device.

STB data consists of events created by actions on the STB and via the remote-control device, such as channel changes, record, and playback events, mute and pause actions. These remote-control events are used to create tuning events – start and stop times – for both live and time-shifted viewing. To identify the viewing source, such as the network or TV station, the channel ID associated with the tuning event is matched to a channel dictionary. To identify the program, the start and end time of the tuning event is matched to a programming schedule. To identify an ad impression, a schedule of ad occurrences is used. Where there is an overlap between the tuning event and an ad occurrence in an ad schedule that meets the measurement provider's viewing threshold, an ad impression is counted.

## STB data matching

MVPDs have the physical address of each household as part of the paid subscription and knows whether the household is residential or non-residential. MVPDs contract with trusted third parties to create anonymized identifiers for households with a physical address. The trusted third party works with other third-party device graphs to "onboard" or match MVPD households with digital, streaming and consumer attribute data.

# APPENDIX: Streaming apps/sources

Measurement providers were asked whether they currently measure and report viewing to these streaming services, and whether that reporting includes ad exposures, title level viewing for content on live TV, title level viewing for content not on live TV and original programming. These are the streaming services listed in the CIMM RFI: Amazon Prime, Amazon Fire, AMC+, Apple TV+, Chromecast (Google), DirecTV Stream, Discovery+, Disney+, FAST channels, fuboTV, Google TV, HBO Max, Hulu, Hulu Live, IMDB, Netflix, Paramount+, Peacock, Philo, Plex, Pluto, Roku, Sling ,Spectrum, Tubi, YouTube, YouTube TV, Xfinity, Xumo

# EXHIBIT 8



# NBCUniversal Measurement Framework

Look Book V1



# Table of Contents

**Introduction**................................................................................................ 3

**Chapter One: Audience Measurement** ..................................................... 6

**US Cross-Platform Ad Currency Contenders Look Book V1.0 Feb 2022**......... 19

**Cross-Platform Ad Currency Details by Measurement Company**..................... 27

605 ...................................................................................................... 28

Comscore ........................................................................................... 40

iSpot.tv ............................................................................................... 51

Nielsen ............................................................................................... 64

Oracle ................................................................................................. 74

Samba ................................................................................................ 84

TVSquared.......................................................................................... 95

VideoAmp ......................................................................................... 105



# Introduction

At NBCUniversal, we believe there's no more pressing question facing the media and advertising industry than measurement.

Measurement determines what we value and how we transact on it, how we evaluate impact and even define success. It's the foundation of trust, and the language of partnership.

Yet, as consumer behavior has shifted, and technology has expanded the media ecosystem, the way we measure everything in it—from audiences to impact to return on investment—the TV currency we trade on lags far behind.

Indeed, the only measure of our industry's future success will be the success we have in adopting new measurement yardsticks at scale—ones that accurately, effectively, and respectfully keep up with the speed of today's (and tomorrow's) consumers. So how do we get there?

To me, that destination is what my colleagues and I call "measurement independence"—a world where we're no longer bound by legacy thinking and metrics. It's a future where companies can choose to adopt multiple, interoperable measurement systems to understand the fullest picture available, with the highest standards, and constantly adapt these systems to new challenges, consumer shifts, and behaviors with ease and speed. And that future requires building a robust market for measurement solutions that are effective, innovative, and impartial.

That's why, last year, NBCUniversal set out to explore, evaluate, and, ultimately, expand the measurement solutions available to us.

First, we began by surveying the existing landscape. We issued an RFP calling on every innovator to share with us their capabilities and cutting-edge yardsticks. And taking transparency as our North Star, we committed to sharing our discoveries through both the Measurement Innovation Forum and the VAB's Measurement Innovation Task Force, so that every stakeholder could have a say in the future of measurement.

The response was overwhelming: we received proposals from more than 120 companies. Thanks to six months of hard work spent closely examining every proposal and testing solutions, as well as the willingness of our partners to share information and contribute their valuable input, we have our map in hand—a Measurement Framework V1 that covers every major solution category.





Now, it's time to take a closer look at this map and start charting out the possible routes to our next destination.

To help you begin to explore and evaluate these options quickly and carefully, NBCUniversal has compiled this **Measurement Look Book.**

As we build out this Look Book over the coming months, you will see a chapter that is dedicated to each category of measurement solution. For every category, you will find an overview of the criteria used to evaluate these solutions and how they compare to one another, as well as a high-level summary of each company and its capabilities.

We hope you'll begin evaluating these potential partners and yardsticks for yourself, along the dimensions that matter most to you and the industry as a whole.

The beginning of the future of measurement is in these pages—if only we are willing to seize it.

Kelly Abcarian
NBCUniversal, EVP Measurement & Impact



# Chapter One: Audience Measurement

For longer than anyone 18-49 has been alive, a single currency has dominated the TV ecosystem. But decades after its introduction, that currency—on which billions of dollars are transacted every year—is about to transform radically. The question is: what yardsticks will replace it?

That's why, in conversations among industry stakeholders, Audience Measurement has risen to the top of the list, and remains an urgent need for major brands, media holding companies, and trade bodies. And it's why Audience Measurement is the first category to be analyzed in this Look Book.

Because any road to measurement transformation starts with audiences and being truly obsessed about the consumer's engagement and experience.

This first chapter overviews eight currency contenders working to redefine how our industry transacts, and reconnect measurement to actual consumers, by finally taking into account their cross-platform habits.

In the process of evaluating these companies, three key questions emerged. These are questions colleagues around the industry continue to raise and spend their time trying to answer. And so, before diving into the evaluation of any individual companies, it's worth considering these higher-level questions about the state of Audience Measurement today, its future, and the available solutions.

## First, identity.

The future of measurement rests on a strong foundation of identity. It's the key to better counting, greater precision, more effective interoperability, and more efficient optimization. In part, that's because as more and more publishers and advertisers collect first-party data, the value of that data is only as good as the ability to activate on it.

6



So, the question is: **What identity frameworks are being used, and will they be interoperable?**

That's because the power of identity is dependent on interoperability. Already there are existing ID graphs, representing billions of dollars of investment, which have the potential to form the spine of all these solutions. But the strength of that identity spine—like any spine—depends on keeping it straight, not pulled in eight different directions. Where new solutions do not plug into existing graphs, or look to reinvent the wheel, it's possible we set ourselves back, rather than for success.

For this reason, identity is a competency in itself. For our part, at NBCUniversal, we encourage measurement partners to work with others on identity to establish interoperability. Indeed, as streaming audiences continue to grow, and first-party data allows publishers and advertisers to connect first-party data, it will be critical that identity for measurement lines up with the identity framework for targeting. Anything less is a missed opportunity.

Of course, measurement partners who lean into the most valuable, interoperable partnerships for advertisers—especially those that are interoperable with and take advantage of the large identity spines—will enable advertisers to better connect with the right consumers. In other words, identity and interoperability will be key to whether a measurement solution will be able to drive better efficiency, reduce waste, create better impact results, and eventually demonstrate return on investment.

## Second, counting.

It seems simple, but since each solution approaches the problem slightly differently, it's been useful to ask: **what is this actually counting?** How does that affect the results each solution shows us?

Depending on the answer, it's clear a seemingly small distinction can result in a massive difference. For instance, consider the fundamental difference between counting people and households.



From Nielsen to TVision, actual people panel-based projections remain a popular yardstick. Today, on any given day, approximately 10,700 HH in the Nielsen panel are used to calculate audience estimates based on directly collecting the people in front of the TV, requiring panelist compliance to more deterministic persons-in-the-room viewing based on 5,000 HH across the 25 top advertising markets (TVision). And yet, given the highly complex, fragmented landscape, to achieve a high confidence level, a company taking this approach would need many more hundreds of thousands—potentially millions—of actual people in their people-based panel approach if we want to accurately count people behind this fragmented viewing landscape. With today's fragmentation, we must ask ourselves, **how is counting using people-based panels even feasible anymore? And does this really drive better effectiveness for advertisers in today's world?**

Meanwhile, based on identity and first-party data available, it's clear the capability to easily count people at the household and device levels already exists. In short, just as technology has made precise targeting possible, the resulting fragmentation has rendered the accurate counting of people using people-based panels challenging for at least the foreseeable future. We, at NBCUniversal, believe that counting needs reimagination and our attention.

## Third, quality.

When it comes to TV, there is no accurate quantity without accounting for quality. And because TV's audience measurement has long been used as a separate currency to capture the value of premium content, rather than precise targeting and tonnage, any transition to new measurement risks leaving quality behind.

To that end, rather than just looking at counting and quantity, stop to ask: **how does this account for the quality of content?**

Premium video is a unique, and uniquely effective, medium. And while consistency of standards, like those proposed by the MRC, will be crucial for accurate measurement, too often the result favors a lowest common denominator over a content differentiator. But where walled gardens call for equivalizing impressions, we know multiple yardsticks can help us understand the richness of our ecosystem, and the distinct roles played by different kinds of content.



This question of quality becomes even more critical when we consider that no measurement company in this chapter uses the same exact impression qualifier, and time alone is not an indicator of quality, only quantity. But even though starting with the quantity of impressions based on a minimum tune-in threshold is a starting point, even with this, numbers can change quite dramatically depending on whether a company is using a one-second exposure, a six-second exposure, to even a 1-minute exposure.

That's why at NBCUniversal, we believe any new measurement standard needs to account for the quality of content, not only quantity of audiences.

We know great content helps brands grow and build meaningful relationships with their consumers. And for consumers, who spend five hours a day with this content, maintaining that investment in great content is vital. We cannot afford to incentivize a race to the bottom. As we've seen in other forms of media, a society that only values audiences, and does not account for, or invest in, what they're watching, will not be a healthy society.

Ultimately, building in this kind of understanding of quality now will only help going forward, as we continue to move across the Measurement Framework and aim to measure the impact of that content. Undervaluing the quality of content today means undermining a data-driven strategy tomorrow.

Now, with these questions in mind—about identity, counting, and quality—we turn to evaluating the companies in this category.

To help orient your reading, we've created a single graph comparing eight ad currency contenders along three axes: completeness of solution, ability to deliver, and cross-platform currency readiness.

Then, for each company, you will find a short summary written by NBCUniversal that considers their capabilities across 25 attributes, along with in-depth responses provided by each company, in their own words.

We appreciate all of these cross-platform measurement partners for their contributions here, their continued collaboration and transparency, and most of all their willingness to help educate the industry. We hope the resulting chapter is a useful resource for you and your partners. Together, we are expanding what's possible for our industry, and building a more vibrant, more accurate, more competitive measurement future.



## US Cross-Platform Ad Currency Contender Evaluation: Defining Three Value Variables

There are a lot of areas to consider when evaluating cross-platform measurement services, including: the source of data, ad identification, identity, methodology, through to reporting and speed of delivery. We have summarized this into the industry's first **US Cross-Platform Ad Currency Contender Evaluation**.

To make this evaluation easier to sort through, we have grouped each aspect of our analyses across three areas we define as Value Variables:

1. **Completeness of Solution**
2. **Ability to Deliver**
3. **Cross-Platform Currency Readiness**

These value variables allow us to look at 25 robust attributes, which will help determine the readiness of these measurement partners to bring forward cross-platform measurement.

The first value variable is **Completeness of Solution**. This is important to quantify as all sources of TV viewing must be represented, otherwise the impressions and reach reported will be incomplete. This value variable captures the input ingredients of audience estimates, such as the scale and breadth of viewing sources and ad occurrence data. Any solution needs to encompass representativeness, geographic footprints, UEs, and where and when individual ads have aired. Completeness of Solution also includes the provider's processes for refining raw viewing data streams into impressions, GRPs, reach and frequency. It also considers each company's operational practices in cleaning the data, computing the impressions, enriching the device level data with demographics or HH characteristics, and weighting and projecting to national levels.

In other words, **Completeness of Solution** is meant to reflect the core inputs, across 11 total attributes — such as inventory coverage, quality of ad occurrence data across platforms, impression definition, de-duplication, and use of identity to highlight a few. Below are a few key considerations we believe are important when performing the evaluation:



1. **Ability to Measure All Viewing Sources:**  With the fragmentation of today's landscape accelerated by CTV, collecting complete data where the marketer can see it all is paramount. This requires measurement to be collected from tens of millions of households, so we can not only measure small campaigns and the long tail but ensure all TV viewing is represented— otherwise the impressions and reach reported will be incomplete.  This often involves bringing in streaming measurement partners who have the specific data scale and expertise in measuring across both ads and content across these experiences.

2. **Quality of Ad Occurrence Sources:**  As we move away from proxy based commercial ratings to exact commercial measurement, ad occurrence data has become an essential ingredient—and correct integration with viewing sources is critical. The quality and ability to detect with high accuracy rates in which to not compromise speed but deliver on results is paramount. This is a big driver of delivery lag times we saw across the measurement companies.

3. **Impression Definition:** At NBCUniversal, we believe that there should be a standard definition based on content type that ensures that impressions are not equivalized, so that the advertiser can clearly translate the impact any given platform or content is driving across the performance funnel. There are known differences in performance based on content: for instance, ads perform differently due to channel format or ad length, and that has a direct effect on outcomes. We need to consider how we create a content quality index versus embed the definition of time in the qualification of impressions. Qualification should focus on completion rates, and not a 2-second definition where an advertiser won't be able to discern what is driving their suboptimal returns across what platforms or publishers.

4. **De-Duplication of Audiences:** As the video world is fragmenting by device and application, any measurement company who wants to play in planning and cross-platform measurement also needs to reflect all devices and applications, as well as the various viewing modalities. If a measurement company's underlying data is too centered on linear and doesn't properly represent streaming (or conforms the streaming audience to look like linear), its planning and post-campaign measurement— not to mention de-duplication—will be skewed. It's critical to investigate how a measurement company is creating the linkages to understand the overlap, and therefore unduplicated and deduplicated reach.

5. **Identity:** Identity is a core component of every measurement system, so it's important to understand how measurement partners use identity. There are so many big signals and scaled identity spines that can help drive more precise advertising decisions, but any measurement must align with the identity used to build the audience target.

Below is a complete list of the value variable for "Completeness of Solution" we evaluated in which to plot the measurement companies on the **US Cross-Platform Ad Currency Contender Evaluation**.

## Value Elements #1 Completeness of the Solution

| | |
|---|---|
| Linear TV Viewing Sources | • Size and sources of TV data are key differentiators among providers<br>• Current sources comprise ACR, MVPDs/vMVPDs, Satellite, CTV ACR from OEMs or streaming providers, and viewership panels |
| Digital Viewing Sources | • Raw AVOD/SVOD exposure accessed from publisher server logs via secure compute environments, clean rooms, server to server integrations, or tracking pixels |
| Ad Occurrence Sources | • Key ingredient of audience estimates, where and when individual ads aired<br>• Publisher, air date, and time for each ad sourced from publisher post-logs, 3PP sources, or proprietary ad catalog & airing detection platform |
| Conversion (Outcome) Sources | • Links ad exposure to a campaign to subsequent behavior<br>• Involves direct outcomes (sales or online purchases), or intermediate outcomes (retail & website visits or search behavior) |
| People Panel | • Used to estimate persons demographics for STB, ACR, or server log HH-level viewing data and to inform deduplication between walled gardens<br>• Alternative to measuring device or household level impressions |
| Universe Estimates | • Universe Estimates reflect the true size of a relevant population, and basis for two critical measurement methods: weighting and projecting |
| Methodology/Weighting | • Involves operational practices in cleaning data, computing impressions, enriching device-level data with demographic or HH characteristics, and weighting and projecting to national levels<br>• Methodology includes all of the provider's processes for refining raw viewing data streams into impressions, GRPs, R/F |
| Representation | • Representation of the U.S. population in reporting and measurement<br>• Balancing to national Census levels is more challenging and potentially biased when a small number of records are used to extrapolate to a much larger group, accuracy and margin of error need to be considered |
| Impression Definition | • A single exposure of a HH or person to content or an ad<br>• Qualification of impression count determined by measurement partner |
| Deduplication | • Process of identifying impressions overlap across all digital and linear sources for a given person or HH to derive unduplicated campaign reach often involve identity graphs, panels, or statistical inference to link viewing devices to individual HHs |
| Identity | • Process of matching individual HHs, persons, or devices across data sources, assigning device-level viewing data streams to the correct HH or individual<br>• Dependent on 3rd-party identity providers, can also involve 1PP data and proprietary measurement identity graphs |

The second value variable is **Ability to Deliver.** This provides an understanding of the ability to report accurate campaign impressions and reach by capturing viewership everywhere inventory is distributed across linear, streaming, digital, VOD, OTA, and OOH. It also needs to ensure that the coverage is weighted to reflect total US HH. Some degree of weighting is critical in the creation of representative audience estimates, even with near census datasets across streaming and digital devices. This also includes understanding how reporting latency and the accuracy of the metrics based on speed and coverage could vary.



In other words, **Ability to Deliver** is meant to reflect the reporting outputs, across 10 total attributes — including the viewing sources measured (and gaps), demographic reporting, speed, and the ability to deliver on advanced audiences, to highlight a few. Below are a few key considerations we believe are important when performing the evaluation:

1. <u>**Persons Measurement:**</u>  People matter, but our ability to count people in today's fragmented landscape is no longer practical with small people-based panels. Doing so simply ties us to legacy delivery systems that have lost their ability to deliver accuracy and drive efficiency for both advertisers and programmers alike.  Right now, legacy systems are applying persons demos from Linear to CTV. How do we take the viewing patterns of linear and move them to try and measure a fragmented CTV world? Rather than continued reliance on small people-based panels, we believe we should look for more sophisticated solutions that can eliminate waste in ad spend and help advertisers take advantage of—and accurately measure—CTV's ability to target increasingly advanced segments of the population, including with an underlying target including persons.

2. <u>**Speed:**</u> Advertisers need faster insights to make more informed, more impactful decisions. In other words, measurement companies need the ability to measure at an ad level with the same speed and accuracy as digital, as when measurement accelerates, so will the optimization of those insights. As consumers rapidly shift across platforms, advertisers deserve to understand how to best optimize to drive the greatest impact.

3. <u>**Deliver on Advanced Audiences:**</u> Advanced audiences enable us to deliver on the more precise audiences advertisers want without attempting to estimate persons. And even better, we can still understand the delivery of an audience target based on viewing by households with age and gender. For example, if a user chose the attribute "Age 25-54", a home qualifies if at least one household member is 25-54.  Advertisers can also go beyond age and gender or add to this target to find audiences based on their behavior, interests, and lifestyles. As we move to large, scaled data across both Linear and Digital/CTV, advertisers can now connect their first-party data to identify their desired audience, precisely activate, and get accurate measurement of the delivery as the campaign runs. We believe all cross-platform measurement should transition from counting people based on small people-based panels to delivering on advanced audiences—which allows for greater efficiency and drives better outcomes for advertisers—making this a key capability of any cross-platform product.

Below is a complete list of the value variables of "Ability to Deliver" we evaluated in which to plot the measurement companies on the **US Cross-Platform Ad Currency Contender Evaluation**.

## Value Elements #2 Ability to Deliver

| | |
|---|---|
| Inventory Measured | • Inventory included in campaign reporting, coverage of viewership everywhere inventory is distributed (i.e., across linear, streaming, Digital, VOD, OTA, and OOH) |
| Inventory Gaps | • Gaps in inventory not counted for in reporting, important to understand what is not captured as viewing continues to fragment |
| Geography Covered | • Geographical coverage of distribution outlets and audiences included in reporting, Local, National, Global |
| HHLD Universe | • Universe of HHs included in reporting<br>• Providers typically aggregate data from many sources and weight their sample to reflect total U.S. HHs |
| Persons Measurement | • Ability to report on the person/persons viewing a given program rather than just the device<br>• Statistical methods/models are estimating persons, quality and accuracy is unknown |
| Demographic Reporting | • Ability to report on standard demographic groups<br>• Reporting can be done at HH with Demographic level or at Persons Demographic level |
| Co-Viewing | • Count of multiple people behind a shared viewing environment<br>• Ability to report on shared TV viewing (e.g., people gathered around a television set and sharing a viewing experience) |
| Device Breakout | • Ability to provide viewing breakouts by device<br>• Screen size and viewing environment affect consumers' content selection, attention, length of viewing session and involvement |
| Advanced Audience | • Provide a specific measure of the audiences' advertisers without resorting to demographic surrogates<br>• Created by joining a viewing data source to a wide variety of behavioral outcome data sources (1PP/3PP) through identity resolution and data matching processes. |
| Speed | • Turnaround time for campaign reporting<br>• Providers vary in their reporting latency, and have different tradeoffs of speed, accuracy and coverage |

The third value variable is **Cross-Platform Currency Readiness**. This provides NBCUniversal's assessment of revenue is an important look at their legacy as well as the market's response to their future offerings and expertise. This variable also includes an understanding of whether this company has deep expertise in advertising, media, and the full spectrum of digital and linear platforms as well and how to harness the power of big data and identity. And of course, agility as well as ongoing investment in data and systems are required for any viable cross-platform currency to keep up with consumers and technology of tomorrow.

14



**Cross-Platform Currency Readiness** looks at 4 total attributes, including: how long each company has been in market with a cross-platform product; the product usage across buyers and sellers; overall agility; and what their plans are for MRC accreditation and/or transparency in the marketplace (i.e., making the same data/tools available to both buyers and sellers). Below are a few key considerations we believe are important when performing the evaluation:

1. **Company Metrics that Matter:** Understanding how much traction these companies have would be easy if we could get them all to break down their revenues associated with cross-platform measurement. This would be a leading indicator of whether they are focused on providing the quality of measurement this industry needs. Most of these companies have next generation technology, data, and specializations that are enabling advanced cross-platform measurement, but the market adoption is just getting underway. Again, we believe the value of big data and identity cannot be understated—and the efficiency in media as we move ahead is becoming more addressable where the need for panels need to be examined as to what role persons-based panels need to play in transactional metrics. Ultimately, better data drives better value, greater efficiency, and more impact for advertisers.

2. **Additional Services:** Advertisers benefit when a measurement company can go beyond counting to create a more comprehensive set of products—like audience verification, brand measurement, and performance measurement. Though not a requirement for delivering on cross-platform measurement, operational efficiencies could improve with a single measurement and evaluation system. While the industry knows how to measure outcomes at a high level, we have work to do on how to translate those variables into planning/selling/buying against outcomes—and that will require interoperability with audience measurement as well as establishing a framework for outcomes and the media variables that drive them, be it reach in target, frequency in target, or recency relative to purchase occasion.

15



Below is a complete list of the value variable of "Cross-Platform Currency Readiness" we evaluated in which to plot the measurement companies on the **US Cross-Platform Ad Currency Contender Evaluation**.

### Value Elements #3 Cross-Platform Currency Readiness

| | |
|---|---|
| Length of Time In Market, Company Size, & Ownership Status | • Measures of stability and success, reflecting institutional experience and the ability to satisfy customers' needs<br>• Many companies begin with a specialization and build out cross-channel capabilities, making it critical to demonstrate expertise in advertising, media, and the full spectrum of digital and linear platforms |
| Client Base/ Revenue Sources | • Audience measurement providers' client base and sources of revenue, required to evaluate their legacy and the market's response to their offerings and expertise<br>• Client base diversification is important for transactional currency ability to serve the cross-platform ecosystem |
| Media Rating Council Accreditation | • MRC audits whether a measurement service merits accreditation (or continued accreditation) through standards compliance, service performance and verification of required disclosures.<br>• Confidential annual audit reports, prepared by independent CPAs, reviewed by MRC members, provide the results of detailed testing and evaluations that verify methods and internal controls, and test the effectiveness of execution of major processes<br>• Audits become the basis of seeking quality improvements in measurement, where necessary. |
| Additional Services | • Services beyond audience measurement, such as audience verification, brand measurement, and performance measurement<br>• Not a requirement for cross platform measurement, additional operational efficiency |

These three value variables are how NBCU evaluated the **US Cross-Platform Ad Currency Contender** snapshot. Every measurement company's cross-platform product was evaluated on "Completeness of Solution", "Ability to Deliver", and "Cross-Platform Currency Readiness".

The evaluation itself is the opinion of NBCU based on the work we have done through our RFP process, including going through 120+ submissions, holding formal presentations, and conducting data evaluations, including our own test and learn we did in this past Summer Olympics across over a dozen advertiser campaigns.

16



Of course, this evaluation is just a starting point. We also gathered additional details through a detailed questionnaire sent to each of the measurement companies, which responded in their own words on details of their cross-platform currency capabilities across all 25 key attributes.  We encourage everyone to use this resource to dive into the details provided by each of these companies—included in the next section—as we continue educating our industry on the ad currency contender options available.





# Audience Measurement

U.S. Cross-Platform Currency Contender Evaluation Value Variables for Consideration

**VALUE VARIABLE #1**

## Completeness of Solution Definition

Provides the input ingredients of audience estimates, such as the scale and breadth of viewing sources and ad occurrence. This needs to encompass representativeness, geographic footprints, UEs, and where and when individual ads aired. This also includes the provider's processes for refining raw viewing data streams into impressions, GRPs, reach and frequency. This includes operational practices in cleaning the data, computing the impressions, enriching the device-level data with demographics or HH characteristics, and weighting and projecting to national levels.

### Why It Matters

All sources of TV viewing must be represented; otherwise, the impressions and reach reported will be incomplete. The ability to understand the reach estimates depends on the methodology and underlying viewing data; representativeness of matched datasets and identity graphs will drive the calculation of overlap, a key metric for cross-platform planning and pricing.

### Key Attributes

1. Linear TV Viewing Sources
2. Digital Viewing Sources
3. Ad Occurrence Sources
4. Conversion (Outcome) Sources
5. People Panel
6. Universe Estimates
7. Methodology/Weighting
8. Representation
9. Impression Definition
10. Deduplication
11. Identity

**VALUE VARIABLE #2**

## Ability to Deliver Definition

Provides an understanding of the ability to report accurate campaign impressions and reach by capturing viewership everywhere inventory is distributed across linear, streaming, digital, VOD, OTA, and OOH. This also needs to ensure that the coverage is weighted to reflect total U.S. HHs. Some degree of weighting is critical in the creation of representative audience estimates. This includes reporting latency and understanding the accuracy of the metrics based on speed and coverage.

### Why It Matters

Complete reporting of campaign reach and impressions is critically important to understand what is captured, as well as what is not included in the estimates. Advertisers often manage their marketing geographically, making coverage of all distribution outlets and audiences critical. And speed matters. Marketers want fast reporting for faster decisions for in-flight optimization.

### Key Attributes

1. Inventory Measured
2. Inventory Gaps
3. Geography Covered
4. HHLD Universe
5. Persons Measurement
6. Demographic Reporting
7. Co-Viewing
8. Device Breakout
9. Advanced Audience
10. Speed

**VALUE VARIABLE #3**

## Cross Platform Currency Readiness

Provides a measure of stability and success and reflects institutional experience and the ability to satisfy customers' needs. The nature of the audience measurement provider's client base and sources of revenue are an important looks at the market's response to their cross-platform ad currency offerings and expertise. This includes understanding if they have deep expertise in advertising, media, and the full spectrum of digital and linear platforms. Agility, financial health, and investment in data and systems are required for cross-platform currency.

### Why It Matters

Given the investment in data and systems, financial stability is required, along with understanding how they serve the market. Including if their client base is concentrated in only one part of the industry or meeting the needs of the entire cross-platform ecosystem

### Key Attributes

1. Length of Time in Market, Company Size, & Ownership Status
2. Client Base/Revenue Sources
3. MRC Accreditation
4. Additional Services

Evaluation Prepared by NBCU, Subject to Change.

# US Cross-Platform Ad Currency Contenders Look Book V1.0 Feb 2022

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|-----|----------|----------|---------|--------|-------|-----------|----------|
| **Completeness of the Solution** | | | | | | | |
| **Linear TV Viewing Sources** | | | | | | | |
| 605 has 22M total Smart TVs and STB HHs. 605's reportable audience sample today is 22MM~HHs. 605 is in active discussions to acquire another material linear (vMVPD) dataset from a nationally representative satellite provider with an intention to close in Q1 2022. A full list of data licensors has been provided to NBCU under MNDA. | Comscore has 40M HH/75M TVs (Comcast, AT&T U-Verse, Dish, Charter/Spectrum, Cox, DirectTV, SambaTV and Vizio). | iSpot has 39M total smart TVs (VIZIO, LG, Toshiba, Sharp, Hisense, Skyworth, Seiki)and 12M STB HH/Devices (One Undisclosed MVPD and TiVo). iSpot has the largest Smart TV footprint of 39M Smart TVs, and is leveraging the STB data to calibrate. iSpot's reportable audience sample today is ~17.1M HH, growing to 34M HH by H1 2022. | Nielsen has a ~ 41,600 proprietary National TV Panel and 30M+ Smart TV/STB HH (Dish, DirectTV, Vizio, Roku). | Oracle receives data from roughly 15MM TVs from iSpot as of January 2022 and are able to match a subset of those to U.S. households via the Oracle Identity Graph. Oracle refers to the U.S. Census for universe estimates, accounting for households that don't have a TV. | Sambas has 6.1M Smart TV HHs from 8.1M TV viewing devices (Sony, Phillips, Sharp, Toshiba, Sanyo, Element, Magnavox, Seiki, Westinghouse, TCL), and STB data from MVPDs. For TV viewing and measurement, Samba creates a 3M HH ACR only panel (3.7M TV Devices), which they use to project all US HHs to ensure coverage across Linear and CTV Viewing | TVSquared has 18M+ Smart TV HHs (Inscape).  TVSquared reportable audience sample today for data-driven linear is 18M+, which they use to project to all US HHs. | VideoAmp has 39M households across Smart TVs (Vizio/Inscape) and STB providers (Frontier, TiVo, Dish) and one additional partner to be announced soon.  VideoAmp reportable audience sample today for linear/data driven linear is 24M, which they use to project to all US HHs.  Additional sources are under integration and to be announced soon. |
| **Digital Viewing Sources** | | | | | | | |
| 605 offers a suite of pixel solutions for video media tracking, and they will accept direct integration based on a client's ability to share the necessary data with 605 via privacy compliant cross walk | Comscore digital business relies on census data collection process. The census data collection process, collecting more than 50 billion digital events per day, including more than 21 billion mobile events each day. | iSpot has direct integrations with 300+ streaming platforms. iSpot's ad tracking pixel is pre-approved to capture data from 300+ publishers and is deployed on 3K+ customer websites/apps.  iSpot's approach to capturing complete digital delivery, i.e. Mobile devices or any internet connected devices, can be captured either with the iSpot pixel or direct integration with the publisher, and sell-side and buy-side ad servers (including video DSPs/SSPs) can also receive the iSpot pixel. | Nielsen has a 32K computer panel and a 18K mobile panel.  Nielsen has 150+ networks via multiple MVPD apps and Direct apps that have deployed Nielsen's SDK for measurement.  Nielsen also has direct server integration of their impressions data across sell-side and buy-side ad servers (including video DSPs/SSPs) and with major digital-first publishers. | Oracle Moat Reach directly measures digital and CTV impressions via tags.  On average, Oracle find that each person in the Identify Graph has 6 cookies associated with them. Additionally, Oracle collects 15 different types of identifiers on people in their Identify Graph, including email address, physical address, etc. If/when cookies should be deprecated, Oracle is well-positioned to interconnect via the Identity Graph to other consented ID networks to which the industry may transition. | Samba has several integrations across TV Networks and Streaming services to receive and incorporate their data for measurement products via the following integrations: ACR Viewership Data, Metric & Logging platforms (mParticle, Tealium, etc.), Pixels, Direct Log File ingestion. | TVSquared has direct publisher and server-to-server ad integrations, which captures digital viewing from over 75+ streaming platforms. Additionally, over 6,000 advertisers have deployed TVSquared's response pixel, enabling TVSquared to capture web visits, app engagement and offline activity and tie that back to TV viewing across all screens and platforms. | VideoAmp directly integrates with publishers, platforms and 3rd party AdTech partners to receive census level log data via secure compute environments, clean rooms, other server to server integrations and pixels. |
| **Ad Occurrence Sources** | | | | | | | |
| 605 has a non-proprietary ad catalog and airing detection platform based on Hive (Virtual MVPD). | Comscore receives non-proprietary ad occurrence data from Kinetiq effective with July 2021 broadcast data. | iSpot has a proprietary ad catalog and airing detection platform. They have specialized infrastructure deployed in 30 cities and data centers across the US utilizing proprietary automatic content recognition (ACR) software that watches TV.  There are 1.5M ads in their ad catalog, growing 6K ads a week with a 8 year history.  There are 30 full time employees who manage the ad catalog including adding the 80 metadata elements (product, offers, etc.) appended to each ad and auditing and reconciling the ads against the networks ad delivery log leading to 99% accuracy.  The ads are tracked and extracted from 160 networks and streaming publishers. In addition, iSpot verifies ads delivered through streaming services directly on the glass using its proprietary ad catalog and native integration with smart TVs | Nielsen has a proprietary ad catalog and airing detection platform.  They identify National and Local Linear TV ads via Ad Intel using passive recognition technology.  Nielsen has also recently expanded their relationship with Extreme Reach to insert Nielsen watermarks on all national ads running through their platform.  Additionally, Nielsen receives national ad logs from measured TV networks and reconciles the above mentioned streams to deliver comprehensive advertising insights. Digital and CTV campaigns are tagged and measured based on direct engagements with clients. | Oracle Moat receives linear TV ads that are captured and catalogued by our ACR data source (iSpot). Metadata for digital ads are captured via ad server macros placed within the Moat tag. | Samba has a proprietary harvester technology which identifies and extracts ads from the full TV broadcast content. Samba also supports direct uploads of creative assets and utilizes Kantar to enrich local market coverage.  For digital ads, Samba utilizes a pixel and logs form DSP/SSP partners. | TVSquared receives non-proprietary ad occurrence data coming directly from programmer post logs to combine with smart TV data. For streaming, we use a direct integration with the ad server. | VideoAmp receives a non-proprietary ad catalog based on several different sources. They ingest a programmer custom linear TV ad schedule or post log. They also leverage Kantar TV ad schedules to identify national ad occurrences. VideoAmp also can take the ad exposure from the Vizio ACR dataset and build an inferred ad schedule. |

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|
| **Conversion (Outcome) Sources** | | | | | | | |
| 605 licenses 3rd party data such as PlaceIQ (geo-location), Catalina (CPG), and Polk (Automotive) | Comscore partners with Data+Math for outcome based measurement | iSpot onboards client offline sales data: POS, CRM, call center, etc. iSpot licenses 3rd party data such as IRI, Polk, Fandango, and Place IQ for conversion metrics, such as store visits and offline sales. iSpot has deep integrations with Dynata, Upwave and Lucid for brand measurement services. In addition, iSpot also has their own proprietary brand tracking survey (Ace Metrix), issuing 130K survey responses per week for creative assessment, that includes questions pertaining to purchase consideration as well as brand recognition. | Nielsen licenses 3rd party data such as CPG data from NCS, non-CPG data comes from various banks, across multiple payment networks (i.e. Visa, Mastercard, AmEx). | Oracle licenses 3rd party data best suited for the KPI being measured (e.g. sales with loyalty card data across grocery, drug, mass, e-commerce, etc. totaling $1 trillion in annual consumer spend, or location with Oracle's partnership with PlaceIQ). | Samba licenses 3rd party such as IRI, Catalina, Affinity, Factual, Foursquare and mFour, for conversion metrics, such as online conversions and foot traffic. Box office data and other offline conversion sources are on their roadmap. | TVSquared licenses 3rd party data such as  PlaceIQ, Adjust, appsflyer and others for conversion metrics, such as store visits and offline sales, app activity and more. | VideoAmp's licenses 3rd party data such as Catalina (CPG) and Foursquare (Auto, QSR, Retail) for conversion metrics, such as store visits and offline sales, app activity and more. |
| **People Panel** | | | | | | | |
| 605 does not currently provide person level reporting but plans to towards the end of 2022.  605 will provide a bridge to a panel synthetically through a combination of statistical personification and concluding active discussions with de-facto leading providers of in-home personification. | Comscore provides a proprietary personification solution that takes advantage of STB audience information to extract person level audience estimates at granular levels. This is achieved through a statistical inference process by which household media consumption data is assigned to, or allocated to, the persons within the household. | iSpot leverages a non-proprietary persons based panel provided by TVision. The TVision data set is not matched deterministically to iSpot, but instead provides iSpot with a distribution of TV watching patterns by age and gender for the given content. iSpot overlays the persons level distributions to their existing household-level data sets to report on person level demographics at scale | Nielsen leverages a proprietary National TV panel of ~41K HHs with plans to grow by 15% come Q2 2023. Nielsen also operates a Portable People Meter panel of ~70k persons that is designed to measure in home and out-of-home viewing.  On the Digital front, Nielsen has a panel of ~32k+ persons and mobile panel of ~18k+ persons.  Where Nielsen doesn't have direct persons level observations of viewership for linear TV - e.g. via set meters and big data sets - proprietary modeling approaches are used to determine persons in front of the TV set at the time of viewing. Nielsen's digital measurement methodology leads with data integrations from leading digital platforms with direct person's level data delivered in a privacy compliant method and calibrated by Nielsen's panels. | Oracle Moat Reach leverages a non proprietary persons based panel provided by TVision to estimate campaign level attention on TV as well as refine estimates of people who saw an impression and the demographics of those people. Oracle Moat Reach is also testing a couple of panel providers to incorporate coverage of digital walled garden sources. | Samba does not today leverage any persons based panel. They do offer measurement against Experian defined audiences, and/or client provided 1P/3P defined audiences. | TVSquared does not today leverage any persons based panel.  This is currently on the roadmap. | VideoAmp has not incorporated persons into their standard product suite but expect to do so by 1H 2022. VideoAmp is currently the only company participating in both the TVision/Gemius and the HyphaMetrics panel trials. They have also had conversations with another company about developing a US based panel to help support the needed use cases. |
| **Universe Estimates** | | | | | | | |
| LRG survey of TV access, will be replaced with factors from the ARF Dash survey in 2022 | Based on a variety of information sources including S&P Global, Comscore's internal linear television subscriber population data, and Comscore Local Market TV surveys | Yes, iSpot's national HH universe is 122.8M HH, based on the American Community Survey (ACS) estimates from the Census Bureau. iSpot maintains estimate for each of 210 market areas and updates its universe estimates annually. | Nielsen uses a variety of sources including - Claritas, Current Population Survey (CPS), Annual Social and Economic Supplement (CPS ASEC), American Community Survey (ACS), Nielsen's National Sample and Nielsen's National Hispanic Enumeration Survey. | Oracle receives data from roughly 15MM TVs as of January 2022 and are able to match a subset of those to U.S. households via the Oracle Identity Graph. Oracle refers to the U.S. Census for universe estimates, accounting for households that don't have a TV. | Samba weights to the US census at the local market level on ethnicity, income, age, gender. Samba uses US Census American Community Survey (ACS) for universe estimates | TVSquared utilizes regional universe estimates published by Nielsen | VideoAmp weights to the US census as updated annually via CPS. In addition, VideoAmp uses TV HH-type universe estimates (OTA, stream-only, etc.) which will be sourced from the ARF's device universe estimates study. |

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|-----|----------|----------|---------|--------|-------|-----------|----------|
| **Methodology/Weighting** | | | | | | | |
| 605 starts with accurately counting for household viewership. This means ensuring the household weights balance, adjust, and project household television viewing to correct for biases. 605 uses raking weighting to calculate a weight for every qualified home. An assessment of demographics and viewing characteristics revealed the need to include 9 variables in predicting a home's quantity of viewing by program genre. | Comscore projection methodology starts at the zip code level and builds to the market level. In this projection methodology, they account for several factors, including: the quantity and distribution of cable, satellite, IPTV, and OTA homes; demographic and geographic distribution, adjustments for non-reporting set top boxes. For OTA projection, OTA viewership data models is driven by surveys versus electronically collected. | iSpot starts with accurately counting for household viewership. This means properly weighting each household based on their demographics and the amount of TV they consume relative to the national average. In order to solve for demographic biases, iSpot after obtaining demographic traits from Epsilon then uses a well known survey technique called "Iterative Proportional Fitting", or "Raking", to debias the panel, resulting in significantly more representative of the Census (ACS) values for the US demographics than the raw device panel. iSpot also goes beyond just demographic weights to correct for viewership biases (aka time spent consuming TV). These viewership weights in combination with their demographic weights allows a significant increase in extrapolation accuracy. | Nielsen starts with a representative sample of US TV households. Weighting methods are used to project the sample to the total US, accounting for daily variations in panel cooperation. Nielsen also oversamples to account for known differences in cooperation among varying types of households to keep weights across demographic groups within a comparable range. | Oracle uses weighting to make unbiased inferences about commercial viewing in the U.S. based on the TV footprint matched to the Oracle Identity Graph. Within this footprint, we are able to assess HH demographics. These attributes include education, income, presence of children, household size, age (head of HH), race, urban / rural status, and local market, and are then adjusted to match national values. Except for the last two attributes, information from the U.S. Census is used as the benchmark. TVs matched to HH with full demographic information are also not randomly distributed. To avoid adding another bias, daily activity data (hours of viewing per day) from both matched and unmatched TVs are used to create an activity weight to ensure that with respect to viewing both groups are equivalent. Nightly, the number of active TVs is estimated for use in calculating weights. Identity maps and demographic information are updated at different cadences. We rely on a second data provider for individual level demographics. A similar methodology is used to help ensure that these individuals and households are representative of U.S. TV viewers. These steps have allowed us to significantly decrease our bias with a minimal increase in our variance. | Samba US HHs must be in their panel for at least 28 days and are geographically balanced at the local market level, map demographic and ethnicity data from Experian and balanced vs. US Census. Their method assigns a weight to each Samba HH so that they effectively represent "similar" households. This HH weight number is associated to each Samba device and is then adjusted to match national values. Except for the last two attributes, information from the U.S. Census is used as the benchmark. TVs matched to HH with full demographic information are also not randomly distributed. The goal is to weight all the HH in a panel such that their total weight represents the census data. All of Samba's viewing data is refreshed daily. | TVSquared takes into account the expected number of TVs in any household and applies a logarithmic formula to adjust for the fact that not all households will have a relevant TV (i.e. one that captures viewership). TVSquared after obtaining demographic traits from Experian then calculates and appends a "demographic weight" to each household for combined impression dataset in each market. This indicates how over or under represented the demographic (age, gender, HHI, etc.) is in the populated set versus the census for that market. | VideoAmp starts by weighting on demography of the households in their footprint. They are also working on controls for weights at STB Box HH, Broadband Only HH, and OTA HH (the ARF UE study will be the source for these weights). VideoAmp uses the census data to provide the universe values and various multi-sourced demography sources for households in their footprint. |
| **Representation** | | | | | | | |
| % Of 605 Reporting TV HHs (unweighted) across the 22M STB panel is as follows: White 71%; Hispanic 13%; Black 10%; Asian American 4% | % Of Comscore Reporting TV HHs (unweighted) across the 40M STB panel is as follows: White 75%; Hispanic 11%; Black 10%; Asian American 3% | % of iSpot Reporting TV HHs (unweighted) across the 39M Smart TV/STB panel is as follows: White 78%; Hispanic 12%; Black 7%; Asian American 3% | National TV panel composition as of 1/17/2022 - Total Households installed 41,467; HOH White 31,000; HOH Hispanic 5,771; HOH Black 6,253; HOH Asian 1,717 | % of OracleMoat Reporting TV HH (unweighted) 6M matched with demographics from 15MM Smart TV/STB panel is as follows: White: 62.7%, Hispanic: 12.6%, Black: 12.7%, Asian American: 3.2% | % of Samba Reporting TV HH panel is as follows: White: 67% , Hispanic: 16%, Black : 11% , Asian American: 5% | % of TVSquared Reporting TV HH (unweighted) 18M Smart TV/STB panel is as follows: White: 71%, Hispanic: 13%, Black: 10%, Asian American: 4% | % of VideoAmp Reporting TV HH (unweighted) 39M Smart TV/STB panel is as follows: White/Other: 72%, Black: 11%, Hispanic: 13%, Asian American: 4%. |
| **Impression Definition** | | | | | | | |
| Based on the account for an ad for 1 second across all impressions. | An ad video is defined as a stream that was viewed for at least 3 seconds and that was classified as an ad (via an identifier in the tag). Linear: Comscore TV applies a 60-second threshold to linear television content viewership (Average Audience), and a 5-second threshold to linear television ads (including traditional, DDL, and addressable ad types). | An ad video is defined as a stream that was viewed for at least 6 seconds across all impressions. | Today, Nielsen National television crediting rules are based on the originator that won the minute. Crediting rules in the future for Nielsen One will provide a more refined understanding of the audience with exact commercial ratings. For Digital & CTV, Nielsen counts the impression when the tag fires and provides several options to apply qualifiers including MRC Viewability standard. | A linear TV ad impression is defined as a video stream that was displayed for 2 seconds and that was classified as an ad. For digital and CTV, Oracle uses the MRC definitions of an ad impression, including filtration for IVT. | An ad video is defined as a stream that was viewed for at least 5 seconds and that was classified as an ad. Their minimum threshold to create a viewing event is 3 seconds of continuous viewing. | An ad video is defined as a stream that was viewed for at least 1 second and that was classified as an ad. | An ad video is defined as a stream that was viewed for at least 1 second and that was classified as an ad. We allow for all the industry standard variations and custom impression definitions. |

21

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|-----|----------|----------|---------|--------|-------|-----------|----------|
| **Deduplication** | | | | | | | |
| 605 de-duplicates reach at the household level. In 2022, 605 will implement a model that de-duplicates device level tunes, using the insights from devices that are present in multiple data providers (matched devices). | Comscore approach to de-duplication is as follows: Data points are stitched together across platforms via a unique third-party matching process, informing Comscore of cross-device consumption. Comscore uses a panel comprised of TV households with Comscore measurement on Internet devices where exposure to both platforms are captured. The data from this single-source panel is used to estimate Digital-TV overlaps. Comscore utilizes the datasets from several such single source panels to create training sets for deduplication algorithms to estimate audiences. Similarly, Comscore has developed and patented a methodology to use behavioral matching across data sets to identify STBs that are connected to Smart TVs, and therefore to deduplicate across the platforms. | iSpot performs de-duplication across Linear, CTV, and Digital by using their proprietary Smart TV Identity spine that is connected to other digital devices such as tablets, PCs, laptops, and smartphones found within the same matched and id resolved household and share the same IP address, to evaluate the overlap based on ad exposure or content/program. | Nielsen performs deduplication across Linear, CTV and Digital by using their proprietary Nielsen ID System, which is inclusive of Nielsen ID Graph, panels, and big data assets. | Oracle's deduplication methodology adopts a bottom-up approach. Firstly, each marginal platform is projected to its US-wide reach and frequency. Secondly, using the Oracle Identity graph, Moat Reach can observe households that have been exposed across different combinations of Linear, CTV and Digital exposure. That population suffers from similar missing data pattern as the marginal projections and go through similar projections. As an example, knowing reach and frequency for Linear TV, Digital and their intersection mathematically constrains the entire Venn diagram (TV union Digital, TV only and Digital only). | The combination of Samba's deterministic multi-OEM TV ACR and deterministic and probabilistic multi-identifier identity graph allows them to measure the interaction between TV/CTV/Digital channels, de-duplicating at a very granular level, and projecting viewership and ad exposure nationally. | TVSquared approach to de-duplication is as follows: when linear and streaming campaigns are running concurrently, they use IP address matching to map the impression datasets and detect any overlap in exposure along with the unique reach of each. This allows TVSquared to identify a percentage of households that have been served with streaming impressions, linear impressions and those that have been exposed to both. | VideoAmp approach to de-duplication is as follows: Ingest exposure data tied to the household or device IDs, create a total exposure file at the household level that includes a union of all exposures resolved to the VideoAmp ID; ingest digital linear (addressable across web, app, and streaming environments, mapped and anonymized to VideoAmp ID; converge the disparate datasets by connecting offline and online identifiers, forming the deduplicated VideoAmp ID from various data science techniques to that measures 100% of impressions, including directly matched and non-matched impressions. |
| **Identity** | | | | | | | |
| 605 works with a number of industry leading identity resolution partners that provide compliant, identity resolution, data transfer and crosswalk solutions that allow 605 to connect and transfer data between partners. We also have an existing relationship with OpenAP, who we view as an emerging leader in universal IDs. 605 also works directly with a number of major publishers to ingest exposure data from the source and finally, 605 offers a suite of pixel solutions for traditional and video media tracking. | Comscore leverages the data from their digital tagging of websites, videos, and mobile apps. Comscore works with a variety of identity providers including Experian, Live Ramp, and OpenID | iSpot's proprietary device graph is based on 19-million matched and id resolved Smart TVs enabled by Epsilon as the primary identity spine.  iSpot can leverage their iSpot pixel or a direct integration with a publishers 1st party identity data to bring together a single source panel for de-duplication. iSpot bolsters the accuracy of their device graph by leveraging integrations with other industry standard device graphs. | Nielsen's proprietary device graph consists of first party information from Nielsen's quality panels and partner providers that results in a rich data set of over 1B unique devices, 300M people, and 210M emails. The Nielsen identity graph is strictly used by Nielsen for measurement purposes and allows for interoperability with other identity solutions/graphs, i.e. Experian. | Oracle's proprietary Identity Graph is built on a PII foundation of real people buying real things. With a data co-op of more than 1,500+ retailers with both mail order and e-commerce businesses, as well as CPG transaction data, our transaction data records more than $1B transactions per week and represents 99% of U.S. households. | Samba's proprietary Identity and Device graph covers 106M HH, which underpins their cross channel measurement and deduplication product. They have a very robust device to HH mapping incorporating 70 days of historic data for the highest accuracy mapping, and their identifiers are updated daily. They use a variety of data points and identifiers including MAIDs, HEMs (coming in Q1 2022), IPs, Experian LUIDs, Liveramp Ids, Neustar Oneld, to  help link signals to devices and to link devices into persons. | TVSquared has a multi-ID approach and works with a number of partners for Identity Resolution including Experian, Blockgraph, Adobe plus more. TVSquared is also continuing to test new identity resolution solutions, including UID 2.0 and OpenID, and traditionally employs a variety of approaches to refine household and device identification. | VideoAmp provides an interoperable identity solution across Live Ramp, Experian and TransUnion, OpenID and can match devices back to VideoAmp ID. |
| **Ability to Deliver** | | | | | | | |
| **Inventory Measured** | | | | | | | |
| 605 reports unduplicated reach across linear, streaming and digital inventory sources. Their sources for Linear include OTA, STB, Satellite, and VOD.  Their sources for streaming (CTV) and digital (tablet, mobile, pc) can be tracked and supported provide the client supply AAR files or access to receive these files through a crosswalk. | Comscore reports de-duplicated reach across linear, streaming, and digital inventory sources. Their sources for Linear include OTA, STB, and Satellite.  Their sources for streaming (CTV) and digital (tablet, mobile, pc) can be tracked via a census data collection process. | iSpot reports de-duplicated reach across linear, streaming and digital inventory sources.  Their sources for Linear include OTA, STB, Satellite, and Broadband Only Homes. Their sources for streaming (CTV) and digital (tablet, mobile, pc) can be tracked and supported by their iSpot pixel as well as direct server to server integrations with publishers to receive the ad exposure and content audience delivery data. | Nielsen reports de-duplicated reach across linear, digital and VOD. The Nielsen ONE product line that will launch at the end of 2022 and serve as a cross-media first suite of products for ads and content, will address the following coverage gaps: 1. CTV grow beyond 75% coverage; 2. OOH include reach metric; 3. four screen de-duplication. Audio is on the roadmap for Nielsen One. | Oracle Moat measures unduplicated reach and frequency across the U.S. market for the following services: linear, OTA and VOD. In addition, digital and CTV is captured directly via Oracle Moat's measurement tags, and the deduplication is done by mapping exposures to Oracle's proprietary Identity Graph, covering 99% of U.S. households. | Samba reports reach, frequency, and unduplicated reach across Linear, streaming, and digital inventory sources.  Their sources for Linear include OTA, VOD, STB, Satellite and Broadband Only Homes. Their sources for streaming (CTV) exposures via a combination of TV ACR, log integrations and pixels. Exposures for digital (tablet, mobile, pc) are captured via log integrations and pixels. | TVSquared reports reach, frequency and unduplicated reach across linear, streaming and digital inventory sources.  Their sources for Linear include OTA, STB, Satellite and Broadband Only Homes.  Their sources for streaming (CTV) and digital (tablet, mobile, pc) can be tracked and supported by their TVSquared pixel as well as direct server to server integrations with publishers to receive the ad exposure delivery data. | VideoAmp reports de-duplicated reach, frequency, and unduplicated reach across linear, streaming, and digital inventory sources. Their sources for Linear include OTA, STB, Satellite, and Broadband Only Homes. Their sources for streaming (CTV) and digital platforms, they also support via VideoAmp pixel or via server-to-server integrations or cleanroom. |

22

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|
| **Inventory Gaps** | | | | | | | |
| 605 currently does not measure OOH. 605 would also like to get streaming, digital data and OOH passed to them by programmers in an always on manner that could support content or specific ad campaigns. Streaming services, digital, VOD, and OTA are offered as cross platform managed service deliverables, provided the client supply the exposure files necessary for measurement. | Comscore currently does not measure OOH | iSpot currently does not measure OOH, upcoming in Q1 2022, they plan to have a significant advancement on our OOH capabilities. OTA viewership is not broken out in their dashboard reporting, this work is in progress to be delivered on their roadmap this year. | Nielsen's gap areas are in delivering more coverage and full deduplication. Nielsen's deduplication methodology for ads has released in Alpha via Nielsen ONE Ads. Nielsen's deduplication methodology and coverage will continue to evolve and expand, and Nielsen One Ads will officially launch at the end of 2022, followed by Nielsen ONE Content, Planning, and Analytics modules. | Oracle Moat is currently prioritizing the expansion of their linear and digital datasets before expanding into OOH measurement. | Samba currently excludes OTA HHS that do not own a Smart TV and OOH behavior. Samba does capture some OOH TV viewing on devices located outside of home, but currently excludes this data. | TVSquared is in the process of extending their methodology to cover OOH measurement. | VideoAmp currently does not measure OOH, they are working on a solution for mapping devices from their footprint partners to locations. OTA viewership is also an area of refinement they are working to enhance. Their measurement of VOD can be addressed best as they add additional MVPD partners to the measurement footprint. |
| **Change to Geography Covered** | | | | | | | |
| National, Local capabilities delivered via managed service (on roadmap to offer as syndicated). 605 also has operations in the EU. | Local, National, Global | National, with Local on roadmap | Local, National, Global | National | National, Local, Global (24 Smart TV OEMs available in 7 markets) | Local, National, Global | Local (Top 50 TV markets individually weighted, 61 TV Markets overall), National |
| **HHLD Universe** | | | | | | | |
| Yes, 605 transforms their panel of 22M Smart TV/STB households into one that represents 120M US TV homes. | Yes, Comscore transforms their panel of 40M STB households into one that represents 95M US TV homes. | Yes, iSpot transforms their panel of 51M Smart TVs/STB into one that represents 122.8M US TV homes. | Yes, Nielsen projects audiences to total US households, closely aligning the composition of its panel to the US Census. In the Fall 2022, Nielsen will bring big data into the methodology, enhancing its basis for projections from ~41k homes to approximately 30 million homes. Nielsen will employ a big data plus panel approach, continuing to deliver rich audience insights on total usage of TV, including streaming and connected device usage. | Yes, Oracle Moat Reach transforms their roughly 15MM Smart TV households into one that represents the US census. | Yes, Samba normalizes their panel of 3.0M Smart TV households to match the US Census and project results to represent 121M US TV homes for Linear. | Yes, TVSquared transforms their panel of 18M Smart TV households into one that represents 120M+ US TV homes for Linear. | Yes, VideoAmp transforms their panel of 39M Smart TV/STB households into one that represents 120M+ US TV homes for Linear. |
| **Persons Measurement** | | | | | | | |
| Yes, direct match of all 22M households to the Experian Identity Spine. These assigned persons level characteristics enable 605 to report viewing by households with member age ranges. For example, if a user chooses the attribute "Age 25-54", a home qualifies if at least one household member is age "25-54" as reported directly by the assigned Experian identity. 605 clients can also build a custom audience from the specific person's age appended to additional 1st party or 3rd party attributes | Yes, direct match of all 40M households to the Experian Identity Spine. These assigned persons level characteristics enables Comscore to report viewing by households with member age ranges. For example, if a user choose the attribute "Age 25-54", a home qualifies if at least one household member is age "25-54" as reported directly by the assigned Experian identity. Comscore clients can also build a custom audience from the specific person's age appended to 1st or 3rd party attributes. | Yes, direct match of all 51M Smart TVs/STB to the Epsilon Identity Spine. These assigned persons level characteristics enables iSpot to report viewing by households with member age ranges. For example, if a user choose the attribute "Age 25-54", a home qualifies if at least one household member is age "25-54" as reported directly by the assigned Epsilon identity. iSpot clients can also build a custom audience from the specific person's age appended to additional 1st party or 3rd party attributes. iSpot further calibrates its person level measurement with TVision data that gets used to apply weights to each HH based on the probability that each individual in the HH is in front of the TV (i.e. a home qualifies if one HH member is age "25-54" and that member has a certain probability of being in front of TV based on the TVision data). | Yes, today the persons data is directly collected and reported based on Nielsen's ~41K household panel. The statistical design of the TV panel is to closely align the composition with the US census on key factors including race, ethnicity, geography, household size, and presence of children. These assigned persons level characteristics enable Nielsen to report viewing at the household and persons level including individual age - e.g. Males 25-54. In September 2022, Nielsen will be integrating big data sets into RPD providers as well as ACR providers. For these big data sets, persons level data for age, gender and other characteristics will be based on advanced modeling techniques, informed by Nielsen's panel. | Yes, the Oracle Identity Graph has person-level connections for 220+ million US adults tied to their associated households. These assigned person level characteristics enable digital impressions to be measured by individual age or households with member age ranges. In addition, for their TV data from iSpot they leverage a panel partnership with TVision that provides person-level co-viewing data. This data is applied after the ACR impressions are mapped to households using the Oracle Identity Graph to further inform individual level reporting. | No, Samba audience measurement is based on HH composition matched to the Experian Identity Spine. These assigned persons level characteristics enables Samba to report viewing by households with member age ranges. For example, if a user choose the attribute "Age 25-54", a home qualifies if at least one household member is age "25-54" as reported directly by the assigned Experian identity. Samba clients can also build a custom audience from the specific person's age appended to additional 1st party or 3rd party attributes | No, TVSquared does not report at the person level. | Yes, direct match of all 39M households to VideoAmp IDs. These assigned persons level characteristics enable VideoAmp to report viewing by households with member age ranges. For example, if a user chooses the attribute "Age 25-54", a home qualifies if at least one household member is age "25-54" as reported directly by the VideoAmp ID. VideoAmp clients can also build a custom audience from the specific person's age appended to additional 1st party or 3rd party attributes. VideoAmp reporting at the persons level is in Alpha, with the expectation that counting people behind the screen is added to the syndicated suite in the first half of 2022. |

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|-----|----------|----------|---------|--------|-------|-----------|----------|
| **Demographic Reporting Granularity** | | | | | | | |
| Yes - Provided at Household level only, plans to measure and report on age/gender of viewing persons before end of 2022 | Yes - provided at Household level (HHLDS with) with standard breaks across 18+, 18-49, 25-54 including breaks at any of these granularities (21+, 25+, 35+, 50+, 55+, 65+) and Age and Gender breakouts will be available in person level reporting in a beta phase by end of 2022. | Yes - Provided at  Household level or Age and Gender standard breaks across P2+, P18+, P18-49, P25-54, including breaks at any of these age granularities (21+, 25+, 30+, 35+, 40+, 45+, 50+, 55+, 65+) | Yes, Provided at Household level or Age and Gender standard breaks.  Nielsen reports on ages 2+ at the individual and building block level. For Digital Reporting, Nielsen reports on ages 13+ at the building block level. | Yes - Provided at Household level or with Age and Gender standard breaks for any age bracket increments (starting 18+) | Yes -Provided at household level and standard breaks at any of the following age granularities (0-9, 10-19, 20-24, 25-34, 35-44, 55-64, 65-74, 75-100) | Yes - Provided at Household level only | Yes - Provided at Household level and standard breaks at any of these age granularities (2+, 18-24, 25-34, 35-44, 45-49, 50-54, 55-64, 65-74, 75-84, 85+) |
| **Co-viewing** | | | | | | | |
| No, 605 plans to provide person level reporting based on a combination of models derived from panels accessed through partnerships, statistical inference, surveys, and the person-level data from the Experian file. | Yes, Comscore connects their Experian assigned household demographics to a statistical inference process. This starts with measurement of household level tuning, obtained through STB data capturing What, When, and How Much was watched.  To solve for Who, Comscore uses a statistical decoder to extract signals present in household information combined with known household rosters and Bayesian statistics. | Yes, iSpot connects their Epsilon assigned household level demographics to the data provided by TVision in order to take the measurement down to the person level.  TVision directly observes the people in the home who are watching TV in the room. Their data captures co-viewing for true person level measurement. The TVision data set is not matched deterministically to is Pot, but instead provides iSpot with a distribution of TV watching patterns by age and gender for any given content.  iSpot overlays these distributions to their existing household level data sets to report persons level demographics at scale across Linear & CTV. | Yes, Nielsen has direct measurement of person level viewing based on a subset of their panel having people meter devices installed in the homes. Nielsen determines the age and gender of each person in the household, including any long term visitors.  Where set meter or big data are used, Nielsen utilizes a viewer assignment model to determine the persons that were in front of the TV set at the time of viewing. | Yes, using a panel partnership with Vision that provides person-level linear TV co-viewing data, Moat Reach estimates campaign level attention and refines estimates of people who saw an impression and the demographics of those people. | No, Samba does not estimate persons behind the TV Screen | No, TVSquared does not estimate persons behind the TV Screen | In Development, VideoAmp personification involves deployment and integration of the following assets: Observed tuning across sets for all households in the VideoAmp footprint; HH rosters including demographic composition; A subset of the footprint of HH which are comprised of only one person; and a panel of households with persons level viewing to serve as a training set.  A model is then trained to predict the probability of individual viewership of an event given HH level viewing and composition of that household. TVision is currently one of the training sets. |
| **Device Breakout** | | | | | | | |
| No, 605 does not provide reporting break outs by platform | Yes, Comscore provides aggregate device level reporting by platform. | Yes, iSpot reporting breaks down the ad exposure and content delivery by platform (TV, PC, Mobile(Smartphone/Tablet)) | Yes, Nielsen provides audience metrics for all operable TV sets within a home and any devices connected to those sets including Internet Connected Devices and Video Game Consoles. | Yes, Oracle Moat Reach reporting breaks down the ad exposure by platform except CTV | Yes, Samba provides reporting breaks down the ad exposure by platform | Yes, TVSquared provides attribution by device type (e.g. PC, mobile) | Yes, VideoAmp normalizes devices across their various integrations to provide ad measurement breakout by devices (STB Box, CTV, Desktop Mobile, Mobile Phone, Tablet, Unknown) |
| **Advanced Audience** | | | | | | | |
| 605 enables 1st and 3rd party segments to be onboarded to the 605 platform, enabling impression, reach and conversion measurement against specific audience segments.  605 evaluates the match rate, characteristics of the math, and scales the data, through weights or nearest neighbor, to the proper universes. 605 can receive 1st party data directly from their clients linked to IDs from Experian or Live Ramp.  605 plans to integrate Polk, Catalina, and MRI within 2022. | Comscore enables first and third party data, (1st party subject to use case) enabling clients to pinpoint audiences you want to reach using TV consumption habits, buying patterns, auto ownership and more. Comscore advanced audiences are matched to TV households via blind matching process of MVPD subscriber files facilitated by Experian. | iSpot enables 1st and 3rd party segments to be fed into the iSpot platform, enabling impression, reach and conversion measurement against specific audience segments. iSpot can receive 1st party data directly from their clients linked to IDs from Neustar, Epsilon, Live Ramp, Experian, TransUnion, Oracle, and Adobe. iSpot licenses IRI, Polk, Fandango, and PlaceIQ | Nielsen enables 1st and 3rd party segments to be fed into the Nielsen platform, delivering rich advanced audience information. Nielsen can receive 1st party data directly from their clients linked to, but not limited to, TransUnion, Experian, Live Ramp, Epsilon, and Neustar. | Oracle Moat Reach supports over 2000 Oracle syndicated audiences (purchase-based, lifestyle, etc.) as well as the ability to OnRamp any client 1st party audiences.  Oracle Moat Reach maps deduplicated reach to the households and people within their Identity Graph, and audience membership maps to these same people and households. Oracle Moat Reach displays reach and frequency numbers within the selected audiences for any combination of campaigns, media partners, and media types. | Samba supports investing and measuring audiences that fall into 1st party and 3rd party defined segments. Samba supports clients syndicating their audience to Samba through a variety of match keys including hashed emails, maids, IP/timestamps, or leading 3rd party matching solutions (Experian, Neustar, Live ramp) | TVSquared supports 1st or 3rd party audiences. This is usually integrated directly with an advertiser, agency, publisher, platform or 3rd party ad tech partners. | VideoAmp supports all advanced audiences. This includes any arbitrary 1st or 3rd party audiences. This is integrated usually directly with an advertiser, agency, publisher, platform or 3rd party ad tech partners. |

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|

### Speed

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|
| All 605-viewership data is processed nightly and is available for reporting in the product after three days. Syndicated ad source data is refreshed on a five-day lag. As part of the 605 EXCHANGE roadmap, these timelines will be shortened to facilitate more real-time transactions between NBCU and the buy-side. 605 is in negotiations to license a large, nationally representative dataset which will allow next day delivery of reporting. | All reporting and analytics final data for Comscore TV is summarized on Day 11 post airdate. Preliminary data is available typically a few days post air. At day 3, data is estimated to be 96% complete and at Day 7 is estimated to be 99% complete. Reporting on cross platform campaigns is updated on a daily basis with Digital/CTV reporting finalized within 72 hours, and TV is finalized on the same schedule as Comscore TV | All reporting and analytics in iSpot APIs have less than a 24-hour lag time. Linear and estimated spend within an hour. Program ratings are delivered next day and unified ad measurement deliered within 24-48 hours after ad airing. | All reporting in analytic applications, data files, and APIs range from real-time to weekly depending on the measurement product and specific campaign details. | All reporting and analytics in dashboards have a next day delivery for Digital and CTV data, and Linear data is on a 2-3 day delay. | All reporting and analytics in dashboards are delivered daily with a 3-5 day lag to ensure completeness of brands, airings, and tagging/assignment of new ads. Digital data via the Samba pixel is current up until the previous day. | All reporting and analytics in dashboards are delivered next day in the platform. TVSquared also has a range of exporting capabilities that can be done in real time. | All reporting and analytics for cross platform metrics, the latency of reporting can range between 3 to 9 days. VideoAmp produces next day measurement for non-final linear metrics and final digital metrics. |

### Market Presence

#### Length of Time In Market, Company Size, & Ownership Status

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|
| Founded in 2016, 605 is a privately held company with 150 employees and today their customer roster includes TV network groups, MVPDs, brands, and agencies. 605 measures linear, ctv, and digital video, with digital and addressable media channels delivered on a managed service basis. 605 offers products across planning, measurement and attribution. 605's core client base leans heavily toward the sell side with 80% of their revenues attributable to measurement and attribution services provided to programmers and MVPDs. | Founded in 1999, Comscore is a publicly held company with 1,350 employees and today has thousands of clients in all parts of media and advertising. Comscore measures linear, ctv, digital, social media, and theatrical viewership to provide de-duplicated measurement. Comscore is a trusted partner for planning, transacting and evaluating media with products across ratings and planning, analytics and optimization, and movies reporting and analytics. Comscore announced their Comscore Campaign Ratings which is the first cross platform product offering in 2018. | Founded in 2012, iSpot is a privately held company with 300 400 buy and sell side clients. iSpot measures linear, ctv, and digital video in a unified manner to provide accurate and deterministic cross platform analysis, including reach and frequency, as well as incremental reach over linear. iSpot has a diverse product portfolio that spans from creative assessment to attention analytics to unified measurement, and conversion analytics. iSpot's core client base is made up of approximately 50% of Advertisers who spend over $100M annually on US TV advertising. | Founded in 1923, Nielsen is a publicly held company operating around the world in more than 55 countries. Nielsen provides global leading audience measurement, planning, optimization, and content metadata solutions that put the audience at the heart of the media industry. Nielsen measures linear, ctv, and digital video providing de-duplicated reach and frequency measurement for ads and content. Nielsen has also embarked on a transformation of its audience measurement suite of solutions to deliver Nielsen ONE - a cross-media first product suite that will launch at the end of 2022. Nielsen has agreements with leading content owners across linear and digital platforms as well as buyers, including agencies and advertisers. | Founded in 1977, and participating in Cross Media Measurement since early 2020, Oracle is a publicly held company with 133,000 employees. Oracle Moat is a set of measurement products that live within the Oracle Advertising and Customer Experience (CX) solution line. Oracle Moat's customers includes hundreds of top brands, agencies and publishers. Oracle Moat provides end-to-end campaign measurement from impression validation to sales lift with three key products: Oracle Moat Analytics, Oracle Moat Reach, and Oracle Moat Outcomes. Oracle Moat Reach offers cross-platform audience measurement that delivers a deduplicated view of person and household reach and frequency across linear TV, connected TV, digital online video and display. | Founded in 2008, Samba is a privately held company with 294 employees. Samba works with top marketing, publishing, and agency clients across Linear, CTV, and Digital channels. Samba's measurement products and services includes a view of HH based audience aggregate and deduplicated impression, reach and frequency by channel, by individual TV, as well as CTV and Digital publisher. Samba's data footprint is the most diverse in the industry, drawn from 10 Smart TV manufacturers in the US. | Founded in 2012, TVSquared is a privately held company with 150+ employees. TVSquared works with over 6,000 advertisers across 75+ countries and their client base spans both the buy- and sell-sides, delivering real-time, identity-enabled, converged TV measurement and outcomes. TVSquared's global cross-platform audience measurement includes de-duplicated reach and frequency measurement across every form of TV advertising. TVSquared has the breadth and scale to deliver always-on measurement and outcomes for advertisers of all sizes and categories – from local/regional brands and high-growth DTCs, to nationally and globally recognized companies. | Founded in 2014, VideoAmp is a privately held company with 350+ employees. VideoAmp works with hundreds of brands, agency holding companies and the leading TV companies, creating a more data driven ecosystem. Their platform includes planning, measurement, optimization, workflow automation, and currency capabilities. VideoAmp's cross-platform audience measurement includes de-duplicated reach and frequency measurement on age/gender audience demographics or on any advanced 1st or 3rd party audience. VideoAmp also provides Multi-Touch Attribution and Lift measurement across traditional TV, streaming video, and digital media against client's desired business outcomes. |

#### Clients Base/Revenue Sources

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|
| 605 announced the launch of 605 EXCHANGE, at the end of 2021 to offer an alternative currency to underpin advertising transactions. 605 works across the major TV network groups, MVPDs, brands and agencies. NBCU has received the full list of these partners under MNDA. | Comscore has been selling national and local services for 12 years and cross platform measurement for 4 years. Comscore has 3,000 clients across local stations, national networks, station groups, advertising and media agencies, and across 200 regional and local agencies, 62 percent are exclusively using Comscore's local market data for all of their advertising campaigns and buys. | iSpot has been selling cross platform measurement to the 400 buy and sell side clients for 3+ years. iSpot has 100 sell side customers inclusive of networks and digital publishers, and 300 buy side direct advertiser clients, with agencies account for 40% of those active users. | Nielsen has agreements with leading content owners across linear and digital platforms as well as buyers, including agencies and advertisers. Nielsen data underpins the media planning/buying process for national and local advertising within video content whether on TV, CTV or digital platforms. Nielsen also measures audio. | Oracle Moat's core client base is made up hundreds of the top brands, agencies, and publishers. | Samba's core client base is made up of top marketing, publishing, and agency clients. | TVSquared works across the entire TV ecosystem, delivering measurement and outcomes to the buy- and sell-sides, representing over 6,000 advertisers in North America, Europe, APAC and LATAM. TVSquared's diverse client base is made up of 40% sell-side, including broadcast and MVPDs, streaming publishers and AdTech, inclusive of DSPs and SSPs; and 60% buy-side, covering local, national and global advertisers through brand direct or agency relationships. | VideoAmp does not disclose financial statements or otherwise provide indicators on their revenue as they are a privately held organization. |

| 605 | Comscore | iSpot TV | Nielsen | Oracle | Samba | TVSquared | VideoAmp |
|---|---|---|---|---|---|---|---|
| **MRC Accreditation** | | | | | | | |
| Not Commenced | Seeking Accreditation of Comscore TV; MRC Accredited Comscore Media Metrix and VCE | MRC Accreditation pending for ad occurrence detection (http://www.mediaratingcouncil.org/Accredited%20Services.htm). Further accreditations to follow quickly. | Accreditation currently suspended; actively working on re-accreditation | Building in compliance with MRC Cross Platform Guidelines; MRC Accredited: In-View/IVT Impression in Moat Reach | Samba recognizes the importance, and plans in the near future to seek accreditation on metrics which are aligned with Brand, Agency and Publisher partners. | Seeking Accreditation | Not Commenced |
| **Additional Services** | | | | | | | |
| **Audience Verification** | | | | | | | |
| No | Yes, through Comscore Validated Campaign Essentials measuring sophisticated ad fraud detection | Yes, through iSpot Ace Metrix to calculate completion rates and emotional resonance score. | Yes, for viewability of ads, will have the capabilities to meet MRC Cross Media viewability standards. | Yes, through Oracle Moat Analytics to provide verification and attention measurement | No | No | No |
| **Brand Measurement** | | | | | | | |
| Yes, 605 is able to survey households with its viewership panel through their survey partners to create brand metrics | Yes, Comscore partners with Hive for their branded content offering and also has their own cross platform brand survey lift offering | Yes, through iSpot Ace Metrix to provide select in house brand tracking, and partnerships with leading brand research panels (Dynata, Upwave, and Lucid) | Yes, Total Media Resonance, Brand Effect Expanded View, Custom Brand Effect. | No | Yes, Samba partners with 3rd party partners to enable brand lift, Lucid most common partner. | Yes, TVSquared calculates brand lift metrics | No, VideoAmp has worked with several survey companies and has partnerships if clients desire to measure this through them. |
| **Incrementality Measurement** | | | | | | | |
| Yes, leveraging 605 IMP4CT | Yes, Comscore partners with Data+Math for outcome based measurements | Yes, leveraging iSpot TV Conversion Analytics | Yes, Nielsen Market Lift & Nielsen Buyer Lift | Yes, leveraging Oracle Moat Outcomes | Yes, Samba offers causal TV measurement, tune-in measurement, and outcomes in online conversions and foot traffic. | Yes, TVSquared provides app usage, website visits lift metrics and location | Yes, leveraging their VideoAmp incrementality Lift Measurement methodology |
| **Business Outcome Guarantee** | | | | | | | |
| Yes, leveraging 605 IMP4CT can forecast outcome predictions to enable outcome based guarantees in the marketplace. | Yes, Comscore partners with Data+Math for outcome based measurements | Yes, leveraging iSpot TV Conversion Analytics to guarantee brand specific business outcomes across web/app and location based KPIs | No | No | Yes, Samba is testing an incremental reach guarantee product currently. Samba can support a Publisher's business outcome guarantee with their incrementality or outcome measurement products. | Yes, TVSquared outputs are used for BOG | No, VideoAmp has plans to support this use case but current timing, approach and methodology is not defined |
| **MTA** | | | | | | | |
| Yes, offers a multi touch fractional attribution solution through managed services | No | Yes, as input to any MTA partner | Yes, Nielsen Multi Touch Attribution | No | Yes, Samba has built a number of MTA approaches including data driven fractional attribution | Yes; for its own internal MTA, TVSquared employs a time-decay attribution model. In addition, TVSquared's data are also regularly fed into advertisers' own MTA solutions | Yes, leveraging an acquisition VideoAmp made of Conversion Logic |
| **MMM** | | | | | | | |
| Yes, data can be exported and used for MMM should clients express the need | Yes, Comscore has data relationships where their media data is used in MMM solutions. | Yes, impressions, airings, spend data can be licensed to any MMM Provider | Yes, Nielsen Marketing Mix Modeling | No | No | Yes, TVSquared's data are regularly fed into advertisers' own MMM solutions | Yes, leveraging an acquisition VideoAmp made of Conversion Logic |



# Cross-Platform Ad Currency Details by Measurement Company

The following section includes additional information provided by each of the measurement companies in the Audience Measurement category, in their own words, in response to a detailed questionnaire about their cross-platform currency offering.

We appreciate the transparency and collaboration of these measurement companies, and their willingness to share this in-depth information with the industry.

   

  







## 605
## Company Overview

605 is an independent TV viewership, measurement, and attribution company. We have one of the largest and richest nationally representative multi-source viewership datasets in the industry, providing the scale needed for innovative linear TV and cross-platform solutions that quantify media investment strategies. We recently celebrated our five-year anniversary and have grown to have over 150 employees in the US and EU. While we primarily operate in our New York City headquarters, we have offices in Pasadena, Long Island, and Dublin, Ireland. In 2021, 605's double-digit million-dollar revenue was up 75% year-on-year with the financial plan for 2022 already showing almost 100% in additional revenue increases. As our business continues to grow, we aim to provide solutions for all industries, serving both buy- and sell-side with transparent data and processes.

In December 2021, 605 announced the launch of 605 EXCHAN6E, a new, independent media trading currency that will offer an alternative to Nielsen and is designed to underpin advertising transactions between partners on the buy-side and the sell-side. Our products also include 605 DR1VE, 605 PLATF0RM, and 605 IMP4CT, our planning, measurement, and attribution products. These are self-service and offer powerful insights across linear TV, DVR, and VOD. The systems are also capable of ingesting digital and addressable media channels with additional support available on a managed service basis as needed.





Our methodology is built on modern architecture that enables 100% deterministic matching rights for advanced insights. At a high level, we receive household-level TV viewership data, ad source data, and programming data on a nightly basis. Utilizing the 22M HH footprint along with our ID resolution partners we are able to deterministically match exposure data across channels for measurement and attribution. We are then able to attribute performance to cross-channel screens and content. 605 can deterministically measure linear viewing HH's and then, utilizing our proprietary weighting methodology, we are able to project viewership to be nationally representative. 605 is dedicated to independence, scientific rigor, and results across all of our deliverables.

# Measurement Offerings Description

### Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?

605 currently provides currency-grade, advanced audience measurement for content and campaigns, including cross-platform measurement when the digital video impressions are provided to us. In 2022, digital impressions and cross-platform incrementality will be presented in the product UI and API of an evolved 605 PLATF0RM operating under the 605 EXCHAN6E product name. We are accelerating our delivery-to-market of the 605 EXCHAN6E features through a significant partnership developed with Deloitte Digital (announced in January 2022). By the end of 2022, 605 will provide the same currency-grade measurement for content and campaigns with traditional persons demography.

### Cross-platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services—linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?

605 does offer cross-platform solutions that provide holistic campaign measurement across delivery platforms. Specifically, the 605 cross-platform solution measures overall and unduplicated reach and frequency for all individual and overlapping platforms. Please note that cross-platform solutions are offered as managed service only (i.e., not currently through our SaaS platforms) but are on the roadmap for delivery within 605 EXCHAN6E in 2022. Streaming, digital, and OOH platforms can be included in the analysis when clients share these files with 605. Today, OTA is derived from ACR sources and weighted to the OTA UE. In 2022, additional OTA resources from surveys and calibration panels will be integrated. All data gets passed through privacy compliant cross walks before entering the 605 environments.





**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

The 2022-2023 605 EXCHAN6E roadmap will see these features productized and offered via the core 605 EXCHAN6E platform. The primary ask would be to get the streaming, digital data, and OOH passed to 605 in an always-on manner that could support content or specific ad campaigns. Among other items, 605 would like to discuss opportunities to leverage OpenAP IDs along with future ATSC 3.0 data and data from NBCU and existing NBCU partners including Conviva, Freewheel, and others.

**In your view, what differentiates your TV measurement offering from other competing measurement services?**

605 has significant scale with 22M US HHs in our viewership dataset, and we are unique in that our multi-source viewership data set is matchable, deterministic, and reportable at the household level. We leverage census-based methods but always remain privacy compliant. With 100% matching rights and an architecture that permits any definition of an advanced audience on-demand, 605 can support outcome-based ratings and guarantees with a technology stack that is mature, scaled, widely deployed and which our team believe is the fastest and most performant in the market. Notably, 605 can provide security of supply to NBCU for currency given the long-term nature of our data licensing agreements. 605 intends to remain a neutral, unconflicted counterparty to the buy-side and sell-side and will NEVER take a position in, or trade or arbitrage, premium video or other inventory. 605 is led by a management team drawn from the media, entertainment, data, and analytics industry and are measurement domain experts with a grounding in deep data science. Additionally, 605 will fully support the programming community's request around industry collaboration and innovative partnerships to accelerate time to market for the 605 EXCHAN6E product.

**What % of your annual revenue is measurement? (If less than 100%, please provide a brief description of other key revenue drivers.)**

80% of our revenue is attributable to measurement and attribution services. The balance relates to provision of aggregated analytics and audience segments.



**Who are your measurement clients and what % of your measurement business do they represent?**

We work with a list of clients and many are under NDA. The customer roster we can share includes TV network groups,[1] MVPDs,[2] brands,[3] and agencies. Specifically focused on offline, we have partnered with retail clients (e.g., Walmart) to provide cross-screen measurement & attribution (for linear & CTV). The majority of 605's revenue is attributable to programmers and MVPDs.

## Universe Assumptions

**How many TV HHs do you collect data from?**

605 has developed a measurement solution that is built on 22 million households from set-top-box and smart TV sources that provide clients with insights into planning, measurement, and attribution of media campaigns.

**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

The 605 TV UE is 120 million households, based on information from the US Census, Experian households and the LRG survey of TV access (which will be replaced with factors from the ARF DASH survey in 2022).

**Do you use weighting or sample balancing?**

605 projects all results up to the national US household viewership footprint using both sample balancing and projection weighting.

---

[1] Already disclosed to NBCU under MNDA
[2] Ibid.
[3] Ibid.



**If yes, please briefly describe your methodology.**

Household weights balance, adjust, and project household television viewing to correct for biases in the raw data sample and ensure that published metrics mirror the overall population as closely as possible. The result is data that resembles the demographic profile and viewing of the population as a whole.

605 uses raking weighting to calculate a weight for every qualified home. These weights aim to represent a similar segment of unmeasured households among US TV households derived from selected Experian attributes. The raking method of generating weights iteratively adjusts weights until the marginal distributions of the weighted measured population match the total target population. The raking process adjusts one variable, then another, continuing until all variables align with their respective distribution within the universe population.

An assessment of demographics and viewing related characteristics revealed the importance of a key set of variables in predicting a home's quantity of viewing by program genre. Consequently, these are the variables that raking utilizes.

# Identity Solution

**What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?**

While the industry is yet to align on a unified suite of compliant solutions, 605 has a number of initiatives in place to ensure that data can be linked to 605's viewership datasets for measurement and analysis. 605 works with many industry-leading identity resolution partners that provide compliant identity resolution, data transfer, and crosswalk solutions that allow 605 to connect and transfer data between partners. We also have an existing relationship with OpenAP, who we view as an emerging leader in universal IDs. 605 also works directly with several major publishers to ingest exposure data from the source, and finally, 605 offers a suite of pixel solutions for traditional and video media tracking.

**Which identity providers do you work with?**

Experian, LiveRamp, and OpenAP.



### How do you model missing device IDs and IP addresses?

605 models missing data from the relationships and distributions of the overlapping data sources and by weighting to the total known impressions. Where appropriate, 605 also uses nearest neighbor/synthetic household models.

### Do you have the ability to bring in first-party data?

Yes, 605 leverages relationships with our identity partners for the purposes of onboarding first-party data. The 605 EXCHAN6E roadmap includes the deployment of a scalable clean room environment with edge of network data science and the ability to facilitate fast onboarding and offboarding of data.

# Reporting Details

### Granularity. At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.

While 605's core unit of measurement in the system is based on second-by-second activity, our products report viewing by individual quarter hour, program telecast, and ad occurrence, as well as aggregations of these. More granular breakouts will fall into managed service deliverables.

### Speed. How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.

All 605-viewership data is processed nightly and is available for reporting in the product after three days. Syndicated ad source data is refreshed on a five-day lag. As part of the 605 EXCHAN6E roadmap, these timelines will be shortened to facilitate more real-time transactions between NBCU and the buy-side. 605 is in negotiations to license a large, nationally representative dataset which will allow next day delivery of reporting.

We offer clients access to always-on, nationally representative linear TV measurement and attribution products, available through a license.





All cross-platform studies are offered as managed service deliverables and will be productized into the 605 EXCHAN6E roadmap. 605 has the ability to include digital, CTV, and OLV data into cross-platform reporting when supplied directly by clients, and we work with device graph partners for digital tracking through pixels for website activity-based measurement and attribution studies.

### How are your reporting details delivered?

605 is flexible and can provide reporting via a dashboard, S3, Excel exports, and via APIs for 605 EXCHAN6E to integrate directly with the infrastructure and existing deployed systems on the buy-side and sell-side.

### What is your definition of an impression or ad exposure?

The quantity of times that a household is exposed to an ad, expressed in thousands. Since 605 has data at the second-by-second level, this counts as any exposure. The exposure threshold can be calibrated to account for the length of the full ad, or other client specifications.

### What is your definition of a view or viewing event?

Since 605 has data at the second-by-second level, this counts as any exposure to a telecast. The exposure threshold can be calibrated by the user in the UI.

### Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA, and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.

605 measures and reports viewing of programming content for linear and VOD, with some streaming, OTA, and CTV representation from Inscape Smart TV devices rolled into linear. Additionally, streaming services, digital, VOD and OOH are offered as cross-platform managed services deliverables - provided that the client will supply exposure files or access to receive these files through a crosswalk. As part of the 605 EXCHAN6E roadmap, we see the ability to close gaps through collaboration and planned partnerships currently under negotiation.





**Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA, and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

605 reports linear TV, inclusive of OTA, ad content derived from ad schedules supplied by Hive or directly from clients. Streaming services, digital, VOD, and OOH are offered as cross-platform managed services deliverables, provided that the client will supply AAR files or access to receive these files through a crosswalk. As part of the 605 EXCHAN6E roadmap, we see the ability to close gaps through collaboration and planned partnerships currently under negotiation.

**How do you identify an ad? If you use a third-party, what is your source?**

605 leverages Hive for ad occurrence data.

**Do you provide household-level reporting?**

Yes, we report aggregated households.

**Do you provide device-level reporting?**

While we currently do not provide device-level reporting, there are no methodological roadblocks or oppositions that would limit our ability to provide aggregated device-level reporting for specific client requests.

**Do you provide person-level reporting?**

While 605 currently does not provide person-level reporting, we plan on making this available towards the end of 2022 via a "calibration panel" available within 605 EXCHAN6E.

**If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.**

The person-level reporting will be based on a combination of models derived from panels accessed through partnerships, statistical inference, surveys, and the person-level data from the Experian.





**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

605 plans to include age of the viewing audience before the end of 2022. Currently, we report viewing by households with member age ranges. For example, if a user chooses the attribute "age 25-34," a home qualifies if at least one household member is age 25-34. Clients also can build a custom audience from the specific person's age. Gender plus age ranges is also provided, for example, A18-49, M25-54, W18-21, and so on.

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned.**

605 plans to measure and report on the gender of the viewing persons before the end of 2022. Currently, we do report viewing by households with member gender. For example, if a user chooses the attribute "female," a home qualifies if at least one household member is female.

**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned.**

Yes, it is provided via Experian and based on a comprehensive predictive name analysis process that identifies the ethnicity of the household.

**Do you report any other demographics beyond age, gender, race, and ethnicity, and if so, which ones and how they are assigned?**

There are many household attributes and characteristics available (e.g., HH income, education, marital status, etc.) from Experian and other sources which are reportable by 605. A list is available on request.




**Do you measure advanced audiences (targeted audiences)?**

605 can provide measurement and attribution metrics for advanced audience segments provided by the client, for audience segments built in-house, and for specified demographic segments. 605 will be announcing the availability of 605 advanced audiences delivered via 605 EXCHAN6E imminently. 605 advanced audiences are available for linear television and allow brands to identify content and networks that are more likely to be viewed by their target audience. Advanced audiences delivered through 605 EXCHAN6E will be highly customizable, leveraging 605's existing partnerships with key data partners across all advertiser categories, including Catalina, PlaceIQ, Polk, and others.  As the industry shifts away from traditional demographic guarantees, we expect 605 advanced audiences will allow advertisers to transact television media on any audience, using first- or third-party data.

**If so, what is your methodology for identifying and measuring them (include data sources)?**

605 PLATF0RM and IMP4CT products allow users to measure and attribute campaigns against a strategic target (first- or third-party data). The product has a set of third-party data loaded in for use including Experian, PlaceIQ, Polk, Catalina, and retailer purchase data with other sources on the roadmap for 2022. There is also a feature that allows for the load of other first- and/or third-party data that can be used in your instance, as long as said data can be passed and matched via a third-party privacy compliant crosswalk (such as Experian or LiveRamp) or onboarded within clean room environments.

**Do you measure using advertisers' first-party data?**

Yes, 605 can provide measurement and/or attribution studies utilizing an advertiser's first-party data.

**If so, what is your methodology for onboarding?**

605 is partner-agnostic and can work with any partner dataset (first- and/or third-party) that is able to be matched through an ID resolution and data safe haven provider or within a selected clean room environment. We utilize well-established ETL processes for the onboarding of all data. 605 evaluates the match rate, characteristics of the match, and scales the data through weights or nearest neighbor to the proper universes.



# Other Noteworthy Items

**Do you provide audience verification services?**

605 is open to client-suggested relationships around audience verification initiatives; however, 605 does not provide audience verification services at this time, as our clients bring their own digital exposure data.

**Do you provide brand measurement services?**

Utilizing 605's full matching rights to the viewership data, 605 is able to survey HH's within its viewership panel through our survey partners and directly tie survey responses back to the viewership panel for measurement and attribution.

**Do you provide incrementality measurement services?**

Yes, for attribution 605 uses a matched control methodology, identifying households with similar viewing patterns and demographics to ensure accurate (causal attribution) lift metrics. Incrementality can be a reference to additional target audience reach across channels or platforms or it can be a reference to sales conversion, such as incremental sales due to ad exposures (lift or causal attribution). 605 does both.

**Do you provide business outcome guarantee services?**

605 can forecast outcome predictions, currently as a managed service, to help enable outcome-based guarantees in the marketplace. Our always-on attribution insights through 605 IMP4CT can provide clients with the ability to research historical outcomes and benchmarks, as well as the ability to track campaign outcomes in flight.

**Do you provide multi-touch attribution or marketing mix modeling services?**

605 currently offers a multi-touch fractional attribution solution through managed services. We will have the digital impressions integrated into the self-service product in 2022. Specifically, the 605 cross-platform solution measures overall and unduplicated reach, frequency, and conversion metrics for all individual and overlapping platforms utilizing a causal multi-touch attribution solution.

We do not build and conduct market mix modeling. However, 605 data can be exported and used for MMM should the client express the need.



**What other media buying/selling solutions do you provide? Please describe.**

**605 PLATFORM: Measurement (As currency delivery mechanism within 605 EXCHAN6E)**
Using 605 PLATF0RM to measure ads, clients are able to report out on Reach, Frequency, Impressions, Viewing Seconds, Average Audience, Reach %, Rating, Spot Count, Duration Minutes, Duration Seconds, and Completion Rate of National Linear TV ads across both cable and broadcast.  Using 605 PLATF0RM to measure content, clients can report out on Reach, Viewing Seconds, Average Audience, Rating, Reach %, Telecast Count, Duration Minutes, and Duration Seconds of National Linear TV ads across both cable and broadcast.

**605 IMP4CT: Attribution**
We also have 605 IMP4CT, which provides clients with access to always-on causal attribution for Tune-In and Outcomes-based reporting. With Tune-In reporting, clients can understand the effect of ad promo on tune-in behavior and correlate ad exposure directly to a series, episode, or an entire season.  With Outcomes clients can correlate ad exposure to desired outcomes via 605 data feed. These outcomes include, but are not limited to, visits, sales, etc. Metrics included in these reports consist of % lift, incremental conversions, total visits, outcomes-based ratings, etc. The outputs of IMP4CT can be presented in an intuitive, highly visual reporting manner and all data and visuals can be exported for use via Excel or PDF. 605 also creates "Persuadable Targets" that commonly outperform traditional target audience definitions.

**605 DR1VE: Planning and Optimization**
605 DR1VE is a planning and optimization product for local linear ad inventory which takes a real-time inventory availability and pricing picture and allows campaigns to be planned, priced, and booked through a tablet-based UI. 605 will provide a planning and optimization tool in 2022.

## MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

605 has used the MRC guidelines and best practices in the development of our products and we will be guided by the community's requirements in respect of MRC accreditation. Given the pace of innovation and the evolution of the industry, 605 accreditation would be some time in the future.





# Comscore
# Company Overview

Comscore is a trusted partner for planning, transacting, and evaluating media across platforms. With the most comprehensive data assets across digital, linear TV, over-the-top (OTT), social media, and theatrical viewership, we are a powerful third-party source for reliable deduplicated measurement of cross-platform audiences. Today, our products are platform-specific (TV, digital, OTT, social) with our first cross-platform product in the market today being Comscore Campaign Ratings.

Comscore is a global measurement company, founded in 1999. We currently employ approximately 1,350 employees. Comscore has thousands of clients in all parts of the media and advertising ecosystem, ranging from Fortune 100 clients to small independent merchants. Total revenue for calendar 2020, which is the most recent complete year for which Comscore has reported earnings publicly, was $356 million.

# Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

We currently provide:

**Census-Scale Data** - Comscore's massive data footprint powers a robust cross-platform audience view across linear, digital, social, and OTT/CTV platforms. The stability requirements of a currency strongly favor a measurement solution based on large-scale transactional data, with recruited, non-probability panels adding context and other additional insights.



40





**Future-Focused Technology** - Modern media measurement must be built by a company grounded in technology and big data management. Comscore's best-in-class tech stack and integrated data infrastructure drive faster innovation and delivery of products, including easier collaboration and data sharing with clients and partners.

**Marketplace Acceptance** - Comscore has widely established industry adoption from both sides of the table. Today, more than 3,000 global customers partner with Comscore, including the world's 10 largest advertising and media agencies, more than 1,000 local stations, 157 national networks, 50 station groups, and every major movie studio. We also pioneered digital video measurement as the original online video solution, Video Metrix.

**Experienced and Objective** - To remain an impartial, third-party measurement currency, one cannot provide both the measurement and transact upon media dollars. Comscore is the proven currency of choice with over ten years of cross-platform expertise and without any conflict of interest of selling media.

**Unified Datasets and Methodology** - 21st century data science driven methodology interoperable with other industry frameworks such as ANA, WFA, VAB and OpenAP. By using tens of millions of tuning and exposure events from census-scale data footprint, Comscore's scientific methodologies provide critical improvements over a limited panel-centric approach.

**Cross-platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services—linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?**

Comscore Campaign Ratings (CCR) is designed to provide in-flight measurement of cross-platform campaign delivery across TV, over-the-top (OTT), desktop, and mobile. Leveraging Comscore's expansive census network and return-path datasets, we calculate the overlap between devices at the person-level to provide deduplicated measurement for cross-platform solutions. These data points are stitched together across platforms via a unique third-party matching process, informing us of cross-device consumption. For example, to understand the duplication between TV and digital, Comscore uses a panel comprised of TV households with Comscore measurement on internet devices where exposure to both platforms is captured. The data from this single-source panel is used to estimate digital-TV overlaps. Comscore utilizes the datasets from several such single source panels to create training sets for deduplication algorithms to estimate audiences. Similarly, Comscore has developed and patented a methodology to use behavioral matching across data sets to identify STBs that are connected to Smart TVs, and therefore to deduplicate across the platforms.

41



**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

OOH consumption of linear advertising is not currently included in CCR.

**In your view, what differentiates your TV measurement offering from other competing measurement services?**

- Massive scale

- One single methodology for Local/National

- Stable and predictable

- Second-by-second precision

- Support of cross-platform measurement

- No response bias or respondent fatigue

- Passive collection and observational research

- Software instead of hardware solutions

- Expansive client-base covering buy and sell side both nationally and locally

**What % of your annual revenue is measurement? (If less than 100% please provide brief description of other key revenue drivers.)**

As a public company, the portion of our revenue that is explicitly measurement is not something that Comscore reports. Using the most complete calendar year for which we've reported revenue publicly, 2020, Comscore had revenue of $356m. That revenue falls into the following categories:

- Ratings and Planning = $253.6M

- Analytics and Optimization = $69M

- Movies Reporting and Analytics = $33.3M



comscore

**Who are your measurement clients and what % of your measurement business do they represent?**


## Universe Assumptions

**How many TV HHs do you collect data from?**

Comscore collects data from 75M+ televisions and 40M HHs.


**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

Comscore's current HH TV universe estimate is 95,364,670 HHs.  Comscore creates its own TV household universe estimates at a local market level as well as nationally.  This is based on a variety of information sources, including S&P Global, Comscore's internal linear television subscriber population data, and Comscore Local Market Television Surveys.


**Do you use weighting or sample balancing?**

Yes.



**If yes, please briefly describe your methodology.**

Comscore's projection methodology starts at the zip code level and builds to the market level. In this projection methodology, we account for several factors, including:

- The quantity and distribution of cable, satellite, IPTV, and OTA homes

- Demographic and geographic distribution

- Adjustments for non-reporting set-top-boxes

- Network coverage

Comscore's local-market estimates are built off this process, and Comscore's national estimates are straightforward sums of Comscore's local market estimates.

## Identity Solution

**What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?**

Comscore's Census Network is one of the largest in the world, collecting information on over 50 billion internet events every day. Data from this network is collected through digital tagging of web sites, videos, mobile apps, advertisements, and distributed content. Our methodology uses a two-step process to generate detailed graphs based on this data:

- IP Co-Location. Identifies connections based entirely on census data.

- Learning Algorithm. Reduces connections by determining if, given the associated census data, the IDs are from the same physical device.

**Which identity providers do you work with?**

We work with a variety of providers including Experian, LiveRamp, and OpenID.

44





### How do you model missing device IDs and IP addresses?

Comscore has over one hundred patents around data collection, processing, and projection methodologies. Comscore's methodologies to project to the total population are detailed in our description of methodology and are subject to independent review as a part of our engagement with the MRC.

### Do you have the ability to bring in first-party data?

Yes, subject to the use-case, we have the capability and expertise to bring in first party data.

# Reporting Details

### Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.

Comscore TV products precisely measure and report TV viewership using second-by-second intelligence from approximately 75 million TVs in approximately 40 million households. Comscore reports Exact Commercial Ratings (ECR), which are ratings and impressions based on the commercial seconds of the telecast.  In addition to second-by-second reporting, Comscore reports out on other aggregates of viewing, such as telecasts, quarter-hours, and dayparts.

### Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.

TV: Final data is summarized on Day 11 post airdate. However, preliminary data is available typically a few days post air. At Day 3 data is estimated to be 96% complete and at Day 7, data is estimated to be 99% complete. Until reporting for an air date is final, Comscore TV uses a proven statistical method to estimate the final reporting.

For Comscore Campaign Ratings, reporting on cross-platform campaigns is updated daily with digital/CTVOTT reporting finalized within 72 hours, and TV finalized on the same schedule as Comscore TV.

### How are your reporting details delivered?

Our TV data is delivered in a UI (Comscore TV), API, TPPs, Snowflake, S3, SFTP and other electronic transfer methods.



comscore

### What is your definition of an impression or ad exposure?

Comscore reports on Average Audience. Average Audience is defined as the average number of TVs tuned into the network or program throughout the time frame. Calculated by dividing the Total Hours Viewed by the length of the time frame (in hours).

### What is your definition of a view or viewing event?

A tune occurs when a STB remains tuned to a single telecast for one minute or longer. For such tunes, the entire tuning duration is included in Comscore's household measurements. Tunes of less than one minute are considered insignificant channel surfing and ignored during the summarization process.

### Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.

Yes, excluding OOH.

### Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.

Yes, Comscore Campaign Ratings provides ad measurement across platforms, excluding OOH.

### How do you identify an ad?  If you use a third party, what is your source?

Comscore has partnered with Kinetiq as the new ad provider for ad occurrence information, effective with July 2021 broadcast data.

### Do you provide household-level reporting?

Yes, Comscore's syndicated TV solution provides HH-level reporting.

### Do you provide device-level reporting?

We provide aggregate device-level reporting by platform.

46



comscore

**Do you provide person-level reporting?**

Comscore's syndicated TV solution provides HH level reporting. Our syndicated digital and cross-platform solutions, including CCR, report at the person level.  Comscore will have person-level reporting for Comscore TV in a beta phase by the end of 2022.

**If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.**

Comscore's personification solution, already present in CCR, takes full advantage of massive and passive set-top box (STB) audience information to extract reliable person-level audience estimates at granular levels in multiple contexts, including local market, cross-platform, and OTT. This is achieved through a statistical inference process by which HH-level media consumption data is assigned to, or allocated to, the persons within the HH. This starts with measurement of HH-level tuning, obtained through STB data capturing WHAT, WHEN, and HOW MUCH was watched; WHO watched is unknown, however. To solve for WHO watched we use a statistical "decoder" to extract signals present in the HH viewership information combined with known HH rosters and Bayesian statistics.

**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

Yes, the following age segments are measured in Comscore TV:
18-24, 18-34, 18-44, 18-49, 18-54, 18-64, 18+, 21-24, 21-49, 21-54, 21+, 25-34, 25-39, 25-54, 25-49, 25-64, 25+, 35-44, 35-54, 35-64, 35+, 45-54, 55-64, 50+, 55+, 65+

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned**

Yes. Comscore's data provider for standard demographics is Experian. Comscore's MVPD partners share their subscriber files with Experian to facilitate the append of demographic information.   The majority of Comscore demographics are created through a direct HH match process with Experian.  This process is conducted without personally identifiable information of the MVPD subscribers being exposed to Comscore.

**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned**

Yes, race/ethnicity on Comscore households is being assigned via the append of Experian demographics described above.





**Do you report any other demographics beyond age, gender, race, and ethnicity and if so, which ones and how they are assigned?**

Yes. Comscore provides thousands of advanced audience segments outside of standard age, gender, race, and ethnicity.  These are appended in a blind-matching process of to MVPD subscriber files facilitated by Experian.

**Do you measure advanced audiences (targeted audiences)?**

Comscore advanced audiences pinpoint the valuable audiences you want to reach using Comscore's industry-leading insights on audience TV consumption habits, buying patterns, auto ownership and more. Comscore advanced audiences go beyond age/gender to find and reach audiences based on their behavior, interests and lifestyles.

**If so, what is your methodology for identifying and measuring them (include data sources)?**

Advanced audiences are matched to TV households via a blind-matching process of MVPD subscriber files facilitated by Experian.

**Do you measure using advertisers' first-party data?**

Yes, subject to the use-case, we have the capability and expertise to bring in first-party data.

**If so, what is your methodology for onboarding?**

Approved first-party audience appends are by linking the audience information to the TV households by working with an identity provider.

## Other Noteworthy Items

**Do you provide audience verification services?**

Yes. Comscore's Validated Campaign Essentials (vCE) - Comscore Validated Campaign Essentials™ (VCE®) is a holistic advertising measurement solution that provides real-time insights to improve the performance of advertising campaigns.





**Do you provide brand measurement services?**

Comscore partners with AI technology leader Hive for our branded content offering and also recently acquired Shareablee that provides a wide spectrum of brand measurement (always-on as well as campaign-specific) across social media platforms such as Instagram, Facebook, TikTok, and more.

**Do you provide incrementality measurement services?**

Comscore Campaign Ratings measures reach by platform of an ad campaign.  With this reporting, incremental reach of a platform, relative to another platform, can be identified.

**Do you provide business outcome guarantee services?**

Comscore has multiple solutions which measure business outcomes relative to ad exposure.  This includes our Cross-Platform Brand Survey Lift offering, and our partnership with LiveRamp's Data + Math Platform. Whether these outcome-based measurements are utilized in media guarantees depends on the agreement between the media seller and buyer.

**Do you provide multi-touch attribution or marketing mix modeling services?**

Comscore itself does not provide an MTA or MMM offering. Comscore's does have relationships where its media data are used in MMM solutions.

49



**What other media buying/selling solutions do you provide? Please describe.**

Comscore Targeting Solutions enable real-time analysis of cross-platform content to increase relevant targeting and improve sales opportunities for both directly sold and programmatically sold inventory, including:

- Predictive Audiences: cookie-free, privacy-compliant audience targeting to enable programmatic and direct buying of inventory packages based on the following audience segments: TV Viewership, Demographics, CTV behaviors, Retail, Auto, Location, Financial, Political, Gaming, Health Conditions, and B2B

- Targeting Solutions cover the following formats: Livestreaming (patent-pending, industry-exclusive), CTV, VOD, Online/Mobile video, display, and audio (podcasting)

- Brand Safety & Brand Compliance: accurate, up-to-date, and scalable, powered by a team of analysts, engineers, and data operations specialists 24/7

- Custom and First-Party Segments: first-party cookie-free segments and custom definitions to meet advertiser needs for inventory packages

## MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)**

Seeking Accreditation: Comscore TV. The scope of the audit includes both national and local quarter hour grid reports. The audit work has commenced and is expected to be completed by end of Q2 2022

Accredited: Comscore Media Metrix and Validated Campaign Essentials (vCE) are both MRC accredited.



iSpot.tv

# iSpot.tv
# Company Overview

iSpot measures linear and digital video in a unified manner to understand incremental reach over linear, and to measure digital video's impact on business outcomes compared to linear. With our Unified Measurement solution, you can measure and analyze your digital video campaigns with your linear TV buy in near real-time.

Founded in 2012, iSpot is a pure-play measurement (no media activation) provider with 400+ buy- and sell-side clients. We are privately held, in a strong financial position, and currently earn $100M in annually recurring revenue:

- We have higher annual revenue than any other TV measurement company aside from Nielsen or Comscore, having grown ~60% in 2021 across all of our subsidiaries

- US Market only, 95% of revenue from annual SaaS subscriptions (remainder is professional services)

- 300 employees across the country

- ~50% of advertisers spending over $100M annually on US TV advertising rely on iSpot measurement & analytics solutions.

- Revenue is derived from TV advertisers (~80%) and TV networks & media companies (~20%)

- Acquired AceMetrix (primary market research) and DRMetrix (Direct Response + Cover Up measurement) in 2021

51



iSpot.tv

Core iSpot Modules / Services:

- Media Measurement: Creative, airings, impressions and estimated spend

- Attention Analytics: Creative wear, Campaign analysis, Media analysis

- Conversion Analytics: Closed loop measurement against online and offline purchase data

- Creative Assessment: Offers brands rapid survey-based measurement to determine the emotional and brand impact of creatives, used for pre-market testing and in-market analysis of video ads.

- Integrated User Level Data (IULD) for Brands: Granular device level ad exposure data for any advertiser

- Universal IULD: Ad exposure data for all ads in all programs (advertisers name & ad title obfuscated)

- Unified Cross-platform Measurement: Impression, incremental reach and conversion measurement for digital and linear campaigns

- Segment-based Analytics: Measurement and planning tools against customer and consumer segments

- Integrations: Integration of iSpot data into Neustar and/or other third-party service providers

iSpot's Unified Measurement product allows for accurate and deterministic cross-platform analysis, including reach and frequency.

## Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

We are currently offering the following (with lots of room to continue growing and improving our offering).

iSpot has been selling cross-platform measurement to the buy and sell side for 3+ years. We have nearly 100 customers, inclusive of networks, brands and digital publishers, currently utilizing the product at massive scale today.



iSpot has worked tirelessly, in close partnership with NBCU, over the last 7 months to test, scrutinize, improve and build a future roadmap for our cross-platform measurement solution known as Unified Measurement. We've already measured hundreds of campaigns together during the Summer Games in Tokyo and are about to measure hundreds more for the Winter Games in Beijing.

We believe iSpot's cross-platform premium video measurement solution, aka Unified Measurement, possesses several key advantages versus the competition:

- Speed – we are able to deliver unified reporting with less than a 24-hour lag, much faster than any comparable product on the market. We can do this because of the speed at which we capture ad information and viewing data on the linear side, along with our high scale data processing engine.

- Impressions are instantly captured when ads hit linear and CTV screens. Impressions are then mapped to the precise demographic makeup of the exposed audience and connected to subsequent conversions, such as web visits and sales. Results are displayed in real time via a comprehensive dashboard for networks and advertisers to take quick action and drive ROAS.

- The integration of household demographics along with panel-based, co-viewing measurement into iSpot's Unified Measurement platform marks the first time networks and brands can utilize person-level ad measurement to deeply analyze the impact of both linear and CTV campaigns in real-time.

- With the iSpot dashboard or custom data feed, networks and advertisers can track cross-screen TV ad activity—from reach and impressions to frequency and conversions—all in one, central place and compare incremental reach across individual streaming publishers as well as to linear TV.

- iSpot's ad tracking pixel is pre-approved to capture data from 300+ digital publishers

**Cross-platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services—linear, streaming services, digital, VOD, OTA and OOH? If not, what is the gap?**

Yes, we report unduplicated reach for both linear as well as streaming digital inventory. Within the Unified Measurement module, reach is available at both the person and HH level for both digital video and linear including incremental and overlap reach. This is provided in aggregate and at the publisher/platform, creative, and placement levels.

Upcoming Q1 2022 acquisitions will significantly advance OOH capabilities.





**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

iSpot's primary focus is on providing measurement for linear and digital video. While traditional digital measurement is possible using our impression pixel, this offering is not the core intention of our product. Outside of video, we have custom solutions and partnerships to facilitate holistic measurement across any channel.

**In your view, what differentiates your TV measurement offering from other competing measurement services?**

Our biggest differentiators are our proprietary ad catalog combined with the industry's largest Smart TV footprint to generate the fastest and most accurate unified measurement solution. We can say with confidence that any modern TV measurement approach must have both program level and ad level measurement capabilities built with on-the-glass ad delivery verification. It is the only way to precisely detect all formats of advertising in a deduplicated manner, which is critical traditional and advanced TV measurement. This on-glass ad delivery verification (our ad catalog natively combined with our smart TV measurement) is at the core of everything we do at iSpot. Our proprietary ad detection technology developed over 10 years combined with our depth of experience with smart TV data for the prior 6 years, places us uniquely ahead of other competitive solutions.

**What % of your annual revenue is measurement? (If less than 100% please provide brief description of other key revenue drivers.)**

100% measurement

**Who are your measurement clients and what % of your measurement business do they represent?**

## Universe Assumptions

**How many TV HHs do you collect data from?**

We have access to data from 34M smart TV homes. 17.1M are currently being utilized within our products with an additional 17M HHs being added during H1 2022.





**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

Our ranked panel is comprised of 3.5M homes. This will expand substantially in 2022 as we incorporate additional smart TV data.

iSpot data scientists transform our panel of smart TV households into one that represents the entire 122.8M U.S. TV homes.

**Do you use weighting or sample balancing?**

Yes, iSpot balances for demographics as well as viewership.

**If yes, please briefly describe your methodology.**

iSpot has transformed our panel of 19 million TVs into one that represents the entire US population. Though there are many areas to tackle, the initial place to start was accurately accounting for household viewership. This meant properly weighting each household based on their demographics and the amount of TV they consume relative to the national average.

In order to solve for the demographic biases inherent to the iSpot TV panel, we first partnered with another data provider, Epsilon, to obtain the demographic traits for each American household. Next, we use a well-known survey technique called "Iterative Proportional Fitting" or "Raking" to debias the panel. Raking effectively lowers the weight of overrepresented households and increases the weight of underrepresented households. Additionally, we designate TVs with heavy viewership as "primary" and TVs with all other TVs being considered "secondary." In this way we can properly weigh the TVs that are representative of household viewership.

In regard to demographics, iSpot built this panel using age & gender, education and household income demographics, though iSpot intends to add many more in the future. Across all these figures, the Census-Balanced Panel produced by the raking algorithm is significantly more representative of the Census (ACS) values for US demographics than the Raw Device Panel. The result is the updated panel unlocking accurate and reliable national ad measurement tracking for all iSpot clients.





iSpot's mission to have the most accurate extrapolated metrics means going beyond just demographic weights. The second innovation that our scientists developed was to correct for viewership biases (aka time spent consuming TV) in our panel. These viewership weights in combination with our demographic weights result in a significant increase in extrapolation accuracy.

## Identity Solution

### What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?

The iSpot device graph is rooted on 19-million internet-connected and opted-in smart TVs via an exclusive relationship with VIZIO. A combination of a persistent device ID (hashed MAC address) and its associated IP address form the foundation of the device graph. The TVs are connected to other digital devices such as tablets, PCs, laptops, and smartphones found within the same household and that share the same IP address at certain times of the day and at a persistent enough frequency. The opted-in smart TVs are the deterministic piece of our device graph.

To connect a smart TV to other devices in the household, iSpot leverages its pixel (the iSpot Pixel) which our customers integrate with their websites and apps. When the iSpot Pixel is displayed, or "fired," information from that device –including its IP address –is sent back to iSpot. iSpot further bolsters the accuracy of its device graph by leveraging integrations with other industry standard device graphs.

Additionally, we are partnered with all of the major identity providers to pull in first and third-party data.

### Which identity providers do you work with?

Partners include: Neustar, Epsilon, LiveRamp, Experian, TransUnion, Oracle, and Adobe. Epsilon is the primary partner we are utilizing within our measurement platform today.

### How do you model missing device IDs and IP addresses?

We reduce the universe down to the known amount, so if Experian can only map 65% of our TVs, that is the universe of TVs.



**Do you have the ability to bring in first-party data?**

Yes, for digital first-party data, the iSpot pixel integrates with clients' websites, apps, and other digital applications to directly collect and map data into our panel. For offline first-party data, iSpot works with many identity resolution partners to allow clients to bring in first-party data into our offerings. The primary use cases for first-party data include audience segmentation to power Segment Analytics and offline or CRM data within our TV Conversions module.

# Reporting Details

**Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.**

For ads, we report at the most granular ad unit level. Each ad unit is measurement and verified independently from others on a second-by-second basis. For programs, we report at the aggregate for each program, providing average viewership figures by sampling the audiences immediately prior to each ad pod and averaging across the program.





**Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.**

All reporting and analytics in our dashboards and APIs have less than a 24-hour lag time.

Example data availability:

- Linear Airings - within one hour

- Est Spend - within one hour

- Attention - within 24 hours

- Impressions - within 24 hours

- Unified cross-screen measurement - 24 hours

- Conversions - within 24 hours

- Segment Analytics - 24 hours

**How are your reporting details delivered?**

Our clients prefer to use our dashboard, but we can also deliver via API, our embedded BI tool Analytics Studio, or through reports produced by our Custom Analytics team.

**What is your definition of an impression or ad exposure?**

iSpot's impressions are based on a verified play of an ad on a TV screen for six seconds.  Once an ad play is verified, it is measured second-by-second all the way to completion or to interruption. These impressions are measured via ACR technology across our sample of 19 million opted-in smart TV devices.

**What is your definition of a view or viewing event?**

Same as above



iSpot.tv

**Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Yes. however, gaps include:

- Program rating are not syndicated (on the roadmap)

- Program ratings for streaming (on the roadmap)

- OTA is included in our on-the-glass measurement, but further calibrations are on the road map

- OOH is currently being built out, with an announcement scheduled for Q1 2022

**Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Yes; however, gaps include:

- Full person-level ratings not syndicated (on the roadmap, currently impression measurement is syndicated)

- OOH is currently being built out, with an announcement scheduled for Q1 2022

- OTA is included in our on-the-glass measurement, but further calibrations are on the roadmap

**How do you identify an ad?  If you use a third-party, what is your source?**

Spots are detected passively over content operator feeds using proprietary technology. We utilize a combination of satellite TV, and local cable providers from the 27 local markets we index directly to build this feed and ad catalog.

**Do you provide household-level reporting?**

Yes





**Do you provide device-level reporting?**

Yes

**Do you provide person-level reporting?**

Yes

**If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.**

For person-level watching & co-viewing estimation we connect our extrapolated household-level demographics to data provided by TVision in order to take the measurement down to the person-level. TVision monitors opted-in households to identify which persons are actually watching the TV in the home. Their data captures co-viewing for true person-level measurement. The TVision data set is not matched deterministically to ours, but instead provides us with a distribution of TV watching patterns by age and gender for the given content. iSpot overlays these person-level distributions to our existing household-level data sets to report person-level demographics at scale.

**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

Yes, demographic data is provided at the household level or with age and gender standard breaks across 18+, 21, 25, 30, 35, 40, 45, 50, 55, 65+. These breaks are being expanded upon as a part of the NBCU iSpot alt currency engagement.

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned.**

We connect our extrapolated household-level demographics, to data provided by TVision in order to take the measurement down to the person/gender-level. TVision monitors opted-in households to identify which persons are actually watching the TV in the home. Their data captures co-viewing for true person-level measurement. The TVision data set is not matched deterministically to ours, but instead provides us with a distribution of TV watching patterns by age and gender for the given content. iSpot overlays these person-level distributions to our existing household-level data sets to report person-level demographics at scale.



**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned.**

Not within our platform as a filter but we can accept any advanced audience containing these details and provide viewership measurement.

**Do you report any other demographics beyond age, gender, race and ethnicity and if so, which ones and how they are assigned?**

There are no limitations to audience mapping. We can accept any first or third-party segments from our clients linked to our identity partners.

**Do you measure advanced audiences (targeted audiences)?**

There are no limitations to audience mapping. We can accept any first or third-party segments from our clients linked to our identity partners.

**If so, what is your methodology for identifying and measuring them (include data sources)?**

We can receive these directly from our clients linked to IDs from Neustar, Epsilon, LiveRamp, Experian, TransUnion, Oracle, and Adobe.

**Do you measure using advertisers' first-party data?**

We offer robust audience segmentation capabilities via our Segment Analytics solution. The solution enables first and third-party segments to be fed into the iSpot platform, enabling impression, reach and conversion measurement against specific audience segments.

iSpot has partnerships with all major DMPs where its data can be utilized for targeting/retargeting of households, but we do not directly enable targeting or retargeting as a core capability.

We can also ingest first-party business outcome data via the same methods to power our TV Conversions product.

**If so, what is your methodology for onboarding?**

We match into our panel via Neustar, Epsilon, LiveRamp, Experian, TransUnion, Oracle, and Adobe. IP/Timestamp matching serves as the basis for these ID relationships.





# Other Noteworthy Items

**Do you provide audience verification services?**

Yes, for ads. iSpot's Media Measurement verifies audience delivery in a dedicated manner across all ads running on linear TV.

**Do you provide brand measurement services?**

iSpot's 19M smart TV devices are mapped to industry leading brand research panels. We currently have deep integrations with Dynata, Upwave and Lucid that enable your teams to easily track and contact exposed and unexposed TV populations that enable lift and more traditional brand health metrics.

Through Ace Metrix we have select in-house brand tracking capabilities including purchase consideration as well as a brand recognition question that are both asked on every ad test and come with comparative industry norms.

Additionally, we can ask custom questions that could be asked over the course of a campaign. On our product innovation roadmap, we are developing Ace In Market that will measure more traditional trended brand lift.

**Do you provide incrementality measurement services?**

Yes, iSpot calculates incrementality with controls for viewers who would likely have converted regardless of ad exposure. This shows the true causal impact of TV advertising. We create control groups to accomplish this based on viewing content as well as by publisher. Additionally, several other balances are applied to these groups to assess the balancing between these exposed and unexposed groups to ensure that the lift metric falls within a tolerable level of standard error. Our platform runs 10,000 control groups in an automated fashion daily to ensure this precision.

**Do you provide business outcome guarantee services?**

Yes, we work with multiple network partners (mostly cable networks) in this way, whereby they leverage iSpot's TV Conversion Analytics to guarantee brand-specific business outcomes across web/app and location-based KPIs. Brand participation thus far has been across multiple industries inclusive of retail, home & real estate, and electronics. Historical data and recurring campaign reporting are provided to the Network group in order to analyze and set a guarantee that works for all parties as well as monitor and optimize performance throughout active campaign.



Despite the somewhat nascent nature of these outcome-based guarantees in the marketplace, iSpot is a leader in this area, and we have learned a lot measuring this type of campaign over the last few years. For example, we know that guaranteeing conversation rate is risky because impression volumes fluctuate so wildly from year to year, and quarter to quarter. For this reason, lift is usually recommended.

From a process standpoint, iSpot works closely with network, brand, and agency partners in facilitating the planning, benchmark setting, and eventual campaign reporting that happens during and post campaign.

**Do you provide multi-touch attribution or marketing mix modeling services?**

iSpot is bringing digital-like metrics to TV and has made significant progress solving for MTA and MMM measurement. iSpot has internal solutions, a partnership with Neustar, and gives our clients the ability to take our viewership data in-house to solve MTA and MMM.

iSpot IULD can also be provided to any other MTA partner, and our impressions, airings, and spend data can be licensed to other MMM providers.

**What other media buying/selling solutions do you provide? Please describe.**

None. iSpot is a pure play measurement company with no media activation revenue or business ambitions.

## MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

MRC accreditation for our foundational ad detection measurement is in process. Beyond MRC, our proudest certification is the wide adoption of our products, services, and analytics across the TV eco-system.







# Nielsen
# Company Overview

Nielsen serves the world's media and content ecosystem and is a global leader in audience measurement, data, and analytics. Through our understanding of people and their behaviors across all channels and platforms, we empower our clients with independent and actionable intelligence so they can connect and engage with their audiences—now and into the future.

An S&P 500 company, Nielsen operates around the world in more than 55 countries. Nielsen was founded in 1923 by Arthur C. Nielsen, Sr. For nearly a century, we have advanced the practice of media audience measurement to provide our clients a better understanding of their consumers.

Specific to U.S. audience measurement, Nielsen delivers audience measurement representative of the US population for both ads and content. We provide viewership and impact analytics primarily to media publishers and marketers and their advertising agencies for linear television, streaming, and digital video; we also are the leader in audio measurement. Nielsen delivers comprehensive coverage of national ads—nearly 100% of linear TV ads, over 90% of digital ads, and over 75% of CTV ads. Audience insights are available by household, age, gender, and many other characteristics. Reported characteristics include hundreds that are collected directly from Nielsen's panels and data integrations through third-party research firms or clients' first-party data. Today, Nielsen delivers deduplicated reach and frequency measurement for ads and content via Total Ad Ratings and Total Content Ratings.

Nielsen has also embarked on a transformation of its audience measurement suite of solutions to deliver Nielsen ONE—a cross-media first product suite that will launch at the end of 2022. With the involvement of several early companies participating, Nielsen ONE Alpha will be the industry's first ad measurement system that offers both comparability and audience deduplication across all screens (linear TV, connected TV, computer, and mobile). Through Nielsen's planning and outcomes solutions, clients can optimize marketing ROI throughout the customer journey. Together, Nielsen's audience measurement, planning, and outcomes solution provide end to end audience insights and measurement.





# Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

Currently providing and evolving; by 2024, the Nielsen ONE product suite will replace legacy tools, offering cross-media first insights with the ability to identify how individual platforms perform in delivering desired audiences. This transformation aligns with clients' desire to lead business transactions with a cross-media, holistic view of audiences.

**Cross-platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services— linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?**

Nielsen currently provides unduplicated reach and frequency across many platforms within linear (including OTA), streaming, digital and VOD. The Nielsen ONE product line that will launch at the end of 2022 and serve as a cross-media first suite of products for ads and content, will address the following coverage gaps: CTV growth beyond 75% coverage, OOH (including reach metric), and four screen deduplication.

Nielsen's approach to deduplication is centered on Nielsen's Identity graph, consisting of first-party information from Nielsen's quality panels and partner providers that result in a rich data set of over 1 billion unique devices, 300 million people, and 210 million emails associated with people.  The Nielsen Identify graph is strictly used by Nielsen for measurement purposes allowing for interoperability with other identity solutions/graphs (e.g., Experian).  This data set allows Nielsen to identify duplication of exposure to ads or content.

**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

As a currency, Nielsen endeavors to provide comprehensive, syndicated audience measurement that allows for transparent, frictionless, and efficient transactions whether for ads or content distribution deals. Nielsen's gap areas are in delivering more coverage and full deduplication.  Nielsen's deduplication methodology has been released in alpha via Nielsen ONE Ads.  Nielsen One Ads will officially launch at the end of 2022, followed by Nielsen ONE Content, Planning, and Analytics modules. To meet the coverage goal, we encourage valued clients like NBCU to enable audience measurement and encourage participation among their distribution partners.

65



**In your view, what differentiates your TV measurement offering from other competing measurement services?**

As a long-standing trusted source for TV audience insights, Nielsen's areas of distinction include the following:

- Representative - delivering audience estimates fully representative of the US population, including race, ethnicity, geography, education, cable status including broadband only and over the air homes

- Comprehensive - measuring all operable TV sets in the home, all devices connected to those TV sets, all people in the home including visitors, the vast majority of content owners with national ad inventory

- Transparent - continually audited by an independent third party and delivering detailed methodology reviews to the MRC committee for the accreditation process

**What % of your annual revenue is measurement? (If less than 100% please provide a brief description of other key revenue drivers).**

In 2020, 73% of Nielsen's global revenue was from audience measurement. The remaining 27% was from plan / optimize.

**Who are your measurement clients and what % of your measurement business do they represent?**

Nielsen has agreements with leading content owners across linear and digital platforms as well as buyers, including agencies and advertisers.  Nielsen data underpins the media planning/buying process for national and local advertising within video content whether on TV, CTV, or digital platforms. Nielsen also measures audio.

## Universe Assumptions

**How many TV HHs do you collect data from?**

National TV Panel - 41,600; Panel+Big Data - approximately 30 million



**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

Nielsen starts with the US census and designs the National TV panel to closely align its composition on key factors including race, ethnicity, geography, household size, and presence of children. All data reported from the 41,600 panel are directly collected and reported. Nielsen has also integrated big data sets from RPD providers (Dish & DirectTV) as well as ACR providers (Vizio and Roku) that leads to a sample base of approximately 30 million households. This enhanced panel plus big data methodology will launch in September 2022. Nielsen completes a certification process with providers of any big data sets to calibrate the data for measurement purposes. Advanced modeling techniques are utilized to determine audience age, gender, and other characteristics, including race, ethnicity, and co-viewing. All models are tested against a subset of the National TV panel where behavior is directly measured, and procedures are independently audited to ensure the quality of the models.

**Do you use weighting or sample balancing?**

Yes

**If yes, please briefly describe your methodology.**

Weighting is used to project estimates to the total US population. Nielsen additionally oversamples to account for known differences in cooperation among varying types of households.

## Identity Solution

**What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?**

The Nielsen Identity Graph uses a Community Detection Algorithm to identify strongly linked devices that belong to a person/household.

**Which identity providers do you work with?**

Nielsen furnishes a list of identity providers to subscribing clients on request.



**How do you model missing device IDs and IP addresses?**

We use a probabilistic model using metadata sourced from Nielsen tags and SDK.

**Do you have the ability to bring in first-party data?**

Yes, we can match first-party data to the PII spine of the identity engine to onboard first party data.

# Reporting Details

**Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.**

Nielsen reports data at the time period, program, episode, and telecast levels for content, including detailed insights by minute.  Current crediting rules for television are at the minute level; however, Nielsen is shifting to sub-minute granularity effective with Nielsen ONE which will launch at the end of 2022.  Nielsen ONE will also provide commercial ratings for linear ads.

Today, campaigns on digital platforms, including CTV are credited based on second-by-second granularity. With Nielsen's recent announcement of Nielsen ONE Alpha, four screen campaign measurement is available based on sub-minute crediting rules and is being tested by select clients participating in the alpha.

**Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.**

Metrics delivery, including cross-platform, ranges from real-time to weekly depending on measurement product and specific campaign details.

**How are your reporting details delivered?**

Nielsen delivers audience data via analytic applications, data files, APIs, and cloud to cloud data access options.



**What is your definition of an impression or ad exposure?**

For linear TV, it is who is in the audience at the time the commercial airs as identified by Nielsen's National TV panel or via provider data that has been calibrated by Nielsen. Crediting rules today are based on the originator that won the minute; crediting rules in the future will provide a more refined understanding of the audience with exact commercial ratings.

For digital and CTV, Nielsen counts the impression when the tag fires and provides several options to apply qualifiers including MRC Viewability Standard, Base: 1% pixels 0s and Video Complete: 0%, 100% Video. An impression is defined as a tracked ad collected from the pixel or other identifier embedded within an ad during a given user session. Household devices such as CTV receive a co-viewing factor when audience counts are calculated relative to impressions.

**What is your definition of a view or viewing event?**

See above

**Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA, and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Yes, all listed platforms are currently measured.

**Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA, and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Yes, all listed platforms are currently measured.

**How do you identify an ad?  If you use a third-party, what is your source?**

Nielsen identifies national and local linear TV ads via Ad Intel using passive recognition technology.  Nielsen has also expanded its relationship with Extreme Reach to Nielsen watermark all national ads running through their platform. Additionally, Nielsen receives national ad logs from measured TV networks and reconciles across all above-mentioned information streams to deliver comprehensive advertising insights. Digital and CTV campaigns are tagged and measured based on direct engagements with each client.





### Do you provide household-level reporting?

Yes, Nielsen provides household and person-level audience metrics for linear and addressable TV. Campaign measurement for CTV and digital platforms is at the person level.

### Do you provide device-level reporting?

Yes, Nielsen provides audience metrics for all operable TV sets within a home and any devices connected to those sets including internet-connected devices and video game consoles.

### Do you provide person-level reporting?

Yes, Nielsen provides detailed person-level audience metrics by age/gender and many other characteristics.

### If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.

Via the National TV panel, Nielsen has direct measurement of person-level viewing based on people meter devices installed in the homes. Where set meters or big data are used, Nielsen utilizes a viewer assignment model to determine the persons that were in front of the TV set at the time of viewing.

### Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.

For television, Nielsen reports on ages 2+ at the individual and building block level. For digital reporting, Nielsen reports on ages 13+ at the building block level.

### Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned.

Yes, Nielsen determines the gender and age of each person in the household among our panel, including any long-term visitors (e.g., caretaker).  Nielsen also coaches homes to record the age/gender of any short-term visitors on the people meter devices. For big data sets that are getting integrated into the methodology, Nielsen has developed models to assign audiences at the gender/age and other advanced audience segments.



**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned.**

Yes, the process is the same as it is for determining age/gender.

**Do you report any other demographics beyond age, gender, race, and ethnicity, and if so, which ones and how they are assigned?**

Nielsen reports many characteristics for homes and persons beyond race/ethnicity. They include but are not limited to education, household size, income, presence of children, language spoken, and cable status. The methodology for assessing these characteristics is the same method for assessing age, gender, race, and ethnicity.

**Do you measure advanced audiences (targeted audiences)?**

Yes

**If so, what is your methodology for identifying and measuring them (include data sources)?**

Nielsen delivers rich advanced audience information that is either directly collected or through data fusions (e.g., MRI), data matches (e.g, NCS, POLK), or direct data matches with clients' first-party data.

**Do you measure using advertisers' first-party data?**

Yes

**If so, what is your methodology for onboarding?**

Nielsen has security and privacy-approved data matching partners including but not limited to TransUnion, Experian, LiveRamp, Epsilon, and Neustar. We provide Nielsen's first-party data in an aggregated and salted file via secure transfer to the data matching partner chosen by the client.  Matching is done at a respondent level, provided back, stripped of PII via secure transfer and desalted against Nielsen data to be used in a defined project/manner contracted in advance. First-party data is appended to Nielsen deterministically. Methodology for use can be provided by each data set in which is contracted.



# Other Noteworthy Items

**Do you provide audience verification services?**

Yes, Nielsen provides comparable and deduplicated audience verification services across channels.

**Do you provide brand measurement services?**

Yes

**Do you provide incrementality measurement services?**

Yes

**Do you provide business outcome guarantee services?**

No

**Do you provide multi-touch attribution or marketing mix modeling services?**

Yes, we also provide sales lift.

**What other media buying/selling solutions do you provide? Please describe.**

Nielsen has a collection of survey-based solutions that are used to facilitate the media buying and selling process. For example, Nielsen's Total Media Resonance (TMR) offering leverages advanced modeling to enable media owners to understand the effect of a campaign on a brand's KPIs (such as awareness, favorability, and intent) across all channels, including TV, digital, out-of-home, print, audio, and more.  We also have purely custom research solutions that help media sellers understand the consumer perspective on content and ads.

Nielsen has a cross-media planning and simulation tool in Nielsen Media Impact that predicts reach and frequency for a given media campaign across a variety of media vehicles. It leverages respondent level data sets across linear television, CTV, non-linear VOD, SVOD, desktop, mobile, and radio as well as partnerships for cinema, magazine, and out of home to do so.  NMI also can overlay advanced audiences derived from third-party premium partners, client's first-party data stacks or collected via our panels.



# MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

Accreditation currently suspended; actively working on re-accreditation.









# Oracle
# Company Overview

Oracle offers integrated suites of applications plus secure, autonomous infrastructure in the Oracle Cloud. Founded in 1977, Oracle now has 133,000 employees and serves 430,000 customers across 175 countries. The company reported $40B total GAAP revenue in FY2021.

Oracle Moat, part of Oracle Advertising and Customer Experience (CX), provides end-to-end campaign measurement from impression validation to sales lift with three key products: Oracle Moat Analytics, Oracle Moat Reach, and Oracle Moat Outcomes. Oracle Moat Analytics offers brand safety, viewability and invalid traffic verification solutions, and attention analytics. Oracle Moat Reach offers cross-channel audience measurement that delivers a deduplicated view of person and household reach and frequency across linear TV, connected TV, digital online video, and display. Finally, Oracle Moat Outcomes offers in-flight sales lift measurement.

The focus of this questionnaire is on cross-platform measurement with Oracle Moat Reach.





# Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

Oracle Moat Reach is capable of providing currency-grade reach and frequency measurement, in addition to viewability and attention measurement with Oracle Moat Analytics, and best-in-class ROI measurement with Oracle Moat Outcomes. For Oracle Moat Reach specifically, we are building in compliance with MRC cross-channel certification guidelines and working toward official certification and are seeking the right publisher partner(s) in 2022 to explore using Oracle Moat Reach as an accepted currency within media buying and selling.

**Cross-platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services—linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?**

Oracle Moat measures unduplicated reach and frequency across the US market for the following services: linear, OTA, and VOD. In addition, digital and CTV is captured directly via Oracle Moat's measurement tags, and the deduplication is done by mapping exposures to Oracle's proprietary Identity Graph, covering 115M U.S. households.

Oracle Moat Reach does not currently measure OOH.

**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

Oracle Moat is currently prioritizing the expansion of our linear and digital datasets before expanding into OOH measurement.

**In your view, what differentiates your TV measurement offering from other competing measurement services?**

Foundation in MRC-accredited valid and viewable impressions in digital, with panel partnerships in linear to provide viewability and co-viewing data

Tied to Oracle Identity Graph: Oracle's proprietary Identity Graph allows deduplicated reach and frequency measurement across-platforms at both the person and household-level across linear, CTV, and digital





Built on Oracle audiences: Report on audience composition and reach based on as many of a brand's targeted audiences as needed, using syndicated, custom-built, and first-party audiences

Granularity and speed of insight: Daily updates throughout a campaign and the ability to drill into data at any custom date range or combination of media partners allows for in-flight optimization and a level of granularity that makes it possible to tie actions taken to their campaign results

**What % of your annual revenue is measurement? (If, less than 100% please provide brief description of other key revenue drivers.)**

Oracle Advertising is comprised of Audience, Contextual Intelligence, and Measurement solutions, founded in 2014 following Oracle's acquisition of BlueKai, then expanded with five additional acquisitions–Datalogix (2015), AddThis (2016), Crosswise (2016), Moat (2017), and Grapeshot (2018). With this strategy, Oracle seeks to strengthen its product offerings in market, accelerate innovation, meet customer demand more rapidly, and expand partnership opportunities. An integral part to our business philosophy is to grow while never compromising our unwavering commitment to customer service and product support.

Oracle does not disclose revenue breakdowns for Oracle Advertising or Oracle Moat specifically, but demand for Oracle's measurement solutions has continued to grow YOY across global brands, agencies, platforms, and publishers.

**Who are your measurement clients and what % of your measurement business do they represent?**

Oracle Moat's core client base is made up hundreds of the top brands, agencies, and publishers.

## Universe Assumptions

**How many TV HHs do you collect data from?**

Oracle receives data from roughly 15M TVs as of January 2022.





**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

Oracle receives data from roughly 15M TVs as of January 2022 and are able to match a subset of those to US households via the Oracle Identity Graph. Oracle refers to the US Census for universe estimates.

**Do you use weighting or sample balancing?**

Yes, Oracle uses weighting.

**If yes, please briefly describe your methodology.**

Oracle uses weighting to make unbiased inferences about commercial viewing in the US based on the TV footprint matched to the Oracle Identity Graph. Within this footprint, we are able to assess HH demographics. These attributes include education, income, presence of children, household size, age (head of HH), race, urban/rural status, and local market, and are then adjusted to match national values. Except for the last two attributes, information from the US Census is used as the benchmark. TVs matched to HH with full demographic information are also not randomly distributed. To avoid adding another bias, daily activity data (hours of viewing per day) from both matched and unmatched TVs are used to create an activity weight to ensure that with respect to viewing both groups are equivalent. Nightly, the number of active TVs is estimated for use in calculating weights. Identity maps and demographic information are updated at different cadences. We rely on a second data provider for individual level demographics. A similar methodology is used to help ensure that these individuals and households are representative of US TV viewers. These steps have allowed us to significantly decrease our bias with a minimal increase in our variance.

## Identity Solution

**What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?**

Oracle's proprietary Identity Graph is built on a PII foundation of real people buying real things. With a data co-op of more than 1,500+ retailers with both mail order and e-commerce businesses, as well as CPG transaction data, our transaction data records more than $1B transactions per week and represents 99% of U.S. households.





### Which identity providers do you work with?

Oracle owns and maintains our Identity Graph that includes proprietary inputs, as well as linkage data from over two dozen industry-leading linkage providers.

### How do you model missing device IDs and IP addresses?

For TV impression data, Oracle is provided a unique TV identifier and IP address for each record. Not all IPs are matched to households and consequently not all impressions can be weighted using demographics. As mentioned in the question on weighting and sample balancing, we do not assume that matched and unmatched TVs are the same; rather, we balance the activity data for matched and unmatched TVs so they are similar. We also recognize that we do not see all TVs within a household. To address this issue, we apply a distribution of TVs per HH based on third-party research to estimate exposure on all TVs in the household. We also adjust weighted reach estimates and impression counts so that a bias is not introduced based on changes in the proportion of TVs matched over time.

### Do you have the ability to bring in first-party data?

Yes, Oracle can onboard any first-party audiences into the Oracle Identity Graph via our OnRamp product for clients to track exposure delivery against using Oracle Moat Reach.

## Reporting Details

### Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.

Oracle Moat Reach allows users to see metrics aggregated across any combination of campaigns and sites. Users can select to view all the impressions they served, or filter to impressions that met one of three viewability standards. Users can view campaign data for any date range or use quick filters for last-7, last-30, last quarter, etc. Data is available at the impression, device, person, or household-level. Some of the data points include:

- Total reach and frequency

- Viewable reach and frequency

- Age and gender demographic breakdowns of reached people.



- Reach into relevant Oracle audiences

- Breakdowns of exposure data by platform (e.g., desktop vs. mobile)

- Overlaps in reach between platforms, campaigns, media partners, or date ranges

- Show-level reach and frequency for Linear TV

**Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.**

Digital and CTV data are available next day; linear TV data in 2-3 days.

**How are your reporting details delivered?**

Online dashboard with real-time filtering and view configuration capabilities.

**What is your definition of an impression or ad exposure?**

For digital and CTV, Oracle uses the MRC definitions of an ad impression, including filtration for IVT. For linear TV, any ad that plays through the glass for the ACR capture is considered an impression/exposure.

**What is your definition of a view or viewing event?**

Oracle Moat Reach allows you to filter down to the subset of impressions that met a particular viewability standard (e.g., on-screen, MRC-viewable, audible, and viewable on completion (AVOC), and GroupM viewability).

Viewability for linear TV ad exposures are measured through our panel partnership, which powers the below viewability metrics:

- Valid: An ad was on screen for 2 seconds

- In-Room: A person was in the room while the ad was on for at least two seconds

- Seen: A person watched the ad for at least two seconds





**Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA, and OOH (i.e., program ratings)? Please indicate if gaps exist.  If not currently but planned, please indicate timing.**

Oracle Moat Reach does not currently cover programming content.

**Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA, and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Oracle Moat Reach captures linear (and VOD) ad content via our ACR partnerships. Digital and CTV ad content is measured via Oracle Moat Analytics JS and pixel-based tags, respectively. The deduplication is done by mapping these exposures to Oracle's proprietary Identity Graph covering 99% of US households. Oracle Moat Reach does not currently capture OTA or OOH advertising.

**How do you identify an ad?  If you use a third party, what is your source?**

For linear, ads are captured and cataloged by our ACR partners. Metadata for digital ads are captured via ad server macros placed within the Oracle Moat tag.

**Do you provide household-level reporting?**

Yes, all channels.

**Do you provide device-level reporting?**

Yes, all channels except CTV.

**Do you provide person-level reporting?**

Yes, all channels except CTV.

**If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.**

We have a panel partnership that provides person-level co-viewing data.



**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

Yes, Oracle Moat Reach reports age and gender demo-level metric which can be customized for any age bracket increments (starting 18+).

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned.**

Yes, Oracle Moat Reach maps to the gender of the individuals in the Oracle Identity Graph as provided by various industry identity providers.

**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned.**

No, Oracle doesn't report on any ethnic audiences.

**Do you report any other demographics beyond age, gender, race, and ethnicity and if so, which ones and how they are assigned?**

Any Oracle audience can be loaded to Oracle Moat Reach. Oracle audiences include purchase history, age of head of household, interest, and more.

**Do you measure advanced audiences (targeted audiences)?**

Yes, any audience mapped to Oracle's Identity Graph can be tracked in Oracle Moat Reach.  This includes over 2,000 syndicated audiences (purchase-based, lifestyle, etc.) as well as the ability to on ramp any client first-party audiences.

**If so, what is your methodology for identifying and measuring them (include data sources)?**

Oracle Moat Reach maps deduplicated reach to the households and people within the Oracle Identity Graph, and audience membership maps to these same people and households. Oracle Moat Reach is displaying the respective overlays.

**Do you measure using advertisers' first-party data?**

Yes, we can onboard advertisers' first-party data.







**If so, what is your methodology for onboarding?**

We securely ingest data to map the first-party audience to the people and households within the Oracle Identity Graph to create custom first-party audience(s).

## Other Noteworthy Items

**Do you provide audience verification services?**

Yes, the audience measurement metrics reported in Oracle Moat Reach can be used for Audience Verification.

**Do you provide brand measurement services?**

No, we do not provide brand measurement (brand lift/recognition) metrics

**Do you provide incrementality measurement services?**

Oracle Moat Reach can report the incremental reach provided by various channels, campaigns, or media partners.

**Do you provide business outcome guarantee services?**

No, Oracle Moat Outcomes provides sales lift measurement, but coverage is not directly tied to the same cross-channel landscape as Oracle Moat Reach.

**Do you provide multi-touch attribution or marketing mix modeling services?**

No

**What other media buying/selling solutions do you provide? Please describe.**

In addition to Oracle Moat Reach and the above-mentioned Oracle Moat Outcomes sales lift measurement, we also provide ad verification, brand safety and attention measurement with Oracle Moat Analytics.





# MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

Oracle Moat Reach has not submitted any metrics to the MRC for accreditation, though we are building in compliance with MRC-cross channel certification guidelines. The in-view and IVT impression metrics used in Oracle Moat Reach and powered by Oracle Moat Analytics are MRC accredited. Oracle's full list of MRC accredited services is available and up to date on the MRC website.





# Samba
# Company Overview

Samba TV is a global leader in first-party data for TV & omniscreen audiences, advertising, and analytics. Our ACR software is integrated into the hardware of leading smart TV brands (24 globally, 10 US), and we provide insight into content and advertising viewership across broadcast, cable, OTT, and digital media.

A leader in cross-platform measurement today, Samba provides campaign measurement for top marketing, publishing, and agency clients of (HH-based) audience delivery, deduplicated reach and frequency, and business outcomes. We offer real-time (updated every 24 hours) dashboards that clients tap into for in-flight campaign optimization, including a view of (HH-based) audience aggregate and deduplicated impression and R/F delivery, by channel and by individual TV, CTV, and digital publisher. Additionally, we offer exposure-level reporting for all these metrics.

Our measurement products and services are built on TV viewership data from our US research panel of 3M ACR households, normalized to be almost perfectly representative of US population geographically, demographically, and ethnically (e.g., 0.0003%-0.01% average absolute difference vs. US Census). Samba's TV data footprint is the most diverse in the industry, drawn from 10 smart TV manufacturers in the US. Our US panel, our proprietary identity graph covering 106M US HHs, and a variety of log-level and pixel integrations across the publisher/platform landscape enable our multi-channel, partner, screen, creative, and tactic-based measurement product.

Founded in 2008, Samba has 294 employees (Jan 2022), with data/media/measurement operations in the US, CA, UK, Germany, Italy, Australia, and Japan, and offices in SF, NYC, LA, CHI, Austin, London, Warsaw, and Taipei. Samba's estimated annual revenue for the 12 months ended Sept. 30, 2021, is $123M.



SAMBA TV

# Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

Seeking to provide in 2022, with trials kicking off in H2 2022.

**Cross-Platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services—linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?**

Yes. Samba's measurement products are anchored in first-party, deterministic TV viewership and ad exposure data, which Samba captures via ACR across linear TV, VOD, OTA, and [select] streaming TV; additional CTV and digital exposure are captured via log integrations and pixels. The combination of Samba's [deterministic] multi-OEM TV ACR and [deterministic & probabilistic] multi-identifier identity graph make us particularly strong at measuring interaction between TV/CTV/digital channels, deduplicating at a very granular level, and projecting viewership and ad exposure nationally with high accuracy. Currently Samba TV measurement panel excludes OTA HHs that do not own a smart TV and OOH behavior.

**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

OTA: Samba does capture TV viewing behavior for OTA-only HHs provided they have an internet-enabled Samba TV device and have opted-in. However, for OTA households that do not have internet access, we would not capture their OTA TV viewing behaviors. We may detect digital exposures from these HHs, but Samba has no immediate plans to integrate any data sets that would incorporate TV viewing behavior from these HHs, as there is no data available since they are effectively "off the grid" viewing behaviors.

OOH: Samba currently captures some OOH signal from opted-in TVs in public spaces (restaurants, airports, etc.), which we currently identify and remove from our panel to eliminate non-HH signals. We have no immediate plans to expand our panel to include these or additional OOH exposures but could explore alternate solutions with NBCU to identify and improve coverage through surveys and commercial set-top box viewership signals.



**In your view, what differentiates your TV measurement offering from other competing measurement services?**

Samba's first-party US TV data footprint is diverse and representative, drawn from 10 smart TV manufacturers. While we do normalize our data to match US Census, very little "normalizing" is necessary as our raw footprint is already extremely representative, enabling more accurate measurement of ad and content viewing behavior vs. 1-2 OEM solutions.

Also unique to Samba is our owned and operated 106M HH US identity graph, which underpins our cross-channel measurement and deduplication product. We have a very robust device-to-HH mapping incorporating 70 days of historic data for the highest accuracy mapping, and our identifiers are updated daily. This typically results in higher match/coverage rates for our clients compared to third-party driven solutions.

**What % of your annual revenue is measurement? (If less than 100% please provide brief description of other key revenue drivers.)**

We generate revenue through our two product categories: audience, which comprised 85% of our 2020 revenue, and data, which comprised 15% of our 2020 revenue.

**Who are your measurement clients and what % of your measurement business do they represent?**

Due to current activities surrounding our S-1 filing, all client information and revenue breakdowns can be found here:
https://www.sec.gov/Archives/edgar/data/1542022/000119312522011136/d179999ds1a.htm#toc179999_9

## Universe Assumptions

**How many TV HHs do you collect data from?**

6.1M TV HH's in the US from 8.1M TV viewing devices. Manufacturers include Sony, Phillips, Sharp, Toshiba, Sanyo, Element, Magnavox, Seiki, Westinghouse, and TCL.




**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

121M in the US.

**Do you use weighting or sample balancing?**

Yes - We weight to the US Census at the market level on Ethnicity, Income, Age, Gender. Experian, US Census American Community Survey (ACS).

**If yes, please briefly describe your methodology:**

Samba US panel households must be part of our ecosystem for at least 28 days before they are included. We geographically balance our panel at the market level, map demographic and ethnicity data from Experian using our proprietary identity graph, then balance vs. US Census.

The result is that the Samba panel nearly perfectly matches the annual US Census American Community Survey (ACS) data on a geographic, demographic, and ethnic basis, with average absolute difference between our weighted panel and US Census data ranging between 0.00003% to 0.01% based on age, gender, HH income, ethnicity, and market.

Our method assigns a weight to each Samba HH so that they effectively represent "similar" households (note that "similar" is based on viewership, geography, demographics, etc.). This HH weight number is associated to each Samba device and then used to project results to a national level. The goal is to weight all the HHs in a panel such that their total weight represents the Census data accurately.

Samba is highly confident in the national projectability of our results, whether they be content viewing or advertising exposure. All of Samba's viewing data is refreshed DAILY.



 SAMBA TV

# Identity Solution

**What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?**

Samba TV has an in-house identity platform that processes digital signals and resolves them to households, persons, and devices. We use a variety data points including IP, timestamp, user agent, and multiple identifiers to help link signals to devices and to link devices to persons.

**Which identity providers do you work with?**

Samba TV works with multiple matching partners and identifiers: MAIDs, HEMs (coming Q1 2022), IPs, Experian LUIDs, LiveRamp RampIDs, Neustar OneID, and have worked with TransUnion on specific campaigns.

**How do you model missing device IDs and IP addresses?**

Within the Samba identity graph, we do not synthetically create missing identifiers.

However, within measurement campaigns we can rebalance our panel within a matched universe to make the new sample nationally representative. For example, within our In-Store Visitation//Footfall Attribution measurement product, we have calibrated a panel using the overlap with geo-location data providers to make the campaign representative and reduce noise introduce from missing identifiers due to multiple match partners.

**Do you have the ability to bring in first-party data?**

Yes, Samba can bring on first-party data using site tags, matches against MAID or IP data or via a third-party company (Experian, Neustar, LiveRamp). Coming soon in Q2 2022, Samba will be able to work with first-party data by also using HEMs as a match key.



SAMBA TV

# Reporting Details

**Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.**

TV data is captured and provided at event level, by TV device and HH, second-by-second.

**Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.**

Samba's TV viewership data is updated daily with a 3-5-day lag to ensure completeness of brands, airings, and tagging/assignment of new ads. Digital data via the Samba Pixel is current up until the previous day.

### How are your reporting details delivered?

Reporting is most commonly delivered by dashboard but can be in the form of post-campaign study (most common for outcome studies).

### What is your definition of an impression or ad exposure?

Samba considers TV ads viewed with 5 seconds of continuous viewing an impression/exposure.

### What is your definition of a view or viewing event?

Our minimum threshold is 3 seconds of continuous viewing to create a viewing event.

**Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA, and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Samba captures content viewing and ad exposure across linear TV, VOD, OTA and [select] streaming TV; additional CTV and digital exposure are captured via log integrations and pixels.

Samba captures live and time-shifted viewing up to L+14 (i.e., 15 days of data). For streaming programs, this is an evergreen catalog that always tracks. All needed data is provided for our clients to build their own unique groupings (L, L+SD, L+3, L+7, etc.) as required. We do not currently break out viewed content that is DVR'd vs viewed via VOD platforms. Currently Samba measurement excludes OTA HHs that do not own a smart TV and OOH behavior.



**Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA, and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

See above.

**How do you identify an ad?  If you use a third-party, what is your source?**

Samba's primary method for identifying an ad is our proprietary Harvester technology, an automated process which identifies and extract ads from the full TV broadcast content:

1. System records the channel video stream

2. Commercial extractor software detects and cuts ads out from the recorded video

3. Ads which have been identified as duplicates are being removed

4. Operator adds metadata to newly identified ads and saves them for monitoring purposes

Additionally, we also support direct uploads of creative assets and utilize Kantar to enrich local market coverage. For digital ads, Samba utilizes a pixel and logs from DSP/SSP partners

**Do you provide household-level reporting?**

Yes

**Do you provide device level-reporting?**

Yes

**Do you provide person level-reporting?**

No, Samba audience measurement is based on HH composition; we do offer measurement against Experian-defined audiences, and/or client-provided first- and third-party defined.





**If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.**

At the moment, Samba does not offer this, but we do regularly evaluate person-based panel solutions for eventual integration.

**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

We offer measurement against (HH-based) Experian age segments (0-9yr, 10-19yr, 20-24yr, 25-34yr, 35-44yr, 45-54yr, 55-64yr, 65-74yr, 75-100yr)

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned.**

We offer measurement against (HH-based) Experian gender segments (Male, Female).

**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned.**

We offer measurement against (HH-based) Experian race/ethnic segments (White, Black, Hispanic, Asian, Other).

**Do you report any other demographics beyond age, gender, race, and ethnicity, and if so, which ones and how they are assigned?**

We offer measurement against (HH-based) Experian income segments.

**Do you measure advanced audiences (targeted audiences)?**

We can ingest and measure audiences that fall into first- and third-party defined segments that can be uploaded via our identity graph.

Additionally, as a first-party TV data collector and provider, Samba creates custom audiences for virtually all of our media clients, including but not limited to: TV screen-driven behaviors (e.g., cord cutters, light/modern viewers, gamers), ad viewership cohorts (e.g., under/un-exposed to your linear TV schedule), and programming viewing cohorts (e.g., sports viewers, pet program fans, viewers to specific groups of programs). Note that all of these audiences are available within our measurement products.





**If so, what is your methodology for identifying and measuring them (include data sources)?**

Our methodology for identifying and measuring advanced audiences depends on the source but all relies on matching via our Identity platform.

- **First-Party Audiences**: Clients that have defined a custom first-party audience can syndicate that audience to Samba through a variety of match keys including hashed emails, MAIDs, IP/timestamps, or leading third-party matching solutions (Experian, Neustar, LiveRamp, etc.).

- **Third-Party Audiences**: Clients can work with Samba to define a custom third-party audience target using the Experian consumer database of attributes. Alternately, if a client is working with alternate third-party consumer attributes (e.g., Acxiom, Transunion, or Adstra), Samba can work with the client and partner to onboard that advanced audience similar to a first-party audience detailed above.

- **Samba Audiences**: Samba works with the client to define audience definition within our TV viewership and ad exposure data to build the advanced audience while offering popular advanced audiences (such as cord-cutters, light/medium/heavy viewers, or sports fans) available for inclusion in all our measurement products.

**Do you measure using advertisers' first-party data?**

Yes, we can ingest and measure audiences that fall into first- and third-party defined segments, which can be uploaded via our identity graph.

**If so, what is your methodology for onboarding?**

Samba can accept audiences from partners defined by a brand's first-party data, cookies, MAIDs, IPs, and a variety of other digital match keys, directly to our identity graph. For other IDs, such as hashed emails, we can accept audiences via LiveRamp (hashed emails are on Samba's Q1 2022 Roadmap).

## Other Noteworthy Items

**Do you provide audience verification services?**

Yes, Samba can measure targeting accuracy in post campaign reports, as well as verify audience profiles (both TV viewership and demographics) against a third-party audience

92



**Do you provide brand measurement services?**

Yes, Samba partners with third-party providers to enable brand lift / survey-based measurement. Lucid is our most common partner for this.

**Do you provide incrementality measurement services?**

Yes, Samba offers Causal TV Measurement which is powered by a proprietary synthetic control group methodology that was specifically designed to measure TV activation as well as digital.  We are a market leader in Tune-in Measurement and offer outcomes in Online Conversions and Foot Traffic. Box Office data and other offline conversion sources are on our roadmap.

**Do you provide business outcome guarantee services?**

Samba has recently begun testing an incremental reach guarantee product (iCPM) that allows advertisers to pay only for impressions served to HHs who have not yet been served a linear ad. This offering is enabled by Samba unexposed audience segments and offered via Samba managed audience/media campaigns.

**Do you provide multi-touch attribution or marketing mix modeling services?**

Yes, Samba's standard methodology enables cross-vendor / cross-platform measurement, and we have built several MTA approaches including data-driven fractional attribution. Samba does not offer MMM currently.

**What other media buying/selling solutions do you provide? Please describe.**

Samba TV Audiences

- Samba's syndicated segments are first-party, curated audience targeting options based on various TV viewership behaviors. These syndicated segments are available for immediate activation on most DSPs via the LiveRamp Data Marketplace.

- Custom-defined segments (such as ad exposed/unexposed or content exposed) segments are available via LiveRamp and are portable to any distribution platform.

Samba Programmatic

- Samba data + media, pre-filtered PMPs for CTV, and cross-screen activation are available against any custom or syndicated segment.



Samba Managed Services

- Samba campaign managers are available as needed for brands and agencies that require service.

- Managed services campaigns also have access to incremental reach guaranteed audiences.

## MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

Samba is not accredited, nor actively seeking accreditation with the MRC at this time. We recognize the importance of the MRC in the measurement ecosystem, and plan in the future to seek accreditation for key measurement/currency metrics, on which we have aligned with our brand, agency, and publisher partners.







tvsquared

# TVSquared
# Company Overview

TVSquared is the largest independent global measurement and attribution platform for converged TV. Its infinitely scalable ADvantage platform measures every form of TV advertising, including linear and all forms of time-shifted, cross-platform premium video viewing delivered via OTT. It powers always-on insights—from reach and frequency to incremental (deduplicated) reach, outcomes, and audience—for more than 6,000 advertisers in 75+ countries.

With clients across both the buy- and sell-sides, TVSquared has the breadth and scale to deliver always-on, identity-enabled, converged TV measurement and outcomes for advertisers of all sizes and categories—from local/regional brands and high-growth DTCs, to nationally and globally recognized companies. TVSquared was founded in 2012 and has 150+ employees with locations across North America, Europe, and APAC.



tvsquared

# Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

Currently providing. TVSquared believes media buyers and sellers will determine the currency, or currencies, over time, and that multiple currencies will exist. With the industry moving toward impression-based transactions, TVSquared is in a strong position to be one of the currencies used across the horizontal ecosystem. Therefore, it has built an agnostic platform to support all types of exposure and outcomes data, as well as all IDs. This flexibility, coupled with a focus on currency-grade, impression-based data delivers highly granular and accurate analysis at scale, which can be leveraged across both the buy- and sell-sides as a transactable currency.

**Cross-platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services— linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?**

TVSquared measures the reach and frequency of premium video content anywhere, anytime and on any device.

Measuring incremental (unduplicated) reach across delivery platforms is a major component of our offering. For example, when linear and streaming campaigns are running concurrently, it uses IP address matching to map the impression datasets and detect any overlap in exposure along with the unique reach of each. This allows TVSquared to identify a percentage of households that have been served with streaming and linear impressions across any platform, and those that have been exposed to both.

**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

TVSquared's current approach focuses on measuring reach and frequency, plus incremental (de-duplicated) reach across all screens and devices served within the home. TVSquared is in the process of extending its methodology to comprehensively cover OOH measurement.



tvsquared

**In your view, what differentiates your TV measurement offering from other competing measurement services?**

TV measurement and attribution are in TVSquared's DNA, and have been a primary focus from the start, offering fully independent, always-on proof of performance and transparency across the ecosystem. Built as a software platform, TVSquared's technology is fully automated, designed to handle massive scale, while delivering real-time insights that meet the current and future state of TV – covering all forms of premium video content and designed with the flexibility to process any first- and third-party datasets. With complete workflow automation, TVSquared's platform has rapidly processed data and on boarded more than 1,000 new advertisers in a single day. Today, TVSquared offers the only global cross-platform solution that measures TV effectiveness in more than 75 countries and growing.

**What % of your annual revenue is measurement? (If less than 100% please provide brief description of other key revenue drivers.)**

100%

**Who are your measurement clients and what % of your measurement business do they represent?**

As a private company, we are not able to divulge specific revenue breakdowns.



tvsquared

# Universe Assumptions

**How many TV HHs do you collect data from?**

60M US and 150M globally

**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

TVSquared's approach differs across linear and streaming. For linear, it depends on the impression dataset being used. For example, TVSquared's preferred data partner in the US is Inscape, which offers the largest single source of privacy compliant, opt-in smart TV data in the market, currently sitting at 18M+ HHs. TVSquared uses third-party reported census demographics in the region being measured (either national or regional/local) as the universe. In other markets, and depending on clients, it may bring in other types of household-level data from smart TV and set-top-box providers.

For OTT, it captures 100% of the universe through our integrations with direct publishers and relevant ad server(s).

**Do you use weighting or sample balancing?**

Yes

**If yes, please briefly describe your methodology.**

TVSquared's methodology takes account of the expected number of TVs in any household and applies a logarithmic formula to adjust for the fact that not all households will have a relevant TV (i.e., one that captures viewership). Demographic and segmentation data from Experian is appended to viewing households. TVSquared calculates and appends a "demographic weight" to each household for the combined impression dataset in each market. This indicates how over- or under-represented the demographic (age, gender, HHI, etc.) is in the populated household set vs. the census for that market.



tvsquared

# Identity Solution

**What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?**

Thanks to the inherent flexibility of the ADvantage XP platform, and its continually expanding data partner ecosystem, TVSquared is able to work with a number of identity resolution partners including Experian, Blockgraph, and others.

TVSquared has traditionally employed a variety of approaches to refine household and device identification. For example, working with Blockgraph for its secure peer-to-peer identity sharing platform supports the industry's push for a common identity standard across TV. TVSquared leverages Blockgraph's Identity Operating System, which is purpose-built for the converged TV industry, with fully deterministic, cross-platform identity data.

In environments where subscriber IDs, IDFAs, or other PII identity resolution exist, TVSquared has utilized Experian and Adobe. Where no identity solution is available, such as cookie-less/non-authenticated CTV, TVSquared supports privacy-compliant, hashed IP addresses for pseudo-identity.

**Which identity providers do you work with?**

Current partners include Experian, Blockgraph, and Adobe; TVSquared will continue to test and work with others including UID 2.0, OpenID, plus more.

**How do you model missing device IDs and IP addresses?**

TVSquared runs a range of deduplication and filtering processes on the impression dataset, including filtering out missing IP addresses. This ensures a clean dataset for modeling and extrapolation.

**Do you have the ability to bring in first-party data?**

As part of our flexible "BYOD" (Bring Your Own Data) ETL framework, TVSquared can ingest a wide range of both first- and third-party data—from first-party data, to response data from advertiser websites/apps, to proprietary audience segments.



tvsquared

# Reporting Details

**Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.**

TVSquared provides impression-based metrics for ad exposure.

**Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics.**

TVSquared's platform offers always-on insight that can be accessed by users at any time. Metric reporting depends on the specific metric and datasets being used, but insight is typically refreshed in the platform daily. TVSquared also has a range of export capabilities.

**How are your reporting details delivered?**

The ADvantage platform is highly flexible, and all views and reporting can be configured to suit specific requirements.

**What is your definition of an impression or ad exposure?**

TVSquared's measurement approach counts all impressions where a household has been exposed to an ad for at least one second.

**What is your definition of a view or viewing event?**

N/A

**Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA, and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

Content measurement is on the roadmap for 2022.



**Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA, and OOH (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.**

TVSquared provides total impression delivery, reach, frequency, and unduplicated reach for all streaming and linear TV advertising.

**How do you identify an ad?  If you use a third-party, what is your source?**

For linear, TVSquared typically uses a combination of post logs, its proprietary ACR, and third-party impression data (from STBs/smart TVs). For streaming, it uses a direct integration with the ad server(s).

**Do you provide household-level reporting?**

Yes

**Do you provide device-level reporting?**

On roadmap

**Do you provide person-level reporting?**

On roadmap

**If you provide or estimate person-level viewing (i.e. who is watching on the TV), please describe the main data sources or methodology you use.**

N/A

**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

TVSquared ties audience demographics (including age and gender plus advanced audience segments) to measurement and outcomes, delivering a wide range of insights, including reach and frequency, unduplicated audience reach and performance. Granular insights provide intel on the audiences most likely to convert, creative performance tied to audience segments and look-alike capabilities.



tvsquared

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned.**

Yes, via Experian. TVSquared also has the ability to ingest first-party audience segments for measurement.

**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned**

TVSquared has access to audience breakdowns by race/ethnicity, which is broken down by White, Black, Hispanic, and Asian-American.

**Do you report any other demographics beyond age, gender, race, and ethnicity and if so, which ones and how they are assigned?**

Yes, via Experian MOSAIC and advanced audience segments.

**Do you measure advanced audiences (targeted audiences)?**

TVSquared measures advanced audiences through third parties (i.e., Experian) and also has the ability to ingest first-party audience segments (i.e., specific targeted segments, lookalikes, etc.).

**If so, what is your methodology for identifying and measuring them (include data sources)?**

TVSquared's modeling can be configured to apply third-party household-level demographic segment data from one of its audience data partners. This enriches campaign delivery and outcomes insight with details on which audiences (P2+) ads are served to and which audiences are responding.

TVSquared does this by configuring its measurement approach to use an identity-resolution solution from an identity data partner. This is then used to map the impression and response data to the demographic segment data.

**Do you measure using advertisers' first-party data?**

Yes, TVSquared has this capability.



tvsquared

**If so, what is your methodology for onboarding?**

ADvantage XP is designed to rapidly ingest a wide range of both first- and third-party data using TVSquared's highly mature ETL framework. In environments where subscriber IDs, IDFAs, or other PII identity resolution exist, TVSquared has utilized data partners such as Experian and Adobe. Where no identity solution is available, such as cookie-less/non-authenticated CTV, TVSquared supports privacy-compliant, hashed IP addresses for pseudo-identity.

## Other Noteworthy Items

**Do you provide audience verification services?**

No

**Do you provide brand measurement services?**

Yes, TVSquared's platform calculates brand lift metrics.

**Do you provide incrementality measurement services?**

Yes, TVSquared offers incremental measurement for streaming beyond linear and across individual streaming platforms and publishers.

**Do you provide business outcome guarantee services?**

Yes, TVSquared's platform capabilities can be leveraged for business outcome guarantees.

**Do you provide multi-touch attribution or marketing mix modeling services?**

Yes, for its own internal MTA, TVSquared employs a time-decay attribution model, which evaluates the impact of every touchpoint leading up to an outcome, with more credit given to exposures closest to a response. In addition, TVSquared's data are also regularly fed into brands' own MTA and MMM solutions.



tvsquared

**What other media buying/selling solutions do you provide? Please describe.**

Through TVSquared's ADvantage platform, partners can identify which audiences and households are responding to advertisers' campaigns, and analyze media performance across creative, day of week, daypart, and programming. Segments and households for targeting can then be used to inform activation, while performance insights across media dimensions can inform future campaign optimizations and schedule changes.

TVSquared's Predict module, which is built into the ADvantage XP platform, is an advanced scenario-modeling capability that considers both performance and costs to generate a baseline, such as the average CPR for a specific network or program. It uses this to generate optimization recommendations and can also be used to quickly and easily scenario model the impact of any planned changes to the buy. Predict recommendations can be easily exported.

## MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

TVSquared is seeking accreditation.

104







# VideoAmp
# Company Overview

VideoAmp is a media measurement and optimization software company creating a more valuable and data-driven ecosystem that redefines how media is valued, bought, and sold.

VideoAmp works with hundreds of brands, agency media holding companies and the leading TV companies, creating a more data-driven ecosystem. Their platform includes planning, measurement, optimization, workflow automation, and currency capabilities. VideoAmp's cross-platform audience measurement includes deduplicated reach and frequency measurement on age/gender audience demographics or on any advanced first- or third-party audience. VideoAmp also provides multi-touch attribution and lift measurement across traditional TV, streaming video, and digital media against clients' desired business outcomes.

VideoAmp integrates into dozens of the advertising systems of disconnected media platforms to create a privacy-safe and unified view of audiences. Unlike legacy measurement methodologies which are primarily reliant on small surveys, VideoAmp leverages large scale impression-level data directly from these systems. VideoAmp uses this data and sophisticated data science methodologies to create a source of truth that is a more accurate view of media consumption and engagement. This creates new use cases and unlocks additional value for the advertising industry, such as more accurate media ratings, cross-platform deduplicated audience views and the ability to connect ad exposures to an advertiser's sales. Additionally, consumers benefit from the platform's increased rigor around privacy standards and ability to minimize overly repetitive advertising to consumers across different media platforms.



**About Us**

VideoAmp is a media measurement and optimization software company creating a more valuable and data-driven ecosystem that redefines how media is valued, bought, and sold.

Our platform automates advertising workflows, deduplicates audiences across traditional TV, streaming video, digital media, and walled gardens, and connects media exposures to an advertiser's sales. By unlocking new value for the entire ecosystem, our platform allows the world's largest advertisers, agencies, and publishers to align on VideoAmp's independent measurement as a new media currency to transact against.

We are transforming a 100-year-old industry by powering a more effective three-way value exchange that results in increasing the return on media investment for advertisers, increasing revenue for publishers, and providing a better viewing experience for consumers.

**Fast Facts**

- Founded: 2014

- Employees: 350+

- Offices: LA, NYC, Chicago, Boston, Denver & Boulder

- Markets: US

- Total Revenue: VideoAmp does not disclose financial statements or revenues as we are a privately held firm.



videoamp

# Measurement Offerings Description

**Currency Focus: How do you see your company providing a "currency-grade" cross-platform premium video measurement solution?**

By providing software that makes large-scale datasets interoperable and representative while enabling automation for planning, workflow, and optimization, we can unlock more value for buyers and sellers than legacy systems.

VideoAmp is currently providing a currency-grade cross-platform premium video measurement solution to networks, agencies, and brands in the market. This solution is currently under evaluation or in use by six of the top six agency holding companies as well as ten of ten leading TV companies within the United States in a currency context. One of our core objectives in 2022 and beyond is to ensure all of our data and products support an increased share of currency use cases for both buyers and sellers, including meeting data needs and making sure all the infrastructure/pipes needs are addressed. We have extensive data to support that by transacting using the VideoAmp currency solution instead of the legacy TV measurement providers, buyers and sellers can unlock significantly more value by increasing return on ad spend for advertisers and increasing yield and revenue for networks.

**Cross-Platform Capabilities/Gaps: Are you currently able to measure unduplicated reach and frequency across the US market, covering all services—linear, streaming services, digital, VOD, OTA, and OOH? If not, what is the gap?**

Yes, VideoAmp can measure unduplicated reach and frequency across the US market for the following services: linear, streaming services, digital and OTA.

**If there is a gap, when do you envision being able to provide this kind of measurement and what could NBCU do to help?**

We currently do not account for out-of-home viewing being different from "in the home viewing," defined as place-based viewing (e.g., restaurants and bars). This is on our roadmap to include these types of behavioral differences in 2023.



**In your view, what differentiates your TV measurement offering from other competing measurement services?**

We differentiate by our mission and culture.

Our mission focuses on redefining how media is valued, bought, and sold to unlock new value for the entire ecosystem. We do not believe standalone data or measurement systems will create higher return on ad spend for advertisers and revenues for media sellers. Having systems that just tell stories about past performance without clear decisions on what to do next creates no value for the ecosystem. We have developed software systems that are focused on increasing return on ad spend for advertisers while simultaneously increasing the revenue for media sellers with automated workflows and independent/neutral optimization capabilities, in addition to baseline measurement and currency capabilities. We believe the industry needs higher standards and deserves better. Accurate measurement and a smarter currency are table stakes, and a feature of a broader industry solution. Creating a healthier, more valuable, and data-driven ecosystem where everyone wins is the goal.

We believe culture is the x-factor and most important influence on a company's ability to execute. We believe a company is actually just a group of people—not its product, software, or data. People build our products, sell our products, and service our clients. We believe if we focus on the most fundamental atomic unit of a company—its people—we will gain the greatest operational leverage to achieve our mission.

Our people have a collected mindset that it is our job to add as much value as possible to our clients. We work together to create an environment that has the highest probability to influence our behavior to add as much value as possible to our clients; this is our definition of success for our culture. We have found over the years that our playbook to do this is by narrowing focus, elevating intensity, moving faster, and raising standards.

Narrowing focus means we are here to only do one thing—add value to our clients on our mission; there is nothing else we will ever do. We move faster by removing our limiting beliefs and challenge ourselves to do more with less every day. If we think something will take four weeks to get done for a client, we tell ourselves "let's try to do it in one week." Sometimes this works, sometimes it doesn't, but we actually surprise ourselves half the time and are able to overpromise and overdeliver for our clients. We believe elevating intensity creates more pressure and urgency. This forces us to think differently and more creatively, allowing us to leave with a better outcome. We raise standards in everything we do every day. We eliminate the middle ground and force everything into either "insanely great" or "total shit." We hold each other accountable every day to the courage to operate this way because this is how we can create more value for our clients. This forces us to exponentially grow and live outside of our comfort zones.



We are thankful that our focus on culture since VideoAmp was founded in 2014 has been evergreen. Most recently, companies like AdAge have validated our approach by ranking us the #1 place to work in our industry in 2022 (see here).

For more details on our mission and culture, see our manifesto here: https://manifesto.videoamp.com/

**What % of your annual revenue is measurement? (If, less than 100% please provide brief description of other key revenue drivers.)**

VideoAmp does not disclose financial statements or otherwise provide indicators on our revenue as we are a privately held organization.

**Who are your measurement clients and what % of your measurement business do they represent?**

VideoAmp does not disclose financial statements or otherwise provide indicators on our revenue as we are a privately held organization.

## Universe Assumptions

**How many TV HHs do you collect data from?**

We collect data from all TV households in the US (roughly 120 million households) on digital and streaming platforms. For linear TV, we use a footprint of 39 million households from a combination of Smart TV data from the manufactures and Set-Top-Box data from MVPDs to project to the remainder of the US census.

**How many TV HHs do you model to estimate viewing in and what is the source of the universe estimates in your modeling?**

Yes, we project linear viewership to the entire US universe (roughly 120 million households), from a footprint currently encompassing about 39 million households. We measure digital and streaming data from our programmer and platform providers directly and measure 100% of the TV households in these environments.

**Do you use weighting or sample balancing?**

Weighting





**If yes, please briefly describe your methodology.**

Naturally this is an over-simplification, but here is a summary:

1. Estimate stream-only HHs.

2. Designate VideoAmp HH IDs (some from the smart TV footprint; but most out-of-footprint) to serve as stream-only HHs in our projections; layer in the number of VideoAmp HH IDs equivalent to the number of stream-only HHs, and effectively give each a weight of 1. (This assures that, e.g., we accurately represent the incremental reach accruing from adding digital to a linear schedule.)

3. Estimate OTA HHs.

4. Use smart TV data to understand the difference in consumption of broadcast sources between OTA and STB HHs.

5. Weight the STB footprint by demography (within geo) to create a set of viewership censuses for STB HHs (i.e., network levels for STB HHs).

6. Adjust the targets for OTA HHs by applying the results from step 4 above to the STB levels (generated in step 5) for broadcast sources, for the OTA portion of the reporting sample.  (Essentially, the smart TV footprint provides an empirical source for understanding how much more broadcast TV the OTA universe consumes than the STB universe.)

7. Reweight the entire footprint by demographics, using these STB network levels as universe targets; this works as-is for STB HHs (note again that stream-only HHs are left aside, and each carry a weight of 1, with no linear tuning. They effectively reduce the universe of HHs we project linear tuning to.)

8. Weight the smart TV OTA pool of HHs to represent the OTA universe, using the adjusted network targets. This assures that (a) OTA HHs get the right weight; and (b) the increased use of broadcast TV in OTA HHs is represented in the projections.



# Identity Solution

### What is your solution for identity resolution (i.e., how do you link devices, persons, and households)?

VideoAmp has its own proprietary identity graph that is created from multi-sourcing a variety of industry leading identity providers. We improve the accuracy of our identity graph through data science techniques that learn from signals across multiple sources to create a currency-grade identity backbone truth set. Our identity solution is interoperable with all major identity providers such as Experian, TransUnion, LiveRamp, OpenID, and more.

### Which identity providers do you work with?

VideoAmp works with Experian, TransUnion, LiveRamp, OpenID, and others as identity providers. We also have integrations with a variety of DMPs.

### How do you model missing device IDs and IP addresses?

We use our full footprint of deterministic data to measure all matched impressions and use this data to create probabilistic models to cover any gaps of missing data in the logs such as device IDs or IP addresses.

### Do you have the ability to bring in first-party data?

Yes, across all major DMPs, CDPs, identity providers, and direct connections.

# Reporting Details

### Granularity: At what granularity are you able to report metrics (i.e., second-by-second, minute-by-minute, for a single show)? Please note exceptions, if any.

VideoAmp is able to provide second-by-second metrics for any given program.

### Speed: How rapidly are you able to report metrics (i.e., real time, next day, next week)? Please specify your delivery for cross-platform metrics

We can provide metrics for linear, digital, streaming, and cross-platform the next day.



### How are your reporting details delivered?

Our reporting can be delivered by self-service software, APIs, clean rooms, exportable .CSVs from software, custom data visualization dashboards, and managed service reporting.

### What is your definition of an impression or ad exposure?

We support any custom definition of an impression or ad exposure for our clients to choose their own standards.

### What is your definition of a view or viewing event?

We support any custom definition of a view or viewing event for our clients to choose their own standards.

### Do you currently measure and report viewing of programming content for linear, streaming services, digital, VOD, OTA, and OOH (i.e., program ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.

We provide program ratings for linear, digital, streaming, and OTA. We do not include program ratings for OOH. This is on the roadmap for 2H 2022 or 2023.

### Do you currently measure and report viewing of ad content for linear, streaming services, digital VOD, OTA, and OOH? (i.e., ad ratings)? Please indicate if gaps exist. If not currently but planned, please indicate timing.

We currently measure ad ratings for linear, streaming, VOD, digital, and OTA/linear. We will include OOH in 2H 2022 or 2023.

### How do you identify an ad?  If you use a third-party, what is your source?

We have a variety of options to identify an ad. For linear, linear VOD, linear addressable, and linear OTA, we ingest the ad schedules directly from the programmers and platforms. We also support any arbitrary custom ad schedule from third-parties such as Kantar, Gracenote, etc. We also can use Automatic Content Recognition technologies from the smart TV OEMs directly to create a linear schedule. For digital, we integrate into census level log data directly from the publishers and platforms on an impression-level basis. These integrations can be done via secure computing, clean rooms, direct server-to-server, or pixel integrations.





**Do you provide household-level reporting?**

Yes, with technological and privacy-safe secure computing and clean room infrastructures that ensure all legal, business and privacy concerns are guaranteed (i.e., aggregation, anonymization, etc.)

**Do you provide device-level reporting?**

Yes.

**Do you provide person-level reporting?**

Yes.

**If you provide or estimate person-level viewing (i.e., who is watching on the TV), please describe the main data sources or methodology you use.**

VideoAmp's personification involves deployment and integration of the following assets:

- Observed tuning across sets for all households in the VideoAmp footprint

- Rosters providing household members and demographic composition of each household

- A subset of footprint households which are comprised of only one person, wherein the person's demographics and tuning are thus known

- Data science

- A panel of households with persons-level viewing to serve as a training set

A model is trained to predict the probability of individual viewership of an event given HH-level viewing and the composition of that household.

113



**Do you measure and report on the age of the viewing audience? If so, please describe range and granularity.**

Yes, we do measure and report on the age of the viewing audience.

Range: Persons 2+

Granularity: standard building block slices: 18-24; 25-34; 35-44; 45-49; 50-54; 55-64; 65-74; 75-84; 85+

**Do you measure and report on the gender of the viewing audience? If so, please describe how gender is assigned**

Yes. We license a variety of demographic enrichment services to multi-source and identify the most accurate demographic information possible across all the leading providers for currency grade accuracy.

**Do you measure and report on the race/ethnicity of the viewing audience? If so, please describe how race/ethnicity is assigned.**

Yes, we measure and report on the following race/ethnicity buckets: Black, Hispanic, American Indian, Asian, and White. We license a variety of demographic enrichment services to multi-source and identify the most accurate demographic information possible across all the leading providers for currency-grade accuracy.

**Do you report any other demographics beyond age, gender, race, and ethnicity and if so, which ones and how they are assigned?**

Yes, additional demographics attributes we report on include: Education, Ethnicity, Income, Homeowner Type (i.e., Renter or Owner), Length of Residence, Marital Status, Occupation, and Presence of Children.

We license a variety of demographic enrichment services to multi-source and identify the most accurate demographic information possible across all the leading providers for currency grade accuracy.

**Do you measure advanced audiences (targeted audiences)?**

Yes.

114



**If so, what is your methodology for identifying and measuring them (include data sources)?**

An advanced audience is any arbitrary set of IDs defined by a client. Since we have integrations into all major identity, DMP, and CDP providers, we do a direct match into the VideoAmp identity spine. From here, it moves into the measurement methodology flow.

**Do you measure using advertisers' first-party data?**

Yes.

**If so, what is your methodology for on-boarding?**

An advanced audience is any arbitrary set of IDs defined by a client. Since we have integrations into all major identity, DMP, and CDP providers, we do a direct match into the VideoAmp identity spine. From here, it moves into the measurement methodology flow.

# Other Noteworthy Items

**Do you provide audience verification services?**

VideoAmp partners with third-party audience verification providers for services like viewability, fraud, attention, etc., to provide maximum flexibility to leverage the metrics that matter most.

**Do you provide brand measurement services?**

VideoAmp partners with third-party brand measurement providers to provide maximum flexibility to leverage the metrics that matter most.

**Do you provide incrementality measurement services?**

Yes, VideoAmp's incrementality (lift) measurement methodology is designed to identify what number of conversions happened due to an advertisement versus conversions that would have happened without an advertisement.

**Do you provide business outcome guarantee services?**

This is currently in beta.



**Do you provide multi-touch attribution or marketing mix modeling services?**

Yes, we provide both multi-touch attribution and marketing mix modeling since our acquisition of Conversion Logic.

**What other media buying/selling solutions do you provide? Please describe.**

We provide software for media planning, investment optimization, workflow automation, and sell-side inventory optimization.

## MRC Accreditation Status

**What is your MRC accreditation status (i.e., specific accreditation status, seeking accreditation, no plans for accreditation)?**

Not commenced



# EXHIBIT 9

☰    Search 🔍   🎤    ⋮    👤 Sign in



▶

**Chief Marketing Officer at VideoAmp joins Shannon Pruitt, Stagwell Bxp Global CMO | SPORT BEACH 2024**

Stagwell
847 subscribers

Subscribe    👍 0  👎    ↗ Share    ⤓ Save    ⋯

167 views  2 months ago  #sportbeach2024 #stagwellatcannes #sportbeach

VideoAmp's Chief Marketing Officer, Jenny Wall joins Stagwell Brand Performance Network's Global Chief Marketing Officer in the SPORT BEACH Content Studio

#sportbeach2024  #stagwellatcannes  #sportbeach  #cannelions  #videoamp  ...more



Mastercard Chief Marketing Officer (CMO) Explains the CMO Role - CXOTalk #690    ⋮
CXOTalk
37K views · 3 years ago
54:16

Chief Marketing Officer of CineMedia, Amy Tunick in the SPORT BEACH Content Studio    ⋮
Stagwell
87 views · 2 months ago
16:59

New polls show change in Harris-Trump race in Pennsylvania    ⋮
CNN ✓
252K views · 4 hours ago
New
8:38

Nickelodeon CMO Jenny Wall chats with #GaryVee on #MarketingForTheNow!    ⋮
VaynerMedia
255 views · 4 years ago
14:33

A Conversation About Pancreatic Cancer in the Black Community    ⋮
Pancreatic Cancer Action Network
1.2K views · 1 year ago
54:14

How to become a CMO of a big brand    ⋮
Uncensored CMO

Chief Marketing Officer at OUTsurance joins Shannon Pruitt, Stagwell's Exp Global CMO, at SPORT BEACH - YouTube

☰                    [search]                              🔍  🎤        ⋮        👤 Sign in

Turnaround Arts Research Announcement from the NAMM Show ft. Turnaround Artists
NAMM Foundation
2K views • 9 years ago                                                                                        ⋮
1:09:32

Sylvia Tassan Toffola, General Manager of TF1 PUB & Sarah Gaudszun, Magnite | SPORT BEACH
Stagwell
276 views • 2 months ago                                                                                      ⋮
12:55

Let's Talk About: Pancreatic Cancer in the Black Community Webinar
Pancreatic Cancer Action Network
1K views • 2 years ago                                                                                        ⋮
51:16

The Marketing Expert: How to Get More Sales, Loyal Customers, and Bigger Promotions
The Knowledge Project Podcast ✓
509K views • 6 months ago                                                                                     ⋮
1:12:28

CMO Insider Breakfast - Connection or Illusion: Is Your Brand a Game Changer? | SPORT BEACH 2024
Stagwell
102 views • 1 month ago                                                                                       ⋮

The Swan Within | Meredith Harper Houston | Talks at Google
Talks at Google ✓
3K views • 4 years ago                                                                                        ⋮

How To Advertise on Instagram in 2024 (Complete Tutorial)
Learn With Shopify ✓
150K views • 5 months ago                                                                                     ⋮

CMO of Qualcomm, Don McGuire in conversation with Robyn Freye | SPORT BEACH Content Studio
Stagwell
60 views • 2 months ago                                                                                       ⋮

Friends of Ballona Wetlands Tribute to Ruth Lansford
Santa Barbara Chocolate
1.1K views • 12 years ago                                                                                     ⋮

NEW Facebook Ads Tutorial for Beginners in 2024 – FREE COURSE
Andrew Ethan Zeng ✓
217K views • 7 months ago                                                                                     ⋮

What Is Branding? 4 Minute Crash Course.
The Futur ✓
1.7M views • 4 years ago                                                                                      ⋮

Jennifer and Peter Buffett - CPPP Distinguished Speaker Series
USC Price
1.7K views • 12 years ago                                                                                     ⋮

Masterclass: How To Sell Your Product
Vusi Thembekwayo
1.1M views • 1 year ago                                                                                       ⋮

Jesh Sukhwani, Lenovo & Andrea Timmerman, Assembly in the SPORT BEACH Content Studio
Stagwell
29 views • 2 months ago                                                                                       ⋮

# EXHIBIT 10



☰

← BACK TO ALL VIDEOS

**MAR 28 2024**                                                                    FB    TW    LI

Events, VAMPFRONT 2024 - 4 MINS

# 2024 Product Roadmap



Sports Measurement, Digital Currency and Outcomes are rolling out this year to pave the way for holistic cross platform measurement solutions at scale. Hear more from VideoAmp VP Product Methodology, Adria Jewell.

# EXHIBIT 11



And in reality, home video saved the movie business.

# The Right Spot

In The Hot Seat: Peter Liguori


**EVAN SHAPIRO**
JAN 26, 2024

 

Happy Friday from The UK! 🇬🇧 I'm writing to you from sunny and chilly London, where I'm talking with a bunch of Brits about the state of Media today.

Before I embarked, I had the great chance to talk at length with former Chair of Entertainment at FOX, former CEO of Tribune and newly appointed Executive Chair of VideoAmp, **Peter Liguori** about



## Media War & Peace

Reports from the War for Our Attention from Media Cartographer Evan Shapiro.

Type your em...    **Subscribe**

## Listen on

🟠 Substack App     📶 RSS Feed

## Appears in episode

Evan Shapiro ✓

The Right Spot - by Evan Shapiro - Media War & Peace

why he decided to get into the Measurement Wars, and his vision of TV's *New Normal.*

There's a clip above. The whole conversation with the fascinating Liguori is below.



This very special Media War & Peace Zoominar was free for all internet users. My *next* monthly **Zoominar is on Monday, February 26** at 4p, and it's exclusively for Premium War & Peaceniks!

During the Zoominar, I'll go through **all the 4Q and FY 2023 earnings** reports from all of Big Media, for example, Netflix...

## Recent Episodes


**THE ESHAP WORLD TOUR**
SEP 6 • EVAN SHAPIRO


**How is everybody doing?**
AUG 12 • EVAN SHAPIRO


**The Real World NYC**
MAY 17 • EVAN SHAPIRO



We sometimes break news in the Zoominars. We *always* share new data. And our batting average for having fun is pretty high. I hope to see you there!

**All the details for the Earnings Season Zoominar are right *here*.**

Until I see you, cheerio and enjoy the weekend!

***ESHAP***

 **5 Likes**

## 1 Comment



Top first ⌄



**Phillip Luff**   Phillip's Substack   Jan 26

💙 Liked by Evan Shapiro

Great interview, thank you Evan and Peter. Better data and more transparency = better value for ad buyers, media platforms and audiences.

♡ LIKE (2)    💬 REPLY    ⬆ SHARE    ···

© 2024 Evan Shapiro · Privacy · Terms · Collection notice
Substack is the home for great culture

# EXHIBIT 12

Press Releases

# VideoAmp to Measure Deduplicated YouTube Reach and Frequency

*VideoAmp launches YouTube Reach & Frequency Measurement*

**New York, NY – May 17, 2023:** VideoAmp today announced its ability to measure audience reach and frequency for YouTube across CTV, desktop and mobile. This will allow advertisers to measure YouTube campaigns, leveraging VideoAmp's currency-grade dataset within one unified platform. This integration incorporates YouTube into VideoAmp's cross-platform audience measurement solution,  providing a more holistic view and enabling advertisers to make optimizations throughout the campaign.

Advertisers will be able to take advantage of this integration directly in VideoAmp's platform at the end of Q2 2023, for pre-campaign planning and in-flight measurement. The integration provides:

- **An End-to-End Solution:** Access to plan and measure performance across linear TV and YouTube in one platform. Incorporating other digital partners into this measurement view will be available in Q4.
- **Accuracy**: A holistic view of audience reach and frequency on YouTube across all devices including CTV, desktop and mobile alongside linear TV, powered by VideoAmp's currency-grade dataset.
- **Actionable Insights:** The ability to make informed in-flight or post-campaign adjustments with measurement delivered throughout the campaign at the platform, tactic and campaign levels.

"We are excited to launch integration with Google's Ads Data Hub for Measurement Partners, empowering advertisers to unlock the full potential of their media investments across YouTube, television, and digital platforms. Through this integration, we offer reach and frequency measurement insights to help advertisers deliver maximum value from

their media spend across their largest media partners," said Michael
Parkes, President of VideoAmp.

Case 1:25-cv-00408-RGA    Document 1-1    Filed 04/02/25    Page 336 of 463 PageID #:
359

###

**Solutions Offered**

VideoAmp provides a full suite of advertising solutions that include media measurement, planning, strategy and research, budget management, activation integrations, data management, optimization, planning, and currency. Platform planning solutions help advertisers identify the best platforms and tactics to reach their target audience, while currency solutions enable advertisers to maximize their return on ad spend and publishers to generate greater revenue from their content. VideoAmp's expertise in data management allows advertisers to unlock the full potential of their data while protecting consumer privacy, and media measurement and optimization solutions help advertisers make informed decisions and improve campaign performance. VideoAmp's platform provides end-to-end solutions that equips advertisers and publishers with the tools and insights they need to streamline their advertising workflow for maximum efficiency and effectiveness.

**About VideoAmp**

VideoAmp is an advertising measurement, planning and optimization platform increasing the value of advertising by redefining how media is valued, bought and sold. Our platform automates advertising workflows, deduplicates audiences across traditional TV, streaming video, digital media and walled gardens and connects media exposures to an advertiser's sales. By unlocking new value for the entire ecosystem, our platform allows brands, agencies and ad sellers to align on VideoAmp's independent measurement as a new media currency to transact against. We are powering a more effective three-way value exchange that is built to increase the return on media investment for advertisers, increase revenue for ad sellers and provide a better viewing experience for consumers. VideoAmp is headquartered in Los Angeles and New York with offices across the United States. To learn more, visit videoamp.com

Source: Business Wire

# EXHIBIT 13

Last modified: Jun 27 2024

# Our Privacy Commitment

VideoAmp (the "**Company**," "**we**," "**us**," "**our**") provides advertising related products and services to advertisers/brands, advertising agencies, publishers and other customers ("**Customers**") to enable Customers to display, deliver, measure, analyze, and optimize the effectiveness of advertising displayed on websites, apps, game consoles and smart TV's and other internet-connected video display units ("**Company Offerings**").

This Privacy Policy describes our collection, use, disclosure and processing of personal information about:

- consumers, in relation to providing the Company Offerings to our Customers;
- Visitors to our website at www.videoamp.com (the "Website") or who have otherwise expressed interest in the Company Offerings; and
- Customers, including representatives of our commercial Customers, who access our Customer-facing portals and dashboards (including to access the Company Offerings) or otherwise interact with us (the "**Services**", and together with the "**Website**", the "**Sites**").

This Privacy Policy also explains privacy rights available to these individuals in relation to these processing activities.

This Privacy Policy does not apply to first party information collected about you by or on behalf of VideoAmp Customers, data providers, or licensors outside of the Company Offerings or Sites. Those companies are responsible for their own information collection practices, including

This Privacy Policy answers the following questions:

- How do we collect and use information as part of providing the Company Offerings?
- How do we collect and use information through our Sites?
- How do we disclose information to third parties?
- What choices do you have about the collection, use, and disclosure of information by VideoAmp?
- What security measures do we take to safeguard the information that we collect?
- What other important information should you know?

If you would like to opt out of targeted advertising (also referred to as interest-based advertising), please see "What Choices Do You Have about the Collection, Use, and Disclosure of Information by VideoAmp?" below. If you are a resident of California or certain other U.S. states, please click here for more information about how we handle your personal information and how to exercise privacy rights that may be available to you.

# How Do We Collect and Use Information As Part of Providing the Company Offerings?

## How We Collect Information about consumers directly through the Company Offerings

We collect and receive information directly through the Company Offerings when Users interact with websites, apps, and online services operated by, or view targeted ads from, our Customers and business partners, including on publisher sites and devices such as Internet-connected TVs. The types of information that we collect and receive about Users directly through the Company Offerings include:

**Cookies.**

"Cookies" are small bits of electronic information that a website sends to a visitor's browser and are stored on the visitor's hard drive. We may place or recognize a cookie on your device if you visit a website or view an advertisement where the Company Offerings are used, including on publisher sites. If you are concerned about having cookies on your device, you can set your device's browser to refuse all cookies or to indicate when a cookie is being set, allowing you to decide whether to accept it. You can also delete cookies from your computer. However, if you choose to block or delete cookies, certain features of the websites you visit may not operate correctly.

**Pixel Tags.**

"Pixel tags" (also known as "web beacons" or "clear gifs") are electronic files that usually consist of a single-pixel image and can be embedded in a web page or in an ad or email to transmit information. The Company pixel is designed to capture impression or conversion events across web, app, and OTT environments (including on Internet-connected TVs) for video and display creatives. When our customers use our pixel for reach and frequency or attribution reporting, the pixel captures information including identifiers of the consumer's viewing device and other personal information.

**Application Software Development Kits (SDKs).**

An application SDK is a set of code that can be embedded directly within an application on a mobile phone, computer, or other device. We may collect information through an SDK that is embedded in our Customers' apps that use the Company Offerings.

**Server-to-Server Connections.**

We may send or receive information from our Customers or business partners through a server-to-server connection. Server-to-server connections allow companies to transfer information directly between each other. In this context, we may send or receive information using a third-party or our own first-party Application Programming Interface "API."

**Batch File Transfers.**

We also may use a batch file transfer to send and receive information

directly with our Customers or business partners.

**Third Parties.**

Finally, VideoAmp may also receive or be provided access to personal information by third parties on behalf of a Customer or business partner.

**Information We Collect Directly through the Company Offerings**

Depending on what products and services are used, the types of information that we collect and receive about consumers directly through the Company Offerings may include:

- Name, email address, phone number and address;
- Internet Protocol (IP) host address;
- Pages viewed;
- Information about apps used;
- Browser type;
- Internet browsing and usage habits;
- Internet Service Provider;
- Domain name;
- Time/date of visit to a website, app, or online service where the Company Offerings are used to deliver ads;
- Whether the consumer responded to one of our Customers' ads;
- The referring URL;
- Clickstream data;
- Operating system of the consumer's computer or device;
- Location information, received or inferred, including from exchanges or their IP address, which may or may not be precise;
- Platform or operating system device identifiers, such as IDFA for iOS and Advertising ID for Android;
- Device-specific IDs, such as IDs assigned to Internet-connected TVs or online streaming devices; and
- Features used or activities engaged in within an app or online service.

**Information We Receive from Data Providers and Licensors.**

collected or received in connection with our Company Offerings, with information from third party data providers about content viewed on Internet-connected display units, such as smart TVs. This includes viewing history, such as the identity of the applicable broadcast, cable, or satellite television provider; programming, advertising, and other content viewed by the aggregated group or a specific device (including time, duration, date, channel, and whether the content was viewed live or at a later time); device identifiers of the applicable TV (such as OEID); and general location information such as zip code and location information derived from IP address.

We create commingled data sets from multiple providers to transform source data into our proprietary company offering of "TV Viewership Data". We augment such TV Viewership data with other information that we license from third party data providers, which may include information about demographics (including gender and ethnicity), age, location information, inferred interests, purchases, and information regarding the probability and nature of connections between devices (such as smartphones, tablets, computers, game consoles, and Internet-connected TVs) (together with TV Viewership Data, "Licensed Data").

We may, on behalf of our Customers, combine Licensed Data with the information that we collect about consumers directly through the Company Offerings, to enable our analytics and reporting (including measurement and attribution), identity resolution, segment creation and targeted advertising services, described in more detail in the section below. For instance, our Company Offerings may associate specific (precise) information about where ads or other content were viewed with other information about a consumer or devices.

While the collection, use and disclosure practices of our third party data providers is governed by the privacy policies and legal terms of the provider that collected it (and is not governed by us or this Privacy Policy) we contractually require each of these providers to collect and provide us this information only in accordance with applicable laws and with all appropriate consents. We encourage you to review the privacy policies of the third-party websites, mobile applications, TV viewing systems and operating systems, and other online services that you visit.

**Information We Receive from Other Sources**

We may receive information about you from third parties, such as public databases, marketing and advertising partners through our marketing efforts (e.g., leads, prospective client contact information, etc.), and other third party data providers, to enhance our ability to serve our Customers, to tailor and customize our content, offers and advertisements (including as viewed by consumers), and to enhance our Company Offerings and Services.

## How We Use Information Collected in Connection with the Company Offerings

We use information that we collect and receive about consumers through the Company Offerings, in conjunction with our Licensed Data, to provide analytics and reporting, identity resolution, segment creation, and targeted advertising services and the Company Offerings to our Customers.

In particular, we use information about Users:

- Establish connections among related web browsers and devices (such as smartphones, tablets, computers, game consoles, and Internet-connected TVs) for the purpose of identity resolution services (i.e., recognizing different records as relating to the same household), targeted advertising, analytics and reporting purposes ("Cross-Device Linking"). For example, we may match a consumer's browsers or devices if the consumer's devices share similar attributes that support an inference that they are used by the same person or household. This means that information about a consumer's activity on websites, apps, or online services on the consumer's current browser or device may be combined and used with information collected from the consumer's other browsers or devices. We may share device identifiers (such as cookie IDs, IDFA for iOS, Advertising ID for Android, and OEID for other online platforms and Internet-connected TVs) with our third-party service providers to help establish such connections;
- Infer a particular consumer's interests based on the consumer's online activities over time and across unaffiliated websites, apps, Internet-connected TVs and other online services, including a consumer's viewing behavior on Internet-connected TVs. For example, we may use information about content you have viewed (i.e., events, shows, games, movies, commercials), based on your

device ID or other persistent identifier, to tailor advertisements to your inferred interests, including on web browsers on your computer or mobile devices or in apps on your mobile devices;

- Create audience-segments for use by Customers, in order to optimize and deliver interest-based advertising using established device connections and inferred interests, such as to deliver an ad to a consumer on a website, app, Internet-connected TV, or other online service based on the consumer's activities on an unaffiliated website, app, Internet-connected TV, or other online service, either on the consumer's current device or on other devices that are linked to a consumer's current device. For example, we may use the data obtained from Company Offerings on a Customer's website to create audience segments for the Customer's targeted advertising campaign.

- Provide measurement, attribution, impression, ad delivery and other reporting or analytics services to our Customers, such as logging of page views or the collection of other data about a computer or device for the purpose of delivering ads or providing advertising-related services. For example, our Company Offerings help our Customers by providing a specific advertisement based on a particular type of browser or time of day, statistical reporting in connection with the activity on a website, app, or online service, analytics, optimization of location of ad placement, ad performance, reach and frequency metrics (e.g., frequency capping), security and fraud prevention, billing, and logging the number and type of ads served on a particular day to a particular website, app, or online service. Please note that we are not a publisher and do not ourselves display targeted advertising to consumers. Rather, as part of our ad delivery services we process and transfer data to advertising partners that deliver targeted advertising to consumers on behalf of our Customers;

- Engage in operations and system management, including intellectual property protection, compliance, public purposes and consumer safety, authentication, verification, fraud prevention and security, and billing or product or service fulfillment, including improving Customer experience or ensuring a high quality of service; and

- Engage in market research (such as the analysis of market segmentation or trends, consumer preferences and behaviors, research about consumers, products, or services) and to improve

existing products or services or to develop new products or
services).

Case 1:25-cv-00408-RGA    Document 1-1    Filed 04/02/25    Page 346 of 463 PageID #: 369

# How Do We Collect and Use Information Through Our Sites?

## Information We Collect through Our Sites

We collect information about Website visitors and Customers (including representatives of our commercial Customers) who access our Services that can be used to identify and contact them. Customers need to submit personal information to access certain areas of the Services, including our Customer-facing portals and dashboards through which they access Company Offerings. While the above section describes our collection and use of information about consumers through the Company Offerings – including information that a Customer may share with us via the Services – the types of information that we collect and receive about Customers and website visitors through the Sites include:

- Account and contact information, including name, email address, phone number, any password created by a Customer and information about the Customer's business;
- Information associated with creative, videos and other content provided by a Customer with respect to their use of the Company Offerings through the Services; and
- Any other information that a Customer or Website visitor chooses to include in communications with us (including in relation to any customer or technical support, or a request to exercise a privacy right) or in using the Sites.

We and our third-party service providers also collect information automatically from Customers and other visitors to the Sites. This information may include browser type and version, the search engine used to find the Website (if any), which Company Offerings the Customer uses or accesses through the Services, and when and how long it is used for. We use this information to monitor and analyze how our Customers use the Services and how visitors use the Website, to provide customer service, and to maintain and improve our products and services, including the Sites and Company Offerings.

We and third-parties on our behalf may collect such information using tracking technologies such as cookies and pixel tags, which are described above. Like many websites, we may employ cookies in certain areas of the Sites to allow us to provide information to make the online experience more convenient, deliver ads targeted to your interests, measure usage and analyze trends. We also may use pixel tags on the Sites or in the emails that we send to Customers to determine whether a Customer has opened a particular email or used a particular area of the Services. In addition, our servers automatically record information that a Customer's or Website visitor's browser sends whenever they visit the Sites, including the information listed above.

**We use information that we collect through our Sites:**

- To fulfill the terms of any agreement a Customer has with us and complete transactions that a Customer initiates;

- To send administrative messages and other general announcements, to respond to Customer requests to perform an activity in connection with a Customer's use of any part of the Services, or otherwise to contact Customers when necessary;

- To send promotional emails that will alert existing and potential Customers of new services, features, or enhancements to the Company Offerings or Services. Although we hope you will find our promotional emails of interest, you may opt out of receiving them by following the "unsubscribe" instructions included at the bottom of each commercial email message;

- To request feedback and handle customer service questions or issues, and to respond to requests to exercise privacy rights by Website visitors and Customers;

- To keep track of our Customers' interactions with us, including but not limited to their interactions with the Company Offerings and activity within the Services, and to improve our Customers' user experience and the quality of the Company Offerings and Services;

- To analyze information in aggregate form or where the data has or will within a reasonable period of time from collection go through a de-identification process involving reasonable steps to ensure that the data cannot reasonably be re-associated or connected to an individual or be connected to or associated with a particular computer or device ("De-Identified Data"). For example, we may use information that we have collected in a manner such that the

end-product does not personally identify any Customer. We may alter personal information by either aggregating it with information, including information about other Customers, or by de-identifying the personal information;

- To engage in operations and system management, including intellectual property protection, compliance, public purposes and consumer safety, authentication, verification, fraud prevention and security, and billing or product or service fulfillment;

- For internal purposes such as administering the Sites and Company Offerings, improving and customizing the Sites and Company Offerings, helping us understand and analyze how the Sites and Company Offerings are being used, tracking aggregate usage of the Sites and Company Offerings, and creating new products and services or improving existing products or services. For example, we use Google Analytics to help collect and analyze certain information for the purposes discussed above. For more information about how Google Analytics collects and processes data, please click here. You may opt out of the use of cookies by Google Analytics here; and

- To reach visitors to the Website and Customers elsewhere on the Internet with targeted advertising, such as retargeting. To opt out please visit www.aboutads.info/choices.

# How Do We Disclose Information to Third Parties?

## Disclosure of Information

We may disclose the information that we collect under the following circumstances:

- Service Providers. We share personal information with service providers who process information on our or our Customers' behalf. For example, we may partner with other companies to process payments for the Company Offerings, to perform marketing, advertising and measurement services or other business operations for us. Additionally, we may use other companies to process, analyze, and/or store data, provide analytics, cloud storage, security and other IT services. While providing services for us, these

companies may access personal information about our Customers as well as consumers.

- <u>Customers</u>. We may share information with our Customers (e.g., advertisers; agencies; publishers, publishers of video content; and their ad tech, marketing, and other vendors, etc.) so they may combine it with their own datasets in order to execute specific use cases that are consistent with the licenses we have with the applicable third party data providers.

- <u>Business Partners</u>. The information we collect from our Customers, including information collected through our Company Offerings, may be shared with our business partners who help us provide the Company Offerings, including advertising partners (such as real-time bidding platforms and ad networks) and other third party advertising companies for the purpose of enabling interest-based advertising or targeted advertising on behalf of our Customers (e.g. web, connected TV, mobile applications, and other digital media services). We may also share TV Viewership Data metrics with our business partners when VideoAmp is acting as a currency provider.

- <u>Aggregate information</u>. We may also use personal information to provide analysis of our Customers or consumers in the aggregate (including in the form of De-Identified Data), which we may disclose to prospective partners, Customers, and other third parties consistent with this Privacy Policy.

- <u>Video content</u>. We share the links to video content uploaded by our Customers with our publisher network.

- <u>Protection of rights and other legal purposes</u>. We will use, share or preserve your information if we have a good faith belief that such action is (i) reasonably necessary to satisfy any applicable law, regulation, legal process, such as a court order or subpoena, or a request by law enforcement or governmental authorities, (ii) appropriate to enforce our Terms of Use for the Company Offerings or Sites, including any investigation of potential violations thereof, or defend against legal claims, (iii) necessary to detect, prevent, or otherwise address fraud, security or technical issues associated with the Company Offerings or Sites, or (iv) appropriate to protect the rights, property or safety of the Company, its employees, Customers, Website visitors or others.

- <u>Business transfers</u>. If we become involved in a merger, acquisition or other business transaction involving the sale of some or all of the Company's assets, information that we collect, including

information collected from or on behalf of our Customers through their use of the Company Offerings, could be included in the transferred assets. Should such an event occur, we will use reasonable means to notify our Customers through email and/or a prominent notice on the Sites.

## Additional Information You Should Know About Third Parties

This Privacy Policy does not cover the information practices of third-party websites linked to the Sites or accessible through the Services. This Privacy Policy also does not cover the data practices of our Customers, websites and other online services that may contain the Company Offerings, or other third parties, such as our business partners and third party data providers and licensors. We are not responsible for their collection, use and disclosure of your information, or the practices of other third parties or third party websites. Consumers should instead refer to the privacy policies and statements of those companies or websites for more information about their information collection, use, and disclosure policies.

When you have clicked on a third-party logo or URL displayed on our Website or accessible through the Services which links you to a different website, our Privacy Policy no longer applies and you must read the privacy policy of the third party to see how your Information will be handled on their website.

# What Choices Do You Have about the Collection, Use, and Disclosure of Information by VideoAmp?

Depending on where you live, you may have certain privacy rights available to you in addition to those set out below. Please click here for more information.

## Opt-Out of Targeted Advertising

Consumers may "opt out" of VideoAmp's processing of information for targeted advertising purposes, including the use of information for interest-based advertising and Cross-Device Linking. In addition, visitors

to our Website and Customers may also "opt out" of the processing of information for targeted advertising by third parties on our behalf. Instructions for opting out in web browsers, mobile applications, and other online services are set out below. Please note the following when opting out:

- The opt-outs will apply to the specific browser or device from which you opt out, and therefore you will need to opt out separately for each hardware device and web browser software you use and on which you want to be opted out.

- Opting out of interest-based advertising does not block advertisements from displaying on websites, apps, or online services you visit; opting out will only stop advertisements tailored to your interests.

- Opting out in web browsers requires a cookie to be placed in your browser so that we know that you have chosen to opt out of this service. This cookie must exist for the entire duration in which you wish to be opted out. Clearing this cookie from your browser or preventing the ability for the cookie to be created will opt you in for interest-based advertising. For a more persistent opt-out, please use the DAA's "Protect My Choices" tool available at http://www.aboutads.info/PMCM.

- Like many websites, our Sites are not designed to respond to "Do Not Track" signals received from browsers. To learn more about "Do Not Track" signals, you can visit http://www.allaboutdnt.com/.

## Opt out in web browsers

If you would like to opt out or our processing of information for targeted advertising purposes in your web browser, please click one or both of the "Opt Out" options below. Note that opting out to one will not opt you out to the other. VideoAmp adheres to the Digital Advertising Alliance's (DAA) Self-Regulatory Principles for Online Behavioral Advertising and related guidance. For more information about interest-based advertising in general and how to opt out in web browsers, please visit the DAA opt-out page available at www.aboutads.info/choices.

- Opt Out for VideoAmp's own data collection available at here.
- Opt out for VideoAmp's (and other companies') data collection via the DAA's opt out tool here.

## Opt out in mobile applications

VideoAmp treats the "Limit Ad Tracking" signals sent from Apple and Android mobile operating systems as an opt-out for that particular device and will not use information collected from that device in mobile applications for interest-based advertising and Cross-Device Linking purposes. This opt out will apply to mobile data collection by VideoAmp itself and via its third party service provider. To adjust settings on your mobile device, visit:

- iOS: Settings > Privacy > Advertising > Limit Ad Tracking
- Android: Settings > Google > Ads > Opt out of interest-based ads

## Opt out in other online services

Some of our third-party partners may provide you with additional choices to opt out of targeted advertising. For example, your cable or satellite TV provider or the manufacturer of your Internet-connected TV or online streaming device may allow you to control your advertising preferences through your account settings or the settings on your device. Similarly, our data providers and Customers may also provide you with additional choices. Please review the privacy policies of the third-party services you use for more information.

## Customers' Control of their Personal Information

Customers may update or delete personal information associated with a commercial or user account or modify their account preferences for the Company Offerings by accessing the relevant account interface in the Services. Please note that when Customers delete their accounts, we may retain account information for a reasonable period of time afterward for the purpose of internal account management and fraud prevention activities.

If you would like to opt out of receiving promotional emails from VideoAmp, please follow the "unsubscribe" instructions included at the bottom of each commercial email message.

# What Security Measures Do We Take to Safeguard the Information That We Collect?

The Company uses commercially reasonable physical, electronic, and administrative security measures that are designed to protect the security, integrity, and privacy of information that we collect. However, no server, computer, communications network or system, or data transmission over the Internet, can be guaranteed to be 100% secure. As a result, while we strive to protect information about Customers and consumers, we cannot ensure or warrant the security of any information transmitted to us or through the use of the Sites or any of the Company Offerings. You acknowledge and agree that you provide such information and engage in such transmissions at your own risk. Once we receive a transmission from you, we will endeavor to maintain its security on our systems.

# What Other Important Information Should You Know?

## Retention of Information

We retain information as long as we have an ongoing legitimate business need to do so, such as to provide the Company Offerings to our Customers, or as otherwise required by law.

## Children's Privacy

We do not knowingly collect personal information from children under 13, or allow them to create an account for the Services. If we become aware that we have unknowingly collected information from a child under 13 through the Sites, we will make commercially reasonable efforts to delete such information from our systems.

## Notification of Changes

This Privacy Policy may change from time to time and we will post all changes on the Website. The Last Modified date posted below indicates the effective date of the most recent revision of this Privacy Policy. If we make material changes to the way we use information we collect, we will use commercially reasonable efforts to notify you and will take additional steps as required by applicable law. We encourage you to review this Privacy Policy periodically.

## Questions? Contact Us

If you have any questions about our privacy practices or this Privacy Policy, please contact us at:

VideoAmp, Inc.

Attn: Legal

12121 Bluff Creek Drive Suite 150

Los Angeles, CA 90094

You can also send us an email at privacy@videoamp.com.

# EXHIBIT 14

**US PRIVACY NOTICE**

# Additional Disclosures for Individuals in Certain US States

This notice contains additional information for residents of certain US states that have their own data privacy laws and regulations, including the California Consumer Privacy Act ("CCPA"). This notice should be read in conjunction with our Privacy Policy.

## Personal Information We Collect, Use and Disclose

As described in more detail in our Privacy Policy, to provide our Services and the Company Offerings, we utilize (i) personal information collected directly by the Company Offerings ("Collected Data"), (ii) personal information provided to us by or on behalf of our Customers ("Customer Data"), (iii) personal information that we license from third parties ("Licensed Data"), and (iv) audience segments created by or on behalf of our Customers from Licensed Data ("Segment Data"). We also collect information about visitors to our Site and potential and existing Customers who interact with us or access our Services, including our Customer-facing portals and dashboards through which they access Company Offerings (together, "Site Data").

The table below describes the categories of personal information that we collect (and have collected during the last 12 months), the categories of sources, and business or commercial purposes that we use such personal information. For additional information regarding the specific purposes for which we collect and disclose your information, and our retention of personal information, please see the relevant sections of our Privacy Policy.

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| **Identifiers** (such as a unique personal identifier, an online identifier (e.g., a device ID or a mobile advertising ID, media identifiers), or an internet protocol address) | Collected Data: we collect such information directly from consumers when they visit a website or views an ad where the Company Offerings are enabled, including a website operated by one of our Customers, or advertisement displayed in connection with the Company Offerings.<br><br>Customer Data: we receive such information directly from our Customers or third parties on behalf of our Customers.<br><br>Licensed Data: we receive such information from data licensors.<br><br>Segment Data: identifiers are included within such data, which is created by or on behalf of our Customers from Licensed Data (which we receive from data licensors | As detailed further in the Privacy Policy, we use such information to provide our Services and Company Offerings. This includes the following business/commercial purposes:<br><br>(i) To establish connections among consumer's web browsers and devices for the purpose of identity resolution services, targeted advertising, analytics, measurement, planning, and reporting services to our Customers (collectively, "Cross-Device Linking"). For instance, we analyze information collected about consumers to evaluate the probability and nature of connections between devices and Identifiers, for the purpose of providing our Customers and Business Partners with associations between device identifiers, for use in ad measurement, |

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| | and, if directed by Customers, from Collected Data and/or Customer Data and, if directed by Customers, from Collected Data and/or Customer Data)<br><br>Site Data: we collect such information automatically directly from individuals when they visit the Site or otherwise interact with us. | marketing, analytics, research, and advertising purposes.<br><br>(ii) To infer a particular consumer's interests based on their online activities over time.<br><br>(iii) To create audience-segments for use by Customers for targeted advertising purposes.<br><br>(iv) Provide measurement, attribution, impression, ad delivery and other reporting or analytics services to our Customers.<br><br>(v) For internal purposes, including to monitor and analyze how our Customers use the Sites and Company Offerings, to perform analytics on our Site, to provide customer service, and to maintain and improve our products and services, including the Sites and Company Offerings.<br><br>(vi) For marketing purposes, such as sending promotional emails that will alert Customers of new services, features, or enhancements to the Company Offerings and Sites. |

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| | | (vii) For communication purposes, such as to send administrative messages and other general announcements, to respond to Customer requests to perform an activity in connection with a Customer's use of any of the Site, or otherwise to contact Customers when necessary.<br><br>(viii) For VideoAmp's legal, compliance and security-related purposes. |
| **Characteristics of protected classifications under California or federal law** (such as gender, ethnicity, and age) | Licensed Data: we receive demographic information from data licensors such as gender, ethnicity and age, but data licensors do not tie this data to personally identifying information that directly identifies a specific individual consumer<br><br>Segment Data: such personal information is included within such data (which is created by or on behalf of our Customers from Licensed Data) | |
| **Commercial information** (such as payment and billing information from our | Collected Data:  we collect such information directly from consumers when they visit a website or view an ad | |

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| Customers, records of the products Users purchased) | where the Company Offerings are enabled, including a website operated by one of our Customers, or advertisement displayed in connection with the Company Offerings.<br><br>Customer Data: we receive such information directly from our Customers or third parties on behalf of our Customers.<br><br>Licensed Data: we receive such information from data licensors<br><br>Segment Data: commercial information is included within such data (which is created by or on behalf of our Customers from Licensed Data and, if directed by Customers, from Collected Data and/or Customer Data | |
| **Internet or other electronic network activity information (**such as browsing history, search history, information regarding interactions with our Sites and our advertising (including advertisements clicked or viewed), and viewing behavior and other data on devices (including Internet- | Collected Data: we collect such information directly from consumers when they visit a website or views an ad where the Company Offerings are enabled, including a website operated by one of our Customers, or advertisement displayed in connection with the Company Offerings. | |

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| connected TVs, game consoles, smart phones and other online services)) | Customer Data: we receive such information directly from our Customers or third parties on behalf of our Customers.<br><br>Licensed Data: we receive such information from data licensors.<br><br>Segment Data: Internet or other electronic network activity information is included within such data (which is created by or on behalf of our Customers from Licensed Data and, if directed by Customers, from Collected Data and/or Customer Data).<br><br>Site Data: we collect such information automatically directly from individuals when they visit the Site | |
| **Geolocation data** (such as city, state or zip code, including inferred location from IP address) | Collected Data: we collect such information directly from consumers when they a website or views an ad where the Company Offerings are enabled, including a website operated by one of our Customers, or advertisement displayed in connection with the Company Offerings. | |

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| | Customer Data: we receive such information directly from our Customers or third parties on behalf of our Customers.<br><br>Licensed Data: we receive such information from data licensors.<br><br>Segment Data: geolocation data is included within such data (which is created by or on behalf of our Customers from Licensed Data and, if directed by Customers, from Collected Data and/or Customer Data).<br><br>Site Data: we collect such information automatically directly from individuals when they visit the Site. | |
| **Inferences** (drawn from any of the other categories of personal information to create a profile about a consumer reflecting, for example, a consumer's product preferences) | Collected Data: we collect such information directly from consumers when they visit a website or views an ad where the Company Offerings are enabled, including a website operated by one of our Customers, or advertisement displayed in connection with the Company Offerings.<br><br>Customer Data: we receive | |

| CATEGORIES OF PERSONAL INFORMATION | CATEGORIES OF SOURCES | BUSINESS/COMMERCIAL PURPOSES |
|---|---|---|
| | such information directly from our Customers or third parties on behalf of our Customers.<br><br>Licensed Data: we receive such information from data licensors.<br><br>Segment Data: inferences are included within such data (which is created by or on behalf of our Customers from Licensed Data and, if directed by Customers, from Collected Data and/or Customer Data). | |
| **Sensitive Personal Information** (such as consumer's racial or ethnic origin, precise geolocation data, and account login in combination with any required password or credentials allowing access to the Company Offerings through the Sites) | Site Data: we collect account credentials directly from individuals for access to their VideoAmp account and Company Offerings through the Site.<br><br>Licensed Data: we receive sensitive personal information from data licensors. | To provide access to the Company Offerings through the Sites.<br><br>To provide our Services and Company Offerings, including where permitted by law, to provide Cross-Device Linking, create audience-segments, analytics, ad delivery, measurement, planning, and reporting services to our Customers.<br><br>For VideoAmp's legal, compliance and security-related purposes |

We may also receive publicly available information (including from public databases), aggregated and de-identified information, or take steps to de-identify personal information that we have collected. We do not to attempt to reidentify de-identified information that we derive from personal information, except for purposes or to the extent permitted by applicable law.

## Disclosure of Personal Information

We disclose each of the above categories of personal information (as defined in the CCPA) with third parties as part of our provision of the Company Offerings and the Sites, including to our Customers (and, in the case of agency Customers, their respective customers') and Business Partners pursuant to written agreements, who include digital marketers, ad agencies, web publishers, connected TV providers, demand side platforms, data management platforms, supply-side platforms, and social media networks.  Given the broad definition of "sale" and "share" / "shared" under the CCPA, our disclosure of such personal information on behalf of our Customers or Business Partners may be considered a sale or share under the CCPA. We do not have actual knowledge that we have sold or shared the personal information of California consumers under the age of 16.

In addition, as described further in our Privacy Policy, in the past 12 months we have also disclosed each of the above categories of personal information for a "business purpose" to our service providers as necessary to perform services on our behalf, such as hosting service providers, data analytics providers, advertising and marketing service providers, technology consultants, and consumer information verification providers.

## Consumer Privacy Rights

Depending on where you reside and subject to certain exceptions, you may have certain rights regarding our processing of your personal information under applicable U.S. state privacy laws. However, these rights are not absolute and may only apply in certain circumstances. For example, when we process information as a service provider, you need to contact whichever company that is the "business" or "controller" for your information to exercise your rights with respect to that information.

- **Right to Know / Access.** You may have the right to request the categories of personal information we collect, the categories of sources from which we collect it, the purposes for which we process it, the categories of third parties (or in certain jurisdictions, a list of the third parties) to whom we disclose it, and the specific pieces of personal Information that we have collected about you.

- **Right to Correct.** You may have the right to request that we correct inaccurate personal information maintained about you.

- **Right to Delete.** You may have the right to request that we delete the personal information that we have collected about you.

- **Right to Opt-Out of Sale / Sharing / Targeted Advertising.** You may have the right to opt out of the "sale", "sharing" or processing of your personal information for targeted advertising.

- **Right to Limit Use or Disclosure of Sensitive Personal Information.** You may have the right to request that we limit the use and disclosure of the sensitive personal information maintained about you.

## Exercising Your Rights

You may submit requests to exercise your privacy rights under the applicable laws via any of the following methods:

- By web form, available by clicking the following link: Privacy Rights Request Form

- By toll-free telephone, to: 1 (844) 954-1754

We will not discriminate against you for exercising any of the rights described above. Visitors to our Sites and our Customers may also opt out of the processing of information for targeted advertising by third parties on our behalf by following the instructions set out here.

We will respond to your request consistent with applicable law, including the laws of the state in which you reside.  For certain rights, we may need to collect information from you to verify your identity before providing a substantive response to the request, such as your email address or a copy of your government ID. Depending on your location, you may designate, in writing or through a power of attorney document, an authorized agent to make requests on your behalf to exercise your rights. Before accepting such a request from an agent, we will require that the agent provide proof you have authorized them to act on your behalf, and we may need you to verify your identity directly with us. Depending on your location, you may have the right to appeal our decision regarding a request related to these rights by contacting us using the information provided above.

VideoAmp will maintain records of consumer requests made pursuant to applicable privacy laws and how we responded to those requests in accordance with such laws.

## CCPA Metrics for Calendar Year 2022

The following metrics are representative of individual rights requests submitted by California consumers for the period of January 1, 2022, to December 31, 2022.

Requests for Right to Know/Access:

| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|
| 6 | 0 | 6 | 6.6 |

Requests for Right to Delete:

| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|
| 11 | 0 | 11 | 6.6 |

Requests for Right to Opt-Out of Sale/Share:

| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|
| 9 | 9 | 0 | 8 |

* Requests may be denied due to various reasons including lack of verification or for other reasons permissible under applicable law.

## CCPA Metrics for Calendar Year 2023

The following metrics are representative of individual rights requests submitted by California consumers for the period of January 1, 2023, to December 31, 2023. ^

Requests for Right to Know/Access:

| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|
| 7 | 0 | 7 | Mean<br>Medi |

Requests for Right to Correct:



| Total Received | Total Complied With | total Denied* | Avera |
|---|---|---|---|
| 0 | 0 | 0 | Mean |
| | | | Medi |

## Requests for Right to Delete:

| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|
| 15 | 6 | 9 | Mean |
| | | | Medi |

## Requests for Right to Opt-Out of Sale/Share:



| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|
| 12 | 12 | 0 | Mean |
| | | | Medi |

## Requests for Right to Limit Use of Sensitive Personal Information:

| Total Received | Total Complied With | Total Denied* | Avera |
|---|---|---|---|

^ The metrics also include requests from consumers who did not provide their state of residency, and we were unable to confirm this information ourselves. It is therefore possible that the figures may include non-California consumers.

* Requests may be denied due to various reasons including lack of verification or for other reasons permissible under applicable law.

## Contact

If you have any questions or concerns about our privacy policies or practices, please email us at privacy@videoamp.com.

Our corporate headquarters are located at:

12121 Bluff Creek Drive Suite 150 Los Angeles, CA 90094

Last Modified: June 30, 2024

# EXHIBIT 15

Press Releases

# VideoAmp introduces VALID, the Big Data and Technology Engine Powering their Advanced Currency Adoption and Growth in Media Measurement

*VALID delivers a tech-led solution to more precisely measure and reach audiences across the video ecosystem, with currency and measurement coverage at 95% of TV publishers*

**NEW YORK, February 29, 2024 —** VideoAmp, a media measurement company revolutionizing advertising, today unveiled its big data and technology engine, VALID (**V**ideo**A**mp **L**inked **I**dentity & **D**ata). VALID uses rigorous methodologies to measure and reach cross-platform audiences with increased precision and accuracy, benefiting advertisers with more efficient media spend that is designed to drive higher conversion rates, publishers with more accurate measurement that is intended to increase yield, and consumers with more relevant ad messaging.

Powering their Advanced Currency and Measurement solutions, VALID links VideoAmp's robust **TV viewership data** spanning 39M households and 63M devices with their **Commingled Identity Graph** and **patented Clean Room technology** to offer a more accurate representation of advanced audiences across linear TV and digital screens.

The VideoAmp Commingled ID Graph connects impressions to intended targets, delivering an average 70% increase in measurement match rates vs single provider solutions.

Supercharged by various datasets, VALID helps advertisers and publishers reach their intended audiences at the optimal frequency to drive more sales and create a more favorable consumer experience.

"In today's advertising landscape, where the demise of cookies, the shift to on-demand streaming, and privacy regulations create challenges, VALID enables deduplicated cross-platform measurement in a secure way," said Josh Hudgins, Chief Product Officer at VideoAmp. "The VALID identity graph, coupled with our clean room technology, connect disparate online and offline datasets giving advertisers a full picture of how their campaigns drive outcomes in the real world."

With 1400% year-over-year growth in currency adoption and measurement partnerships in place with 95% of the TV publisher ecosystem, VALID has enabled VideoAmp's momentum in becoming the leading Advanced Currency solution for the entertainment industry.

"We are thrilled to work with VideoAmp for Advanced Currency and Measurement, bringing further attention to the need for accurate representation of Hispanic audiences," said Brian Lin, Senior Vice President of Product Management at TelevisaUnivision. "We are focused on helping advertisers reach more of the right people at the right frequency across screens, and we're excited to work with VideoAmp to bring this vision to life in 2024 and beyond."

**About VideoAmp**

VideoAmp is a media measurement company revolutionizing advertising. By leveraging the power of currency-grade big data, VideoAmp's solutions allow clients to access advanced audiences and real-time insights to plan, optimize and measure media investments across platforms. With these solutions, media sellers can increase the value of their inventory, while advertisers can benefit from increased return on investment. VideoAmp has seen incredible adoption for its measurement and currency solutions with 13 major linear and streaming publishers on board, along with all

major media holding companies and several independent
agencies, with hundreds of advertisers now utilizing VideoAmp to
guarantee their media investments. VideoAmp is headquartered in
Los Angeles and New York with offices across the United States. To
learn more, visit www.videoamp.com.

Source: Business Wire

# EXHIBIT 16

MAY 09 2023        FB   TW   LI

Thought Leadership

# Identity Resolution: Why It's Crucial for Cross-Platform Audience Measurement

As more people turn to digital gadgets like mobile phones, smart TVs, and streaming devices to consume media, the traditional methods of measuring audiences have been disrupted. To ensure that advertisers and media companies aren't overcounting or undercounting audiences, identity resolution has become a necessary component of cross-platform audience measurement. In a recent interview with Beet.TV, Josh Chasin, our Chief Measurability Officer, discusses the importance of identity resolution in today's digital landscape.

Chasin explains that identity is the core grounding component of cross-platform measurement and that without it, big data audience measurements are impossible. In the past, measurement companies would gather identifying information about participants in research panels and project their behavior to the general population. However, with the rise of "big data" containing more than just a name and address, procedures have changed. Some data sets have years of viewing histories for millions of people collected from streaming devices or set-top boxes, making identity resolution vital to using this data.

In order to achieve accurate identity resolution, measurement companies need to link device-level data from different sources to a central system, allowing them to track users across different platforms and devices. While there are challenges such as data privacy and transparency, VideoAmp has made significant progress in Privacy Enhancing Technologies (PETs), which protect user privacy while enabling cross-platform measurement. Our PET solutions are revolutionizing cross-platform measurement while

putting user privacy first as outlined in our cleanroom announcement featuring Disney Advertising here.

In conclusion, collaboration across the industry can establish a standardized approach to identity resolution. Identity resolution plays a critical role in cross-platform audience measurement and will continue to be a significant factor in the success of digital advertising as the industry evolves.

See the full interview here:

# EXHIBIT 17



# Experian Syndicated Audiences

Audiences available off the shelf powered by Experian Marketing Data

# The best data unlocks the best marketing

With over 50 years history in data management Experian has a rich history rooted in offline data and an expertise in digital with our online identity solutions.

## Why use Experian syndicated audiences?

Over **200 sources** of data ranging from

- Public and state records
- Property and tax records
- Census data
- Transactions
- Online and mobile
- Location data
- Consumer surveys
- Published directories

**5 proprietary** attribute groups
in the auto, finance, and behavioral categories

Represents **250 million** U.S. consumers



### Experian is #1 for data accuracy, per Truthset

Don't take our word for it. Truthset, a data validation company, found that Experian is the #1 data provider in terms of largest volume of high-accuracy hashed e-mails (HEMs) with demographic data.

## The depth of our data is unmatched.



**2,300** average attributes per household



**250** average attributes per consumer

# Single data provider that unlocks multiple verticals and categories

## Find the right audiences across multiple **verticals**

| | | | | |
|---|---|---|---|---|
| Auto | Pg. 5 | | Health | Pg. 23 |
| Business | Pg. 11 | | Political | Pg. 26 |
| Energy and Utility | Pg. 15 | | Retail and CPG | Pg. 29 |
| Financial | Pg. 18 | | Travel | Pg. 34 |

## Refine your audience by layering data from **specialty categories**

| | | | | |
|---|---|---|---|---|
| Demographics | Pg. 39 | | Mobile Location | Pg. 51 |
| Lifestyle and Interests | Pg. 42 | | Television | Pg. 56 |

## Simplify demographic and behavioral targeting with **branded data** developed by Experian

| | | | | |
|---|---|---|---|---|
| Mosaic | Pg. 60 | | TrueTouch | Pg. 67 |

## Reach consumers based on common attributes within geographic regions with **geo** audiences

| | |
|---|---|
| Geo-Indexed | Pg. 72 |

# Verticals

Data organized into specific data verticals.



# Auto audiences

Reach and target consumers based on their known and predictive auto shopping behaviors. Experian's auto audiences are built utilizing insight from our North American Vehicle Database℠ and other data attributes from Experian Marketing Data to provide highly accurate audiences for digital and TV advertising.



## Example use cases


Build an audience to reach consumers who service their own vehicles and are online auto product shoppers, then drive them to the promotion you have on your site.


Build an audience to reach consumers who are in-market for a new SUV to run your 30 second ad on streaming platforms.

## Auto audience categories

### In-market

Experian's In-market audiences use insights from our North American Vehicle database and combines it with in-market cues gathered from other attributes within Experian Marketing Data.

**Benefits:**

- Built from our North American Vehicle database that covers 900 million vehicles in the United States.
- Identify consumers who are likely to be in-market within the next 180 days.



### Owner

Experian's auto Owner audiences use insight from Experian's North American Vehicle database, which contains information on title registrations, mileage readings, and key vehicle events.

**Benefits:**

- Built from our North American Vehicle database that covers 900 million vehicles in the United States.
- Reach consumers based on the vehicles they currently own.



### Aftermarket: Service and parts

Experian uses our advanced statistical analytics and our behavioral attributes within Experian Marketing Data to create audiences that are likely to either subscribe to Do-it-for-me or Do-it-yourself auto maintenance.

**Benefits:**

- Our data covers 330 million vehicles in operation in the United States.
- Gain access to 15 billion vehicle history records.



Verticals: Auto audiences

## Auto audience categories continued

### Vehicle lifestyle

These audiences use insights from title registrations, mileage readings, and key vehicle events, combining this data with behavioral and lifestyle cues gathered from other Experian Marketing Data attributes.

Benefits:

- Utilizes the combination of Experian's North American Vehicle database with other attributes from Experian Marketing Data to identify lifestyle audiences.



### Electric vehicle

Experian uses insights from Experian's North American Vehicle database, which contains information on title registrations, mileage readings and key vehicle events to find consumers who are owners or in-market for green vehicles.

Benefits:

- Access 46 audiences to reach consumers who are in-market for green vehicles.
- Built from our North American Vehicle database that covers 900 million vehicles in the United States.



## 🔍 Take a deeper look at our audiences

## In-market

### Make and model
Autos, Cars and Trucks > In Market-Make and Models >

Consumers who are likely in-market to buy the following brands, and their models, in the next 180 days:

- Acura
- Alfa Romeo
- Audi
- BMW
- Buick
- Cadillac
- Chevrolet
- Chrysler
- Dodge
- Ford
- GMC
- Honda
- Hyundai
- Infiniti
- Jaguar
- KIA
- Land Rover
- Lexus
- Lincoln
- Mazda
- Mercedes-Benz
- Mini
- Mitsubishi
- Nissan
- Porsche
- RAM
- Subaru
- Tesla
- Toyota
- Volkswagen
- Volvo

### New/Used
Autos, Cars and Trucks > In Market-New/Used >

Consumers who are in market for a new or used vehicle over the next 180 days:

- Buyer used
- Used car 0 − 5 years old
- Used car 6+ years
- New car

### Vehicle price
Autos, Cars and Trucks > In Market-Vehicle Price >

Audiences indicate consumers likelihood to be in the market to buy a vehicle in the following price ranges.

- $20K - $30K
- $30K+
- $30K - $40K
- $40K - $50K
- $50K - $75K
- $75K+



Verticals: Auto audiences

# In-market audiences continued

## Body styles

Autos, Cars and Trucks > In Market- Body Styles >

Predicts the likelihood a consumer is to be in-market to buy a vehicle by the following body styles:

- Cars – Any model
- Compact cars
- Compact or subcompact cars
- CUV
- Full-size cars
- Full-size SUVs
- Full-size trucks
- Full-size vans
- Luxury car
- Luxury compact
- Luxury CUV
- Luxury SUV
- Mid-size car
- Mid-size truck
- Minivan
- Small mid-size SUV
- Sports car
- Subcompact car
- SUV
- SUV and CUV
- Truck
- Van

## Fuel type

Autos, Cars and Trucks > In Market- Fuel Type>

Predicts the likelihood of in-market to buy a vehicle with the following fuel types:

- CUV SUV
- MPG Conscious
- Trucks

## Lease

Autos, Cars and Trucks > In Market- Lease >

Predicts the likelihood for the consumer to be in-market for a lease:

- Lease
- Luxury lease
- Non luxury lease

## In-market switcher

Autos, Cars and Trucks > In Market Switchers >

Predicts if consumers are likely to switch to a new vehicle type:

- CUV SUV
- Ford
- GM
- HD pickup
- Honda
- Jeep
- Luxury
- Nissan
- Pickup
- Ram
- Toyota
- Van

# Owner

## Vehicle age

Autos, Cars and Trucks  > Ownership – Vehicle Age>

Consumers who are likely to currently own a vehicle within the age ranges below:

- 0 to 6 months
- 7 to 12 months
- 13 to 24 months
- 25 to 36 months
- 37 to 48 months
- 48 months plus
- 0 to 5 years
- 6 to 10 years
- 11 years plus
- New car 0 to 12 months
- New truck 0 to 12 months
- New HD pickup 0 to 12 months
- Used car 0 to 12 months
- Used truck 0 to 12 months
- Used HD pickup 0 to 12 months

## Make and model

Autos, Cars and Trucks > Ownership – Make and Model >

Consumers who are likely to own the following brands, and their models:

- Acura
- Alfa Romeo
- Audi
- BMW
- Buick
- Cadillac
- Chevrolet
- Chrysler
- Dodge
- Ford
- GMC
- Honda
- Hyundai
- Infiniti
- Jaguar
- KIA
- Land Rover
- Lexus
- Lincoln
- Mazda
- Mercedes-Benz
- Mini
- Mitsubishi
- Nissan
- Porsche
- RAM
- Subaru
- Tesla
- Toyota
- Volkswagen
- Volvo

Verticals: Auto audiences

## Owner continued

### Body style
Financial Personalities > Home Equity Financial Personality >

Predicts the likelihood a consumer owns a vehicle by the following body styles:

- Cars – Any model
- Compact cars
- Compact or subcompact cars
- CUV
- Full-size cars
- Full-size SUVs
- Full-size trucks
- Full-size vans
- Luxury car
- Luxury compact
- Luxury CUV
- Luxury SUV
- Mid-size car
- Mid-size truck
- Minivan
- Small mid-size SUV
- Sports car
- Subcompact car
- SUV
- SUV and CUV
- Truck
- Van

## Aftermarket: Service and parts

### Do-it-yourself (DIY)
Autos, Cars and Trucks > Aftermarket >

Consumers who are likely to be DIY auto shoppers:

- DIY auto part store shoppers
- DIY online auto products
- DIY in-store auto products
- DIY cars and auto repair

### Do-it-for-me (DIFM)
Autos, Cars and Trucks > Aftermarket >

Consumers who are likely to prefer aftermarket service centers:

- DIFM prefers service center for car
- DIFM prefers service center for truck
- DIFM recent purchase new car
- DIFM recent purchase new truck
- DIFM recent purchase new HD truck
- DIFM recent purchase used car
- DIFM recent purchase used truck
- DIFM recent purchase HD truck
- DIFM vehicle age 0 to 5 years
- DIFM vehicle age 6 to 10 years

## Vehicle lifestyle

### In-market
Autos, Cars and Trucks > Aftermarket >

Consumers who are likely in-market to buy a motorcycle:

- Make
  - Harley
  - Honda
  - Kawasaki
  - Yamaha
- Class
  - Cruiser
  - Sport/Dual Sport
  - Standard
  - Touring
  - Off-road
  - On-road

### Ownership
Autos, Cars and Trucks > Aftermarket >

Consumers who are likely to own a motorcycle, ATV or RV:

- All-Terrain vehicle (ATV)
- Motorcycle type scooter
- Recreational vehicle (RV) travelers
- Motorcycle Make
  - BMW
  - Can-Am
  - Ducati
  - Harley
  - Honda
  - Indian
  - Kawasaki
  - KTM
  - Suzuki
  - Triumph
  - Yamaha
- Motorcycle class
  - Cruiser
  - Sport/Dual Sport
  - Standard
  - Touring
  - Off-road
  - On-Road
- Motorcycle purchased
  - 0 to 6 months
  - 7 to 12 months
  - 13 to 36 months
  - 37 to 60 months
  - 60+ months
- Motorcycle age
  - 0 to 3 years
  - 4 to 6 years
  - 6+ years

Verticals: Auto audiences

# Electric vehicle

## In-market make and model
Autos, Cars and Trucks > In Market- Make and Models >

Consumers who are likely in-market to buy the following brands, and their models, in the next 180 days:

- Hyundai Ioniq
- Nissan Leaf
- Tesla Model 3
- Tesla Model S
- Tesla Model X
- Toyota Prius Prime

## Ownership switchers
Autos, Cars and Trucks > Ownership Switchers >

Consumers who have likely switched to an alternative fuel vehicle:

- Alternative Fuel
- Electric
- PHEV

## Fuel type
Autos, Cars and Trucks > In Market- Fuel Type >

Consumers who are in-market based for the following fuel types:

- Alternative Fuel Plug-in hybrid electric vehicles (PHEV)
- Electric
- Electric car
- Electric CUV SUV
- Electric luxury
- Electric non-luxury
- Hybrid
- Used alternative fuel
- Used alternative fuel CUV SUV
- Used alternative fuel luxury
- Used alternative fuel non-luxury
- Used alternative fuel truck
- Used electric
- Used hybrid
- Used PHEV

## Ownership make and model
Autos, Cars and Trucks > Ownership-Make and Models >

Predicts the likelihood for the consumer to own the following models:

- Hyundai Ioniq
- Nissan Leaf
- Tesla Model 3
- Tesla Model S
- Tesla Model X
- Toyota Prius Prime

## Ownership fuel
Autos, Cars and Trucks > Ownership-Fuel >

Consumers who are likely to currently own based on fuel type:

- Alternative fuel CUV SUV
- Alternative fuel PHEV
- Alternative fuel truck
- Electric
- Electric car
- Electric CUV SUV
- Electric luxury
- Electric non-luxury
- Hybrid

## In-market switchers
Autos, Cars and Trucks > In Market Switchers>

Predicts if consumers are likely to switch to a new green vehicle type:

- Alternative fuel
- Electric
- Electric CUV SUV
- Electric Luxury
- PHEV

 Verticals: Auto audiences

## Improve engagement by refining your audience

### Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
• Age
• Household Income
• Occupation
• Presence of children



### Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
• Auto Store Shoppers
• Auto Dealerships



### Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
• Car Culture
• Presence of automobile
• Automotive



### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations

 CADENT

Snap Inc.

 theTradeDesk®

yahoo!

## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Business audiences

Reach consumers and business executives based on their position within a company, the industry they work in, and their business-related consumer behaviors. Experian's expansive database of audiences gives brands a holistic view of a consumer at work and at home, enabling you to build and deliver strategic and targeted messaging.

## Example use cases



An IT solution provider can target IT executives to reach decision makers for the purchase of their security software services.



Travel companies (e.g. hotels, airlines) can target frequent business travelers to promote their loyalty programs to capture more of their travel spend.

## Business audience categories

### Business Executives

Experian combines business executives' data sourced from numerous authoritative sources with our proprietary demographic and firmographic attributes in Experian Marketing Data.

Benefits:

- Find business executives based on company size (number# of employees), revenue, title (e.g. finance marketing), industry or industry.
- Source business executive data and enhance with attributes from Experian Marketing Data to provide a comprehensive view into each executive.



### Occupation

Experian's occupation audiences found in our demographic specialty category combines our advanced modeling capabilities with data sourced from public records, census, consumer surveys and other public information to create these audiences.

Benefits:

- Broken out into nine occupation groups from blue collar to technical fields.
- Combines industry and function into a single audience.



### Consumer Behavior

Combine our advanced modeling capabilities with data sourced from self-reported interest and behavior surveys, syndicated research panels and online behavior which includes search and website visitation.

Benefits:

- Broad array of audiences from business travelers to business owner.
- Provides a contextual view into your audience.



Verticals: Business audiences

## Take a deeper look at our audiences

# Business Executives

### Company ownership
Business Executives (B2B) > Company Ownership >

Indicates if a company is private or public.

### Business employee size
Business Executives (B2B) > Business Employee Size >

Audiences indicate business employee size or number of employees:

- 1 – 4 employees
- 4 – 9 employees
- 10 – 19 employees
- 20 – 49 employees
- 50 – 99 employees
- 100 – 249 employees
- 250 – 499 employees
- 500 – 999 employees
- 1,000 – 4,999 employees
- 5,000 – 9,999 employees
- 10,000 + employees

### Business employee size
Business Executives (B2B) > Business Employee Size >

Audiences indicate business employee size or number of employees:

- 1 – 4 employees
- 4 – 9 employees
- 10 – 19 employees
- 20 – 49 employees
- 50 – 99 employees
- 100 – 249 employees
- 250 – 499 employees
- 500 – 999 employees
- 1,000 – 4,999 employees
- 5,000 – 9,999 employees
- 10,000 + employees

### Company revenue/sales volume
Business Executives (B2B) > Company Revenue/Sales Volume >

Audiences indicates business sales volume:

- $1 – $499,999
- $500,000 – $999,999
- $1,000,000 – $2,499,999
- $2,500,000 – $4,999,999
- $5,000,000 – $9,999,999
- $10,000,000 – $19,999,999
- $20,000,000 – $49,999,999
- $50,000,000 – $99,999,999
- $100,000,000 – $499,999,999
- $500,000,000 – $999,999,999
- $1 billion +

### Industry
Financial FLA Friendly > Ability to Pay >

Consumers that are likely to work in the following types of businesses:

- Agriculture, forestry, and fishing
- Construction
- Finance, insurance, and real estate
- Manufacturing
- Mining
- Public administration and government
- Retail trade
- Services
- Transportation, communications, electric, gas, and sanitary services
- Wholesale trade

### Executive title
Financial FLA Friendly > Income >

Consumers that are likely to have the following business titles:

- Chief level executive (CEO, COO, CTO, CIO, CFO)
- Executive/Management
- Finance
- IT/Technical
- Marketing
- Other business executive
- Owner
- Professional/Sales

### Work from home (WFH)
Financial FLA Friendly > Debt to Income Ratio >

This audience indicates if a business is likely run out of the home (work at home).



Verticals: Business audiences

# Occupation

### Occupation
Consumer Behavior >

Consumers who are likely to work within the following professions and industries:

- Construction/Mining
- Education
- Essential workers
- Government
- Healthcare/Social Services
- QSR/Restaurants
- Retail
- Small business owners
- Travel and hospitality

# Consumer Behavior

### Home office/business
Purchase Transactions > Home Office/Business >

Households that have are spenders and high spenders on business and home office furniture and supplies.

### New job
Social Media > New Job >

Social media-based model reporting a consumer's individual propensity to start a new job based on using terms such as "starting a new job" or "#newjob" on social media.

### Business travelers
Retail Shoppers: Purchase Based > Shopper Behavior > Business Travelers:

Likely business travelers based on a combination of known credit/debit transactions and advanced modeling to ensure the highest propensity to purchase in the future.

- Domestic
- Frequent spend

### Telecommuters and SOHO
Retail Shoppers: Purchase Based > Shopper Behavior > Telecommuters and SOHO (Small Office/Home Office) >

Likely telecommuter/SOHO high spenders at office supply stores based on a combination of known credit/debit transactions and advanced modeling.



Verticals: Business audiences


## Improve engagement by refining your audience

### Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
- Education
- Age
- Geography



### Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
- College students
- e-Vehicle charging station visitors



### Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
- At-Home: Families
- Activities and entertainment
- Art and entertainment
- Charitable causes
- Ad responders



### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

( See full destination list → )

A few examples of our destinations




## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.

# Energy and Utility audiences

Energy and utility audiences give brands that promote a green and sustainable lifestyle options to reach consumers based on their views toward green technologies. Experian's auto, mobile location, lifestyle and interest, and demographic audiences offer brands with great options to reach their target green buyer.



## Example use cases


An electric utility company wants to find electric vehicle owners to make them aware of their program to vary electric rates by time of day (consumers can save on energy and reduce the burden on the power grid by charging overnight).


A solar energy company targets households in-market for solar panels with ads to get a free quote.

## Energy and Utility audience categories

### Auto

Experian uses insights from Experian's

North American Vehicle database, which contains information on title registrations, mileage readings, and key vehicle events to find consumers who are owners or in-market for green vehicles.

**Benefits:**

- Access 46 audiences to reach consumers who are in-market for green vehicles.
- Built from our North American Vehicle database that covers 900 million vehicles in the United States.



### GreenAware

Find consumers with different attitudes toward environmental issues, including those that have negative perceptions of the green movement.

Based on consumer survey data enhanced with other attributes from Experian Marketing Data.

**Benefits:**

- Audiences combine attitudes, opinions, lifestyle, buying behavior, and media usage into one segment.
- Audiences are built from unique Experian sources including Auto Market Statistics (AMS), Census Area Projections & Estimates (CAPE), and Premier Summarized Credit Statistics (PSCS).



Verticals: Energy and Utility audiences

## 🔍 Take a deeper look at our audiences

## Auto

### In-market make and model
Autos, Cars and Trucks > In Market- Make and Models >

Consumers who are likely in-market to buy the following brands, and their models, in the next 180 days:

- Hyundai Ioniq
- Nissan Leaf
- Tesla Model 3
- Tesla Model S
- Tesla Model X
- Toyota Prius Prime

### Fuel type
Autos, Cars and Trucks > In Market- Fuel Type >

Consumers who are in-market for the following fuel types:

- Alternative fuel plug-in hybrid electric vehicles (PHEV)
- Electric
- Electric car
- Electric CUV SUV
- Electric luxury
- Electric non-luxury
- Hybrid
- Used alternative fuel
- Used alternative fuel CUV SUV
- Used alternative fuel luxury
- Used alternative fuel non-luxury
- Used alternative fuel truck
- Used electric
- Used hybrid
- Used PHEV

### In-market switchers
Autos, Cars and Trucks > In Market Switchers >

Predicts if consumers are likely to switch to a new green vehicle type:

- Alternative fuel
- Electric
- Electric CUV SUV
- Electric luxury
- PHEV

### Ownership fuel
Autos, Cars and Trucks > Ownership-Fuel >

Consumers who are likely to currently own based on fuel type:

- Alternative fuel CUV SUV
- Alternative fuel PHEV
- Alternative fuel truck
- Electric
- Electric car
- Electric CUV SUV
- Electric luxury
- Electric non-luxury
- Hybrid

### Ownership switchers
Autos, Cars and Trucks > Ownership Switchers >

Consumers who have likely switched to an alternative fuel vehicle:

- Alternative fuel
- Electric
- PHEV

### Ownership make and model
Autos, Cars and Trucks > Ownership-Make and Models >

Predicts the likelihood for the consumer to own the following models:

- Hyundai Ioniq
- Nissan Leaf
- Tesla Model 3
- Tesla Model S
- Tesla Model X
- Toyota Prius Prime

## GreenAware
GreenAware >

### Behavioral Greens
Consumers who are likely to think and act green. They have negative attitudes towards products that pollute and incorporate green practices on a regular basis.

### Potential Green
Consumers who are not likely to neither behave nor think along particularly environment conscious lines and remain on the fence about key green issues.

### Think Green
Consumers who are likely to think green but do not necessarily follow through on those beliefs with green actions.

### True Browns
Consumers who are not likely environmentally conscious. True Browns may have negative attitudes about the environment and the green movement.



Verticals: Energy and Utility audiences



## Improve engagement by refining your audience

### Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
• Age
• Household income
• Education
• Homeowner



### Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
• Auto dealerships
• Electronic stores
• E-vehicle charging stations



### Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
• In-market solar energy
• Luxury home good buyer behavior
• Informed consumer



## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations



Snap Inc.



yahoo!

## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.

# Financial audiences

Reach consumers based on online and offline financial behaviors. Experian offers various audience categories to target the best prospects based on profitability, approval rates, response rates, so you can understand their financial attitudes and spending ability.

This data is excellent for financial and insurance institutions looking to reach consumers meeting their product's requirements. Experian's finance audiences can also be used by retailers, automotive and any other brand where lending is a consideration in the purchase.



## Example use cases

 Reach ideal consumers for your new store credit card by combining finance, lifestyle and interest audiences, and create a campaign that reaches loyalty card users with a high discretionary spend.

 Engage consumers for Invitation to Apply (ITA) prospecting marketing for any financial service such as banking/deposits, credit card, mortgage, auto loan, and refinancing, utilizing Fair Lending Act friendly audiences.

## Finance audiences categories

### Fair Lending Act (FLA) friendly audiences[1]

Experian uses our advanced statistical analytics to combine de-identified consumer credit data, aggregated credit data, area-level characteristics, and other data attributes available from Experian Marketing Data to create fair lending act friendly audiences.

Benefits:

- Align product offers to the consumer's needs and quickly identify those consumers who are most likely to respond.
- Employ advanced statistical validation and monitoring to ensure ongoing performance.



### Financial Personalities audiences

Experian, in partnership with First Manhattan Consulting Group (FMCG), uses primary research conducted on over 25,000 U.S. households in combination with other data attributes available from Experian Marketing Data to create behavioral audiences specific for finance.

Benefits:

- Target consumers based on profitability, approval, and response rates.
- Refine audiences based on profitability.
- Cross-sell and market to existing and prospective customers who are likely to have a higher lifetime value.



### Profitability Scored Audiences

Experian uses advanced statistical analytics to combine de-identified aggregated credit data, area level characteristics and other Experian Marketing Data attributes to create audiences scored based on their likelihood to have high approval rates and pay or perform on debts.

Benefits:

- Understand a consumer's financial attitudes and ability to spend.
- Understand how households save and how they interact with retail financial services companies.
- Understand what consumers are and are not spending money on.



🔍 Take a deeper look at our audiences

# Fair Lending Act friendly audiences

## In-market
Financial FLA Friendly > In Market >

Consumers who are predicted to be in-market and will open a specific product type within the next 180 days:

- Auto
  - Auto loan refinance
  - Auto lease
  - Auto loan
- Credit Cards
  - Credit card
  - Bankcard no limit
  - Retail bankcard
  - Bankcard revolving
- Home
  - Home equity
  - First mortgage
  - New mortgage
  - Mortgage refinancing
  - Second mortgage
- Personal Loans
  - Personal installment loan
  - Personal unsecured loan
  - Personal loan consolidated
- Retail installment trade
- Retail revolving trade
- Student new loan
- Buy now pay later

## Income
Financial FLA Friendly > Income >

Predicts the likelihood of the income for the household:

- $1,000 to $24,999
- $25,000 to $34,999
- $35,000 to $49,999
- $50,000 to $74,999
- $75,000 to $99,999
- $100,000 to $149,999
- $150,000 +

## Balance and bankcard
Financial FLA Friendly > Credit Card Balance 12 Mos >
Financial FLA Friendly > Credit Card Balance Transfer Amt >

Audiences that predict a consumer's propensity for balance transfer and their bankcard insights:

- 12 Months
  - $1 to $1,999
  - $2,000 to 2,999
  - $3,000 to $3,999
  - $4,000 to $4,999
  - $5,000 to $5,999
  - $6,000 to $6,999
  - $7,000 to $7,999
  - $8,000 to $8,999
  - $10,000 +
- Balance Transfer Amount
  - $1 to $2,499
  - $2,500 to $2,999
  - $3,000 to $3,249
  - $3,250 to $3,499
  - $3,500 to $3,999
  - $4,000 to $4,499
  - $4,500 to $4,999
  - $5,000 to $5,999
  - $6,000 +

## Loan type
Financial FLA Friendly > Mortgage Loan Age > Financial FLA Friendly > Equity Loan Age > Financial FLA Friendly > Student Loan Age >

These segments predict the age of a loan based on the origination time frame. Audiences are available for multiple time increments from less than four years to up to 12 years:

- Mortgage loan age
  - Less than 4 years
  - 5 years
  - 6 years
  - 7 years
  - 8 years
  - 9 years
  - 10 years
  - 11 to 12 years
- Equity loan age
  - Less than 6 years
  - 7 to 8 years
  - 9 years
  - 10 years
  - 11 years
  - 12 + years
- Student loan age
  - Less than 5 years
  - 6 years
  - 7 years
  - 8 years
  - 9 years
  - 10 years
  - 11 years
  - 12 years
- Has an existing loan
- Paid off a loan

## Debt to income ratio
Financial FLA Friendly > Debt to Income Ratio >

Predicts the current debt situation for a household. Ratios are available in ranges from 1% to over 101%:

- 1% to 20%
- 21% to 35%
- 36% to 45%
- 46% to 60%
- 61% to 75%
- 76% to 85%
- 86% to 100%
- 101% +

## Ability to pay
Financial FLA Friendly > Ability to Pay >

Predicts the likelihood the consumer will be able to pay their debt. Segments are broken out by credit score range:

- Score range 600 and less
- Score range 601 to 640
- Score range 641 to 660
- Score range 661 to 690
- Score range 691 to 720
- Score range 721 to 740
- Score range 741 to 760
- Score range 761 to 780
- Score range 781 +

Verticals: Financial audiences

# Financial Personalities audiences

## Insurance financial personality
Financial Personalities > Insurance Financial Personality >

Audiences to help understand a consumer's behavior and confidence in their ability to find the right life insurance:

- Confident, self-directed planner, high insurance policy face value
- Engaged advice seeker, average insurance policy face value
- Insurance averse, below average insurance policy face value
- Reluctant insurance skeptic, below average insurance policy face value
- Secure agent-oriented loyalist, high insurance policy face value
- Uninterested, below average insurance policy face value

## Investments financial personality
Financial Personalities > Investments Financial Personality >

Audiences to help understand a consumer's comfort and behaviors with making financial investments:

- Broker-reliant delegator, very high investable assets
- Cautious investing novice, low investable assets
- Price sensitive, self-directed investor, very high investable assets
- Savvy sound-board seeking investor, average investable assets
- Skeptical, fund-oriented investor, low to medium investable assets

## Credit card personality
Financial Personalities > Credit Card Financial Personality >

Used to identify consumers based on their credit card usage and behaviors:

- Complacent card user, low credit card balance
- Credit seeking card switcher, high credit card balance
- Loyal rewards enthusiast, low credit card balance
- Reluctant user, high credit card balance
- Uninterested, average credit card balance

## Home equity financial personality
Financial Personalities > Home Equity Financial Personality >

Audiences to help understand a consumer's home equity circumstances and behaviors:

- Hesitant Borrower, Low home equity balance
- Home equity averse skeptic, very low home equity balance
- Home equity enthusiast, very high home equity balance
- Secure, savvy credit users, high home equity balance
- Uninterested, low home equity balance

## Deposits financial personality
Financial Personalities > Deposits Financial Personality >

These audiences include consumers who are likely to look for bank offers based on their spending behaviors:

- Conservative branch banker, very high deposit balance
- Demanding advice seeker, low deposit balance
- Hesitant borrower, low deposit balance
- Self-directed diversifier, very high deposit balance
- Uninterested, average deposit balance

## Mortgage financial personality
Financial Personalities > Mortgage Financial Personality >

Audiences to help understand a consumer's behavior and preferences with mortgages:

- Advice seeking refinancer, slightly above average mortgage balance
- Conservative, bank loyalist, slightly below average mortgage  balance
- Disciplined, passive borrower, below average mortgage balance
- Secure, active refinancer, above average mortgage balance
- Uninterested, slightly below average mortgage balance

Verticals: Financial audiences

# Profitability Scored audiences

### Investment balances
Consumer Financial Insights > Investment Balances >

Audiences that include consumers who have an investment balance in six total tiers with Tier 1 being the highest, and Tier 6 being the lowest.

### Net asset score
Consumer Financial Insights > Net Assets Score (Net Worth) >

Predict a consumers likely net asset score ranging from less than $25,000 to over $5,000,000.

### Mortgage refinance
Consumer Financial Insights > Mortgage Refinance >

Predicts the likelihood the consumer is to refinance their mortgage.

- Extremely likely to refinance
- Highly likely to refinance
- Very likely to refinance
- Somewhat likely to refinance
- Likely to refinance
- Somewhat unlikely to refinance
- Very unlikely to refinance
- Highly unlikely to refinance

### Discretionary Spend
Consumer Financial Insights > Discretionary Spend

Predicts annual discretionary spend for the category listed in the audience.

- Clothing/Apparel
- Total
- Dining out
- Donations
- Education

### Household deposits/balances
Consumer Financial Insights > Household Deposits/Balances >

Audiences that include households that have bank deposits balance in six total tiers with Tier 1 being the highest, and Tier 6 being the lowest.

### Investable assets
Consumer Financial Insights > Investable Assets >

Audiences that include consumers who have available investable assets in seven total tiers with Tier 1 being the highest, and Tier 7 being the lowest.





Verticals: Financial audiences

## Improve engagement by refining your audience

### Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
- Length of residence
- Homeowner
- Renter
- Presence of children

### Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
- Visit financial institutions

### Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
- Loyalty card
- Presence of automobile
- Credit card revolver
- Premium store credit card user
- Investor
- Online banking

### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations





## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.

### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.

## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Health audiences

Experian's health audiences use retail data to provide insight into health-related purchases and behaviors. Our lifestyle and interest data also includes many audiences that provide insight into healthy lifestyle habits.

## Example use cases


A beverage brand is launching a new protein infused electrolyte drink. To reach their target audience they use the shopper behavior audience 'Gyms, exercise, and fitness clubs' alongside a mobile location audience 'Frequent gym goers' to reach consumers with a healthy lifestyle.


A brand is launching a new micro-nutrient meal plan, and to reach their target audience they target transaction audience 'Health and fitness' with a shopper behavior audience 'vitamins and supplements' to reach consumers with a healthy diet.

## Health audience categories

### Transaction Data

Compiled from consumers that opt-in to report all transactions including credit, cash, online and offline. This data is then aggregated at the household level.

The data is sourced from over 500 brands that span across over 25 categories.

Purchase based data is best used to reach consumers most likely to purchase based on actual purchase history.

**Benefits:**

- Access highly accurate data built from actual purchases.
- Enables 1:1 deterministic targeting.
- Leverages consumer opt-in transactions from both offline and online purchases.



### Predictive Audiences

Experian uses our data expertise with our predictive technology to identify consumers most likely to make a purchase.

These predictive audiences use multiple data sources to identify consumers based on their expected spend across 37 purchase-based categories.

Predictive audiences provide a broad view into household purchase and payment trends.

**Benefits:**

- Uses a foundation of purchase-based data to create expanded and predictive audiences.
- Enables brands to target consumers based on their likelihood to purchase in the next 12 months.



Verticals: Health audiences

# Health data categories continued

## Shopper Behavior

Shopper behavior audiences are best used to reach consumers based on tactical shopper behaviors and patterns based on known purchase data.

Data is sourced from over 500 merchants brands representing about 300 transactions per month.

**Benefits:**

- Balance accuracy and scale.
- Built on a foundation of historical purchase data to expand and categorize data.

## Take a deeper look at our audiences

## Transaction Data

### Health and fitness
Purchase Transactions > Health and Fitness >
Household that spend on general health and nutrition merchandise, vitamins, supplements, self-treatment, books and magazines related to healthy living.

## Predictive Audiences

### Nutraceuticals, bioceuticals and supplements
Purchase Transactions > Nutraceuticals, Bioceuticals and Supplements >
Households that buy nutrients, dietary supplements, vitamins and herbal products.

## Shopper Behavior

### Health and fitness
Retail Shoppers: Purchase Based > Health and Fitness >
Households that are likely high or frequent spenders at health and fitness related retailers.

- Gyms, exercise, and fitness clubs
- Vitamins and supplements
- Hair salons and barber
- Healthy food meal kit service
- Massage spenders
- Premade healthy meals weight loss
- Personal health





Verticals: Health audiences

## Improve engagement by refining your audience

### Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
- Presence of children
- Baby boomers
- Household income
- Grandparents
- Occupation



### Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
- Frequent gym goers



### Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
- Fitness enthusiast
- Healthy living
- On a diet
- Healthy holistic
- Trusting patients
- Invincibles



## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations





## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.

# Political audiences

Political audiences from Experian provide marketers with insight into the party affiliations and unique viewpoints on key political issues of your consumers. The audiences go beyond affiliations and provides insights into the political opinions of your consumers to help you target your audience more effectively, develop more relevant messaging, and prospect with more confidence.



## Example use cases

 A health insurance company offering a new low entry point can use our 'Unconnected; Unregistered' political audience to reach young hard-working individuals who are striving for a better standard of living.

 A CPG company with a premium bio-based product can use our Political Persona audience to reach Green Traditionalists who have strong beliefs about protecting the environment.

## Political audience categories

### Political Affiliation

Provides marketers with insight into consumer party affiliations.

These audiences are built off voter registration data and are combined with other attributes from Experian Marketing Data to create audiences on political affiliation.

Benefits:
- Built on a foundation of registration data that uses our advanced statistical models to provide scale.
- Privacy by design. These highly accurate models are validated by our audience team to ensure precise targeting.



### Political Personas

Provides insight into the unique viewpoints of consumers on key political issues.

This data was sourced from ZIP and county level voter data and combined with other attributes from Experian Marketing Data, to predict the probability of belonging to a political party.

Benefits:
- Scalable audience that provides 100% coverage to Experian's universe.
- Privacy by design. These highly accurate models are validated by our audience team to ensure precise targeting.



### Relevant ballot initiative audiences

Reach consumers based on attitudes and behaviors related to key ballot measures. Refine your target by using audiences based on past purchases, mobile visitation, media consumption and more.

Benefits:
- Over 240 politically relevant audiences to reach constituents with the right message.
- Audiences pulled from 15 data categories giving you a 360-degree view of you consumers.





Verticals: Political audiences



# 🔍 Take a deeper look at our audiences

## Political affiliation

### Political affiliation
Politics > Political Affiliation >

Consumers who are likely to be included in the political parties below:

• Democrat
• Independent/other
• Republican
• Unregistered

### Finance
Income and large financial decisions often trigger changes in perspective and influence voter behaviors. Taxonomy paths of audiences:

• Financial FLA Friendly > Income >
• Financial FLA Friendly > In Market

## Political personas

### Political personas
Politics > Political Personas >

Predicts consumers perspectives on political issues. Personas outlined below:

• Conservative democrats
• Green traditionalists
• Informed but unregistered
• Left out democrats
• Mild republicans

• On-the-fence liberals
• Super democrats
• Ultra conservatives
• Unconnected; unregistered
• Uninvolved conservatives

### Mosaic
Proprietary persona-based audience solution that combines demographic and behavioral data to create a holistic view in voters and their interests. Taxonomy paths of audiences:

• Mosaic - Personas - Lifestyle and Interests >

### Occupation
Provides the opportunity to deliver targeted messaging on measures based on a consumer's occupation. Taxonomy paths of audiences:

• Demographics > Occupation >
• Consumer Behaviors > Occupation:
• Consumer Behaviors > At-Home:

## Relevant ballot initiative audiences:
Politically relevant audiences that can influence decisions

### Personal Views
Understand a consumer's personal views around family, their social and work life. Taxonomy path of audience:

Psychographic/Attitudes > Personal Views >

### Charitable causes
Understanding where consumers are actively donating to charitable causes paints a clear picture into their political interests. Taxonomy paths of audiences:

• Lifestyle and Interests (Affinity) > Charitable Causes >

### Demographics
Demographics play a critical role in voter opinions with presence of children, age, and household income influencing decisions at the polls. Taxonomy paths of audiences:

• Geo-Indexed > Demographics >
• Demographics > Education >
• Demographics > Marital status >
• Demographics > Household Income (HHI) >
• Demographics > Ages >
• Demographics > Homeowners/Renters >
• Lifestyle and Interests (Affinity) > Moms, Parents, Families >
• Demographics > Presence of Children >

### Ballot initiative support
From military to fishing and hunting, understanding consumer interest and their attitudes toward topics like renewable technologies are key indicators of ballot initiative support. Taxonomy paths of audiences:

• Lifestyle and Interests (Affinity) > Occupation > Military
• Lifestyle and Interests (Affinity) > Activities and Entertainment >
• Travel Intent > Activities >
• Lifestyle and Interests (Affinity) > Hobbies >
• GreenAware >
• Psychographic/Attitudes > Shopping Behavior >
• Consumer Behaviors > At-Home:



Verticals: Political audiences

## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations



Snap Inc.





## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.

# Retail and CPG audiences

Experian's data covers all major categories including apparel, home, technology, and more. Experian uses our expertise in data privacy and validation to ensure the accuracy of all audiences and attributes.

This data is great for retailers, retail media networks, CPG, technology, and telecommunications when used with other verticals to better understand your customers.



## Example use cases


Target households based on previous purchases for complementary products within a category. For example, target health, fitness, and gym goers for a line of protein shakes.


Use purchase predictors to expand or reach new audiences. For example, an apparel brand is launching a new women's apparel line, Predictive audiences "women's apparel" audience can support reaching new audiences within the category.

## Retail data categories

### Transaction Data

This is compiled from consumers that opt-in to report all transactions including credit, cash, online, and offline. This data is then aggregated at the household level.

The data is sourced from over 500 retail brands that span across over 25 retail categories.

Transaction data is best used to reach consumers based on known purchases.

Benefits:

- Access highly accurate data built from actual purchases.
- Enables 1:1 deterministic targeting.
- Uses consumer opt-in transactions from both offline and online purchases.



### Shopper Behavior

Shopper behavior audiences is are best used to reach consumers based on tactical shopper behaviors and patterns based on known purchase data. Experian identifies shopper patterns over time based on the sourced purchase-based data.

Data is sourced from over 500 merchant brands representing about 300 million transactions per month.

Benefits:

- Balance accuracy and scale.
- Built on a foundation of historical purchase data to expand and categorize data.



# Retail data categories continued

## Predictive Audiences

Experian® uses our data expertise with our predictive technology to identify consumers most likely to make a purchase.

These predictive audiences use multiple data sources to identify consumers based on their predicted spend across 37 purchase-based categories.

Predictive audiences provide a broad view into household purchase and payment trends.

**Benefits:**

- Uses a foundation of purchase-based data to create expanded and predictive audiences.
- Enables brands to target consumers based on their likelihood to purchase in the next 12 months.



## 🔍 Take a deeper look at our audiences

# Transaction Data

### Spenders
Purchase Transactions >

Households that purchase within the following categories:

- Books/Reading
- Childrens products
- Clothing and apparel
- Collectibles
- Cooking products
- Crafts
- DIY and advice seekers
- Education
- Female apparel
- Games
- History
- Hobbies and interests
- Holidays
- Home and garden
- Home decor
- Home improvement
- Home office/business
- Household goods
- Jewelry
- Lifestyle and media influenced
- Male apparel
- Pets
- Science and nature products

### Frequent spenders
Purchase Transactions >

Households that are more frequent purchasers within the following categories:

- Children's products
- Clothing and apparel
- Cooking products
- Crafts
- Female apparel
- Games
- Home improvement/DIY
- Household goods
- Pets

### High spenders
Purchase Transactions >

Households that have higher spend within the following categories:

- Children's products
- Clothing and apparel
- Cooking products
- DIY and advice seekers
- Female apparel
- Games
- Home and garden
- Home decor
- Home improvement
- Home office/business
- Household goods
- Payment type
- Pets

### Recent spenders
Purchase Transactions > Cooking Products >

Households that have spent within the last 12 months on cooking-related products.

### Payment Type
Purchase Transactions > Payment Type >

Households that are either cash or credit card buyers based on consumer-reported transactions within the last 24 months.

### Shopping
Purchase Transactions > Shopping >

Households that are either in store or online buyers based on consumer-reported transactions within the last 24 months.



Verticals: Retail and CPG audiences

# Shopper Behavior

## All channels, online and in-store shoppers
Retail Shoppers: Purchase Based > Shoppers All Channels >
Retail Shoppers: Purchase Based > Online Shoppers >
Retail Shoppers: Purchase Based > In Store Shoppers >

Consumers who have a high propensity to make a purchase across the following categories – available across all channels, online and in-store:

- Accessories
- Active outdoors – Hard goods
- Active outdoors – Soft goods
- Apparel
- Computers
- Electronics and gadgets
- Food and beverages
- Furniture
- General/Misc
- Hobbies and entertainment
- Home décor
- Home domestics
- Home maintenance
- Home office
- Kitchen
- Lawn and garden
- Outdoor living
- Overall
- Pets
- Seasonal Products
- Shoes
- Toys

## Shopping Behavior
Retail Shoppers: Purchase Based > Shopping Behavior >

Likely shoppers based on a combination of known credit/debit transactions and predictive behaviors to ensure the highest propensity to purchase:

- Arts & crafts
- Baby products
- Big-box electronics
- Consumer electronics
- Children's stores
- Children & family
- Discount/Dollar stores
- Florists & flower gifts
- Foodies
- Home decorations
- Thrift store
- Jewelry & watches
- Mattresses
- New movers
- New online retail shoppers
- Outdoor enthusiasts
- Telecommunications
- Big box and club stores
- Children Toys
- Department store
- Gift shoppers
- Disney fans

## Seasonal
Retail Shoppers: Purchase Based > Shoppers All Channels >

High spenders or frequent purchasers at strategic retailers based on the following seasonal events:

- Valentine's Day – Gift and jewelry stores
- Father's Day – Department, electronic, and sports stores
- Tax preparation
- Mother's Day – Gift and jewelry stores

## Seasonal: Holiday
Retail Shoppers: Purchase Based > Seasonal > Holiday Shoppers:

Likely shoppers during the holiday season for the following categories:

- Apparel
- Big Box stores
  - Amazon
  - Costco
  - Sams
  - Walmart
- Children's stores
- Consumer electronics
- Department stores
- Gift shoppers
- Last minute shoppers
- Luxury department stores
- One stop holiday shoppers
- QVC/HSN
- Sporting goods

## Seasonal: Black Friday
Retail Shoppers: Purchase Based > Seasonal > Holiday Shoppers:

Likely shoppers online or in big box stores for Black Friday and Cyber Monday.

## Seasonal: Back-to-School
Retail Shoppers: Purchase Based > Seasonal > Back to School:

Likely shoppers and high spenders for school supplies and apparel during back to school season.

## Seasonal: Summer sales
Retail Shoppers: Purchase Based > Seasonal > Summer Sales Event Shoppers:

Segments of high spenders during Fourth of July, Labor Day or Memorial day.

## Seasonal: New Years
Retail Shoppers: Purchase Based > Seasonal > New Year's

Likely high spenders or frequent purchases during New Years across the following categories:

- Health/Fitness/Gym
- Food/Healthy food
- Pre-made meals
- Vitamins/Diet Supplements

# Shopper Behavior continued

## Clothing and apparel
Retail Shoppers: Purchase Based > Apparel >

Households that are frequent spenders, high spenders or general spenders for clothing and apparel based on known purchases within the last 24 months.

## Technology/Telecom
Retail Shoppers: Purchase Based > Technology/Telecom >

Households that are frequent spenders, high spenders, or general spenders in computers/ software or in wireless.

## Home improvement and DIY
Retail Shoppers: Purchase Based > Home Improvement & DIY >

Households that purchase at home improvement and DIY stores broken out by online and in store shoppers for the following categories:

- Furniture & home décor
- Garden & land scaping
- Hardware & home improvement

## Pets
Retail Shoppers: Purchase Based > Pets >

Households that are buyers of pet and animal related products available by frequent spenders, high spenders, and general spenders.

## Department stores
Retail Shoppers: Purchase Based > Shopping Behavior > Department Store

Household identified as likely spenders at department stores segments available for both bargain hunters and luxury: high end buyers.

## Home furnishings
Retail Shoppers: Purchase Based > Home Furnishings >

Households that are spenders at furniture and home decor stores across deals discounts and luxury high end categories.

## Sporting goods, apparel
Retail Shoppers: Purchase Based > Sporting Goods, Apparel >

Households that are spenders in the sporting goods category, available from general sporting goods, golf equipment and high end shoppers.

# Purchase Predictors

## Shoppers all channels
Purchase Predictors > Shoppers All Channels >

Consumers who are likely to purchase across all channels:

- Accessories
- Active Outdoors Hard Goods
- Active Outdoors Soft Goods
- Apparel
- Books
- Children's Products
- Collectibles
- Computers and Software
- DIY
- Education and Early Learning
- Electronics and Appliances
- Furniture and Mattresses
- General Retail and Bargain
- Hobbies and Crafts
- Home Décor
- Home Domestics
- Home Maintenance and Improvement
- Household Goods
- Kitchen and Cooking
- Luxury
- Men's Apparel and Grooming
- Outdoor Living
- Pets
- Science and Nature Products
- Seasonal Holidays
- Shoes
- Toys
- Womens Apparel and Beauty

 Verticals: Retail and CPG audiences

## Improve engagement by refining your audience

### Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
- Presence of children
- Home owner
- Household income
- Gen Xers



### Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
- Big box shoppers
- Father's Day shoppers
- Mall shoppers
- Young women's retail shoppers



### Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
- Arts and crafts
- Avid runners
- Boating
- Dog owners
- Photography
- Play golf
- Video gamer



### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations




## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.

→

### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.

→

## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.





# Travel audiences

Travel audiences from Experian allow marketers to reach consumers based on data that considers their travel intent, purchase behaviors, and discretionary spend.

## Example use cases

 A five-star hotel and spa in Napa Valley wants to promote their property. They use multiple Experian audiences to find luxury travelers with relevant interests for the property (foodies, wine lovers, and spa-goers).

 A Florida theme park targets frequent theme park visitors that do not have children in their household to promote mid-week winter deals to increase park visits while children are in school.

## Travel audience categories

### Travel intent

Travel intent gives insight into a consumer's likelihood to visit, their travel preference, and the activities they engage in while traveling, and more.

Data is sourced directly from consumers who have reported their travel preferences.

**Benefits:**

- 36 audience segments that can be used to understand consumer travel preferences.
- Direct opt-in consumer data.



### Shopper behavior

Shopper behavior audiences are best used to reach consumers based on tactical shopper behaviors and patterns based on known purchase data.

Data is sourced from over 500 merchant brands that represent about 300 million transactions per month.

**Benefits:**

- Scalable audience that provides 100% coverage to Experian's universe.
- Privacy by design. These highly accurate models are validated by our audience team to ensure precise targeting.



### Discretionary spend

Discretionary spend offers five levels of spend tiers that predict annual discretionary spend for travel.

These audiences are modeled based on primary market research and other data attributes from Experian Marketing Data.

**Benefits:**

- Understand what consumers are and are not spending money on.
- Understand how households intend to spend on travel related activities.



Verticals: Travel audiences

# Travel intent

### Activities
Travel Intent > Activities

Consumers that are likely to enjoy the following activities while traveling:

- Biking
- Boating
- Camping
- Culinary experience
- Fishing
- Golfing
- Hunting
- Nightlife
- Shopping
- Spa
- Professional sports events
- Tennis
- Touring sightseeing
- Volunteerism activities
- Water sports
- Winery Distillery Brewery tours
- Winter sports

### Travel preference
Travel Intent > Travel Preferences

Consumers who are likely to have the following travel preferences:

- All suite hotel
- Beach/waterfront
- Eco-sustainable travel
- Resort
- Timeshare

### Likelihood to visit
Travel Intent > Likelihood to visit

Consumers who are likely to enjoy the following points of interests while traveling:

- Amusement parks
- Historic sites
- Museums
- Parks
- Wildlife
- Zoo

### Hotel preference
Travel Intent > Hotel Preference

Consumers who are likely to have the following hotel preferences:

- Best Western
- Choice hotels
- Hilton hotels
- Intercontinental Hotel Group hotels
- Marriot hotels
- Starwood hotels

### Travel type
Travel Intent > Travel Type

Consumers who have traveled and stayed in a hotel for either business or leisure:

- Traveled for business in the last 12 months
- Traveled for leisure in the last 12 months

## Shopper behavior

### Air travel
Retail shoppers: Purchase Based > Travel >

Household spending patterns on purchasing air travel:

- Frequent spenders
- High spenders

### Travelers
Retail shoppers: Purchase Based > Travel >

High spenders or frequent travelers for the following activities and travel types:

- Business travelers
  - Domestic
  - Frequent spend
- Vacation/Leisure travelers
  - Beach trips
  - Domestic trips
  - Economy-Midscale
  - Luxury
  - Summer trips
  - Spring break trips
  - Theme parks
  - Weekend getaways
  - Frequent spenders
  - High spenders

### Cruise
Retail shoppers: Purchase Based > Travel >

Likely high or frequent spenders on hotels:

- Economy-Midscale
- Luxury
- Frequent spend
- High spend

Verticals: Travel audiences

## Shopper behavior continued

### Car rentals
Travel Intent > Activities
Likely spenders on car rentals:

- High spend
- Frequent spend

### Ride share
Retail shoppers: Purchase Based > Travel>
Likely frequent spenders for ride share services.

## Discretionary spend

### Discretionary spend
Consumer Financial Insights > Discretionary Spend >C
Predicts annual discretionary spend for travel:

- $1 - $499
- $500 - $1,999
- $2,000 - $4,999
- $5,000 - $9,999
- $10,000+



Verticals: Travel audiences


# Improve engagement by refining your audience

Layer additional data onto your audience reach strategy with impactful triggers such as demographics, location, and lifestyle and interest behaviors.

## Demographics

These audiences help refine your targeting with relevant household demographic attributes.

Example audiences
• Age
• Household Income
• Occupation
• Presence of children



## Mobile Location

Gives you the ability to add another intent trigger, physical location to your audiences.

Example audiences
• Theme park visitors
• Sport event visitors
• Las Vegas strip visitors
• Ski resort visitors
• Summer break travelers



## Lifestyle and Interests

Great audiences to layer in additional behaviors and interest to refine your audience.

Example audiences
• In-market travelers
• Hunters
• Sports enthusiasts
• Outdoor enthusiasts
• Travel frequency
• Cruise enthusiasts



## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations





## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Specialty categories

Data used to refine your audiences by layering these datasets.



# Demographic audiences

Demographic audiences from Experian provide marketers with the ability to tap into the accurate demographic data from Experian Marketing Data to refine audiences to meet a brand's target persona.

Our demographic audiences deliver insight into age, gender, income, and household attributes such as home ownership, presence of children in the household, and length of residence.



## Example use cases

 An auto brand is running a special on their minivans and would like to reach families with their advertising using our demographic audiences presence of children 0–3, 4–6, 7–9 to reach families with young children.

 A retail brand has a new line of clothing geared toward mature women. They can use our demographic audiences 'females' and ages '40 – 64.'

## Demographic audience categories

Demographic audiences from Experian, combine our advanced modeling capabilities with data sourced from public records, census, consumer surveys and other public information to create audiences across eight categories.

- Age
- Gender
- Marital Status
- Income
- Occupation
- Household size
- Household ownership
- Length of residence

## 🔍 Take a deeper look at our audiences

### Age Band
Demographics > Ages >

Consumers who fit within the following age bands:

- 10 Year Bands
  - 18 to 29
  - 25 to 54
  - 30 to 39
  - 40 to 49
  - 50 to 59
  - 60 to 64
  - 65+
- Gender Bands
  - Female 25+
  - Female 25 to 54
  - Male 25+
  - Male 25 to 54
- 5 Year bands
  - 19 to 24
  - 25 to 29
  - 30 to 34
  - 35 to 39
  - 40 to 44
  - 45 to 49
  - 50 to 54
  - 55 to 59
  - 60 to 64
  - 65+

### Generations
Demographics > Ages >

Consumers who are a part of the generations listed below:

- Baby Boomers
- Gen Xers
- Gen Y
  - Equity Loan Age
- Gender by generation
  - Female Baby Boomers
  - Female Gen X
  - Female Gen Y
  - Male Baby Boomers
  - Male Gen X
  - Male Gen Y



Specialty categories: Demographic audiences

## Gender
Demographics > Gender >

Consumers who are either male or female.

## Marital Status
Demographics > Marital status >

Consumers who are likely married or single.

## Household Income
Demographics > Household Income (HHI) >

Consumers who are likely have an estimated household income within the bands below:

- $10K Increments
  - $1,000 to $14,999
  - $15,000 to $24,999
  - $25,000 to $39,999
  - $40,000 to $49,999
  - $50,000 to $59,000
  - $60,000 to $74,999
  - $75,000+

- $25K Increments
  - $1,000 to $24,000
  - $25,000 to $49,000
  - $50,000 to $74,999
  - $75,000 to $99,999
  - $100,000 to $124,999
  - $125,000 to $149,999
  - $150,000 to $174,999
  - $175,000 to $199,999
  - $200,000+

- $50K Increments
  - $1,000 to $49,999
  - $50,000 to $99,999
  - $100,000 to $149,999
  - $150,000 to $199,999
  - $200,000 to $249,999
  - $250,000+

## Length of Residence
Demographics > Length of Residence (LOR) >

Consumers who have lived at their residence for the following time bands:

- 0 to 1 years
- 2 to 4 years
- 5 to 9 years
- 10 to 14 years
- 15 to 19 years
- 20 to 24 years
- 25 to 29 years
- 30 to 34 years
- 35 to 99 years

## Homeowners/Renters
Demographics > Homeowners/Renters >

Consumers who are likely to either own or rent their current residence.

## Presence of Children
Demographics > Presence of Children >

Consumers who likely have children in the household within the following age bands:

- Ages 0 to 3
- Ages 4 to 6
- Ages 7 to 9
- Ages 10 to 12
- Ages 13 to 15
- Ages 16 to 18
- Ages 0 to 18

Specialty categories: Demographic audiences



## Have you seen our vertical audiences?

Our demographic data works great performs well when combined with our vertical audiences! We have syndicated audiences that span across the following verticals.


Auto


Business


Energy and Utility


Financial


Health


Political


Retail and CPG


Travel

### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations





## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Lifestyle and Interests audiences

Travel audiences from Experian allow marketers to reach consumers based on data that considers their travel intent, purchase behaviors, and discretionary spend.



## Example use cases

 A brand is looking to run a promotional digital campaign on digital that uses Experian's ad responder 'digital' audience to help improve campaign performance.

 A furniture store would like to drive traffic for their Labor Day sale and uses the Lifestyle and Interests audience 'First time homebuyer' to promote their budget friendly furniture.

## Lifestyle and Interests audience methodology

Lifestyle and Interests audiences from Experian, combine our advanced modeling capabilities with data sourced from self-reported interest and behavior surveys, syndicated research panels, and online behavior, which includes search and website visitation. These audiences can be used to support and refine audience creation across multiple verticals including:

- General interests
- Life events
- TV
- Auto
- Business
- Energy
- Finance
- Health
- Politics
- Retail
- Travel

 # Take a deeper look at our audiences

## General interests

### Attitudes
Psychographic/Attitudes > Media Involvement >
Psychographic/Attitudes > Self Concept >
Social Network Behaviors > Social IQ >

Audiences that contain consumers who are likely to have the following attitudes:

- Media involvement
  - Newspaper
  - Radio
  - Ad negativity
  - Advertising receptive
  - Magazine
  - TV
- Self concept
  - Affectionate/Passionate
  - Brave/Courageous
  - Dominating/Authoritarian
  - Efficient/Organized
  - Refined/Gracious
- Social network behaviors
  - Social media heavy user

### Ad responders
Consumers who respond to promotions on the following channels based on known transactions in the last 24 months:

- Digital
- Direct Mail
- Email
- Insert

### Social media
Consumers who are likely to be active social media users based on terms and engagement within social media platforms:

- Facebook
- Instagram
- LinkedIn
- Pinterest
- Snapchat
- Twitter

Specialty categories: Lifestyle and Interests audiences

## Life events

### First time homebuyer
Life Events > Life Events >
Identifies consumers who are likely to be first time home buyers.

### New homeowners
Life Events > New Homeowners >
Consumers who are likely to be new homeowners in the past 6 to 12 months.

### New movers
Life Events > New Movers >
Consumers who are likely to have recently moved in the past 6 to 12 months

### Recently married
Life Events > Recently Married (Newlyweds) >
Consumers who have recently changed their marital status from single to married in the last 3, 6 or 12 months.

### Recently single
Life Events > Recently Single (Divorced) >
Consumers who have recently changed their marital status from married to single in the last 3, 6 or 12 months.

### New parents
Life Events > New Parents >
Consumers who are likely new parents for children 0 to 36 months.

## TV audiences

### Cord cutters
Lifestyle and Interests (Affinity) > Cord Cutters >
Consumers who prefer alternative internet-based streaming based on survey response data.

### Local news
Lifestyle and Interests (Affinity) > Local News >
FLA Friendly – consumers likely interested in local news based on internet activity in the last 90 days.

### News
Lifestyle and Interests (Affinity) > News >
FLA Friendly – consumers likely interested in news based on internet activity in the last 90 days.

### Television
Lifestyle and Interests (Affinity) > Television (TV) >
Consumers who likely watch the following programs:

- Comedy television watcher
- Couch potatoes – Drama lovers
- Couch potatoes – Female focus
- Game show watcher
- Grammy watcher
- Guy shows on TV
- HBO watcher
- Oprah fan
- Reality TV show viewer
- Top Chef TV viewer
- TV animation show fans
- TV history show fans
- TV how-to shows
- TV movie fans
- TV news

Specialty categories: Lifestyle and Interests audiences

# Auto audiences

## Automotive
Lifestyle and Interests (Affinity) > Automotive >

FLA Friendly – Consumers interested in general automotive based on their internet activity in the last 90 days.

## Car culture
Lifestyle and Interests (Affinity) > Automotive > Care Culture

FLA Friendly – Consumers likely interested in automotive car culture based on internet activity in the last 90 days.

## Auto insurance
Lifestyle and Interests (Affinity) > In-Market > Auto Insurance >

Consumers likely in-market for auto insurance.

## Presence of automobile
Lifestyle and Interests (Affinity) > Purchase Behavior >

Consumers who likely own an automobile.

# Business audiences

## New job
Social Media > New Job >

Reporting consumers to have started a new job based on using the search term 'starting a new job' on social media.

## Sales professionals
Consumer Behaviors > At-Home: Business Travelers/ Sales Professionals >

Consumers who are business travelers and are within the sales profession.

## Occupation
Consumer Behaviors >

Consumers who are likely to work within the following professions and industries:

- Construction/Mining
- Education
- Essential workers
- Government
- Healthcare/Social Services
- QSR/Restaurants
- Retail
- Small business owners
- Travel and hospitality

# Energy audiences

## Solar energy
Lifestyle and Interests (Affinity) > In-Market> Solar Energy >

Reporting consumers to have started a new job based on using the search term 'starting a new job' on social media.

# Finance audiences

## Credit card users
Lifestyle and Interests (Affinity) > Financial >

Frequent users of various card types listed below:

- Corporate credit card
- Credit card
- Debit card
- Major credit card
- Premium credit card
- Store credit card

## Financial behaviors
Lifestyle and Interests (Affinity) > Financial Behavior >

Predictive audiences that find consumers who are likely to perform the following behaviors:

- Credit card revolver (Pay minimum)
- Credit card transactor (Pay all)
- Life insurance policy holder
- Medical insurance policy holder
- Medicare policy holder
- Offline tax software user
- Online active frequent shoppers
- Online banking audience
- Online tax software user
- Tax Return – Self prepare user
- Tax Return – Professional service prepare user
- Tax shelter – Portfolio value $100K+

## Investors
Lifestyle and Interests (Affinity) > Investors>

onsumers who are likely to be active investors in the following:

- Active Investor
- Brokerage Account Owner
- Online Trading
- Retirement Plan
- Mutual Fund Investor

Specialty categories: Lifestyle and Interests audiences

# Health audiences

## Health and fitness
Lifestyle and Interests (Affinity) > Health & Fitness >
Consumers who are likely to be interested in health and fitness:

- Fitness Enthusiasts
- Healthy Living
- On a diet
- Weight conscious

## Image leader
Lifestyle and Interests (Affinity) > Health and Diet Attitudes >
Consumers who are likely to try any new health and nutrition products, and actively be a health information source for others.

## Healthy holistics
Lifestyle and Interests (Affinity) > Health and Diet Attitudes >
Consumers who are likely to try any new health and nutrition products, actively be a health information source for others.

## Image shapers
Psychographic/Attitudes > Health and Well Being >
Consumers who believe looking good means being healthy. Convenience and healthy choices can and do go together for this group.

## Invincibles
Psychographic/Attitudes > Health and Well Being >
Consumers who are likely to be Health and Well Being "Invincibles". Based on the statistical analysis of consumers that have reported to be unconcerned about their health.

## Trusting parents
Psychographic/Attitudes > Health and Well Being>
Consumers thatwho rely on doctors and are aware of and follow healthy eating and lifestyle practices.

## Weight reformers
Psychographic/Attitudes > Health and Well Being>
Consumers who struggle with health food choices as they try to find an easy and effective way to improve their diet and health.

# Political audiences

## Charitable causes
Lifestyle and Interests (Affinity) > Charitable Causes >
Consumers who are likely to engage with charitable causes including:

- Contributes by volunteering
- Contributes to arts/culture charities
- Contributes to charities
- Contributes to education charities
- Contributes to health charities
- Contributes to political charities
- Contributes to private foundations

## Television
Lifestyle and Interests (Affinity) > Television (TV) >
Consumers who are likely to view the following television programs:

- Political TV – Conservative
- Political TV – Liberal
- Political TV – Liberal Comedy

## Family centered
Psychographic/Attitudes > Personal Views >
Consumers who are likely to spend a quiet evening at home rather than go out; time is more valuable than money, duty before enjoyment, and they enjoy spending time at home with family.

## Social isolation
Psychographic/Attitudes > Personal Views >
Consumers who are likely unhappy with their life as it is, feel very alone in the world, worry a lot about oneself, and feel that there is little that can be done to change their life.

## Work centered
Psychographic/Attitudes > Personal Views >
Consumers who are likely to view money as the best measure of success, willing to sacrifice time with family to get ahead, view themselves as workaholics, and have the world view that people get what they deserve in life.

Specialty categories: Lifestyle and Interests audiences

# CPG and retail audiences

## Activities and entertainment
Lifestyle and Interests (Affinity) > Activities and Entertainment >
Consumers who are likely to enjoy the activities listed below:

- Boating
- Coin collecting
- Do-it-yourselfers
- Home improvement
- Golf
- Video games

## Books and reading
Lifestyle and Interests (Affinity) > Books & Reading >
Consumers who are book readers:

- Audio book listener
- Book reader
- E-book reader

## Hobbies
Lifestyle and Interests (Affinity) > Hobbies >
Consumers who are likely to be interested in the following hobbies:

- Gardening
- Gourmet cooking
- Jewelry making
- Photography
- Scrapbooking

## Home and garden
Lifestyle and Interests (Affinity) > Home and Garden >
FLA Friendly - Consumers who are likely to be interested in home and garden:

- Gardening
- Home decorating

## Purchase behavior
Lifestyle and Interests (Affinity) > Purchase Behavior >
Consumers who are likely to shop at the following retail categories:

- Luxury home good buyer
- Luxury store buyer
- Prepaid phone & calling card
- Security system
- Supercenter
- Warehouse club member
- Young adult clothing buyers

## Switching behavior
Psychographic/Attitudes > Mobile Behaviors >
Consumers who are likely to switch service providers for different reasons including better quality, plans or technology.

## In-market
Lifestyle and Interests (Affinity) > In-Market >
Consumers who are likely to be interested in the following products and verified with known transactions:

- Furniture
- Furniture (family)
- Gift baskets
- High-end furniture
- Home décor
- Home improvement
- Home improvement (family)
- Kitchen dining furniture
- Kitchenware
- Living room furniture
- Luxury brand shopper
- Mattress and bedding
- Patio heaters
- Retail apparel
- Retail apparel – Deal shoppers
- Retail apparel – Families
- Seasonal products
- Shoes (deal seeker)
- Wedding registry

## Sports and recreation
Lifestyle and Interests (Affinity) > Sports and Recreation >
Consumers who are likely to play the following sports:

- Plays hockey
- Plays soccer
- Plays tennis
- Sports enthusiast

## Style and fashion
Lifestyle and Interests (Affinity) > Style and Fashion >
Consumers who are likely to be interested in "Style and Fashion" based on internet activity in the last 90 days.

## Technology
Lifestyle and Interests (Affinity) > Technology >
Consumers who are likely to have a high probability to adopt or own technology in the following categories:

- Apple iPod/iPhone owner
- Apple Mac purchaser
- Dell computer owner
- Home telco subscriber
- Online general use email
- Online researcher

## Feature focus
Psychographic/Attitudes > Mobile Behaviors >
Consumers who are likely to value features and technology more than the traditional calling features in helping to get information and keeping up with news.

Specialty categories: Lifestyle and Interests audiences

# CPG and retail audiences continued

## Traditional users
Psychographic/Attitudes > Mobile Behaviors >

Consumers who are likely to use a landline  cell phone for basic calling as well as the tendency to reserve a cell phone for emergency use.

## Mobile users
Psychographic/Attitudes > Mobile Users >

Consumers who likely exhibit the following mobile behaviors:

• Basic planners
• Mobile professionals
• Mobirati's
• No mobile phone
• Pragmatic adopters
• Social connectors

## Just the essentials
Psychographic/Attitudes > Retail Shoppers >

Consumers who are likely to purchase the necessities. They know what they want before they go shopping and are not impulsive shoppers. Key Themes: no nonsense.

## Mall maniacs
Psychographic/Attitudes > Retail Shoppers >

Consumers who like to try new products, stores, and styles. They connect and interact with their preferred brands and shopping brings them enjoyment Key themes: attention, approval, quality, and image.

## Original traditionalists
Psychographic/Attitudes > Retail Shoppers >

Consumers who are likely to be loyal to their brands, stores, services, and their country. They are knowledgeable and the most environmentally responsible group who incorporate green practices regularly. Key themes: experience, trust, and reliability.

## Status strivers
Psychographic/Attitudes > Retail Shoppers >

Consumers who are likely to consider shopping fun and recreational. They like to browse as much as they buy. They are willing to travel to stores and spend the money and time necessary to keep up with trends. Key theme: image.

## Upscale clicks and bricks
Psychographic/Attitudes > Retail Shoppers >

Consumers who are likely to be knowledgeable and buy in-store or online. They are always carefully to research purchases online first, shop around, and compare prices before buying. Key theme: good deals.

## Virtual shoppers
Psychographic/Attitudes > Retail Shoppers >

Consumers who are likely to go for the bargains and the internet helps them find discounts so they don't pay full price. Key themes: affordability and ease.

## Approval seeking
Psychographic/Attitudes > Shopper Behavior >

Consumers who are likely to buy things that friends and neighbors approve of as well as keeping abreast of changes in fashions and styles.

## Brand loyals
Psychographic/Attitudes > Shopper Behavior >

Consumers who are likely to resist buying unknown brands to save money and looking for brand names on packages.

## Child influenced
Psychographic/Attitudes > Shopper Behavior >

Consumers who are likely to buy products because of children, either products that are child requested or because of a child's welfare.

## Impulse buyer
Psychographic/Attitudes > Shopper Behavior >

Consumers who are likely to change brands for the sake of variety and novelty. They make spur of the moment purchases and lack planning for major purchases.

## Informed consumer
Psychographic/Attitudes > Shopper Behavior >

Consumers who are likely knowledgeable about products, including reading product labels and shopping to take advantage of bargains.

Specialty categories: Lifestyle and Interests audiences

## CPG and retail audiences continued

### Smart greens
Psychographic/Attitudes > Technology Adoption >

Consumers who are likely to buy products in recycled packaging, paper products that are recycled, and are against polluting products.

### Technology apprentices
Psychographic/Attitudes > Technology Adoption >

Consumers who are likely to be Technology Apprentices. They take advantage of technology using the internet and gadgets to a large extent but still have room to expand their usage.

### Technology journeymen
Psychographic/Attitudes > Technology Adoption >

Consumers who are likely to be Technology Journeymen. They consider technology an important part of life and are skilled users of new technology.

### Technology novices
Psychographic/Attitudes > Technology Adoption >

Consumers who are likely to be Technology Novices. They consider technology having limited impact on their life and are disconnected from emerging technology.

### Technology wizards
Psychographic/Attitudes > Technology Adoption >

Consumers who are likely to be Technology Wizards. They rely heavily on technology and new gadgetry.

### Families at home
Consumer Behaviors >

Consumers who are likely to consist of have households with that have children:

• Under 13
• 13+

### Social media
Social Media >

Consumers who are likely to be active social media users based on terms and engagement within social media platforms:

• Black Friday shopper
• Fitness device wearer
• Subscription boxes - Apparel

### Home office
Consumer Behaviors >

Consumers who are likely to own computer accessories like scanners and photo printers. They may be more likely to work from home, and thus spend a lot of time in their homes.

Specialty categories: Lifestyle and Interests audiences

# Travel audiences



### Activities and entertainment
Lifestyle and Interests (Affinity) > Activities and Entertainment >

Consumers who are likely to participate in the following activities:

- Attends education programs
- Canoeing/Kayaking
- Hunters
- NASCAR enthusiasts
- NBA enthusiasts
- NFL enthusiasts
- NHL enthusiasts
- PGA Tour enthusiasts
- Zoo visitors

### Hobbies
Lifestyle and Interests (Affinity) > Hobbies >

Consumers who are likely interested in either fishing or are outdoor enthusiasts.

### In-market
Lifestyle and Interests (Affinity) > In-Market >

Online intenders likely interested in travel products. These audiences are validated against known transactions.

### Sports
Lifestyle and Interests (Affinity) > Sports >

Consumers who are likely interested in the following sports activities:

- College basketball enthusiast
- College football bowls
- Snow sports

### Travel
Lifestyle and Interests (Affinity) > Travel >

Consumers who are likely to exhibit the following travel behaviors:

- Frequent flyer program members
- High frequency business traveler
- High frequency cruise enthusiast
- High frequency domestic vacationer
- High frequency foreign vacationer
- Hotel guest loyalty program

Specialty categories: Lifestyle and Interests audiences

 **Have you seen our vertical audiences?**

 Auto

 Business

 Energy and Utility

 Financial

Health

 Political

Retail and CPG

Travel

## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations

 

Snap Inc.

yahoo!

## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.

# Mobile Location audiences

Mobile location data from Experian delivers insight to brands on the "a day in the life" of a consumer. Ultimately mobile location audiences help marketers better understand consumer lifestyles based on one of the most concrete actions, physical location visits to retailers and other key points of interests.



## Example use cases



A retail brand is opening new locations in outdoor malls throughout the country. They can target 'Outdoor Retail Shoppers' to reach consumers who would be most interested in their new stores.



A hotel brand has multiple locations near sporting arenas. They can run a campaign targeting consumers who have likely attended a sporting event at NFL, NBA, MLB and college arenas for discounts on dining and rooms.

## Mobile Location audience methodology

Experian uses data sourced from mobile application developers and publishers, data aggregators, mobile ad networks, and exchanges as a foundation in the development of our mobile location audiences. These sources provide Experian with data on thousands of brands and points of interest within the United States.

### Our mobile location audiences cover the following categories:

- Retail:
  - General
  - Seasonal Shoppers
  - QSR and Dining
  - Household
- Media and Entertainment
- Auto
- Travel

## 🔍 Take a deeper look at our audiences

## Retail: General

### Big box shoppers
Mobile Location Models > Visits >
Likely big box store visitors. Based on the statistical analysis of mobile devices that visited big box store locations (e.g. Sams Club, BJs Wholesale, Costco etc...) in a 90-day time frame.

### Electronics stores
Mobile Location Models > Visits >
Likely electronics store visitors. Based on the statistical analysis of mobile location data from devices.

### Outlet malls shoppers
Mobile Location Models > Visits >
Likely outlet mall visitors. Based on the statistical analysis of mobile devices that visited locations at least once in 90-day time frame.

### Jewelry retail stores
Mobile Location Models > Visits >
Likely jewelry store shoppers. Based on the statistical analysis of mobile location data from devices.

### High-income and high-end shoppers
Mobile Location Models > Visits >
Likely to be high-income and shop high-end brands. Predictive model based on a statistical analysis of mobile devices that visited high-end stores (Gucci, Dior, Channel, Louis Vuitton, Prada, Versace, etc.) during the last calendar year. Established and mature couples living gratifying lifestyles in older homes.

Specialty categories: Mobile Location audiences

## Retail: General continued

### Luxury women's retail shoppers
Mobile Location Models > Visits >

Likely luxury women's retail shoppers. Based on the statistical analysis of mobile devices that visited luxury women's store locations (e.g. Bloomingdales, Nordstrom, Macys, Saks Fifth Ave, Banana Republic) at least once in 90-day time frame.

### Mall shoppers
Mobile Location Models > Visits >

Likely frequent mall visitors. Based on the statistical analysis of mobile devices that visited locations at least once a week in 30-day time frame.

### Outdoor retail shoppers
Mobile Location Models > Visits >

Likely outdoor retail shoppers. Based on statistical analysis of mobile devices that visited outdoor retail locations (e.g. Dicks Sporting Goods, Marmot, Moosejaw, Patagonia, REI, Title Nine) at least once in 90-day time frame.

### Shoe shoppers
Mobile Location Models > Visits >

Likely shoe retail store visitors. Based on the statistical analysis of mobile devices that visited shoe store locations (e.g. Famous Footwear, DSW, Foot Locker, Lady Foot Locker etc...) at least once in 90-day time frame. Active, young, upper established suburban couples and families living upwardly-mobile lifestyles.

### Sporting goods shoppers
Mobile Location Models > Visits >

Likely sporting goods shoppers. Based on the statistical analysis of mobile device visits to sporting goods store locations (e.g. Bass Pro Shops, REI, Academy, Cabela's, Golfsmith, Dicks Sporting Goods, Orvis, Marmot etc...) in a 90-day time frame.

### Wedding registry shoppers
Mobile Location Models > Visits >

Likely wedding registry store visitors. Based on the statistical analysis of mobile devices that visited wedding register store locations  (e.g. Crate & Barrel, Williams Sonoma, Bed Bath & Beyond, Pottery Barn, etc...) at least once in 90-day time frame.

### Women's retail shoppers
Mobile Location Models > Visits >

Likely women's retail shoppers. Based on the statistical analysis of mobile devices that visited women's retail locations (e.g. Gap, Kohls, Ross, TJ Maxx, Marshalls, Express, Levis, Belk) at least once in 90-day time frame.

### Young women's retail shoppers
Mobile Location Models > Visits >

Likely young women's retail shoppers. Based on the statistical analysis of mobile devices that visited young women's retail locations (e.g. American Eagle, Old Navy, Target, Gap, Kohls, Express, Belk) at least once in 90-day time frame.

## Retail: Households

### Hardwood floor retail stores
Mobile Location Models > Visits >

Likely hardwood floor shoppers. Based on the statistical analysis of mobile location data from devices.

### High end furniture shoppers
Mobile Location Models > Visits >

Likely high-end furniture store visitors. Based on the statistical analysis of mobile devices that visited high-end furniture store locations (e.g. Crate & Barrel, Williams-Sonoma, West Elm, Pottery Barn etc...) at least once in 90-day time frame.

### Mattress store shoppers
Mobile Location Models > Visits >

Likely mattress store visitors. Based on the statistical analysis of mobile devices that visited mattress store locations (e.g. Sleep Number, LA Mattress, Mattress Firm, Slumberland, Casper etc...) at least once in 90-day time frame.

### Mid-low furniture shoppers
Mobile Location Models > Visits >

Likely mid-low-end furniture store visitors. Based on the statistical analysis of mobile devices that visited mid-low furniture store locations (e.g. IKEA, Rooms to Go, Ashely Furniture, American Signature etc...) at least once in 90-day time frame.

## Retail: QSR and dining

### Coffee shop visitors
Mobile Location Models > Visits >

Likely coffee store visitors. Based on the statistical analysis of mobile devices that visited coffee shop locations (e.g. Dunkin Donuts, Starbucks, Peets etc...) at least once in 90-day time frame.

### Quick service restaurants (QSR)
Mobile Location Models > Visits >

Likely to frequently visit quick service restaurants (QSR) in the last 30 days. Based on the statistical analysis of mobile location data from devices.

Specialty categories: Mobile Location audiences

# Retail: Seasonal shoppers

### Black Friday shoppers
Mobile Location Models > Visits >

Likely Black Friday shoppers. Based on the statistical analysis of mobile devices that visited Black Friday sale locations during Black Friday.

### Easter shoppers
Mobile Location Models > Visits >

Likely shoppers for the Easter Holiday. Based on the statistical analysis of mobile devices that visited retail stores during the two weeks prior to the Easter Holiday (including Easter day) from the previous year.

### Father's Day shoppers
Mobile Location Models > Visits >

Likely shoppers for Father's Day gifts. Based on the statistical analysis of mobile devices that visited retail stores during the two weeks prior to Father's Day (including Father's Day) from the previous year.

### Holiday deal shoppers
Mobile Location Models > Visits >

Likely holiday sale shoppers. Based on the statistical analysis of mobile devices that visited holiday sale locations during holiday shopping period, 11/1–12/24.

### July 4th shoppers
Mobile Location Models > Visits >

Likely 4th of July shoppers. Based on the statistical analysis of mobile devices that visited any retail store locations such as department stores, discount stores, furniture stores, and electronic stores late-June through early July.

### Memorial Day shoppers
Mobile Location Models > Visits >

Likely Memorial Day shoppers. Based on the statistical analysis of mobile devices that visited retail store locations such as department, discount, furniture and electronic stores between late-May through end of May.

### Mother's Day shoppers
Mobile Location Models > Visits >

Likely shoppers for Mothers' Day gifts. Based on the statistical analysis of mobile devices that visited retail stores during the two weeks prior to Mother's Day (including Mother's Day) from the previous year.

### Valentine's Day shoppers
Mobile Location Models > Visits >

Likely shoppers for Valentine's Day gifts. Based on the statistical analysis of mobile devices that visited retail stores during the two weeks prior to Valentine's Day (including Valentine's Day) from the previous year.

### Halloween shoppers
Mobile Location Models > Visits >

Likely to visit Halloween or party stores. Predictive model based on a statistical analysis of mobile devices that visited Halloween stores within two weeks of Halloween.

# Auto

### Auto dealerships
Mobile Location Models > Visits >

Likely auto store shoppers. Based on the statistical analysis of mobile location data from devices.

### E-vehicle charging station visitors
Mobile Location Models > Visits >

Likely to visit electronic vehicle Charging stations. Predictive model based on a statistical analysis of mobile devices that visited e-charging stations during a recent 30-day time frame.

# Media and entertainment

### Concert venues visitors
Mobile Location Models > Visits >

Likely concert venue visitors. Based on the statistical analysis of mobile devices that visited locations at least once in 90-day time frame.

### Movie theater visitors
Mobile Location Models > Visits >

Likely movie theater visitors. Based on the statistical analysis of mobile devices that visited movie theater locations (e.g. AMC Theaters, Carmike Cinema, Regal Cinema, Cinemark, Landmark etc...) at least once in 90-day time frame.

# Travel

### College sport venues
Mobile Location Models > Visits >

Likely college sport venue visitors. Based on the statistical analysis of mobile devices that visited locations at least once in 90-day time frame.

### July 4th travelers
Mobile Location Models > Visits >

Likely 4th of July travelers. This predictive model is based on the statistical analysis of mobile devices that visited airports, hotels, and car rental locations between late-June through early-July.

### Las Vegas Strip visitors
Mobile Location Models > Visits >

Likely to visit the Las Vegas Strip, including casinos. Predictive model based on a statistical analysis of mobile devices that do not live in the area but visited the Las Vegas Strip during a recent 30-day time frame.

### MLB stadium visitors
Mobile Location Models > Visits >

Likely to visit MLB stadiums. Predictive model based on a statistical analysis of mobile devices that visited MLB stadiums between early-April and early-November.



Specialty categories: Mobile Location audiences

## Travel continued

### NBA arena visitors
Mobile Location Models > Visits >

Likely to visit NBA arenas. Predictive model based on a statistical analysis of mobile devices that visited NBA arenas between early-July through late-April.

### NFL stadium visitors
Mobile Location Models > Visits >

Likely to visit NFL stadiums. Predictive model based on a statistical analysis of mobile devices that visited NFL stadiums between early-September and early-February.

### Ski resort visitors
Mobile Location Models > Visits >

Likely to visit ski resorts. Predictive model based on a statistical analysis of mobile devices that visited ski resort locations January through March.

### Summer break travelers
Mobile Location Models > Visits >

Likely summer break travelers. This predictive model is based on a statistical analysis of mobile devices that visited airports, hotels, and car rental locations between mid-June through mid-July.

### University arena college basketball visitor
Mobile Location Models > Visits >

Likely to visit university arenas - college basketball. Predictive model based on a statistical analysis of mobile devices that visited university arenas between early-November and early-April.

### University arena college football visitor
Mobile Location Models > Visits >

Likely to visit university stadiums - college football. Predictive model based on a statistical analysis of mobile devices that visited university arenas between.

## Other audiences

### College students
Mobile Location Models > Visits >

Likely to be a college student. Predictive model based on a statistical analysis of mobile devices that visited college and universities January through March, excluding Saturday and Sunday.

### Financial service visitors
Mobile Location Models > Visits >

Likely financial services visitors. Based on the statistical analysis of mobile devices that visited financial services locations (e.g. Wells Fargo, TD Bank, Citibank, US Bank, Regions Bank, HSBC etc...) at least once in 90-day time frame.

### Frequent gym goers
Mobile Location Models > Visits >

Likely gym visitors. Based on the statistical analysis of mobile devices that visited gym locations e.g. World Gym, Lifetime Fitness, LA Fitness, Planet Fitness, Anytime Fitness etc...) at least once in 90-day time frame.



Specialty categories: Mobile Location audiences



## 👥 Have you seen our vertical audiences?

Our demographic data works great performs well when combined with our vertical audiences! We have syndicated audiences that span across the following verticals.

 Auto
 Business
 Energy and Utility
 Financial

 Health
 Political
 Retail and CPG
 Travel

### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations

  

## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.





# Television audiences

Experience unprecedented precision in targeting your television audiences. Target viewers through Experian's innovative approach that combines accuracy and confidence, empowering you to optimize your marketing campaigns.

## Example use cases



Targeting TV enthusiasts, a streaming service could support a campaign to promote a new show with high-quality special effects, emphasizing that the new show is exclusively available on the streaming platform and showcases the latest technology and features that enhance the viewing experience, such as 4K picture quality and immersive sound.



A theme park could choose to suppress audiences for solo TV watchers. This would remove wasted spending for viewers who are less likely to engage with their marketing campaign, instead, maximizing its spend for audiences such as co-watchers with children who find the ad most relevant.

## Television audience categories

### TV usage and viewing

Combines data from ARF's DASH data set with Experian Marketing Data attributes to create TV audiences that reflect how viewers interact with TV and digital devices.

**Benefits:**

- Uses DASH survey responses for audience creation.
- Combines TV viewership data with demographic and behavioral attributes from Experian Marketing Data.



### TV set ownership

Combines data from ARF's DASH data set with Experian Marketing Data attributes to identify and predict TV set ownership.

**Benefits:**

- Uses DASH survey responses for audience creation.
- Combines survey responses for TV set ownership with other data attributes from Experian Marketing Data to predict ownership across Experian's database.



Specialty categories: Television audiences

# 🔍 Take a deeper look at our audiences

## TV usage and viewing

### Household/Family viewing
Television (TV) > Household/Family Viewing >

Households who are likely to have the following watch behaviors and patterns:

• Co-watchers
• Co-watchers with children
• Co-watchers without children
• Solo watchers
• Antenna TV households
• Pay TV/vMVPD subscribers' households
• Broadband TV only households

### Ad avoiders
Television (TV) > Ad Avoiders/Ad Acceptors >

Households that are likely to subscribe to a combo of ad-free services and/or use DVR options across multiple platforms.

### Ad acceptors
Television (TV) > Ad Avoiders/Ad Acceptors >

Households that are likely willing to watch ads in exchange for free content.

### Paid TV high spenders
Television (TV) > TV Enthusiasts >

Households that are likely watching traditional cable, satellite and various streaming services and have watched two or more TVs in the past seven days. Hard-core TV watchers/enthusiasts willing to spend money.

### Viewing device type
Television (TV) > Viewing Device Type >

Households with a high probability of watching TV on the following screen types:

• Screen size – Small
• Screen size – Large

## TV set ownership

### Brand owners
Television (TV) > Brand Owners >

Households likely to own the following brands:

• Samsung
• Vizio
• LG
• Sony
• Brand loyalist



Specialty categories: Television audiences

 Have you seen our vertical audiences?

Our television data performs well when combined with our vertical audiences.! We have syndicated audiences that span across the following verticals:

 Auto

 Business

 Energy and Utility

 Financial

 Health

 Political

 Retail and CPG

 Travel

### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

[ See full destination list → ]

A few examples of our destinations

 CADENT

Snap Inc.

 theTradeDesk®

 yahoo!

## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Branded data

Developed by Experian to simplify demographic and behavioral insights.



# Mosaic® audiences

Mosaic is a groundbreaking classification system that paints a rich picture of U.S. consumers and their socio-demographics, lifestyles, behaviors, and culture. Using Mosaic audiences, you can anticipate the behavior, attitudes, and preferences of your best customers and reach them in the most effective traditional and digital channels with the best messages.



## Example use cases

 A brand launching an organic line of pre-packaged snacks and lunches can combine 'Picture Perfect Families' from our Mosaic audiences and 'Healthy Holistics' from our Lifestyle and Interests audiences to reach families who are committed to exercising and making healthy choices.

 An auto brand is building a campaign around growing families for their new minivan. The auto brand can use 'Family Fun-tastic' from our Mosaic audiences to reach families with a kid-centric active lifestyle.

## Stats



### 19 groups



### 71 types

## Benefits

- Fresh and relevant new insights about consumers and their lifestyles, choices, preferences, and habits.

- Allows for consistent audience definition and experience across all marketing touch points.

- Effective for building and augmenting audience targets, going beyond simple demographics.

Branded data: Mosaic audiences

# 🔍 Take a deeper look at our audiences

## The groups

### Power Elite
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

The wealthiest households in the U.S., living in the most exclusive neighborhoods, and enjoying all that life has to offer.

### Flourishing Families
Mosaic - Personas - Lifestyle and Interests >
Group B: Flourishing Families>

Affluent, middle-aged families and couples earning prosperous incomes and living very comfortable, active lifestyles.

### Booming with Confidence
Mosaic - Personas - Lifestyle and Interests >
Group C: Booming with Confidence >

Prosperous, established couples in their peak earning years living in suburban homes.

### Suburban Style
Mosaic - Personas - Lifestyle and Interests >
Group D: Suburban Style >

Middle-aged, ethnically-mixed suburban families and couples earning upscale incomes.

### Thriving Boomers
Mosaic - Personas - Lifestyle and Interests >
Group E: Thriving Boomers >

Upper-middle-class baby boomer-age couples living comfortable lifestyles settled in suburban homes.

### Promising Families
Mosaic - Personas - Lifestyle and Interests >
Group F: Promising Families >

Young couples with children in starter homes, living child-centered lifestyles.

### Young City Solos Young City Solos
Mosaic - Personas - Lifestyle and Interests >
Group G: Young, City Solos >

Younger and middle-aged singles living active and energetic lifestyles in metropolitan areas.

### Bourgeois Melting Pot
Mosaic - Personas - Lifestyle and Interests >
Group H: Bourgeois Melting Pot >

Middle-aged, established couples living in suburban homes.

### Family Union
Mosaic - Personas - Lifestyle and Interests >
Group I: Family Union >

Middle income, middle-aged families living in homes supported by solid blue-collar occupations.

### Autumn Years
Mosaic - Personas - Lifestyle and Interests >
Group J: Autumn Years >

Established and mature couples living gratifying lifestyles in older homes.

### Significant Singles
Mosaic - Personas - Lifestyle and Interests >
Group K: Significant Singles >

Diversely aged singles earning mid-scale incomes supporting active city styles of living.

### Blue Sky Boomers
Mosaic - Personas - Lifestyle and Interests >
Group L: Blue Sky Boomers >

Middle-class baby boomer-aged households living in small towns.

### Families in Motion
Mosaic - Personas - Lifestyle and Interests >
Group M: Families in Motion >

Working-class families with young children, earning moderate incomes in smaller residential communities.

### Pastoral Pride
Mosaic - Personas - Lifestyle and Interests >
Group N: Pastoral Pride >

Eclectic mix of lower middle-class consumers who have settled in country and small town areas.

### Singles and Starters
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Young singles starting out and some starter families living a city lifestyle.

### Cultural Connections
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Diverse, mid- and low-income families in urban apartments and residences.



Branded data: Mosaic audiences

# The groups continued

### Golden Year Guardians
Mosaic - Personas - Lifestyle and Interests >
Group Q: Golden Year Guardians >

Retirees living in old homes, settled residences, and communities.

### Aspirational Fusion
Mosaic - Personas - Lifestyle and Interests >
Group R: Aspirational Fusion >

Lower-income singles and single parents living in urban locations and striving to make a better life.

### Thrifty Habits
Mosaic - Personas - Lifestyle and Interests >
Group S: Thrifty Habits >

Cost-conscious adults living alone in urban areas.

# The types

### American Royalty
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

Affluent, influential, and successful couples and families living in prestigious suburbs.

### Platinum Prosperity
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

Wealthy and established empty-nesting couples residing in lavish suburban homes.

### Kids and Cabernet
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

Prosperous, middle-aged married couples living child-focused lives in affluent suburbs.

### Picture Perfect Families
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

Established families on the go, living in wealthy suburbs.

### Couples with Clout
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

Highly-educated mobile couples living life to the fullest in affluent neighborhoods.

### Jet Set Urbanites
Mosaic - Personas - Lifestyle and Interests >
Group A: Power Elite >

Upscale singles and couples living high-rise fashionable lives; city-style.

### Across the Ages
Mosaic - Personas - Lifestyle and Interests >
Group B: Flourishing Families>

Flourishing couples and multi-generational families living a wide range of lifestyles in suburbia.

### Babies and Bliss
Mosaic - Personas - Lifestyle and Interests >
Group B: Flourishing Families>

Middle-aged couples with families and active lives in affluent suburbia.

### Family Fun-tastic
Mosaic - Personas - Lifestyle and Interests >
Group B: Flourishing Families>

Upscale, middle-aged families with younger children pursuing busy, kid-centered lives in satellite cities.

### Cosmopolitan Achievers
Mosaic - Personas - Lifestyle and Interests >
Group B: Flourishing Families>

Affluent middle-aged couples and families enjoying dynamic lifestyles in metro areas.

### Sophisticated City Dwellers
Mosaic - Personas - Lifestyle and Interests >
Group C: Booming with Confidence >

Wealthy boomer-aged couples living in cities and closed-in suburbs.

### Golf Carts and Gourmets
Mosaic - Personas - Lifestyle and Interests >
Group C: Booming with Confidence >

Thriving retirees and empty-nesters in comfortable communities.

### Philanthropic Sophisticates
Mosaic - Personas - Lifestyle and Interests >
Group C: Booming with Confidence >

Mature, upscale couples in suburban homes.

### Boomers and Boomerangs
Mosaic - Personas - Lifestyle and Interests >
Group C: Booming with Confidence >

Baby boomer adults and their teenage and young adult children sharing suburban homes.

### Sport Utility Families
Mosaic - Personas - Lifestyle and Interests >
Group D: Suburban Style >

Upscale, middle-aged couples with school-aged children living active family lifestyles in outlying suburbs.

### Settled in Suburbia
Mosaic - Personas - Lifestyle and Interests >
Group D: Suburban Style >

Upper middle-class family units living comfortably in established suburbs.

Branded data: Mosaic audiences

## The types continued

### Cul de Sac Diversity
Mosaic - Personas - Lifestyle and Interests >
Group D: Suburban Style >

Cultured families settled in new suburban neighborhoods.

### Suburban Nightlife
Mosaic - Personas - Lifestyle and Interests >
Group D: Suburban Style >

Upper established couples and families living mainly in the metropolitan cities.

### Consummate Consumers
Mosaic - Personas - Lifestyle and Interests >
Group E: Thriving Boomers >

Households with high discretionary incomes, living upper-middle class, sophisticated lifestyles.

### No Place Like Home
Mosaic - Personas - Lifestyle and Interests >
Group E: Thriving Boomers >

Older, established multi-generational households in suburban areas.

### Unspoiled Splendor
Mosaic - Personas - Lifestyle and Interests >
Group E: Thriving Boomers >

Comfortably established baby boomer couples in town and country communities.

### Fast Track Couples
Mosaic - Personas - Lifestyle and Interests >
Group F: Promising Families >

Active, young, upper established suburban couples and families living upwardly-mobile lifestyles.

### Families Matter Most
Mosaic - Personas - Lifestyle and Interests >
Group F: Promising Families >

Young, established families in scenic suburbs leading active, family-focused lives.

### Ambitious Singles
Mosaic - Personas - Lifestyle and Interests >
Group G: Young, City Solos >

Youthful, cutting-edge singles living in mid-scale metro areas balancing work and leisure lifestyles.

### Urban Edge
Mosaic - Personas - Lifestyle and Interests >
Group G: Young, City Solos >

Lively, up-and-coming singles living big city lifestyles located within top MSA markets.

### Progressive Assortment
Mosaic - Personas - Lifestyle and Interests >
Group H: Bourgeois Melting Pot >

Mature couples with comfortable and active lives in established suburbs.

### Life of Leisure
Mosaic - Personas - Lifestyle and Interests >
Group H: Bourgeois Melting Pot >

Upper established couples living leisure lifestyles in small towns and cities.

### Everyday Moderates
Mosaic - Personas - Lifestyle and Interests >
Group H: Bourgeois Melting Pot >

Families of all shapes and sizes living in metro-suburban settings

### Destination Recreation
Mosaic - Personas - Lifestyle and Interests >
Group H: Bourgeois Melting Pot >

Middle-aged, midscale couples enjoying active lifestyles in the suburbs.

### Potlucks and the Great Outdoors
Mosaic - Personas - Lifestyle and Interests >
Group I: Family Union >

Comfortably established, middle-income couples with children living in suburbia.

### Hard Working Values
Mosaic - Personas - Lifestyle and Interests >
Group I: Family Union >

Established families in smaller cities and towns with solid blue-collar jobs.

### Steadfast Conventionalists
Mosaic - Personas - Lifestyle and Interests >
Group I: Family Union >

Conventional Gen X families living suburban and city lifestyles.

### Balance and Harmony
Mosaic - Personas - Lifestyle and Interests >
Group I: Family Union >

Established families living lively lifestyles in city neighborhoods.

### Suburban Sophisticates
Mosaic - Personas - Lifestyle and Interests >
Group J: Autumn Years >

Established sophisticates living comfortable suburban lifestyles.

### Rural Escape
Mosaic - Personas - Lifestyle and Interests >
Group J: Autumn Years >

Sophisticated, established couples and singles living comfortable lives in rural towns.

Branded data: Mosaic audiences

## The types continued

### Settled and Sensible
Mosaic - Personas - Lifestyle and Interests >
Group J: Autumn Years >

Mature, established couples with adult children and singles in suburban and rural neighborhoods.

### Wired for Success
Mosaic - Personas - Lifestyle and Interests >
Group K: Significant Singles >

Young, mid-income singles and couples living socially-active city lives.

### Modern Blend
Mosaic - Personas - Lifestyle and Interests >
Group K: Significant Singles >

Comfortably established singles and couples living suburban lifestyles.

### Metro Fusion
Mosaic - Personas - Lifestyle and Interests >
Group K: Significant Singles >

Middle-aged singles living urban and suburban active lifestyles.

### Bohemian Groove
Mosaic - Personas - Lifestyle and Interests >
Group K: Significant Singles >

Mature, unattached individuals enjoying settled urban lives.

### Booming and Consuming
Mosaic - Personas - Lifestyle and Interests >
Group L: Blue Sky Boomers >

Older empty-nesting couples and singles enjoying relaxed lives in outskirt towns.

### Rooted Flower Power
Mosaic - Personas - Lifestyle and Interests >
Group L: Blue Sky Boomers >

Mid-scale baby boomer singles and couples rooted in established communities and approaching retirement.

### Homemade Happiness
Mosaic - Personas - Lifestyle and Interests >
Group L: Blue Sky Boomers >

Lower middle-class baby boomer households living in remote town and country homes.

### Creative Comfort
Mosaic - Personas - Lifestyle and Interests >
Group M: Families in Motion >

Rural families with modest incomes and diverse household dynamics.

### Growing and Expanding
Mosaic - Personas - Lifestyle and Interests >
Group M: Families in Motion >

Young, working-class families and single parent households living in small established city residences.

### True Grit Americans
Mosaic - Personas - Lifestyle and Interests >
Group N: Pastoral Pride >

Middle-aged, lower middle-class households in town and country communities located in the nation's midsection.

### Countrified Pragmatics
Mosaic - Personas - Lifestyle and Interests >
Group N: Pastoral Pride >

Modest income couples and singles living rural, casual lives.

### Rural Southern Bliss
Mosaic - Personas - Lifestyle and Interests >
Group N: Pastoral Pride >

Lower to middle-income multi-generational families living in small towns.

### Touch of Tradition
Mosaic - Personas - Lifestyle and Interests >
Group N: Pastoral Pride >

Working-class, middle-aged couples and singles living in rural homes.

### Full Steam Ahead
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Younger and middle-aged singles gravitating to second-tier cities.

### Digitally Savvy
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Young singles who live digital-driven smaller city lifestyles.

### Urban Ambition
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Generation Y singles and single-families established in mid-market cities.

### Colleges and Cafes
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Youthful singles and recent college graduates living in college communities.

Branded data: Mosaic audiences

## The types continued

### Influenced by Influencers
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Young singles living in Midwest and Southern city centers.

### Family Troopers
Mosaic - Personas - Lifestyle and Interests >
Group O: Singles and Starters >

Families and single parent households living near military bases.

### Mid-Scale Medley
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Mature, middle income, single adults and families living in urban areas.

### Modest Metro Means
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Middle-aged singles established in inner-city rental communities.

### Heritage Heights
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Singles and families with modest incomes living settled lives in urban apartments.

### Expanding Horizons
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Middle-aged families earning modest to average incomes from blue-collar jobs.

### Striving Forward
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Cultured families and single parents earning modest incomes in gateway communities.

### Simple Beginnings
Mosaic - Personas - Lifestyle and Interests >
Group P: Cultural Connections >

Singles and single parent households with modest incomes in city apartments.

### Enjoying Retirement
Mosaic - Personas - Lifestyle and Interests >
Group Q: Golden Year Guardians >

Relaxed, retired couples and individuals in suburban homes living quiet lives.

### Footloose and Family Free
Mosaic - Personas - Lifestyle and Interests >
Group Q: Golden Year Guardians >

Settled couples and widowed individuals living active and comfortable lifestyles.

### Established in Society
Mosaic - Personas - Lifestyle and Interests >
Group Q: Golden Year Guardians >

Stable, sophisticated seniors living in older homes and leading sedentary lifestyles.

### Mature and Wise
Mosaic - Personas - Lifestyle and Interests >
Group Q: Golden Year Guardians >

Retirees settled in metro apartment communities living cost-effective, sensible lives.

### Ambitious Dreamers
Mosaic - Personas - Lifestyle and Interests >
Group R: Aspirational Fusion >

Lively singles and single parents with cost-conscious mindsets starting out in city apartments.

### Passionate Parents
Mosaic - Personas - Lifestyle and Interests >
Group R: Aspirational Fusion >

Young, single parents with cost-conscious mindsets in second-city apartments.

### Small Town Sophisticates
Mosaic - Personas - Lifestyle and Interests >
Group S: Thrifty Habits >

Sophisticated, down-scale singles and couples living in modest, exurban small towns.

### Urban Legacies
Mosaic - Personas - Lifestyle and Interests >
Group S: Thrifty Habits >

Middle-aged, sophisticated singles established in modest urban settings.

### Thrifty Singles
Mosaic - Personas - Lifestyle and Interests >
Group S: Thrifty Habits >

Middle-aged singles with limited income in transitional small town and exurban apartments.

### Modest Retirees
Mosaic - Personas - Lifestyle and Interests >
Group S: Thrifty Habits >

Mature singles with limited income typically concentrated in inner-city apartments.



Branded data: Mosaic audiences



# Improve engagement by refining your audience

Layer additional data onto your audience reach strategy with impactful triggers such as demographics, location and lifestyle and interest behaviors.

## Vertical data

Combining Mosaic audiences with other verticals allows you to create finely tuned audiences that consider online and offline behaviors with demographics.

Example audiences
- Auto
- Business
- Energy and Utility
- Financial
- Health
- Political
- Retail
- Travel

## Lifestyle and Interests

Great audiences to layer in additional behaviors and interests to refine your audience.

Example audiences
- Loyalty card
- Presence of automobile
- Credit card revolver
- Premium store credit card user
- Investor
- Online banking



## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations





# Have you considered adding the following?

## TrueTouch<sup>SM</sup>

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



# Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.





# TrueTouch™ audiences

TrueTouch audiences empower you to pair the perfect messaging styles with the right channels and calls to action to deliver personalized advertising. These audiences were developed with the idea that no consumer is the same - and you need to engage with them on their terms to successfully market to them.

## Example use cases



A retailer is planning an online ad campaign to promote their upcoming sale. To maximize their response rate, they create an audience that combines TrueTouch "Deal Seekers" with consumers who also have the "Engagement Channel Preference" for digital ads.



An appliance manufacturer is running a campaign focused on the durability of their products. They target the TrueTouch "Quality Matters" segment to message consumers that value the long-term value of the products they buy.

## TrueTouch audience categories

### Engagement channel preference

Predicts the likelihood that the consumer engages with brands via a specific channel or is receptive to brand messages delivered in that channel.

These audiences utilize consumer survey data enhanced with attributes from Experian Marketing data including CAPE, Auto Market Statistics and Premier Summarized Credit Statistics from Experian.

Benefits:

- Include both new and old media such as direct mail, newspaper, streaming TV, and more.
- Unique audiences that utilize attributes from solutions proprietary to Experian.



### Purchase behavior

Understand where consumers prefer to buy and their decision making styles.

These audiences utilize consumer survey data enhanced with attributes from Experian Marketing data including behavioral data, CAPE, Auto Market Statistics and Premier Summarized Credit Statistics from Experian.

Benefits:

- Ability to drive consumers to their preferred channel after conversion.
- Audiences that take the guesswork out of targeting consumers based on their purchase decision styles.



Branded data: TrueTouch audiences

# TrueTouch audience categories continued

## Social media

Predict if a consumer is likely to engage with a particular social media channel.

These audiences utilize consumer survey data enhanced with attributes from Experian Marketing data including CAPE, Auto Market Statistics and Premier Summarized Credit Statistics from Experian.

Benefits:

- Audiences cover major social media networks including Facebook, Snapchat, YouTube, and more.
- Gives insight into the content consumers engage with on social channels.



## 🔍 Take a deeper look at our audiences

## Engagement channel preference

### Engagement channel preference
TrueTouch: Communication Preferences > Engagement Channel Preference >

Consumers that are likely to prefer the following channels:

- Broadcast cable TV
- Digital display
- Digital newspaper
- Digital video
- Direct mail
- Email engagement
- Mobile SMS MMS
- Radio
- Streaming TV
- Traditional newspaper

## Purchase behavior

### Auction sites
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases on eBid sites like eBay and other marketplaces where bidding or negotiating pricing is typical.

### Brand loyalists
TrueTouch: Communication Preferences > Purchase Behavior >

These consumers are willing to pay more for proven and reputable brands.

### Deal seekers
TrueTouch: Communication Preferences > Purchase Behavior >

Price is more important to these consumers than brand name.

### Discount store
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases online or at brick and mortar discount superstores like Walmart.com or Target.

### Impulse buyers
TrueTouch: Communication Preferences > Purchase Behavior >

These spenders find it difficult to say 'no' to things that catch their eyes. They recognize they are "spenders" rather than "savers" and appreciate a convenient purchase opportunity. Top of mind = In the cart.

### Mainstream adopters
TrueTouch: Communication Preferences > Purchase Behavior >

Trendy by association, these consumers enjoy following the latest trends set by innovators. They appreciate understanding what the trendsetters are buying these days.

### Mid-luxury department stores
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases at online or at brick and mortar stores that are considered mid- to high-end retailers like Macy's, Neiman Marcus, and Nordstrom.

### Discount store
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases online or at brick and mortar discount superstores like Walmart.com or Target.

### Online coupon sites
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases via online deal vouchers like Groupon or LivingSocial.

### Online retailer
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases on Etail only sites such as Zappos.com or Etsy.com.



Branded data: TrueTouch audiences

## Purchase behavior continued

### Organic and natural
TrueTouch: Communication Preferences > Purchase Behavior >

These consumers buy natural and organic products, often preferring to put natural things in their homes and bodies.

### Quality shoppers
TrueTouch: Communication Preferences > Purchase Behavior >

Quality matters for these consumers and they are willing to pay more for fresh ingredients, durable materials, and quality craftsmanship.

### Recreational shoppers
TrueTouch: Communication Preferences > Purchase Behavior >

These are your store browsers who find joy and relaxation in looking for new and interesting offers.

### Savvy shoppers
TrueTouch: Communication Preferences > Purchase Behavior >

These consumers like to compare prices across different sites before purchasing and typically read online reviews and consumer reports.

### Specialty or boutique
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases online or at brick and mortar specialty stores and boutiques such as Victoria's Secret, Pottery Barn, J. Crew, and more.

### Specialty store
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases online or at brick and mortar specialty department stores such as Home Depot (paint and plumbing departments) or Bed Bath & Beyond (bedding and decor departments).

### Trend shoppers
TrueTouch: Communication Preferences > Purchase Behavior >

These consumers dislike the same old and prefer to try new brands or new options. Variety is the spice of life.

### Trendsetters
TrueTouch: Communication Preferences > Purchase Behavior >

These consumers are trend setters and early adopters of new products.

### Wholesale big box stores
TrueTouch: Communication Preferences > Purchase Behavior >

Consumers that are likely to make purchases online or at brick and mortar wholesale stores like Costco, Sam's Club, and Overstock.com.

## Social media

### Channel
Social Media >

Consumers likely to be an active user on the following platforms:

- Facebook
- Instagram
- LinkedIn
- Pinterest
- Snapchat
- Twitter

### Content engagement
Social Media >

Consumers likely to have the following behaviors and interest based on their social media engagement:

- Black Friday shopper
- Fitness device wearer
- New job
- Non-traditional student
- Subscription boxes – Apparel
- Subscription boxes – Cosmetics
- Subscription boxes – Food
- Timeshare vacation rental

 Branded data: TrueTouch audiences

## 👥 Have you seen our vertical audiences?

Our demographic data works great when combined with our vertical audiences! We have syndicated audiences that span across the following verticals:

   

   

### Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

A few examples of our destinations

 

 

See full destination list →

## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Geo

Reach consumers based on common attributes within a geographic region.



# Geo-Indexed audiences

Reach and target consumers based on a unique and sophisticated geo-based audience identification methodology that helps brands balance data privacy and accuracy. Experian's Geo audiences give brands the ability to reach regions based on a common set of attributes within the region.

## Example use cases

 A brand that wants to reach families with young children without using any sensitive personal information could use Geo-Indexed demographic audiences 'presence of children' from Experian to reach households in regions that over index for the likelihood for having children ages 0 to 9 years old living in the household.

 A brand can build an audience based on the household's occupational class using Geo-Indexed audiences 'White Collar' audience to create a targeted message for lunch specials within local business centers.

### Geo-Indexed

Geo-Indexed audiences identify regions that over index for a common set of attributes and provide the ability to deliver on Experian's persistent identifiers.

**Benefits:**
- Audiences remain addressable as they are built without the use of sensitive personal information.
- Naturally expanded audience reach by targeting an audience's circle of influence.
- Execute without limitations by activating on Experian's persistent identifiers.

##  Take a deeper look at our audiences

## Geo-Indexed audiences

### Ethnicity
Geo-Indexed > Demographics >
Indicator for households within a geo-level block group that index-highly within the following ethnic groups:

- Hispanic
- African American
- Asian

### Language
Geo-Indexed > Demographics >
Indicator for households within a geo-level Block Group that index-highly to speak the following languages:

- Spanish
- English
- Mandarin / Cantonese
- French / Haitian / Cajun



# Geo-Indexed audiences continued

## Education
Geo-Indexed > Demographics >

Indicator for households within a geo-level Block Group that index-highly to have the following education levels:

- Less than high school diploma
- High school diploma
- Some college
- Bachelor degree
- Graduate degree

## Homeowners/Renters
Geo-Indexed > Demographics >

Indicator for households within a geo-level Block Group that index-highly for Homeowners/Renters.

## Household income
Geo-Indexed > Demographics >

Indicator for households within a geo-level Block Group that index-highly for the following household income brackets:

- $1,000 - $24,000
- $25,000 - $49,000
- $50,000 - $74,999
- $75,000 - $99,999
- $100,000 - $124,999
- $125,000 - $149,999
- $150,000 - $174,999
- $175,000 - $199,999
- $250,000+

## Marital status
Geo-Indexed > Demographics >

Indicator for households within a geo-level Block Group that index-highly for either married or single.

## Presence of children
Geo-Indexed > Demographics >

Indicator for households within a geo-level Block Group that index-highly for the presence of children:

- No presence of children
- Ages 0 - 3
- Ages 4 – 6
- Ages 7 – 9
- Ages 10 – 12
- Ages 13 – 15
- Ages 16 – 18

## Occupation
Geo-Indexed > Demographics >

Predicts if consumers are likely to switch to a new vehicle type:

- Retired
- Blue collar
- White collar

Geo: Geo-Indexed audiences

 **Have you seen our vertical audiences?**

Our demographic data performs well when combined with our vertical audiences. We have syndicated audiences that span across the following verticals:











## Where to activate

Check out our media destination guide to see where Experian audiences are readily available on the shelf for your next digital and TV campaign.

See full destination list →

A few examples of our destinations





## Have you considered adding the following?

### Mosaic®

Mosaic, a proprietary data source from Experian, is a household-based consumer lifestyle segmentation system that classifies all U.S. households and neighborhoods into unique types and groups that provide a 360-degree view of consumers' choices, preferences, and habits.



### TrueTouch℠

TrueTouch, a proprietary data source from Experian, is a data-driven content and contact engagement solution that empowers brands to pair the perfect messaging styles with the right channels and call to actions to deliver a personalized experience to your best customers.



## Don't see what you are looking for?

Contact us to have a custom audience or model created for you based on your business needs.



# Media destination guide



Experian has a robust network of direct publisher partners and activation platforms to help advertisers find and target their exact audience across multiple channels.

## Open web and data platforms

- Adobe Ad Cloud
- AdSquare
- Amobee
- Annalect
- ArcSpan
- Audigent
- Claritas
- Cognitiv
- Comscore
- DataXu
- Data Axle
- Datonics

- Eyeota
- Google
- IgnitionOne
- InfoSum
- Kenshoo / Skai
- Liveramp
- Lotame
- Magnite
- MediaOcean
- Neustar
- Oracle
- Permutive

- The Trade Desk
- TransUnion
- Viant (Adelphic)
- VideoAmp
- Xandr
- Yahoo
- Yieldmo
- Zeta

## Television and audio

- A4 Media
- Alphonoso/LG Ads
- Ampersand  (NCC Media)
- Cadent
- Canoe
- Charter
- Comcast
- Direct TV
- DISH
- FreeWheel
- Inscape
- Madhive
- NBCUniversal
- NYI
- OpenAP

- Roku
- Samsung
- Tru Optik
- Tvision
- Univision
- Verizon Fios
- VideoAmp
- WarnerBrothers Discovery
- Pandora

## Social

- Meta
- Pinterest
- Snapchat
- TikTok

## Looking for additional destinations?

We can deliver data to most destinations through our onboarding partners. To confirm a destination or ask about a new destination, please contact your Experian Account Executive. The destinations listed above may operate under defined terms and conditions.

- Partner Audiences Destination
- Experian Syndicated Audiences (available off of the shelf)
- Experian Audiences Destinations
- Empty box indicates that capability is not available



# The best data unlocks the best marketing



## About us

Experian Marketing Services delivers privacy-forward data and insights to help brands meaningfully connect with people. Advertising is smarter and more personalized than ever. Experian sets new standards in data management, usability, and measurement to thrive in this evolving ecosystem. Discover why brands, agencies, and publishers across the globe trust Experian.

Visit us at experian.com/marketing

## Need help finding the right audience?

Contact us at us-go.experian.com/audiencesems

## Footnotes

1. **Fair Lending Act Friendly audiences:** "Fair Lending Friendly" indicates data fields that Experian has made available without use of certain demographic attributes that may increase the likelihood of discriminatory practices prohibited by the Fair Housing Act ("FHA") and Equal Credit Opportunity Act ("ECOA"). These excluded attributes include, but may not be limited to, race, color, religion, national origin, sex, marital status, age, disability, handicap, family status, ancestry, sexual orientation, unfavorable military discharge, and gender. Experian's provision of Fair Lending Friendly indicators does not constitute legal advice or otherwise assure your compliance with the FHA, ECOA, or any other applicable laws. Clients should seek legal advice with respect to your use of data in connection with lending decisions or application and compliance with applicable laws.



© 2024 Experian Information Solutions, Inc. • All rights reserved

Experian and the Experian marks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc. Other product and company names mentioned herein are the property of their respective owners.

Table of Contents

# EXHIBIT 18

motion**works**

Industries ⌄   Products ⌄   Who we are   Blog          Sign In   Contact

# Placecast ™

## Visitation insights for places of all types and sizes, experiential events, and more.



## Our Mission

**To make population mobility data and location intelligence more accessible and actionable to a greater variety of teams, communities, and enterprises.**

## Data Provided

- Weekly, daily, and hourly metrics
- Historical data back to January 2019
- Visitor Location of Residence
- Frequency of visitation
- Venue dwell time
- Event-based measurement for specific days & times
- Measurement across all sizes and types of places, from regional analysis to custom spaces created in our platform
- Across thousands of audience targets

### Understand visitation to the places you care about

Placecast™ allows users to request and review place-based visits data. This includes visitation to specific places or regions for specific periods of time. Placecast™ helps answer critical visitation questions with our population intelligence.

### Reach the right audiences at the right time

Place-based media opportunities have never been so fragmented for advertisers and media buyers. Distinguish your network from others with Placecast™ data, providing granular timing metrics, audience insights, and visitor behavior (such as dwell time) to prove the value your venues will deliver.

### Connect visitation trends to OOH campaign timing

Placecast™ enables users to focus on the places that define their business interests, including clients' or competitors' locations. How many more people visited my customers' stores since their OOH campaign started two weeks ago?

### Leverage trade area analysis for target locations

Help retail and destination marketing clients steer media dollars into OOH by validating 'trade area' for their locations. How far do customers travel to visit client destinations?

### Create custom places for unique business needs

Privacy · Terms

A custom "data collection area" provides insights into typical visitation patterns around a new location that doesn't yet have history and can drive site selection intelligence.

## Flexible access to insights

Reporting and visualization tools for Placecast™ are accessible from our proprietary data enablement platform. Additionally, Motionworks' API enables businesses to use their own platforms to further extend the value of their data and systems.



# EXHIBIT 19

# Josh Chasin's Post



**Josh Chasin**

Ephron Award winner * Ad Age Media Maven * Champion and architect of alternative cross-platform media currencies * Prov...

7mo

When I interviewed at VideoAmp, I told **Ross McCray** two things.

First, i told him that they were in a competitively crowded bucket of TV data/measurement/attribution/activation companies, and that there was a much less crowded and more lucrative bucket, currency ratings. "You could win over here," I said, gesturing to where I'd indicated that first bucket was, "but what have you really won?"

Second, I noted that in currency, typically 90% of the revenues come from sell side-- a space they had yet to crack. But, I said, that was ok, because it was a whole new revenue pool to tap.

So in my first 2+ years at VideoAmp, I focused on two things: moving us into the currency bucket, and penetrating sell side. (My last 2 years, I focused on "winning at currency.")

As for making us a currency company, among other things I drafted a roadmap for the methodology that would make us state of the art. Because this is a thing I know how to do. They are still working off that roadmap today; it's why the data makes sense, and it's the methodology they'll begin sharing with the MRC auditor this month. I will always be proud of that (and I was honored to work with the good people in Product and data science who made it manifest.)

As far as sell side was concerned, it was the first thing I threw myself into. But I needed a partner. Once we hired my friend **Bryan Goski** to handle sell side sales, I had one. I remember we would go to every single TV programmer meeting together, listening, building the talk track. Fast forward to today; we pretty much ran the table among TV network companies. Taking nothing away from Bryan, but I take pride in that too. (I even got them into local, but that took a lot of persuasion.) I also designed the Out of Home product in partnership with my pal **Kym Frank** from MotionWorks.

I want to call out my friend and former Comscore colleague **Cameron Meierhoefer**, who was only there a year, but who made a big difference, and who partnered with or supported me in all of this.

Finally, I want to mention two of my younger colleagues, **Peter Nummerdor** from Product, and **Steven Schowalter** from Data Science. I like to think I mentored both of them (I was even paired with Peter in the mentorship program.) I expect continued big things from both. At times I (jokingly?) referred to each as "the son I never had." Guys, I hope you know you can still call.

As I ponder my exit from VideoAmp, I feel a little bit like Moses; like I led my people to the promised land, but I don't get to enter. It is, to say the least, bittersweet.

Whatever I do next, it will be to continue the mission I set upon at VideoAmp (and Comscore before)-- to build the next generation of cross-platform measurement. I know I have many fellow travelers on that path (you know who you are.)

And to all my colleagues at VideoAmp: finish this thing! It's there for the taking. And I still have all these options!

**Marisa Peters Peter Bradbury Peter Liguori Raja Hari Sankar**

# EXHIBIT 20



☰ 📖 Guides                                                         ☀ 🔍

Data Inputs and Cleansing                                                    ⌄

# Data Inputs and Cleansing



No single data source is enough to understand the population and its movements fully, so Motionworks relies on numerous data inputs combined, compared, and contrasted to produce the most robust understanding of population activity.

## Aggregated SDK Data

The primary source of mobile location data Motionworks acquires is provided by multiple Software Development Kit (SDK) aggregators. These aggregators rely on location information collected apps installed on mobile devices. Motionworks has a continuous stream of data coming from multiple SDK aggregators. At the same time, Motionwork is constantly evaluating existing partners and vetting new ones. The app ecosystem, which provides the bulk of this data, is constantly evolving, and Motionworks ensures they are curating the most diverse, cleanest, robust combined data streams available.

## First-Party SDK Data

Motionworks has unique partnerships with mobile location providers sourcing robust data from first-party apps. These data streams also provide access to verified visits and transactional check-ins. These resources are extremely helpful in understanding visitation to smaller venues that are nested within larger locations – a coffee shop inside of a mall, for example.

## Connected Car Data

Motionworks also obtains a significant amount of connected car data through our partnerships. This data provides detailed information on the vehicles, route choices people are making, and details on parking locations. While en route to their destination, vehicles provide location data every few seconds.

## Other Data Inputs

Motionworks enriches, validates, and calibrates its solutions utilizing other datasets, including national surveys, traffic counts, public transport ridership, airport departures, and arrivals, port of entry reports,

as well as Motionworks customers' first-party data that provide people counts, transaction counts, and check-ins at thousands of locations nationwide.

# Data Cleansing

Location data streams inherently contain significant noise and various quality of locations. The data that enters the Motionworks data pipeline includes information on hundreds of millions of devices, with billions of locations in an average week. That magnitude of information requires a significant amount of processing to eliminate bad data and identify as much good data as possible. For this process, Motionworks has developed proprietary machine-learning technology to automate the process.

For example, suspected device duplication is identified during this process. Any suspected device duplicates and data associated from those devices is removed from consideration and would no longer be a factor in downstream analysis of the device panel.

Following this process, Motionworks has a clean, de-duplicated dataset with the highest quality locations identified and cataloged along with quality statistics to inform the curation of a selected panel of devices

## Device matching

The location data received is tied to a Motionworks identifier. Since Motionworks sources data from multiple providers, a single device may show up with a series of pings from one aggregator and additional new pings from another provider – creating an even more holistic view of the locations that the device visited over a period of time. Motionworks' machine learning algorithms de-duplicate devices, unifying the datasets and tying all the information to individual devices.

## Noise reduction

Inherent in every mobile location data set is a lot of noise – including incorrect or impossible location data. After the data feeds have been normalized, Motionworks' machine learning algorithms evaluate the location data across all devices - as well as through time for specific devices to provide context and further score the quality of the locations and eliminate noise from the dataset.

🕓 Updated 9 months ago

← Synthetic Populations                                    Identification of the Panel →